1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                         (FORT LAUDERDALE)
                          CASE NO.  18-CV-24190
3


4    **WILLIAM FULLER** and
     **MARTIN PINILLA, II,**
5          Plaintiffs,                    Fort Lauderdale, Florida
     vs.                                  May 17, 2023
6
     **JOE CAROLLO,**
7          Defendant.
     -------------------------------------------------------
8                          **Trial Day 21**
                   BEFORE THE HONORABLE RODNEY SMITH
9                   UNITED STATES DISTRICT JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFFS:  **AXS LAW GROUP,** by:
11                        **Jeffrey W. Gutchess, Esq.,**
                          **Courtney Anne Caprio, Esq.,**
12                        Joanna Niworowski, Esq.
                          Amanda Suarez, Esq.
13                        2121 NW 2nd Avenue, Suite 201
                          Miami, Florida  33127
14

15   FOR THE DEFENDANT:   **KRINZMAN, HUSS,**
                          **LUBETSKY, FELDMAN & HOTTE,** by:
16                        **Mason A. Pertnoy, Esq.,**
                          **169 E. Flagler Street, Suite** 500
17                        Miami, Florida  33131

18                        **KUEHNE DAVIS LAW,** by:
                          Benedict P. Kuehne, Esq.
19                        100 S.E. 2nd Street, Suite 3105
                          Miami, Florida  33131
20
                          **SHUTTS & BOWEN,** by:
21                        Marc D. Sarnoff, Esq.
                          200 S. Biscayne Blvd., Suite 4100
22                        Miami, Florida  33131

23

24

25

```
 1    APPEARANCES CONTINUED:

 2    FOR THE DEFENDANT:    COLE, SCOTT & KISSANE, by:
                            Thomas E. Scott, Esq.
 3                          Amber C. Dawson, Esq.
                            9150 South Dadeland Blvd., Suite 1400
 4                          Miami, Florida  33156

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**INDEX**

**DEFENDANT'S WITNESSES:**

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| RACHEL DOOLEY, ESQ. | 25 | 129 | 194 | |
| ARTHUR NORIEGA | 205 | | | |

<table>
<tr><td colspan="2"><b>PLAINTIFFS' EXHIBITS</b></td><td><b>RECEIVED</b></td></tr>
<tr><td>631</td><td></td><td>80</td></tr>
<tr><td>205</td><td></td><td>107</td></tr>
<tr><td>693</td><td></td><td>137</td></tr>
<tr><td>701</td><td></td><td>146</td></tr>
<tr><td>15</td><td></td><td>147</td></tr>
<tr><td>543</td><td></td><td>148</td></tr>
<tr><td>595</td><td></td><td>154</td></tr>
<tr><td>660</td><td></td><td>159</td></tr>
<tr><td>661</td><td></td><td>161</td></tr>
<tr><td>662</td><td></td><td>162</td></tr>
<tr><td>663</td><td></td><td>163</td></tr>
<tr><td>239</td><td></td><td>173</td></tr>
<tr><td>637</td><td></td><td>175</td></tr>
<tr><td>636</td><td></td><td>179</td></tr>
<tr><td>635</td><td></td><td>181</td></tr>
<tr><td>732</td><td></td><td>186</td></tr>
</table>

<table>
<tr><td colspan="2"><b>DEFENDANT'S EXHIBITS</b></td><td><b>RECEIVED</b></td></tr>
<tr><td>111</td><td></td><td>100</td></tr>
<tr><td>89 and 90</td><td></td><td>105</td></tr>
<tr><td>30</td><td></td><td>119</td></tr>
<tr><td>167</td><td></td><td>150</td></tr>
</table>

```
 1              WEDNESDAY MORNING SESSION, MAY 17, 2023

 2                   P-R-O-C-E-E-D-I-N-G-S

 3                           -  -  -

 4              (Call to the Order of the Court.)

 5              THE COURTROOM DEPUTY:  This is Fuller, et al., versus

 6    Carollo.  Case number is 18-CV-24910, Smith.  Counsel, please

 7    state your appearances for the record.

 8              MS. CAPRIO:  Good morning.  Courtney Caprio, Jeff

 9    Gutchess, Amanda Suarez on behalf of plaintiffs.

10              THE COURT:  Good morning.

11              MR. PERTNOY:  Good morning, Your Honor.  Mason

12    Pertnoy, Leah Gardner, Amber Dawson, Marc Sarnoff, Ben Kuehne

13    on behalf of Commissioner Joe Carollo.

14              THE COURT:  Good morning.  All right.  Following up

15    from yesterday, it was brought to my attention an individual by

16    the name of -- I think it's Jesse Stolow, is he present before

17    this Court?

18              MR. STOLOW:  Yes, Your Honor.

19              THE COURT:  Come to the podium, sir.  Patricia, swear

20    him in.

21              MR. KUEHNE:  Your Honor, just in an abundance of

22    caution --

23              THE COURT:  Mr. Kuehne, I don't need you to speak

24    right now, sir.  Please have a seat.  I'm here to address

25    Mr. Stolow.
```

```
 1              MR. ROTHMAN:  David Rothman as counsel for Jesse.

 2              THE COURT:  Good morning, Mr. Rothman.  How are you?

 3              MR. ROTHMAN:  Nice to see you.

 4              THE COURT:  Likewise.

 5              THE COURTROOM DEPUTY:  Mr. Stolow, please raise your

 6    right hand.

 7                        (Mr. Stolow was sworn.)

 8              MR. STOLOW:  Yes.

 9              THE COURT:  All right.  Please state your name for

10    the record.

11              MR. STOLOW:  My name is Jesse Stolow, S as in Sam, T

12    as in Thomas, O-L-O-W.

13              THE COURT:  All right.  How are you employed?

14              MR. STOLOW:  I'm an attorney at Buchanon, Ingersoll

15    and Rooney.

16              THE COURT:  It was bought to my attention I have a

17    document that was filed under seal, document number 425, and I

18    inquired there was a photograph taken.  It was brought to me

19    that you had photographed this image and it's on page 5 of 11.

20    Can you pass that up to Mr. Stolow and ask did he take this

21    picture?

22              THE COURTROOM DEPUTY:  I'm sorry?

23              MR. STOLOW:  Yes, Your Honor.  I took this

24    photograph.

25              THE COURT:  And who directed you to take that
```

1    picture?

2              MR. STOLOW:  Nobody, Your Honor.

3              THE COURT:  All right.  Well, are there any other

4    pictures you photographed of this Court?

5              MR. STOLOW:  No, Your Honor.

6              THE COURT:  Is this image still in your phone?

7              MR. STOLOW:  Yes, Your Honor.

8              THE COURT:  What did you do with this image after you

9    took the picture?

10             MR. STOLOW:  I sent it to one of the associates for

11   the defense counsel.

12             THE COURT:  Who was that?

13             MR. STOLOW:  That would be Mr. Justin Henning, I

14   believe his last name is.

15             THE COURT:  Why did you send it to Mr. Justin

16   Henning?

17             MR. STOLOW:  It was a way that I thought it was best

18   of communicating the message to him as opposed to causing a

19   scene in the courtroom.

20             THE COURT:  You say he's an associate.  Which defense

21   counsel?  He's an associate of which defense counsel?

22             MR. PERTNOY:  He's with my firm, Krinzman, Hotte

23   Lubetsky.

24             THE COURT:  For the record, you want to state your

25   name?

```
1              MR. PERTNOY:  My name?  Mason Pertnoy.

2              THE COURT:  That is Mason Pertnoy for the record

3    responding.  Did he ask you to send that picture to you?

4              MR. STOLOW:  He did not.

5              THE COURT:  Why did you send it to him?

6              MR. STOLOW:  Because we had been speaking earlier in

7    the day about talking with -- counsels talking with the press.

8              THE COURT:  All right.  And so -- well, any other

9    pictures you have sent, sir?

10             MR. STOLOW:  No.

11             THE COURT:  That picture is still in your phone?

12             MR. STOLOW:  It is.

13             THE COURT:  All right.  First and foremost, this

14   is --

15             MR. ROTHMAN:  Judge, if there's anything else the

16   judge would like to do, I've asked Jesse to be prepared to make

17   a statement to you about his remorse about what he did.

18             THE COURT:  I understand that.  He can -- I will give

19   you an opportunity but I'm first going to say that first and

20   foremost, this is one of the most obviously egregious,

21   reprehensible, ultimate disregard, disrespect for the Court.

22             They have compromised the safety of this Court.  This

23   is not Judge Smith's decision.  This is national, federal

24   throughout the country for it, and it also pertains to the

25   defendant as well because they filed their name on this
```

1    pleading, and Ms. Dawson already admitted in open court

2    yesterday she took the other photograph.  Everyone in the

3    defense is responsible for it.  No one is exonerated.  Every

4    single name whose name is on this pleading in addition to

5    Mr. Stolow, and the Court will have to consider what the

6    appropriate sanction would be.

7         Because right now, this carries a penalty of prison

8    time and perhaps there may be some negotiations that we can

9    reach to resolve it without going there.  It's serious.  Of

10   course, the plaintiff may want you to face the prison.  There

11   won't be any delay in sentencing if I do that.

12        It's been throughout this trial a lack of disrespect,

13   refuse to follow the law.  I have countless times cautioned the

14   defense, look, I understand zealous advocacy.  I did

15   represent -- I represented municipalities, I prosecuted cases.

16   There's a difference between crossing the line, and this Court

17   has been compromised because as you all know, this Court is not

18   in full operation.

19        The staff and the Court Security Officer's job is now

20   frowned upon, the marshals, everything else, and I tried to

21   reason -- when I say go left, you go right.  When I say go up,

22   you go down.

23        I mean, it's -- I hear the snickering.  I'm not taking

24   offense to it.  I have thick skin.  I hear the slight remarks

25   when I make rulings, but I ignore it.  I'm not going to punish

1    Mr. Carollo based on -- they would want me to enter a default

2    to strike all things.  I'm not going to punish Mr. Carollo.

3    He's entitled to a fair trial.  I read the Supreme Court

4    decision.  There's no such thing as a perfect trial.

5         I make decisions, and I respect that they have to be

6    followed.  This is beyond my Court.  I didn't create this

7    Administrative Order, none whatsoever.  I think this is

8    probably the first time in this district -- I'm relying on

9    legal counsel to see about perhaps some guidance to perhaps

10   maybe consider that you don't go to prison, because a fine in

11   itself is at minimum is not sufficient for what took place.

12   Writing a check or having someone paying $5,000, this is

13   something that in and of itself, we had judges that have lost

14   their lives, their family members, litigants and parties, and

15   everyone knows better.

16        I mean, this is -- I've been cautious, even asked

17   about the defense to instruct the media not to approach people.

18   To see this, then turn to get this image is taking photograph

19   of a plaintiff and other people captured in court, then to do

20   so in somehow a tactic, it's really disheartening to this

21   Court.

22        It's really -- I mean, I'm really saddened and really,

23   for the very first time personally hurt, and I've never felt

24   that way.

25        I want you to try your case.  I'm really hurt to my

1    soul because I didn't think that any one of you would ever

2    conduct yourself in a manner that you did before this Court

3    here.

4           And I know Ms. Dawson is young.  And again, but that's

5    not an excuse, as well.  When I look here and I said you know

6    what?  Don't compromise your integrity for everyone.  Doesn't

7    matter about your case.  I know you're a well respected person.

8    You took the position as the president elect of the Bar.  I

9    served in that position.  I don't know anything about judge --

10   the late Judge Ferguson, what the organization is named as well

11   and to conduct yourself in a manner that has been done is

12   beyond reprehensible and I never served as president because I

13   was appointed by a Governor Charlie Christ at that time so I

14   served all those positions from board of directors and

15   treasurers, vice president elect.

16          And the month before, my name is not in the history

17   books as the Ferguson past president.  There was no such thing

18   as past president elect.  They don't want to spend the money,

19   beyond but every defense counsel is responsible for submitting

20   this before the Court and in the fashion something that is to

21   send a message to respect this Court because this is nationwide

22   here at issue.  The court security, protection, just assessing

23   a fine alone doesn't scratch the surface.

24          This is wrong.  That's indefensible, you guys.  I let

25   you try your case.  I listened to the remarks here and I just

 1   say, look, respect the Court's rulings, like when I instruct

 2   this jury, it will be nothing but a miscarriage of justice if

 3   they don't want to follow this.  It doesn't matter whether the

 4   plaintiffs win or prevails or Mr. Carollo prevails.  It doesn't

 5   matter, but the rules are what they are.

 6          That's all I ask, over and over.  From time to time, I

 7   haven't gotten nothing but pushback, just the utmost

 8   disrespect, and you say one thing, you do the opposite.  And

 9   like you don't care.  And it's really sad.  15 years that I sat

10   here as a judge from the state and federal, I would never

11   expect I would come to this, but I'm not surprised.  Honestly,

12   I'm not surprised to get there.  I say you know what?  There's

13   that pressure point, I'm going to keep going.

14          Now you come and do the unthinkable.  The unfathomable

15   where that's an Administrative Order that says the policy

16   prohibiting the use of cellular phones and cameras and

17   recording devices will now include prohibiting photographing in

18   any and all areas of the lobbies of the buildings, lobbies,

19   building and the federal courthouse.  No cellular phones of any

20   kind may be used as a camera or recording device in the

21   courtroom, jury deliberation room or any lobby areas of any

22   building housing any federal court.  No photograph of any kind

23   may be taken in a building housing, federal courthouse, and I

24   have Administrative Order 201879 that says the procedure will

25   be strictly adhered to regarding this.

1    And penalties, you are now facing, said a knowing or

2    willful violation, 30 days in jail and/or a fine $5,000 and a

3    punishment for contempt.  If I go with a contempt, 30 days

4    doesn't even scratch the surface here based on what I have seen

5    here.

6    And it's unfortunate for you guys.  You've tied my

7    hands here.  I'm really disappointed to the utmost and I went

8    home and I saw this.  I had to pray about this here, couldn't

9    believe it.  I say for litigation, I say your integrity should

10   never be compromised.

11   I just told you I zealously represented my clients,

12   represented the City of Miami Beach being a prosecutor and

13   defense attorney.  I know what it's like, but I never crossed

14   that line.  I see Ms. Rocky Rodriguez.  She knows who I am.  My

15   reputation was not compromised.  I see she's nodding her head.

16   I wouldn't be sitting there.  She knows that.  I play by the

17   rules.  I may not agree with every judge because I know I want

18   to win, but you know what?  I respect their decision.  The

19   appellate court may have ruled in my favor, but I respect the

20   law, period.

21   And I keep getting lip service, you're not doing it.

22   It's blatantly a disregard, no excuse, unacceptable here.  I

23   didn't even see this in state court as much as things are

24   there.  Never, ever saw this before.

25   So, I don't know.  I think if someone can come up with

1    a proposed resolution that I think will promote respect for the

2    law, deterrence -- do you see Rita sitting here?  Court

3    security officer, where was she when this was going on, the

4    marshals?  Is it worth your license?  Really, is it worth it

5    because what the plaintiff wants right now, if I want to, have

6    them send you to prison.  I can do that.

7         Had you been before another judge, you would have been

8    going to prison right now.  They wouldn't bat an eye.  They

9    won't bat an eye.

10         And I'm sure the Eleventh Circuit will not have a

11    problem with this.  None whatsoever.  I will order you right

12    now to everyone in the defense from this violation to go.

13         You just saw the gentleman before me, 18 years of age,

14    his counsel is willing to have a ten minute hearing where he's

15    facing 20 years in prison for the most egregious conduct ever,

16    young.  But I take my time because I want to do the right

17    thing.  And I don't take this -- when it comes to sentencing,

18    there's always more of a conundrum with respect to this Court.

19         I look at each individual differently.  Unfortunately,

20    sometimes the Court has to do what it has to do, and it's

21    really saddened.  It's no excuse.  I mean, we could come up

22    with clever arguments, if you will.  No.  That doesn't fly

23    before this Court here, and I'm really heartbroken by this.

24    And I don't generally lose sleep at night.  I really don't.

25         But for this one here, for the first time, it was

```
 1   tough for me.  It was tough for me.  So maybe you all can come
 2   together.  We can defer this later as to what an appropriate
 3   remedy should be fashioned for this violation.
 4         First and foremost, at minimum, you can't bring any
 5   more cellphones in federal court.  That's done.  Equipment
 6   recording.  Moving forward, you can't have them.  Again, like I
 7   said, the $5,000 fine, that's doesn't even scratch the surface.
 8   That's bare minimum.  That's not even including jail time or
 9   even contempt because if we go with contempt, when you're in
10   federal prison, they send you anywhere in the United States of
11   America.  You're talking about this is beyond me.  This is
12   national security interests here.
13         That's why the media, they can walk in in state court,
14   put a microphone on your desk.  In federal court, it's a no-no
15   here.  The rules are different, and we all expect to know them.
16   We can't say, well, I didn't know.  It's been brought.  There's
17   no excuse for what happened.
18         In terms -- I understand feelings are -- flames are
19   high, but you have to play by the rules.  Like in boxing, you
20   don't hit below the belt.  It's plain wrong.  There's no excuse
21   about that.  I'm really heartbroken about hearing the
22   misconduct.  Had the shoe been on the other foot, you would
23   have been asking the plaintiff to be crucified, literally had
24   he done that.  I wouldn't even strike their pleadings, because
25   I believe Mr. Carollo here is entitled to a fair trial,
```

 1    notwithstanding what has been is unfair before this Court here,

 2    and I'm not going to do that.  With respect, I know the

 3    plaintiff wanted it.  I'm not going to do that.

 4          So that's my ruling.  I don't take it personally on

 5    defense clients or plaintiff clients based on the lawyer's

 6    misconduct that occurred before the Court.  I don't do that.

 7    It's wrong, but the lawyers have to be held accountable for

 8    their own actions.

 9          I mean, we spent three years of law school for this.

10    Four years of undergraduate.  And now, Mr. Kuehne, we don't

11    have to have a conversation; been around a long time, I'm not

12    going to spend my time -- I've given lectures and admonishment

13    after admonishment.  Mr. Pertnoy knows that.

14          When you see a young lawyer under your wings here, no

15    one says anything about it?  I'm heartbroken here with this

16    Court.  I've never seen something like this in my life, and I'm

17    looking around.  Can I find one case, I'm even reaching out to

18    my staff attorney.  Has anyone encountered this before in

19    talking to other judges because I know if you were before

20    another judge, they won't bat an eye with this.  They won't bat

21    an eye.

22          They have lifetime tenure.  That doesn't matter to me

23    if I'm lifetime tenure.  I still believe I want to do the right

24    thing.  This is beyond me.  This is national because what

25    happens here, it sets a precedent that anyone could do this

```
 1   here and just get a slap on the wrist here and nothing happens.
 2           And where do you draw the line here?  So I want you to
 3   think about yourself as to what other appropriate remedy short
 4   of prison time is here.  Because you already know you have the
 5   fine, that's minimum, but it's just unfathomable.  I see you
 6   bring Mr. Rothman.  You knew exactly why you're here,
 7   Mr. Rothman, right?
 8           MR. ROTHMAN:  Yes, sir.
 9           THE COURT:  Of course.  This is a serious violation.
10   You don't come to court unless it's serious because I know you
11   represent lawyers.  You don't come to court unless it's really
12   you are in trouble.  Beyond trouble.
13           You see someone like Mr. Rothman, his reputation, when
14   he's here, he knows this is really bad.  He knows that.  I saw
15   Mr. Rothman.  He knows.  And only so much he can do.  And it's
16   wrong, sir.  You know Judge Salas?
17           MR. STOLOW:  No, Your Honor.
18           THE COURT:  No.  Well, a New York federal judge.  Her
19   house was broken into by a lawyer who pretended to work for
20   federal -- FedEx.  Murdered her son, was trying to murder her
21   because he didn't like women.  He didn't think women should be
22   judges.  He was a womanizer, against women.  Look at all these
23   women in here as well.  He was an attorney.  Came and shot her
24   husband, shot her only son who was 20 years old in college.
25   He's dead, only son.
```

1        And they tried to lobby with Congress to protect

2   judges for things like this.  He was an attorney and he turned

3   around and committed suicide.  He knows what he was facing,

4   ultimately perhaps a the death penalty.  He did that.

5        They had to pass a law to protect us, but they have

6   images and people, photographs.  I mean, the building, we all

7   know this building is not fully operational.  There's no

8   judge's elevator.  I can't take a judge elevator here.  Take a

9   year or so.  It's not repairable.  It has to be hundreds of

10  thousands of dollars just for that alone.

11       Again, the rules are what they are.  It's really bad.

12  And I'm sorry that I have to be having this conversation.  I

13  don't have a prepared speech.  I am only speaking from my heart

14  and this is just disheartening.  I'm really torn to pieces by

15  this behavior.

16       You are fine lawyers, too.  And that's the -- I really

17  enjoyed this trial.  I like good lawyering, but play by the

18  rules.  Just like we all like good fights.  You don't want to

19  see a disqualification.  I enjoyed great litigation, but the

20  rules are what they are.

21       Again, their no perfect trials.  There's fair trials.

22  I don't believe in mistrials.  I believe in fair trials.  I do

23  my best to make a decision and I ask that you respect it.

24  Simple.  And it's like if I don't have my way, this sense of

25  entitlement is a problem and it's just wrong.

```
 1          I'm going to have to reset this case later.  I
 2   discussed with my legal counsel, staff, and think of something
 3   else, perhaps that may consider sparing you from having a
 4   hearing to where you all are facing federal prison time because
 5   it's serious.  This is serious.  It's not through the fault of
 6   this Court.  I didn't create this order.  I didn't create this
 7   problem.
 8          I warned you over and over and over again, and this
 9   type of tactic caused you to put you in a position where you
10   are today.  Never.
11          I'm going to be in recess for 15 minutes.
12          THE COURT SECURITY OFFICER:  All rise.
13                     (Short recess had.)
14          THE COURT:  You may be seated.  As to Mr. Stolow,
15   Mr. Kuehne, Ms. Dawson, Mr. Pertnoy, and Mr. Sarnoff, this is
16   what the Court has proposed and in consideration as to protect
17   the health and safety of this Court.  This is a counteroffer.
18   Hopefully, it may be resolve this case in the best interests
19   with the least onerous sanction will be obviously the $5,000
20   fine is standard, minimum.
21          You can voluntarily agree not to practice in the
22   Southern District for two years, undergo ten hours of ethical
23   training.  You can reapply before this Court within one year
24   providing you complete it and establish good moral character
25   before this Court.  And if you do so, the Court will consider
```

1   you practicing within a year.

2          If you refuse to do so, you don't have to accept but,

3   of course, at the time will hold in abeyance any sentence or

4   any contempt of Court.

5          Now if you say you don't want to accept that, that's

6   fine before this Court, but I will set a hearing then.  Give

7   you a hearing, an opportunity, and in 90 days and rest assured,

8   if this Court holds you in contempt, I'm going to advise you

9   not to drive.  That you have someone drive you.  Don't bring

10  any jewelry or anything else, because in the event this Court

11  imposes a sentence of incarceration, there will be no delayed

12  surrendering.  So that is my proposal based on to protect this

13  Court, the safety of it, as well.

14         This is the first of its kind in this history of this

15  district that someone has ever done this.  A fine is not merely

16  sufficient to do so.  That is my proposal.  I'm willing to

17  entertain other suggestions, but, again, this is the least

18  minimum what I think to promote respect for this Court, safety

19  of this Court, and based on what I have observed here under

20  these unique facts and circumstances as well.

21         You don't have to agree.  If not, I can set a date

22  right now for 90 days and give you a hearing.  And, again, I'm

23  not mincing words.  I'm making this clear and as to what this

24  will be.  Because, again, before any other judge, we wouldn't

25  be having this conversation at all.  There won't be any

1  conversation, none whatsoever.

2        You can let me know.  If you say right now, I don't

3  want to even consider that option, that's fine.  If that's

4  something you want to consider, Mr. Stolow, you can tell me yes

5  or no.

6        MR. ROTHMAN:  Judge, can we be heard just very

7  briefly?

8        THE COURT:  Sure.

9        MR. ROTHMAN:  Jesse is a 13 month lawyer.  This is

10  all his fault.  It's -- the beginning of this is all his fault.

11  What I'd just asked is for three minutes to let Jesse address

12  the Court.

13        THE COURT:  I will, but listen to what I'm saying,

14  sir.  I want to know if he's willing to that.  I'm willing to

15  accept any other counters.  That's all I'd like to know.

16        MR. ROTHMAN:  I'm not countering.  I'm asking just to

17  listen to Jesse for three minutes.

18        THE COURT:  I will, sir, but I want to know, before

19  again, I'm not saying that I'm not going to impose this, but I

20  need to know.  I have to let everyone know of the potential

21  consequences are for violating, not my order.  This is

22  something that is nationwide, sir.  This is beyond.  This is

23  serious.  This is absolutely serious in federal court.  I don't

24  believe you've ever represented someone who have done something

25  like this, sir.  Correct, Mr. Rothman?

```
 1            MR. ROTHMAN:  I've not seen this exactly.

 2            THE COURT:  Exactly.  So that goes to show you the

 3    gravity and how serious and how dangerous this is, all right?

 4    So that just the Court's suggestion.

 5            Again, I can hold it in abeyance any type of other

 6    punishment.  But, again, the fine alone does not -- may not be

 7    sufficient I think based on what took place, but I will hear

 8    him for three minutes, if that's what you want, because I have

 9    a jury here waiting who has given their undivided time and

10    devotion to this case.

11            I'm just proposing what I think that anyone who wants

12    to spend their time facing incarceration based on because -- I

13    don't even make to that proposal, number one, let's start with

14    that.  That's not something I even have to suggest.  Let's be

15    clear with that.  I don't even have to make that suggestion,

16    none whatsoever.

17            Mr. Stolow, you may speak, sir.

18            MR. STOLOW:  Your Honor, I am deeply sorry for my

19    actions and the trouble that it has caused the Court.  For the

20    past few weeks, I have had the distinct honor to sit in this

21    courtroom as a first year attorney seeing all the ins and outs

22    of an intricate trial.

23            It is certainly not common for attorneys first

24    starting out to attend trial, and I'm grateful for the trust

25    and confidence the firm has placed in me.
```

 1          While I have read the local rules prior to my

 2    admission into the Southern District and am aware of 77.1 which

 3    prohibits photography in the courtroom, I forgot this rule in

 4    the heat of the moment, and took one photograph of an attorney

 5    in the gallery while the Court was in recess.

 6          I witnessed something which would have been better

 7    communicated at the appropriate time to my firm for them to

 8    determine the appropriate way to address the issue.

 9    Unfortunately, I chose incorrectly thinking that snapping a

10    photo and providing it immediately to a junior member of the

11    defense team without consulting my supervising attorneys would

12    quickly communicate the information.

13          It is no excuse that I had no idea or intent that the

14    photo would end up in a filing, and was unaware of its

15    inclusion until late yesterday afternoon when I learned of Your

16    Honor's order requiring my appearance.

17          In the spur of the moment, I failed to connect Rule

18    77.1 with the situation as it was presented to me.  Last night,

19    I read Rule 77.1 and the associated Administrative Orders.

20          Your Honor, I am very sorry.  What I did was wrong and

21    I will never do it again.

22          THE COURT:  Also, for the record, thank you for

23    sharing that, but the picture of the attorney was not just

24    captured.  There were other individuals captured in this

25    photograph as well.  There are a total of eight individuals

1    captured in this photograph that was taken by Mr. Stolow.

2         All right?  What I will do, I will recess this matter

3    for 30 days.  Let me know your intentions, everyone here, what

4    you want to do.

5         I will consider any proposal but, again, I'm just

6    letting you know what my expectations are at this point here.

7    If not, we cannot reach an agreement, I will set a hearing in

8    90 days following this trial to have a hearing on this

9    particular Administrative Order.

10        I advised the parties of the consequences that can

11   result from it based on violation of this order as well.  So,

12   you can let me know in 30 days as to how you wish to proceed.

13        And I, again, if there's not a resolution, I will set

14   it for a hearing perhaps in 90 days or so to resolve this

15   matter so we can move forward.

16        I trust that you all will do the right thing, as,

17   again, to make a decision in the best interests because it's

18   about the safety of this Court, the national security interests

19   beyond, and because this is the first of its kind in the

20   history of the Southern District of Florida that I am aware of

21   that this has happened, so the gravity of this here is beyond

22   reproach, but I will let you all determine what you think you

23   would like to do so that we can put this behind us and move

24   forward with our lives here as well.

25        With that said, we're going to continue with the

```
 1   testimony of Ms. Dooley in open court.  You can have Ms. Dooley
 2   take the stand and we can move forward.
 3              MR. ROTHMAN:  Thank you for allowing Jesse to speak,
 4   Your Honor.
 5              THE COURT:  Thank you.  Ms. Dooley, good morning.
 6   You may take the stand.
 7              THE WITNESS:  Good morning, Judge.
 8              THE COURT:  Be seated.
 9              THE COURTROOM DEPUTY:  Sorry, Judge.
10              MS. SUAREZ:  Just for the Court to be aware, I'll be
11   taking over the objections for Ms. Arteaga.
12              THE COURT SECURITY OFFICER:  All rise.
13              (Thereupon, the jury entered the courtroom.)
14              THE COURT:  All right.  Good morning, ladies and
15   gentlemen of the jury.  How's everyone?  Good.  You may be
16   seated.  Don't forget to watch Game 1.
17              A JUROR:  It's loaded.
18              THE COURT:  Good.  Also, everyone has kept my
19   instructions throughout this trial as instructed by not
20   watching the media, listening to the radio, any account about
21   this matter going on social media?  Is that still correct?
22              ALL JURORS:  That's correct.
23              THE COURT:  Thank you.  With that said, you may
24   continue with your examination of Ms. Dooley, Mr. Pertnoy.
25              MR. PERTNOY:  Thank you, Your Honor.
```

```
 1                           -  -  -  -  -

 2          CONTINUED DIRECT EXAMINATION OF RACHEL DOOLEY, ESQ.

 3   BY MR. PERTNOY:

 4   Q.   Good morning, Ms. Dooley.  How are you?

 5   A.   I'm fine.  Thank you.

 6   Q.   When we left off, we were finishing up Sanguich, and I

 7   want to just bring you back to that for a brief moment.

 8        Did you have communications regarding Sanguich with

 9   different departments in the administrative side of the city?

10   A.   Yes, yes, I did, as I stated.  Zoning, Building, even the

11   City Manager's Office.

12   Q.   And why did you do that?

13   A.   Because it was a complex problem, so what had been brought

14   to us was somebody given permission by a property owner to put

15   something in a place where it didn't fit.  It wasn't allowed

16   there.  And so we were trying to use every department we had to

17   figure out a way to make the Sanguich container legal in the

18   spot in the parking lot that they put it in.

19   Q.   And when you have complex issues such as the Sanguich

20   issue, is it common for you to discuss it with the other

21   departments?

22             MS. SUAREZ:  Objection.  Speculation.

23             THE COURT:  Sustained.

24   BY MR. PERTNOY:

25   Q.   Is it common for you to discuss legal issues with the
```

```
 1   different departments?
 2   A.   All the time.
 3   Q.   Let's move on to Calle Ocho Marketplace.  Are you familiar
 4   with Calle Ocho Marketplace?
 5   A.   Yes, I am.
 6   Q.   Were you involved in code compliance issues concerning
 7   Calle Ocho Marketplace?
 8            MS. SUAREZ:  Objection.  Leading.
 9            THE COURT:  Sustained.
10   BY MR. PERTNOY:
11   Q.   Did you have involvement with the Calle Ocho Marketplace?
12   A.   Yes.  It's two separate properties.
13   Q.   Can you explain to the jury what the properties are?
14   A.   So the first one is a wooden structure, single family
15   home, zoned single family which is behind a commercial corridor
16   that's called Coral Way and then you have the commercial
17   structure on Coral Way which is a restaurant.
18   Q.   And what was your involvement with the Calle Ocho
19   Marketplace?
20   A.   So I had -- there are two separate involvements for the
21   single family home.  That property didn't have any permits but
22   was gutted by the plaintiffs, leaving only the wood outside
23   walls and even the flooring was removed without permits so that
24   was an Unsafe Structure case.
25            MS. SUAREZ:  Your Honor, I'm going to object to
```

```
 1    foundation.
 2              THE COURT:  Overruled.
 3              THE WITNESS:  And then the second case and also with
 4    that case, involved a code case involving the cutting up and
 5    creating of kiosks.
 6              MS. SUAREZ:  Objection.  Speculation.
 7              THE WITNESS:  In metal containers in the single
 8    family home.
 9              THE COURT:  Wait, Ms. Dooley.  Again --
10              THE WITNESS:  Sorry.
11              THE COURT:  Understand if there's an objection, wait
12    until the Court makes a decision.  Don't continue to speak,
13    okay?
14              THE WITNESS:  No problem, sir.  I didn't hear.
15              THE COURT:  Speak up a little loudly so we can hear
16    you, too.
17              MS. SUAREZ:  Yes, Your Honor.
18              THE COURT:  The objection is overruled, but at any
19    rate, go ahead.
20              THE WITNESS:  So, they had -- they were creating sort
21    of little kiosks from containers like you would see shipping
22    containers in the yard at the single family home and then the
23    commercial property which was the restaurant, my involvement
24    became -- this was in 2017 when they placed these sort of
25    kiosks with little roofs on them for a some sort of market in
```

1  the back parking lot of the Calle Ocho Marketplace and didn't

2  obtain any permits or --

3           MS. SUAREZ:  Objection.  Legal conclusion.

4           THE COURT:  Objection is sustained.

5           MS. SUAREZ:  Ask to strike.

6           THE COURT:  Stricken.  Next question, counsel.

7  **BY MR. PERTNOY:**

8  Q.   Let's start with the commercial property, the 1380.  When

9  did you first get involved with issues on that property?

10  A.   It would be when it was cited, by Code Compliance.  That

11  would have probably been sometime in earlier 2017.

12  Q.   And that was before Commissioner Carollo took office?

13           MS. SUAREZ:  Leading.  Objection.

14           THE COURT:  Sustained.

15  **BY MR. PERTNOY:**

16  Q.   Do you know whether that was before Commissioner Carollo

17  was a commissioner of District 3?

18  A.   It was.

19  Q.   And can you explain to the jury what the citations were in

20  May of 2017?

21           MS. SUAREZ:  Objection.  Lack of foundation, lack of

22  personal knowledge.

23           THE COURT:  Overruled.  If she knows.

24           THE WITNESS:  Okay.  So when the -- we discussed

25  yesterday, the cases are brought by, in this case, the Code

```
 1   Compliance.  We always do a prehearing beforehand.  We see the
 2   Notice of Violation, you go through it.  This one in particular
 3   was a work was done without permitting, I believe it was
 4   also --
 5            MS. SUAREZ:  Objection.  Legal conclusion, lack of
 6   personal knowledge.
 7            THE COURT:  Sustained.
 8   BY MR. PERTNOY:
 9   Q.   So with respect to the kiosks on the 1380 property, what
10   did the city do when they were discovered?
11   A.   The city cited them for violations and to tell them to
12   comply; gave them an opportunity to comply.
13   Q.   And then what happened next?
14   A.   They did not comply and so --
15            MS. SUAREZ:  Objection.  Legal conclusion.
16            THE WITNESS:  It went to hearing.
17            THE COURT:  The objection is sustained.
18   BY MR. PERTNOY:
19   Q.   When the notice was provided to the plaintiffs, what
20   was -- what was the purpose of the notice?
21            MS. SUAREZ:  Objection.  Speculation.
22            THE COURT:  Overruled.  If she knows.
23            THE WITNESS:  So every notice as I discussed with you
24   yesterday for a Notice of Violation gives a certain amount of
25   some time to comply.
```

```
 1              And so you give them the notice, the violations what
 2     they are, and then it will say on it when you need to comply
 3     by.  If it's not complied in the mind of the Code Compliance
 4     Department --
 5              MS. SUAREZ:  Objection.  Speculation.
 6              THE COURT:  Wait, the objection is sustained.
 7     BY MR. PERTNOY:
 8     Q.  When you receive a notice and a timing to comply, are
 9     there opportunities to get extensions?
10     A.  Yes.  You have to contact the Code Compliance Department
11     for that.
12     Q.  And do you know whether plaintiffs sought extensions on
13     the time to comply with respect to the kiosks?
14              MS. SUAREZ:  Objection.  Leading and speculation.
15              THE COURT:  Overruled.  She can answer if she knows.
16              THE WITNESS:  Yes.
17     BY MR. PERTNOY:
18     Q.  Do you know whether they received those extensions of
19     time?
20     A.  Yes.
21     Q.  Do you know how many extensions of time plaintiffs
22     received?
23              MS. SUAREZ:  Objection.  Speculation.
24              THE COURT:  Overruled.
25              THE WITNESS:  Before or after the code hearing?
```

1    **BY MR. PERTNOY:**

2    Q.   Well, let's start with before.

3    A.   I don't know how many times before the code hearing.

4    Q.   Let's talk about after then.

5    A.   After the code hearing, multiple extensions of time to

6    come into compliance.

7    Q.   What happened at the code hearing?

8    A.   The initial code hearing, the plaintiffs pled to the

9    violation and were given time to comply by the code board.

10   Q.   And what do you mean, they pled to the violation?

11   A.   They admitted the violation.

12           MS. SUAREZ:  Objection.  Legal conclusion.

13           THE COURT:  Sustained.

14   **BY MR. PERTNOY:**

15   Q.   What was the outcome of the hearing?

16   A.   The board found them in violation of the city code.

17           MS. SUAREZ:  Objection.  Legal conclusion.  Hearsay.

18           THE COURT:  Sustained.

19   **BY MR. PERTNOY:**

20   Q.   Do you have personal knowledge as to the findings of the

21   board at the hearing?

22   A.   Yes.

23           MS. SUAREZ:  Same objections, Your Honor.

24           THE COURT:  Sustained.

25

1    **BY MR. PERTNOY:**

2    Q.   After the final hearing, what was required of the

3    plaintiffs?

4    A.   To comply with the violations as they were cited, to

5    legalize, as would be the term, the kiosks placed.

6    Q.   Do you recall how much time the plaintiffs had to do so?

7    A.   Specifically, I do not recall the days.  I could give you

8    an estimate, but I would have to see the document.

9    Q.   Sure.  Do you have personal knowledge as to whether the

10   plaintiffs complied within the initial timeframe?

11           MS. SUAREZ:  Objection.  Calls for a legal

12   conclusion.  Speculation.

13           THE COURT:  Sustained.

14   **BY MR. PERTNOY:**

15   Q.   Do you know whether the kiosks were brought into

16   compliance within the timeframe?

17           MS. SUAREZ:  Same objection, Your Honor.

18           THE COURT:  Overruled.  She can answer that question.

19           THE WITNESS:  They were not.  The plaintiffs came

20   back for an extension of time before the board.

21           MR. PERTNOY:  Your Honor, may I approach?

22           THE COURT:  Sure.

23           THE WITNESS:  Thanks.

24   **BY MR. PERTNOY:**

25   Q.   Do you know how many extensions of time the plaintiffs

 1   received after that hearing?

 2            MS. SUAREZ:  Objection.  Speculation.  Lack of

 3   personal knowledge.

 4            THE COURT:  Sustained.

 5   **BY MR. PERTNOY:**

 6   Q.   Do you have personal knowledge with respect to the number

 7   of extensions the plaintiffs received after the hearing?

 8            MS. SUAREZ:  Same objections, Your Honor, and also

 9   leading.

10            THE COURT:  Sustained.

11   **BY MR. PERTNOY:**

12   Q.   What happened after the first timeframe with respect to

13   the kiosks?

14   A.   They came back for an extension of time and their attorney

15   was working to make the kiosks a compliant market.

16   Q.   Was the extension of time granted?

17   A.   Yes.

18   Q.   What happened after that extension of time?

19   A.   There was another one.

20   Q.   And what happened after that one?

21   A.   It was granted.

22   Q.   And what happened after the second granting of an

23   extension of time?

24   A.   I don't remember after that.  I don't remember how many

25   there were, but as my recollection at the time is that as it

```
 1   got closer to hurricane season, the kiosks which were not
 2   properly there needed to be removed.
 3              MS. SUAREZ:  Objection as to "not properly there."
 4   Legal conclusion, Your Honor.
 5              THE WITNESS:  They were not secure.
 6              THE COURT:  Overruled.
 7   BY MR. PERTNOY:
 8   Q.   Do you have any personal knowledge as to whether the
 9   plaintiffs ever brought an appeal with respect to the Code
10   Enforcement Board's rulings?
11              MS. SUAREZ:  Objection.  Calls for a legal
12   conclusion.  Speculation.
13              THE COURT:  Overruled.
14              THE WITNESS:  At the very end, there was an appeal,
15   yes.
16   BY MR. PERTNOY:
17   Q.   And do you recall -- strike that.  Who did that appeal go
18   to?
19   A.   That appeal went, as all would, to the Eleventh Judicial
20   Circuit Appellate Division.
21   Q.   And that -- so that those would be judges that would
22   review this?
23   A.   Yes, it's a three panel judge.  It's just at the circuit
24   court level instead of the district court level in state court.
25   Q.   And do you recall what issues were being raised to the
```

```
 1   panel of judges?
 2   A.   Yes.
 3   Q.   What were those issues?
 4   A.   The issues raised were that they were improperly charged,
 5   that they were targeted; that they were being treated unfairly
 6   and singled out.
 7   Q.   And do you recall what the appellate panel ruled?
 8           MS. SUAREZ:  Objection, Your Honor.
 9           THE WITNESS:  Yes.
10           MS. SUAREZ:  Other litigation is irrelevant.
11           THE COURT:  Sustained.
12   BY MR. PERTNOY:
13   Q.   Were they successful in the appeal?
14           MS. SUAREZ:  Objection.  Same objections.
15           THE COURT:  Sustained.
16   BY MR. PERTNOY:
17   Q.   After the appeal -- strike that.  After the plaintiffs'
18   appeal was denied, what happened next?
19           MS. SUAREZ:  Objection, Your Honor.  Assumes facts
20   not in evidence.
21           THE COURT:  Sustained.
22   BY MR. PERTNOY:
23   Q.   What happened after the appeal?
24   A.   The kiosks were removed.
25   Q.   Now let's switch gears from that.  The kiosks, do you have
```

1    familiarity with the restaurant Taquito?

2    A.    Yes.

3    Q.    What was that issue?

4    A.    That issue was an issue, it's a private tied alleyway

5    between two properties owned by the plaintiffs, one being Calle

6    Ocho Marketplace.  It's in the center.  It was cited by the --

7    by Building and such for illegal electrical work and having

8    seats outside without a required warrant.

9              MS. SUAREZ:  Objection.  Lack of personal knowledge.

10             THE COURT:  Overruled.  If she knows.

11   **BY MR. PERTNOY:**

12   Q.    Are you aware of what else was built in that alleyway?

13             MS. SUAREZ:  Objection.  Leading.

14             THE COURT:  Overruled.

15             THE WITNESS:  They were running an outside alfresco

16   dining seating outside there.

17   **BY MR. PERTNOY:**

18   Q.    And based on your personal knowledge, was that done with

19   permits?

20             MS. SUAREZ:  Objection.  Calls for a legal

21   conclusion.

22             THE COURT:  Sustained.

23   **BY MR. PERTNOY:**

24   Q.    Do you know what the status of that outdoor dining area

25   was?

```
 1    A.   Well, as I said with all cases that come to me as the

 2    person who handles the code enforcement prosecutions, I meet

 3    with Building, Zoning, Code, whoever is necessary and they tell

 4    me --

 5            MS. SUAREZ:  Objection, Your Honor.  Hearsay.  Lack

 6    of personal knowledge.

 7            THE COURT:  Sustained.

 8    BY MR. PERTNOY:

 9    Q.   What was the outcome with respect to the outdoor dining

10    area in El Taquito?

11    A.   Well, they eventually came into compliance.  They pulled

12    permits and sought the appropriate zoning qualifications to be

13    there.

14            MR. PERTNOY:  Can you please pull up DX 632 which is

15    already in evidence?  I believe it's already in evidence.

16            MS. SUAREZ:  No objection.

17            MR. PERTNOY:  Can we please publish that to the jury?

18    Thank you.

19    BY MR. PERTNOY:

20    Q.   Can you make that a little larger, please?  Can you see

21    the address on the job location for this permit application?

22    A.   Yes.

23    Q.   Do you recognize that address?

24    A.   Yes, I do.

25    Q.   What is that address?
```

1    A.   That's the address of the Calle Ocho Marketplace, what we

2    were just discussing.

3    Q.   And can you scroll down to the bottom of the page there?

4    Do you see who signed the -- the permit application?

5    A.   The -- in the print name on the left side, as the owner is

6    William, Bill Fuller, and I can't really read the print name

7    for the qualifier.

8    Q.   That's fine.   Could we go to the second page, please?   And

9    can you take a look at the demolition plan and look at the

10   little alleyway, the grade alleyway?   Is that the El Taquito

11   alleyway that we were discussing?

12             MS. SUAREZ:   Objection.   Leading.

13             THE COURT:   Overruled.

14             THE WITNESS:   Yes.

15   **BY MR. PERTNOY:**

16   Q.   Can you look to the left, and can you please describe the

17   description of the work that's to be performed on that

18   alleyway?

19   A.   It's the demolition of the overhangs they created, the

20   illegal structure.

21             MS. SUAREZ:   Objection as to "illegal structure."

22   Legal conclusion.

23             THE COURT:   Sustained.

24   **BY MR. PERTNOY:**

25   Q.   Can you just please read what it says exactly in the

1   plans?

2   A.   I thought I did.   Demolition -- demolition of illegal

3   structure.

4   Q.   And based on your personal knowledge, was that structure

5   then taken down?

6   A.   Yes.

7   Q.   Let's turn to the other portion of Calle Ocho Marketplace

8   which is the residential property.   Do you recall?

9   A.   Yes, I do.

10  Q.   Can you explain what occurred -- strike that.

11          MR. PERTNOY:   Can we bring up DX 37 which is already

12  in evidence, and can you just make that a little larger so it's

13  easier to see?   Thank you.

14  **BY MR. PERTNOY:**

15  Q.   Ms. Dooley, are you familiar this document?

16  A.   Yes, I am.

17  Q.   Can you please review it and then explain to the jury what

18  this document is?

19          MS. SUAREZ:   Objection, Your Honor.   The document

20  speaks for itself.

21          THE COURT:   Overruled.

22          THE WITNESS:   This is the beginning of -- this is an

23  Unsafe Structure case when pursuant to the Florida Building

24  Code, and the Miami-Dade County Code, the city has a section

25  called Unsafe Structures, that division then enforces the

```
 1   Florida Building Code if there are properties that are unsafe
 2   pursuant to the code which could mean something like doing work
 3   without a permit, or something that's collapsing.  It runs the
 4   gamut.
 5             MS. SUAREZ:  Objection, Your Honor.
 6             THE COURT:  Wait, there's an objection.
 7             MS. SUAREZ:  Objection as to the narrative and the
 8   indication anything is collapsing.
 9             THE COURT:  Sustained.
10             MS. SUAREZ:  Ask to strike.
11             THE COURT:  It's stricken.
12             THE WITNESS:  In this case, this is the first --
13             THE COURT:  Wait.
14             MR. PERTNOY:  I'll just ask another question.  Thank
15   you, Ms. Dooley.
16   BY MR. PERTNOY:
17   Q.   Could you publish to the jury the correction that's sort
18   of set forth in the notice of repair or demolish?
19   A.   It says need to properly secure, maintain, obtain
20   demolition permit or start to repair ASAP to bring structures
21   back into compliance, submit plans, acquire required permit.
22   Q.   Do you have personal knowledge of this structure?
23   A.   Yes.
24   Q.   Have you seen it with your own eyes?
25   A.   I have.
```

1    Q.    And can you please -- strike that.

2         Can we go to the next picture?  Is this the structure?

3    A.    Yes.

4    Q.    And can you describe the status of the structure as you

5    understood it with your personal knowledge in March of 2018?

6              MS. SUAREZ:  Objection.  She's not a Code Enforcement

7    Officer.

8              THE COURT:  All right.  Sustained.

9    **BY MR. PERTNOY:**

10   Q.    Did you observe the status of the structure in March of

11   2018?

12   A.    Sometime around that time, I did go by it, yes.

13   Q.    And can you please describe to the jury your personal

14   observations of what you saw?

15   A.    It was a very old wooden structure in an extremely

16   delapidated condition.  You could see from the outside into the

17   inside in parts.

18   Q.    And can you please flip through some of these photos, and

19   take a look at these photos?  And then I'll ask you a question

20   in a moment.

21        We can stop there.  Thank you.  Do these photos accurately

22   reflect your personal observations of the property in or about

23   March of 2018?

24   A.    Yes.  With the exception of the interior, yes.

25   Q.    Now, what happened after this first notice was issued to

 1    Calle Ocho Marketplace, LLC?

 2    A.   It would be set for hearing.

 3    Q.   And did you attend that hearing?

 4    A.   Yes.

 5    Q.   Can we go to page 42 of -- make that a little larger,

 6    please.

 7         Do you recognize this document?

 8    A.   Yes.  That's a standard Unsafe Structure Panel summons for

 9    hearing.

10    Q.   And this is the hearing that you then attended?

11    A.   Yes.

12    Q.   All right.  Can we go to page 49 of the document?  Make

13    that a little larger.  Are you familiar with this document?

14    A.   I am.

15    Q.   Can you please describe -- can you please tell the jury

16    what this document is?

17    A.   It is the order of the Unsafe Structure Panel.

18    Q.   And what does this order state with respect to the

19    residential property that we're discussing?

20         MS. SUAREZ:  Objection.  Leading and the document

21    speaks for itself.

22         THE COURT:  Overruled.

23         THE WITNESS:  The structure shall be demolished

24    within 30 days, permits obtained.

25

**BY MR. PERTNOY:**

Q.   Was there a hearing in regards to this order?

A.   Yes.

Q.   And did you attend that hearing?

A.   I did.

Q.   Can you please tell the jury what occurred at that hearing?

A.   The city presented its case.  The city code, and the county code both require any property that is more than fifty percent of the cost to repair to the cost of the structure.  In this case, you see what the structure looks like.  It's required to be demolished.

Q.   And do you recall whether plaintiffs had representatives there on their behalf at this hearing?

          MS. SUAREZ:  Objection.  Relevance.

          THE COURT:  Overruled.  You can answer, Ms. Dooley.

          THE WITNESS:  Okay.  I'm trying to remember.  I can't remember off the top of my head.  I want to say no, but that might not be correct.

          MR. PERTNOY:  Then let's not guess.  We'll just move on.

**BY MR. PERTNOY:**

Q.   So what happened after that hearing?

A.   Nothing happened in terms of compliance and then the city would move forward with demolition of the property because as

1    the order states, if the -- if it's not complied with, the city

2    shall demolish -- it was supposed to be demolished by the

3    owners.  If they didn't demolish it, then it would be the

4    city's responsibility to move forward and demolish the

5    structure.

6    Q.   And was -- was the structure demolished in 2018?

7    A.   It was not.  Plaintiffs after the -- you know, you have 30

8    days to appeal or ask for extensions of time.  Plaintiffs filed

9    an injunction in state court.

10            MS. SUAREZ:  Objection.  Lawsuit outside of this

11    matter.

12            THE COURT:  Sustained.

13   **BY MR. PERTNOY:**

14   Q.   So, it was -- the property was not demolished in 2018.

15   What happened next?

16   A.   The next thing that happened on the property was in --

17   just in relation to this property?

18   Q.   Just on this property, yes.

19   A.   In 2202, the city moved to demolish it.

20   Q.   Why did the city -- strike that.

21       Why was there a gap between 2018 and 2022 with respect to

22   the status of this property?

23   A.   There are lots of properties that have to be demolished

24   when the city has limited resources.  We then had the pandemic

25   and so there were not many demolitions going on at that time at

 1   all.

 2        We even had a stoppage of hearings for about six months.

 3   And so in 2022, once everything started moving back again with

 4   hearings, and this came up on the list of to be demolished.

 5   Q.   And during that timeframe, from 2018 to 2022, do you have

 6   personal knowledge of what was going on at that residence?

 7             MS. SUAREZ:  Objection.  Speculation.

 8             THE COURT:  Overruled.  If she knows.

 9             THE WITNESS:  The property stayed there.  I learned

10   in 2022 --

11             MS. SUAREZ:  Objection.  Lack of personal knowledge.

12             THE COURT:  Sustained.

13   **BY MR. PERTNOY:**

14   Q.   What was your knowledge of the property in 2022?

15   A.   So I received letters --

16             MS. SUAREZ:  Objection.  Lack of personal knowledge.

17             THE COURT:  Let him finish asking the question,

18   please.

19             Mr. Pertnoy, ask your question, sir.

20   **BY MR. PERTNOY:**

21   Q.   What was your knowledge regarding the property in 2022?

22   A.   They had tenants inside of it.

23             MS. SUAREZ:  Objection, Your Honor.  Lack of personal

24   knowledge based on hearsay.

25             THE COURT:  All right.  Sustained.

1          MS. SUAREZ:  Ask to strike.

2          THE COURT:  Stricken.

3  **BY MR. PERTNOY:**

4  Q.   How did you obtain knowledge regarding the status of the

5  property in 2022?

6  A.   So I received the email and I was -- I got called out

7  actually to the demolition site and I -- well, through an

8  interpreter, but I saw the tenant and he was speaking.

9  Q.   So you saw the email.  What email are you referring to?

10 A.   Email or letter stating that don't demolish.

11         MS. SUAREZ:  Objection.  Hearsay.

12         THE COURT:  Overruled.  Go ahead, Ms. Dooley.

13         THE WITNESS:  That the gentleman had millions of

14 dollars worth of artwork inside this structure, and that we

15 should not come and demolish it because he was living there.

16 **BY MR. PERTNOY:**

17 Q.   And what did you do based off of that knowledge?

18 A.    I -- we had the demolition excavator was out there, so

19 there should be no power as well.  That's required under

20 Florida law or anything else to the property.  We put off the

21 demolition for a day, and I had a letter sent over there and

22 posted on the property and sent to plaintiffs as well telling

23 them that they did not have a right to interfere with the

24 police powers of the city and the demolition of the structure.

25         MR. PERTNOY:  Can you bring back DX 37 and can we go

1  to page 146?  And can you make that a --

2  **BY MR. PERTNOY:**

3  Q.   Is this the notice you were referring to a moment ago?

4  A.   Yes, that's the letter.

5  Q.   And can you make it a little larger?  Little smaller than

6  that, please, and scroll down a little so we can see the

7  letter.  Do you recognize the signature at the bottom of the

8  letter?

9  A.   Yes.  It's mine.

10  Q.   And I know it's a little blurry, but can you please read

11  the first paragraph of the letter you wrote?

12  A.   It says in July of 2018, you informed --

13          THE COURT:  She's great and she can type very fast,

14  Ms. Dooley, but that's beyond her pay grade.

15  A.   In July of -- I think it says '18, you were informed this

16  property/structure was to be demolished for failure to comply

17  with the Unsafe Structure Panel Order requiring demolition

18  within 30 days of the hearing on May 25, 2018.

19      The property was posted over one week ago noticing the

20  demolition was imminent.  Upon arrival today to proceed with

21  enforcement, an unknown person was present claiming that it was

22  his art studio with millions of dollars in artwork inside.  The

23  wood framed structure has no power or electricity.  The placing

24  of persons inside this unsafe structure is a direct violation

25  of the city code and the Unsafe Structure Panel Order and in

1    disregard of human life and the rule of law.

2    **BY MR. PERTNOY:**

3    Q.   And who did you write this letter to?

4    A.   The owner of -- well, Calle Ocho Marketplace and it goes

5    to their registered agent.

6    Q.   Who do you understand the owners of Calle Ocho Marketplace

7    to be?

8    A.   The plaintiffs in this case.

9    Q.   Now, with respect to after you posted this letter, what

10   happened next?

11   A.   So the next day, everybody was out there.  I was at the

12   office.  I received a phone call from the Unsafe Structure

13   personnel that was out there --

14           MS. SUAREZ:  Objection.  Hearsay.

15           THE COURT:  Sustained.

16   **BY MR. PERTNOY:**

17   Q.   What did you do based off of the phone call you received?

18   A.   Based upon my conversation with them, I went out to -- I

19   went to the house.

20   Q.   And what did you observe when you arrived at the unsafe

21   structure?

22   A.   It was a circus.  That's what I observed.

23   Q.   And can you describe with a little bit more particularity

24   the circus that you observed?

25   A.   So I parked.  There's a flat cemented paved area along the

1    area that lines up walking to where the house is itself.  I was

2    walking that way.  There were a lot of people there not related

3    to the city.  The city people had their shirts on and the

4    demolition individuals had their demolition contractor shirts

5    on.

6        The excavator was ready to go, and there was an elderly

7    gentleman who was the tenant who was talking to everybody.  But

8    he was -- he had moved all of his stuff out the night before

9    based upon the letter --

10            MS. SUAREZ:  Objection.  Speculation.

11            THE COURT:  Overruled.

12            THE WITNESS:  And then there were people with their

13   cellphones around and Mr. Pinilla who's one of the plaintiffs

14   was there as well.

15   BY MR. PERTNOY:

16   Q.   What did you observe Mr. Pinilla doing at that site?

17   A.   They had set up a table off to the side which seemed to

18   have coffee and cakes or breakfast.  It was -- I don't know

19   what they were doing.

20        I've never spoken to Mr. Pinilla really before that day.

21   He came at me very angry, and called me by my name, Rachel.

22   I've never met him before and told me that he was going to have

23   me arrested and disbarred for what I was doing.

24   Q.   What was your response?

25   A.   I told him I had no idea what he was talking about in

```
 1    terms of that, but that there was an order and that they were

 2    violating it, and it was incorrigible to have an elderly

 3    gentleman living in a house that was completely unsafe.

 4              MS. SUAREZ:  Objection.  Assumes facts not in

 5    evidence.

 6              THE COURT:  Overruled.

 7    BY MR. PERTNOY:

 8    Q.   And did he respond to your statements?

 9    A.   He said the house was perfectly fine.  There's nothing

10    wrong with it, and I told him that was an absurd notion,

11    whatever they had done to the inside was -- there was no

12    permits --

13              MS. SUAREZ:  Objection.  Legal conclusion.  She's not

14    a Code Enforcement Officer.

15              THE COURT:  Sustained.

16    BY MR. PERTNOY:

17    Q.   Did you review the city records with respect to this

18    property?

19    A.   Yes.  We have to before we send the letters out noticing

20    of demolition.  The courtesy notices that comes from me and my

21    office.

22    Q.   What is the system called that you use to review the city

23    records?

24    A.   It's a Legal Services Request.  It's an LSR.

25    Q.   And in making the LSR, did you -- what type of information
```

1    did you request?

2    A.    So, they'll send the memo saying what they need, whatever

3    department it is.  In particular with Unsafe Structures,

4    because I work with them a lot, there's a shared drive that I

5    have access to that; just has documents from hearings on it.

6    It's not one you can add things to for me.  It has all of the

7    case file information and then I go into the city I-Build

8    system which tells us whether or not there are permits or

9    anything else is going on with the property so you can have a

10   look at that.  And you can tell all of that, whether or not

11   anything's going on, there's any permits or anything else.

12   Q.    And prior to the day that you met Mr. Pinilla, had you

13   reviewed the file and the I-Build system with respect to this

14   property?

15   A.    I had reviewed it thoroughly in 2018, and I had reviewed

16   it again before they proceeded with the demolition.

17   Q.    And based on your personal review of the city records and

18   the I-Build system and the file, were there permits with

19   respect to that property?

20          MS. SUAREZ:  Objection, Your Honor.  Lack of personal

21   knowledge.

22          THE COURT:  Overruled.  If she knows.

23          THE WITNESS:  No.

24   **BY MR. PERTNOY:**

25   Q.    And so when you made your statement to Mr. Pinilla, was

```
 1   that an accurate and true statement?
 2   A.   Yes.
 3   Q.   And did he have any further response to you?
 4   A.   Not really.  He was very angry and --
 5             MS. SUAREZ:  Objection.  Speculation.
 6             THE COURT:  Overruled.
 7             THE WITNESS:  He had been yelling at me so that's
 8   angry.  And at that point, I didn't have anything else to say
 9   to him except to let them know that they were moving forward
10   with the demolition.
11   BY MR. PERTNOY:
12   Q.   And how did you leave the conversation?
13   A.   I told him to have a good day.
14   Q.   And what happened after your conversation with respect to
15   the property?
16   A.   I met with the building individuals who were there as well
17   as the demolition contractor, and they proceeded and I left.
18   Q.   And when you say proceeded, what does that mean?  What
19   happened to the building?
20   A.   To demolish the structure.
21   Q.   Now, with respect to Calle Ocho Marketplace, did you
22   receive any directions or orders from anybody?
23             MS. SUAREZ:  Objection.  Leading.
24             THE COURT:  Overruled.  You can answer, Ms. Dooley.
25             THE WITNESS:  No.
```

1    **BY MR. PERTNOY:**

2    Q.    Did you receive any instructions from Commissioner

3    Carollo?

4              MS. SUAREZ:  Objection.  Leading.

5              THE COURT:  Sustained.

6    **BY MR. PERTNOY:**

7    Q.    Did you have any conversations with Commissioner Carollo

8    regarding the Calle Ocho Marketplace?

9    A.    The house?

10   Q.    The 1380, the house, any of the properties that we

11   discussed?

12   A.    I never had a conversation with him about the kiosks and

13   the farmer's market, but I was at a meeting that he was at and

14   I had written an email that he referred to, but I didn't speak

15   to him about it.

16   Q.    And at that meeting, were there any orders given?

17             MS. SUAREZ:  Objection.  Leading.

18             THE COURT:  Sustained.

19   **BY MR. PERTNOY:**

20   Q.    What occurred at that meeting?

21   A.    That particular meeting was in relation to when you -- in

22   order to obtain a farmer's market, I think I have to explain

23   how that goes.  You have to meet certain requirements under the

24   city code, and one of them is you can't have an outstanding

25   open code violation.

1    So in this particular case, Calle Ocho Marketplace had an

2   open code violation.  One was the Taquito place that had the

3   illegal work in the alleyway, and then obviously, the open case

4   revolving around the kiosks and how they were out there.

5   Q.   Did you observe any orders being given at that meeting?

6          MS. SUAREZ:  Objection.  Leading.

7          THE COURT:  Overruled.  You can answer that,

8   Ms. Dooley.

9          THE WITNESS:  No.

10  **BY MR. PERTNOY:**

11  Q.   Did -- strike that.

12   With respect to Calle Ocho Marketplace, did it matter who

13  owned the property?

14  A.   No.

15  Q.   What was the reason you proceeded with enforcement with

16  respect to Calle Ocho Marketplace?

17  A.   Because they were in violation of the city code.  They

18  didn't have the right to be attempting to operate what they

19  were attempting to operate under Miami 21 or the city code and

20  the structures that they had placed on there were not allowed.

21  Q.   Let's move on to another subject.  Are you familiar with a

22  property known as Ball & Chain?

23  A.   Yes.

24  Q.   Are you familiar with Ball & Chain as it relates to noise

25  issues?

1    A.    Yes, I am.

2    Q.    Can you explain to the jury your familiarity with Ball &

3    Chain as it relates to noise issues?

4    A.    So it's a restaurant that -- well, at the time, it's only

5    supposed to be a bar, but a bar operating as a restaurant bar.

6    And they had loud music, and open doorways that opened out onto

7    the side.

8         They were cited on several occasions for violating 36-4 of

9    the city code which does not allow mainly audible noise at any

10   time, 24 hours a day more than a hundred feet from the

11   property.

12   Q.    So that's one city code with respect to noise.  Is there

13   another one that talks about outdoor music after a certain

14   period of time?

15              MS. SUAREZ:  Objection.  Leading.

16              THE COURT:  Overruled.

17              THE WITNESS:  There is.  There's a separate one for

18   that, yes.

19   **BY MR. PERTNOY:**

20   Q.    And in the 2018 timeframe, how late could you play outdoor

21   music?

22   A.    So in 2018, there are two sections of the code, 36-4, and

23   36-5.  36-4 is the 24-hour code of no playing audible music

24   within a hundred feet of the property.  36-5 is a much more

25   narrowly tailored version which states that there may be no

1    audible music between 11:00 p.m. and 7:00 a.m. that disturbs

2    somebody's sleep.

3        So let's say they're in a hotel, an apartment, their

4    house.  If you open your door and it's loud enough to bother

5    them, or it's outside, it's just not allowed if you're

6    disturbing their sleep only between those hours.

7    Q.  So let's talk about Ball & Chain noise complaints.  What

8    was your involvement when citations or tickets were issued with

9    respect to noise complaints for Ball & Chain?

10            MS. SUAREZ:  Objection.  Leading.  Assumes facts not

11   in evidence.

12            THE COURT:  Sustained.

13   **BY MR. PERTNOY:**

14   Q.  Are you aware of Ball & Chain receiving tickets for noise

15   violations?

16   A.  Yes.

17   Q.  Are you aware of them receiving citations for noise

18   violations?

19   A.  They're the same thing.  Tickets and citations are the

20   same thing, and that's the second prong of the Code

21   Enforcement.  It's like getting a speeding ticket that happened

22   at the time you get the ticket, you can appeal it.

23   Q.  And what involvement did you have with respect to Ball &

24   Chain noise citations?

25   A.  I review -- when an appeal is filed by the property owner

1   or the violator, and it's set for hearing, I review the file

2   and the case with the inspector who cited the property,

3   determine if there's legal sufficiency for it to move forward.

4   If there is, we move forward, and if there isn't, we don't.

5   Q.   And generally, what are the options owners have when they

6   receive the citation?  How does that process work?

7   A.   They can pay it or they can appeal it within ten days.

8   Q.   And how much is it usually for a violation?

9   A.   $250.

10  Q.   And do you get involved if somebody pays it?

11  A.   No.

12  Q.   You only get involved if somebody appeals it?

13  A.   Correct.

14  Q.   Now with respect --

15  A.   Or if they don't even appeal it, I still don't get

16  involved because failure to appeal or pay after ten days is

17  considered an admission, so I still wouldn't be involved.

18  Q.   When do you get involved with noise violations?

19            MS. SUAREZ:  Objection.  Asked and answered.

20            THE COURT:  Sustained.

21  **BY MR. PERTNOY:**

22  Q.   With respect to Ball & Chain, can you describe an instance

23  where you were involved in noise violations?

24  A.   Yes.  They came several times.  There were many of them.

25  And, again, they go through the review process.  On several

1    occasions, I found that the inspector had cited the wrong

2    section and so I told them they can't go forward on the case

3    because it's the wrong section.  They used 36-5, and they

4    should have used 36-4, but they didn't so those cases were just

5    dismissed by Code on the other ones.

6    Q.   Now, when that happens, does that mean that the violation

7    didn't occur?

8           MS. SUAREZ:  Objection.  Speculation.  She's not a

9    Code Enforcement Officer.

10          THE COURT:  Sustained.

11   **BY MR. PERTNOY:**

12   Q.   When you are dismissing it because it cites the wrong

13   statute, is that any findings with respect to the facts of the

14   matter?

15   A.   No, the only -- it's the Administration's option so it's

16   Code's option.  They could amend the ticket if they wanted to.

17   They could rewrite a ticket.  They could choose whatever they

18   want to do.

19        In most instances, they just void them and usually in the

20   city's system, it will say -- says my name on it, I cited the

21   wrong section.

22   Q.   Aside from those Ball & Chain noise complaints, what other

23   instances were you involved in in Ball & Chain noise

24   complaints?

25   A.   They had other ones that moved forward and I'm pretty sure

```
 1   all but one, they either coupled at the same time where we

 2   dismissed one and they paid less on another, and paid tickets

 3   or didn't appeal it.  Turns out they paid it and then more

 4   recently went to a hearing on another one that was issued at

 5   basically a trial in front of the ticket magistrate.

 6            MS. SUAREZ:  Objection.  Outside the scope of this

 7   case.

 8            THE COURT:  Sustained.
```

**BY MR. PERTNOY:**

```
10   Q.   So, other than paying it or appealing it, there's an

11   option to have a trial in the process of noise complaints?

12            MS. SUAREZ:  Objection.  Same objection.

13            THE COURT:  Overruled.  She can answer that question.

14            THE WITNESS:  Yes.
```

**BY MR. PERTNOY:**

```
16   Q.   And to your knowledge, has Ball & Chain ever elected the

17   trial option?

18            MS. SUAREZ:  Objection.  Outside the scope of this

19   case.

20            THE COURT:  All right.  Sustained.
```

**BY MR. PERTNOY:**

```
22   Q.   Is the trial option part of the due process that's given

23   to people who receive citations?

24            MS. SUAREZ:  Objection.  Calls for a legal

25   conclusion.
```

1          MR. PERTNOY:  She's a lawyer.

2          THE COURT:  I understand that.  She's not here to

3     testify in her capacity as an attorney.  Nonetheless, with

4     respect to that question, the objection is overruled.  You can

5     answer that, Ms. Dooley.

6          THE WITNESS:  Yes.  They have a right to have the

7     hearing before the magistrate.  Most people come to the ticket

8     appeals because they want to see if they can get the ticket

9     cheaper.  Like I said, it's similar to a speeding ticket.

10    **BY MR. PERTNOY:**

11    Q.   And has there ever been an instance where you've gone to a

12    full hearing with respect to a Ball & Chain noise complaint?

13         MS. SUAREZ:  Objection.  Outside the scope of this

14    case.

15         THE COURT:  Sustained.

16    **BY MR. PERTNOY:**

17    Q.   Have you ever had an instance with a Ball & Chain noise

18    complaint where it was adjudicated that the noise complaint was

19    not proper?

20         MS. SUAREZ:  Objection.  Leading.

21         THE COURT:  Overruled.  You can answer that.

22         THE WITNESS:  No.

23    **BY MR. PERTNOY:**

24    Q.   Aside from the Ball & Chain noise complaints, do you have

25    familiarity with the Ball & Chain property as it relates to

1    code, other code violations?

2    A.   I do.

3    Q.   Can you generally describe your personal knowledge with

4    respect to the Ball & Chain property and other code violations?

5            MS. SUAREZ:  Objection.  She's not a Code Enforcement

6    Officer.  It's also vague as to scope and time.

7            THE COURT:  All right.  Sustained.  Rephrase the

8    question.

9    **BY MR. PERTNOY:**

10   Q.   Sure.  When did you first get involved in code violations

11   as a city attorney with respect to the Ball & Chain property?

12   A.   After the first, it was noise, and then it moved to issues

13   with the interior of the property, the exterior of it and work

14   that was performed without a permit.

15           MS. SUAREZ:  Objection.  Legal conclusion.

16           THE COURT:  Sustained.

17   **BY MR. PERTNOY:**

18   Q.   So -- just one moment.  So have you ever had to go to a

19   Unsafe Structure Panel hearing with respect to Ball & Chain's

20   property?

21   A.   Yes.  They had Unsafe Structure cases and Code cases.

22   Q.   And did you attend those on behalf of the city?

23   A.   Yes.

24   Q.   And can you please tell the jury what were the outcomes of

25   those hearings?

1           MS. SUAREZ:  Objection.  Compound.  Time, scope.

2           THE COURT:  All right.  Sustained.  If you can

3    provide the time and scope, you may do so, Ms. Dooley.

4           MR. PERTNOY:  Sure.

5    **BY MR. PERTNOY:**

6    Q.   With respect to -- give me one moment.  I believe I'm

7    looking for -- I think it was DX 646.  It's the 2019 notice of

8    violation.

9           While we're looking for that document, so what do you

10   understand based on your personal knowledge the code issues

11   were with respect to the Ball & Chain restaurant?

12          MS. SUAREZ:  Objection.  Testifying as an expert.

13          THE COURT:  Sustained.

14   **BY MR. PERTNOY:**

15   Q.   In -- as the city attorney, in order to proceed to the

16   Code compliance hearings and the Unsafe Structure Panel

17   hearings, what did you need to look at with respect to Ball &

18   Chain?

19   A.   It's a multidisciplinary preparation because you have

20   Code, Fire, and Building issues so you meet with all the

21   departments.

22   Q.   So aside from meeting with all the departments, did you

23   review city records that were available to you?

24   A.   Yes, and I review them with the department people.

25   Q.   And did that include looking in the I-Build system?

```
 1              MS. SUAREZ:  Objection.  Leading.

 2              THE COURT:  Overruled.

 3              THE WITNESS:  Yes.  Reviewing I-Build, reviewing

 4    their old permitting under the prior establishment that was

 5    there; what was there.  What was structurally there and what

 6    was structurally there now on the inside.  Looking at

 7    everything from photographs of the outside before, to the

 8    outside then.  You know, how everything had changed.

 9    BY MR. PERTNOY:

10    Q.   Right.

11    A.   And then review with them whether or not permits or

12    anything existed for those things to happen.

13    Q.   And did you have an opportunity at any point in time to

14    actually go to Ball & Chain and see it with your own eyes?

15    A.    I did, and it was before -- it was even before this

16    happened.  The acting code chief and I were invited by

17    Mr. Fuller to Ball & Chain because of the noise tickets that

18    were being issued.  We went to the restaurant in the middle of

19    the day.  That's the only time I've been there.

20    Q.   Based off of your review of all the city records, your

21    personal observations, what do you understand to be the code

22    issues with respect to Ball & Chain?

23              MS. SUAREZ:  Objection.  Calling for expert testimony

24    and speculation.  She just testified she's only been there

25    once.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. PERTNOY:
 3   Q.   What were the issues that were brought to the Unsafe
 4   Structure Panel or the Code Compliance Board with respect to
 5   Ball & Chain?
 6   A.   So when I was at Ball & Chain, we were invited there.  We
 7   were brought out to a back patio where they had seating, there
 8   was a bar, there was sort of a pineapple looking stage, and
 9   food service, and everything going on while we were there --
10              MS. SUAREZ:  Objection.  Nonresponsive to the
11   question.
12              THE COURT:  Overruled.  I overruled the objection.
13   She can continue, Mr. Pertnoy.
14              MR. PERTNOY:  Sorry, Your Honor.
15              THE WITNESS:  So based upon later on, looking at the
16   warrants that they had and their Certificate of Use, they had a
17   Certificate of Use to be a bar, not to be a restaurant.
18              MS. SUAREZ:  Objection.  Legal conclusion.
19   Testifying as an expert.
20              THE COURT:  Sustained.
21              MR. PERTNOY:  Let's -- can we bring up DX 644,
22   please?  It's in evidence.
23   BY MR. PERTNOY:
24   Q.   Have you -- are you familiar with this document?
25   A.   Yes.
```

1    Q.   Can you please describe to the jury what this document is?

2    A.   It's a Code Compliance Violation, and on it, it states the

3    violation for the work without a permit and it states more

4    specifically there's a back overhang, the front windows,

5    interior remodeling and the stage band shell.

6    Q.   And can you just read very specifically what the

7    correction of work completed needs to be?

8    A.   Work completed without a permit.  Overhang attached to the

9    structure, front windows, interior remodeling, stage band

10   shell.

11           MR. PERTNOY:  Thank you.  You can take that down.

12   Can we please bring up DX 587?

13   **BY MR. PERTNOY:**

14   Q.   Do you recognize this structure?

15   A.   I do.

16   Q.   Can you describe -- tell us what this structure is.

17   A.   That's the band shell that's at the back of the -- on the

18   outside part of the property.

19   Q.   And is this one of the items that was listed in the Notice

20   of Violation that we just looked at?

21   A.   Correct, as being unpermitted.

22   Q.   Go to the next page.  The next page, please.  Next page.

23   Keep going.  Stop there.  Do you recognize this structure?

24   A.   I do.

25   Q.   Is this also part of that Notice of Violation?

```
 1  A.   Yes.  That's the overhang and where it says 4-10-19,

 2  that's where acting Director Bernat and I sat and then to the

 3  other side, there's like an outside bar area.

 4  Q.   And go to the next page.  Is that the bar you're referring

 5  to?

 6  A.   It is.

 7  Q.   And is that the bar that's being referred to in the Notice

 8  of Violation that we looked at a moment ago?

 9  A.   Yes.

10  Q.   And so this is all part of the work that was done without

11  a permit?

12           MS. SUAREZ:  Objection.  Leading.  Nonresponsive to

13  the question.  Legal conclusion.

14           THE COURT:  All right.  I'm going to sustain the

15  objection.  Rephrase the question, Mr. Pertnoy.  You may

16  restate the question.

17  BY MR. PERTNOY:

18  Q.   Can you identify what this work -- what we're looking at

19  in relationship to the Notice of Violation that we looked at a

20  moment ago?

21           MS. SUAREZ:  Objection.  Calling for expert testimony

22  as to the code.

23           THE COURT:  Overruled.  She can answer that.

24           THE WITNESS:  Yes.  There's no permit for this bar or

25  where the bar is on the inside.
```

 1   **BY MR. PERTNOY:**

 2   Q.   Let's go -- keep scrolling through the pictures, please.

 3   Keep going, keep going.  Stop, please.  That's fine.

 4        Can you please identify this photo in relationship to the

 5   Notice of Violation that we looked at?

 6   A.   That's the bar.

 7   Q.   And what was the issue with the bar based on your

 8   understanding?

 9   A.   It was moved.

10        MS. SUAREZ:  Objection, speculation.  Not a Code

11   Enforcement Officer.

12        THE COURT:  Sustained.

13   **BY MR. PERTNOY:**

14   Q.   Was this interior part of the Notice of Violation?

15   A.   It says interior work without a permit.

16   Q.   Now, you can take that down.  Thank you.

17        So there was a -- you recall there being a hearing in

18   regards to this Notice of Violation?

19   A.   Yes.

20   Q.   And what occurred at that hearing?

21        MS. SUAREZ:  Objection.  Outside the scope of this

22   case.

23        THE COURT:  Sustained.

24   **BY MR. PERTNOY:**

25   Q.   After the hearing, what was -- what -- what happened next?

 1    A.    They eventually began to pull permits.

 2    Q.    Okay.  And were there timeframes that needed to be adhered

 3    to?

 4    A.    It's similar to any other case, yes, there were.  And they

 5    requested extensions of time, and then the pandemic hit, and

 6    there were no extensions of time hearings, so as long as

 7    somebody had requested it, you didn't have to keep requesting.

 8    Q.    And what -- are you familiar with the ability to get a

 9    deferral?

10    A.    A deferral?

11    Q.    Yes.

12    A.    In what?  No, I'm not.

13    Q.    Are there abilities to appeal the decisions of the Unsafe

14    Structure Panel or the Code Compliance Board?

15    A.    Yes.  All quasi-judicial proceedings much like this court

16    are the same.  You have 30 days to appeal any ruling.

17    Q.    Now, in addition to those appeals, is there an ability to

18    take any of these issues to another quasi-judicial board like

19    PZAB?

20              MS. SUAREZ:  Objection.  Leading and relevance.

21              THE COURT:  Sustained.

22    BY MR. PERTNOY:

23    Q.    What is PZAB?

24              THE COURT:  Wait.  I'm going to overrule the

25    objection.  You can answer that question.

1          THE WITNESS:  Yes.  PZAB is the Planning, Zoning and

2     Approvals Board, so and those are issues for if you're applying

3     for permits, or you're requesting to be able to do certain

4     things to a property that aren't already on it or normal to it,

5     but may be allowed under an exception or some sort of variance.

6          And you can go to the PZAB board and request that, or

7     in some instances, when you disagree with the determination of

8     the Zoning Administrator, you can appeal -- it's a man right

9     now -- you can appeal his determination to PZAB.

10    **BY MR. PERTNOY:**

11    Q.   And in relation to Ball & Chain and the issues that we

12    were discussing, are you aware of any applications or appeals

13    to PZAB?

14         MS. SUAREZ:  Objection.  Compound and outside the

15    scope of this case.

16         THE COURT:  Sustained.

17    **BY MR. PERTNOY:**

18    Q.   Was there any involvement with PZAB as it relates to Ball

19    & Chain?

20         MS. SUAREZ:  Same objection.

21         THE COURT:  Overruled.  She can answer that question.

22         THE WITNESS:  Later there was, yes.

23    **BY MR. PERTNOY:**

24    Q.   And can you explain to the jury what that was about?

25    A.   In, I'm going to say 2020, in the fall of 2020, the

1  plaintiffs were completing using a -- their work using a

2  private provider.  They didn't have the city going out and

3  doing the inspections for them.  They hired somebody to

4  privately do all of their inspections and approve them.  And

5  then it gets finaled by the city for their code case and for

6  their unsafe, the unsafe structure issues.

7       In September to October, the private provider signed off

8  on all of the permitting to have them closed, and at that time,

9  the city then closed the violations.

10       The private provider's work was reviewed and errors were

11  found, major ones, and so the city proceeded at that time based

12  upon the requirements of the amount of work that had been done,

13  and what was required by the Fire Department, that the

14  Certificate of Occupancy and use for the property was revoked.

15            MS. SUAREZ:  Objection to the narrative, Your Honor.

16            THE COURT:  Overruled.

17  **BY MR. PERTNOY:**

18  Q.   And what happened with respect to the application to PZAB?

19  A.   So I was present at that.  They appealed to PZAB, and they

20  went and then they deferred it.

21  Q.   And what does that mean?

22  A.   That's for the revocation.

23  Q.   What does that mean?

24  A.   It means they want more time to comply.  That's what they

25  requested through their counsel.

1   Q.    Did they obtain that extra time?

2   A.    Yes.  I didn't object.

3   Q.    And what happened after that?

4   A.    The same thing.  I think it went back another time and

5   then they continued to come into compliance.  They also filed

6   the appeal to Miami-Dade County BORA.

7           MS. SUAREZ:  Objection.  Outside the scope of this

8   case.

9           THE COURT:  Sustained.

10  **BY MR. PERTNOY:**

11  Q.    What is BORA?

12          MS. SUAREZ:  Objection.  Outside the scope of this

13  case.

14          THE COURT:  You can answer that question, what is

15  BORA.

16          THE WITNESS:  Any decision made by the building

17  official at -- any building official in the State of Florida,

18  if a party disagrees with their decision has the right to

19  appeal that decision to a local what's called Board Of Rules

20  and Appeals, so they call it BORA.

21          Miami-Dade County has one, so revoking or suspending a

22  Certificate of Occupancy which allows you to occupy is a

23  building official decision.

24  **BY MR. PERTNOY:**

25  Q.    And did plaintiffs have the opportunity to do that with

1   respect to Ball & Chain?

2           MS. SUAREZ:  Objection.  Outside the scope of this

3   case.

4           THE COURT:  Overruled.

5           THE WITNESS:  Yes.

6   **BY MR. PERTNOY:**

7   Q.   And did they, in fact, make an application to BORA?

8   A.   They did and they deferred it when it was set.

9   Q.   What does that mean?

10  A.   They didn't want it to be heard.

11  Q.   And has it ever been heard?

12  A.   No.

13  Q.   Have you prevented them from hearing it?

14  A.   No.

15  Q.   With respect to Ball & Chain and code, what is the status

16  of the property as you understand it today?

17          MS. SUAREZ:  Objection.  Calls for a legal

18  conclusion.  Testifying as an expert.

19          THE COURT:  Sustained.

20  **BY MR. PERTNOY:**

21  Q.   Do you have personal knowledge as to whether the --

22  whether plaintiffs have brought Ball & Chain into compliance?

23  A.   Almost completely, yes.

24  Q.   And have you attempted to thwart those efforts?

25  A.   No.

```
 1   Q.   Have you attempted to assist them in those efforts?
 2             MS. SUAREZ:  Objection.  Leading.
 3             THE COURT:  Overruled.  You can answer that.
 4             THE WITNESS:  For them to stay open or to open, yes,
 5   we have assisted them.  We agreed to expedited review times,
 6   countless phone calls, Teams, meetings on Teams, emails, tons
 7   of work.
 8   BY MR. PERTNOY:
 9   Q.   Why is the city taking that approach?
10             MS. SUAREZ:  Objection as to the city.
11             THE COURT:  Overruled.  She can answer that -- wait.
12   Go ahead, Ms. Dooley.
13             THE WITNESS:  For enforcement purposes, you had a
14   major fire trap issue with this property in the back as well as
15   in the interior and that needed to be fixed.
16             When people go to -- as I said yesterday, our job is
17   quality of life.  Quality of life also means the preservation
18   of life and to ensure that nothing's going to happen to people
19   who are tourists, or people going out for a night on the town,
20   and they're going to a restaurant that it meet the code, and
21   that it be as safe as possible under the building code and the
22   fire codes.
23             MR. PERTNOY:  And can we go to -- bring up DX 100
24   which is already in evidence?
25
```

1  **BY MR. PERTNOY:**

2  Q.   You just mentioned a fire.  Are you familiar with a fire

3  at Ball & Chain?

4  A.   There was.  There was a violation opened for that on the

5  roof, the overhang.

6  Q.   And that was the overhang that was associated with the

7  Notice of Violation we looked at a few minutes ago?

8  A.   Yes.

9  Q.   All right.  Can you look at --

10  A.   Property was not open at the time.

11  Q.   Can you take a look at this document and identify what it

12  is we're looking at?

13  A.   I referred to earlier.  This is a print screen of City

14  View which is the city's outdated and being phased out records

15  sort of receptacle for all of violations that are issued from

16  Building and Code and Fire and Public Works.

17  Q.   And --

18  A.   Solid Waste.

19  Q.   Can you just publish the description that's set forth at

20  the bottom there?

21  A.   Yes.  It says March 26, 2021, two-story CBS, restaurant

22  Ball & Chain, rear roof deck bar ceiling area sustained fire

23  damage, other parts of ceiling damaged.  To verify fire extent,

24  need to bring structure back into compliance.  Other parts of

25  ceiling damage to verify fire extent, need to bring structure

```
 1   back into compliance.  Submit plans and obtain required permits
 2   and instructions.
 3   Q.   And do you know what the status of this issue is?
 4   A.   It is complied now.
 5   Q.   Did the city work with plaintiffs --
 6   A.   Yes.
 7   Q.   -- in having this come into compliance?
 8   A.   Yes.
 9   Q.   Are you familiar with another property known as Taquerias
10   or Los Altos?
11   A.   I am.
12   Q.   Can you please describe to the jury what your general
13   familiarity is with respect to that property?
14   A.   It is a structure further east on 8th Street from Ball &
15   Chain, and it is a Mexican restaurant on the first floor and
16   used to be mostly empty on the second floor.
17           MR. PERTNOY:  Okay.  And can we bring up DX 645 which
18   is already in evidence?
19           THE COURT:  The jurors are requesting a break.  Thank
20   you for reminding me of that.  15 minutes.  So we'll see you at
21   11:05.  All right?  Again, do not discuss this case with
22   anyone.  Thank you.
23           THE COURT SECURITY OFFICER:  All rise.
24           (Thereupon, the jury exited the courtroom.)
25           THE COURT:  We'll be in recess for 15 minutes.
```

```
 1                     (Short recess had.)
 2           THE COURT:  All right.  The Court is back in session.
 3   You can bring the jurors, please, Rita.  Thank you.
 4           THE COURT SECURITY OFFICER:  All rise.
 5           (Thereupon, the jury entered the courtroom.)
 6           THE COURT:  All right.  The members of the jury are
 7   all present and accounted for.
 8           Mr. Pertnoy, you may resume your direct examination of
 9   Ms. Dooley, sir.
10           MR. PERTNOY:  Thank you, Your Honor.  Can you please
11   bring back on the screen, I think we were looking at DX 645.
12   Can you make that a little larger for the witness, please?
13   BY MR. PERTNOY:
14   Q.    Ms. Dooley, do you recognize this document?
15   A.    I do.
16   Q.    Can you please tell the jury what this document is?
17   A.    It is a Notice of Violation under the -- issued by the
18   Code Compliance Department.
19   Q.    Okay.  And can you just read to the jury what the
20   correction is?  What this Notice of Violation is about?
21   A.    So, the notice of -- there's two violations on this sheet.
22   One is for work without a permit, which is must pull/obtain
23   building permit for the work done on the second floor.  And the
24   second violation is for failure to provide the minimum
25   offstreet parking.
```

1    Q.   And you were in -- can you just read into the record the

2    CE number at the top?

3    A.   CE2019005428.

4    Q.   And what does that mean?

5    A.   CE stands for Code Enforcement.  2019 is the year, and

6    then in the line just sequentially from the first case through

7    to the end of the year.

8    Q.   So, at this point in 2019, there's already been 5,428

9    cases?

10   A.   This was the 5,428th case of 2019.

11   Q.   And these were not all the plaintiffs' properties,

12   correct?

13            MS. SUAREZ:  Objection.  Leading.

14            THE WITNESS:  No.

15            THE COURT:  Overruled.

16            THE WITNESS:  That would be between Building as well.

17   The numbers get used, the monikers for a building violation,

18   you'll see BB and the year, for Code, it's CE.  But the

19   properties move up and the violation case numbers move

20   sequentially.

21   **BY MR. PERTNOY:**

22   Q.   But all 5,428 cases are not associated with Mr. Fuller and

23   Mr. Pinilla, correct?

24            MS. SUAREZ:  Objection.  Asked and answered.

25            THE COURT:  Overruled.

1          THE WITNESS:  No.

2  **BY MR. PERTNOY:**

3  Q.   Okay.  And you were involved in this -- with respect to

4  case number 5428?

5  A.   I was not the -- I am aware of this case because I was

6  brought into it later.  I was not the Code prosecutor at the

7  time of this case.  I had a gap where I was with litigation.

8  Q.   And when were you brought into the case?

9  A.   There were issues with the person who was doing the code

10  case, and I kept getting a lot of emails with regard to the

11  matter from plaintiff's attorneys and things like that.

12          MR. PERTNOY:  Can we bring up PX 631?  It's not in

13  evidence, so please let's take it down for the jury at the

14  moment.  Can we just show it to the witness and counsels?

15  **BY MR. PERTNOY:**

16  Q.   Ms. Dooley, do you recognize the cover sheet on this

17  document?

18  A.   Yes.  It's a document kept with all cases that are opened

19  up and go to hearing.

20  Q.   And can you just tell us what this document is?

21  A.   It's the inspector's notes that is part of the case file.

22  Q.   And in your role as a city attorney, do you work with the

23  inspectors on cases that you're involved in?

24  A.   I do.

25  Q.   And do you review the files that they prepare?

```
 1    A.    I do.
 2    Q.    And if you can, you see at the top, can you just tell us
 3    what case number this document is?
 4    A.    It's the same as the one we just referred to.
 5    Q.    The 5428?
 6    A.    Yes.
 7    Q.    And in your involvement with this case, in order to be --
 8    strike that.
 9          In your involvement with case 5428, did you review this --
10    this set of documents?
11    A.    I did.
12    Q.    And these documents were prepared by city employees in the
13    ordinary course and scope of their job duties?
14    A.    Yes.  This is a document that's with every Code case that
15    gets set for hearing, one of these sheets is created.
16    Q.    And is this part of the process on how you work up your
17    file to take to the litigation side of it?
18    A.    Yes.  Before it goes to the board, yes, or anything else,
19    yes.
20              MR. PERTNOY:  Move to admit PX 631.
21              THE COURT:  Any objection?
22              MS. SUAREZ:  Yes, Your Honor.  This witness testified
23    this witness currently has no personal knowledge of these
24    documents.
25              THE COURT:  Overruled.
```

1          MR. PERTNOY:  Seek to admit and publish, Your Honor.

2          THE COURT:  Granted.

3               (Plaintiffs' Exhibit 631 Received.)

4    **BY MR. PERTNOY:**

5    Q.   So if we can go to -- I'm going to direct you all toward

6    the bottom, the page that ends in 817.  It's about the fourth

7    page in.  Can you make that a little larger?  Can you please --

8    have you seen this document before?

9    A.   Yes.  It's part of the file that I had reviewed.

10   Q.   And what is this document?

11   A.   This is the summons to appear for the violation.  It gives

12   the date, what the violations are, and when they -- when they

13   need to appear before for a hearing.

14   Q.   And this is, again, with respect to case number 5428?

15   A.   Yes, same case.

16   Q.   And can you just publish to the jury the correction just

17   so that we're all on the same page?

18   A.   For the first violation.  It says:  Correction.  Must

19   pull/obtain building permit for the work done on the second

20   floor, and for number two, it's failure to provide the minimum

21   offsite street parking which speaks for itself.

22   Q.   And if we can go to page 516 which is two pages previous?

23   I'm sorry, 816.  Thank you.  Do you recognize this document?

24   A.   Yes.  That's the final order that gets issued by the board

25   after it makes a ruling.

```
 1   Q.   And did you attend this hearing?

 2   A.   Not to my recollection.

 3   Q.   Okay.  And based on your review of the file, what was the

 4   Final Administrative Enforcement Order by the board?

 5            MS. SUAREZ:  Objection.  Speculation.

 6            THE COURT:  Sustained.

 7   BY MR. PERTNOY:

 8   Q.   Can you please publish to the jury -- strike that.

 9        Based on your review of the file and preparation for the

10   hearings in this matter and subsequent issues concerning the --

11   the 521 SW 8th Street property, did you review this Final

12   Administrative Enforcement Order?

13   A.   I did.  As you can see, this is from December of 2019.  I

14   went back to the Code, to handling Code and Building and all of

15   that in April to May of 2020, so it was only a few months

16   later.

17   Q.   So in order to become familiarized with this file, did you

18   review this Final Administrative Enforcement Order?

19            MS. SUAREZ:  Objection.  Asked and answered.

20            THE COURT:  Sustained.

21   BY MR. PERTNOY:

22   Q.   What is your personal understanding of the Final

23   Administrative Enforcement Order?

24            MS. SUAREZ:  Objection.  Lack of personal knowledge.

25            THE COURT:  Sustained.
```

1   **BY MR. PERTNOY:**

2   Q.   Based on your review of the city records in performing

3   your job duties as a city attorney, what is your understanding

4   of the Final Enforcement Order dated December 5, 2019?

5           MS. SUAREZ:  Objection.  Lack of personal knowledge.

6           THE COURT:  She can answer that question there.

7           THE WITNESS:  They were given a time to comply and if

8   they didn't comply within a certain timeframe, they would have

9   a per diem lien issued.

10  **BY MR. PERTNOY:**

11  Q.   Do you know -- do you have personal knowledge as to

12  whether or not plaintiffs complied with the Final

13  Administrative Order?

14  A.   They did request an extension of time.  When that came up,

15  we were in the pandemic, and so everything was just extended at

16  that point from 2019 all the way through 2020.  Code hearings

17  started back up -- sorry.

18  Q.   So let's go to page 859, please.  And make it a little

19  larger and scroll to the bottom, please?  Do you know who Brian

20  Dombrowski is?

21  A.   Yes.

22  Q.   Who was that?

23  A.   He's the attorney for plaintiffs.

24  Q.   And have you seen and reviewed this email before?

25  A.   Yes.

1   Q.   Can you please read the email right after it says:  Good

2   afternoon Yacmany?  Can you please read the email to the jury?

3   A.   On March 28, 2019, you issued CE 2019005428 for work

4   performed without a finalized permit.  My client immediately

5   engaged an architect and began preparing the plans to submit

6   now through the city's E-plan system.  We have opened a

7   remodeling permit under BB 005503-001 for the work outlined in

8   your notice of violation.  As we process the permits in order

9   to correct the violation, we are asking an extension of time at

10  the deadline of April 8, 2019 noted in your Notice of

11  Violation.  We are requesting an initial 30 day extension in

12  order to provide you with an update on our progress.

13  Q.   All right.  Thank you.  And can you -- if you scroll to

14  the top of the email, you reviewed -- no, down a little.  Thank

15  you, right there.  Where it says -- make it a little smaller?

16  Thank you.  You can see above that would be the response from

17  Yacmany Salvatirra, correct?

18  A.   Yes.

19  Q.   And can you please read his response?

20  A.   It says:  Greetings:  Please see above screenshot.  An

21  extension of 30 days was granted from the first compliance due

22  date which was before it went to hearing.

23  Q.   Now let's talk about the email below with respect to what

24  Mr. Dombrowski wrote.  What is your understanding of his

25  communication here to the city?

1              MS. SUAREZ:  Objection.  Speculation.  She's not on

2    the email.

3              THE COURT:  Overruled.  If she knows.  You may

4    answer, Ms. Dooley.

5              THE WITNESS:  Thank you, Your Honor.  Yeah, there's a

6    violation and they're pulling the permits to correct the

7    violation that they've been cited for.

8    **BY MR. PERTNOY:**

9    Q.   So just to be clear, they're conceding a violation?

10             MS. SUAREZ:  Objection.  Legal conclusion.

11             THE COURT:  Sustained.

12   **BY MR. PERTNOY:**

13   Q.   Is it your understanding that Mr. Dombrowski is conceding

14   the violation?

15             MS. SUAREZ:  Objection.  Speculation.

16             THE COURT:  Sustained.

17   **BY MR. PERTNOY:**

18   Q.   After he discusses the violation referenced in case number

19   5428, what action is Mr. Dombrowski advising that plaintiffs

20   have engaged in?

21   A.   He's letting the city know that they're pulling a permit

22   to correct the violations.  If you don't have a violation, you

23   don't need to pull a permit.  If you do, you do.

24   Q.   So, is it fair to say that they were performing work

25   without a permit, and now they're seeking the permit to correct

```
 1   that violation?
 2              MS. SUAREZ:  Objection.  Leading.  Assumes facts not
 3   in evidence.
 4              THE COURT:  Sustained.  Rephrase the question.
 5   BY MR. PERTNOY:
 6   Q.   What is your understanding of this email?
 7              MS. SUAREZ:  Objection.  The document speaks for
 8   itself.
 9              THE COURT:  Overruled.  She can answer.
10              THE WITNESS:  That they're going to fix the violation
11   that they were cited for and the building permit -- I mean, the
12   process number relates to a remodeling permit.
13              MR. PERTNOY:  Can we now go to the -- I think it's
14   814.  It's at the very beginning.  I think it's the third page
15   in.
16   BY MR. PERTNOY:
17   Q.   Are you familiar with this document?
18   A.   Yes.
19   Q.   Can you explain to the jury what this document is?
20   A.   It's an affidavit of noncompliance.  So when the time the
21   board gives you isn't met, and there isn't an extension of time
22   that was granted, an affidavit of noncompliance is issued and
23   that triggers the recordation of a lien.
24   Q.   What is the date of this document?
25   A.   It was signed on March 21, and it looks like it went out
```

1   on March 29, 2021.

2   Q.   Okay.  And the case number, is that the same case number

3   we've been discussing?

4   A.   It's the same case number, 5428.

5   Q.   And can we go to the previous page which is 813?  What is

6   this date of the hearing date of this document?

7   A.   This is March 24, 2021.

8   Q.   And what is this document?

9   A.   This was the based upon an extension of time hearing that

10  was held on March 24, 2021.  I was present at that hearing.

11  Q.   And based on your personal knowledge of what occurred at

12  that hearing, what happened?

13  A.   They were ordered to immediately comply which means 24

14  hours.

15  Q.   Can you explain to the jury why this citation -- or strike

16  that.

17       Why this violation commenced in 2019, and now you're in

18  2021 where there's a Final Administrative Enforcement Order

19  being issued?

20  A.   So after every extension of time hearing, you get another

21  order so this is the second order.  They had the first order

22  back in 2019.

23       When the pandemic hit, there weren't -- there weren't

24  extension of time hearings.  They started regular hearings to

25  be heard first time cases in October of 2020 and then by

1    December and then into January and February is when all of the

2    normal course started again with the masks and the smaller

3    groups of people being brought in for hearings because we can't

4    do it online at the city so it has to be done in person.

5         So this hearing was held in -- on March 24th of 2021.  And

6    they still did not have the permitted work.  They did not have

7    the work done.

8    Q.   Now, what happened after this Administrative Order?  What

9    happened with respect to the property after this enforcement

10   order?

11   A.   The lien was recorded on the property.  They still

12   attempted to start to process over.  It also had an Unsafe

13   Structure case as well on it.

14   Q.   And we discussed with respect to Ball & Chain a few

15   minutes ago, appeals or petitions to PZAB or BORA, was there

16   anything like that involved with this property?

17   A.   What, in terms of this?  No, I mean they did not.

18   Q.   Did plaintiffs ever seek to take any -- anything to PZAB

19   with respect to 531?

20   A.   They did later.  Not related to this.

21   Q.   So why don't we jump ahead in time.  What happened after

22   this administrative hearing with respect to the property?  Can

23   you kind of bring us up to speed.

24   A.   When they had the Unsafe Structure violation as well on

25   the property for other work that was done, it went to hearing

1    and based upon what happened at that hearing, the city code

2    requires a revocation of the Certificate of Use.

3    Q.   Okay.  And what happened after the revocation of the

4    Certificate of Use?

5    A.   So then they appealed to PZAB, the board, and it was

6    deferred.

7    Q.   Who deferred it?

8    A.   The plaintiffs.

9            MS. SUAREZ:  Objection.  Relevance.  Outside the

10   scope of this case.

11           THE COURT:  Sustained.

12   **BY MR. PERTNOY:**

13   Q.   So what is the current status as we sit here today?

14   A.   They are processing -- they have some permits.  They're in

15   revisions for other issues, and hopefully soon, they'll be

16   done.

17   Q.   Has the city been attempting to thwart their efforts in

18   getting --

19           MS. SUAREZ:  Objection.  Leading.

20           THE COURT:  Overruled.

21           THE WITNESS:  No.

22   **BY MR. PERTNOY:**

23   Q.   Has the city been working to assist plaintiffs in trying

24   to bring them into compliance?

25   A.   Yes.  Again, the requests were made for expedited reviews.

1    They have meetings whenever they request between their design

2    professionals and the city's engineer, building official to go

3    over matters.  I've been in one of the meetings with their

4    architects and our building official and engineer.

5    Q.   Now with respect to the 531 property, were there -- did

6    you have communication with the different departments in the

7    city administration?

8    A.   With all of them, yes.  It's a multidisciplinary problem

9    on the property so it requires conversations with everybody.

10   Q.   And why were those meetings being held?

11   A.   To understand the depth and scope of the violation on the

12   property.

13   Q.   What was the problem that required needing to understand

14   the depth and the scope?

15   A.   Because you had building code violations which affected

16   certain Fire Prevention Code requirements.

17          MS. SUAREZ:  Objection.  Calls for an expert, legal

18   conclusion.

19          THE COURT:  Sustained.

20   **BY MR. PERTNOY:**

21   Q.   With respect to these meetings that you had with the

22   different disciplinary departments, what was the goal of these

23   meetings?

24   A.   To get them in compliance so the second floor would be

25   legally -- would legally operate.  The buildout would be

1    correct.

2    Q.   So did you also have meetings with the city attorney

3    regarding the status of this property?

4              MS. SUAREZ:  Objection.  Leading.

5              THE COURT:  Overruled.

6              THE WITNESS:  We discussed all matters in litigation,

7    so yes.

8    **BY MR. PERTNOY:**

9    Q.   And these meetings that you had with the administrative

10   departments, is this common in your function as a city

11   attorney?

12   A.   Yes.

13   Q.   And meeting with the city attorney to discuss matters

14   concerning properties, is that also common?

15             MS. SUAREZ:  Objection.  Leading.

16             THE COURT:  Sustained.

17   **BY MR. PERTNOY:**

18   Q.   How often do you meet with the city attorney regarding

19   your matters?

20   A.   Probably a few times a month.  If something comes up

21   that's, you know, with new laws or something, meet and discuss

22   as it relates.

23   Q.   And the meetings that you were having with the

24   administrative staff, the departments, was that done any

25   differently here than in any other matter that you handle?

```
 1    A.    No.   I meet with them all the time on all different issues
 2    all day long.
 3    Q.    And meeting with the city attorney with respect to this
 4    property, was that done differently here than in any other
 5    matter?
 6              MS. SUAREZ:  Objection.  Leading.
 7              THE COURT:  Overruled.
 8              THE WITNESS:  No.
 9    BY MR. PERTNOY:
10    Q.    With respect to this property, did anybody in the
11    administration order you to take specific actions?
12              MS. SUAREZ:  Objection.  Leading.
13              THE COURT:  Overruled.
14              THE WITNESS:  No.
15    BY MR. PERTNOY:
16    Q.    Did anybody in the City Attorney's Office order you to
17    take specific actions?
18              MS. SUAREZ:  Objection.  Leading.
19              THE COURT:  Ask a non-leading question.
20    BY MR. PERTNOY:
21    Q.    Were you given any orders in regards to this property by
22    the city attorney?
23    A.    No.
24    Q.    Were you given any orders in regards to this property by
25    any elected officials?
```

1    A.    No.

2    Q.    Were you given any -- specifically Commissioner Carollo,

3    did he order you to do anything in regards to this property?

4              MS. SUAREZ:  Objection.  Leading.

5              THE COURT:  Overruled.

6              THE WITNESS:  No.

7    BY MR. PERTNOY:

8    Q.    Are you familiar with a property known as Beatstik?

9    A.    Yes.

10   Q.    Can you tell the jury what that property is?

11             MS. SUAREZ:  Objection.  Relevance.

12             THE COURT:  Overruled.

13             THE WITNESS:  It's a commercial structure in the

14   northeast part of the City of Miami.  It has what would have

15   been a restaurant on the first floor, and sort of a hotel or

16   rooming house sort of thing on the remainder first floor and up

17   to the second floor.

18   BY MR. PERTNOY:

19   Q.    And so you said it's a hotel on the second floor?

20   A.    Motel, hotel, rooming.  It's not really anything.  It

21   doesn't have a Certificate of Use so it's a structure that once

22   was that.

23   Q.    Okay.

24   A.    Or something similar.

25   Q.    And did you have involvement with this property as it

1  relates to Notice of Violations for Code issues or Florida

2  Building Code issues?

3          MS. SUAREZ:  Objection, relevance.  Leading.

4  Compound.

5          THE COURT:  Sustained.

6  **BY MR. PERTNOY:**

7  Q.   Did you -- as a city attorney working in Unsafe Structures

8  or Code, did you have any involvement with the Beatstik

9  property?

10          MS. SUAREZ:  Objection.  Relevance.

11          THE COURT:  Overruled.

12          THE WITNESS:  Yes.

13  **BY MR. PERTNOY:**

14  Q.   Can you describe to the jury your involvement with respect

15  to the Beatstik property?

16  A.   So for Building and Code violations that it's cited for, I

17  became involved in it for those reasons as well as for

18  litigation purposes when they sued the city.

19          MS. SUAREZ:  Objection, Your Honor.  Move to strike.

20          THE COURT:  All right.  Stricken.

21          MR. PERTNOY:  I believe DX 30 is in evidence already.

22  Can we just confirm that before I show it to her?  I think

23  Mr. Sarnoff used it the other day.

24          MS. SUAREZ:  Again, I just object to relevance.

25          MR. PERTNOY:  Can we publish only to the witness and

1    the counsels, please?  Can you please bring up DX 30?

2    **BY MR. PERTNOY:**

3    Q.   Ms. Dooley, do you recognize this document?

4    A.   I do.

5    Q.   Were you involved with respect to this Notice of

6    Violation?

7    A.   In September of 2016, that would be close to around the

8    time -- I don't know if it was the building inspector at the

9    time, or building attorney at the time because it's September,

10   2016.  But later on in terms of reviewing and dealing with the

11   file, yes, I'm familiar with it.

12            MR. PERTNOY:  And can you go to page 11 of 28 on

13   this?

14   **BY MR. PERTNOY:**

15   Q.   Do you recognize this document in January of 2022?

16   A.   I do.

17   Q.   And is this something that you were then involved in?

18   A.   Yes.

19   Q.   So this is how you -- so in order to be up to speed with

20   this file, did you review the city records regarding the status

21   of this property?

22   A.   Yes, from the beginning.

23   Q.   And what did you do in order to do that?

24   A.   So I reviewed all of the filings, photographs, and

25   permitting records as well as met with the building inspectors

```
 1    from Unsafe Structure.

 2    Q.    And you then proceeded to be the counsel of record with

 3    respect to this Unsafe Structure violation?

 4              MS. SUAREZ:  Objection, Your Honor.  Leading and

 5    relevance.

 6              THE COURT:  All right.  Sustained.

 7    BY MR. PERTNOY:

 8    Q.    You were the counsel of record with respect to this file?

 9              MS. SUAREZ:  Objection.  Leading.

10              THE COURT:  Overruled.

11              THE WITNESS:  Yes.

12              MR. PERTNOY:  I move to admit DX 30.

13              THE COURT:  Any objection?

14              MS. SUAREZ:  Yes, Your Honor.  Lack of personal

15    knowledge and relevance.  This property is not at issue in this

16    case.

17              THE COURT:  All right.  Sustained.

18    BY MR. PERTNOY:

19    Q.    What was the outcome of the Notice of Violation from

20    January 12, 2022?

21              MS. SUAREZ:  Objection.  Relevance.

22              THE COURT:  Sustained.

23    BY MR. PERTNOY:

24    Q.    What is the status of the Beatstik property as we sit here

25    today?
```

```
 1              MS. SUAREZ:  Objection.  Relevance.

 2              THE COURT:  Sustained.

 3   BY MR. PERTNOY:

 4   Q.   Are you familiar with a property located at 1521 SW 8th

 5   Street with an owner's name of Little Havana Arts II, LLC?

 6   A.   I am.

 7   Q.   And can you tell me who the -- who are the owners of

 8   Little Havana Arts II, LLC?

 9   A.   The plaintiffs.

10   Q.   And do you have familiarity with issues concerning that

11   property?

12   A.   Yes.

13   Q.   Can you please describe to the jury what that property is?

14   A.   It's a commercial structure located at 1521, correct?

15   Q.   Yes.

16   A.   So it's next to the Ball & Chain.  It's another bay,

17   commercial bay.

18   Q.   And the -- what are the issues that you are familiar with

19   with respect to 1521 SW 8th Street?

20              MS. SUAREZ:  Objection.  Relevance.

21              THE COURT:  Let me see the attorneys briefly at

22   sidebar.

23                        (At the bench.)

24              THE COURT:  I know there's some issues with property

25   that was mentioned.  I want to be clear.  I know there's city
```

1  laws.  We're trying to streamline how much you're going to go

2  over.  If this property has been discussed before, it's fair

3  game.  We can address that.  I have no problem with that.

4      I want to make sure we have a clear understanding

5  which property.  They can't claim damages for if they're not --

6  if they are, I'm going to overrule all the objections if that's

7  the case.  I don't want her to be objecting --

8      MR. PERTNOY:  Here's the situation with that, Your

9  Honor.  Yes, the properties that I'm discussing with her are

10  about the Compliance Agreements that they've entered into that

11  we've been -- that have been discussed throughout the

12  litigation.

13      THE COURT:  How many properties?

14      MR. PERTNOY:  I think there are another three or four

15  properties that have Compliance Agreements.  The Beatstik

16  property, the Beatstik property was mentioned with respect to

17  PX 412.

18      It was -- I mentioned it in -- I think that I showed

19  this to -- I believe it was Mr. Pinilla.  I showed this very

20  document to him, so that was discussed.

21      Piedra Villas, which was another one of the documents,

22  I believe Ms. Caprio even showed the Compliance Agreement in

23  to -- in that matter.  This document was used in discussions,

24  what they've used as evidence, talks about all of the

25  properties that they have pulled permits for.  I don't intend

1    to go through every single one of them.

2            THE COURT:  Which ones do you intend to use?

3            MR. PERTNOY:  So I was going to do -- to go to the

4    Beatstik property with them.  I was going to go through Piedra

5    Villas which has a Compliance Agreement, and the other one

6    is -- there was one other that has a Compliance Agreement, and

7    I think it's the one I'm talking about right now which goes by

8    the Little Havana Arts II, LLC.  That also has a Compliance

9    Agreement, so those three properties that I wanted to -- four

10   properties, whatever it is, to go through with her.

11           She has personal knowledge of all of them, having

12   handled the Compliance Agreements.  I'd like to work my way

13   through them.  They're all city records.  They're all public

14   records.  We've stipulated that the city records that are on

15   I-Build and the like, and are admissible.

16           And so I just want to -- and it also to be clear, goes

17   to our affirmative defenses, one of which we have raised

18   repeatedly.  We discussed it a little bit yesterday, was the

19   idea that they have a pattern and practice of doing this type

20   of work and this is -- they've put their reputations at stake,

21   and I think I can get to show this jury that this is -- their

22   reputation is to do just this.

23           THE COURT:  It's not a legal affirmative defense.  It

24   is relevant, and he can argue in terms of why things were done

25   as they are.  That's not a legal defense.  They can consider as

1   the jury any defense as part of your case.

2          Again, things that was mentioned before, on one hand,

3   it's a fair reply to allow him to do so.  Why is there an

4   objection coming if that was introduced by showing to the jury?

5          MS. SUAREZ:  Your Honor, that was just a compilation

6   of permits.  We didn't go into any of these properties in

7   depth.  They're not in the complaint.  They're not at issue in

8   this case.  Piedra Villas is owned 99 percent by Mr. Fuller's

9   mother.  I think we only mentioned it because on cross, they

10  brought it up.

11         And in terms of Ms. Dooley's personal knowledge, I'm

12  reasserting our objection that when Mr. Kunert came to testify,

13  he was not allowed to speak on anything because he was

14  reviewing documents.  That's exactly what she's doing.  She's

15  reviewing other people's work, and then testifying as if it's

16  her personal knowledge.

17         THE COURT:  Well, there was -- not totally correct.

18  Because there was testimony she actually went out to the

19  scene -- don't interrupt me, please.

20         There was testimony she went out to the scene, and she

21  gave her personal knowledge as describing the property.  I was

22  carefully listening to what she was saying.

23         As you know, there are some objections she does have

24  personal knowledge, doesn't mean that someone who's just

25  reviewing a file -- I can review it.  I don't have personal

```
 1    knowledge, but if I go to the property and saw it myself,

 2    that's different.

 3            So I'm listening very carefully as to what is being

 4    asked of her as well, all right?  With respect to those

 5    properties, those three, you can explore on that issue.  And

 6    again, it's limited to that and you can cross her, all right?

 7              MR. PERTNOY:  I can go back to Beatstik then?

 8              THE COURT:  Of course.

 9              MR. PERTNOY:  Thank you, Your Honor.

10              THE COURT:  You're welcome.

11                          (In open court.)

12              MR. PERTNOY:  Can we bring up DX 111?  Only to the --

13    Seek to publish and admit DX 111 regarding Little Havana Arts

14    II, LLC, Your Honor?

15              THE COURT:  Granted.

16              MS. SUAREZ:  No objection.

17              (Defendant's Exhibit 111 Received.)

18              MR. PERTNOY:  Can we turn to the second page of this,

19    please?

20    BY MR. PERTNOY:

21    Q.   Do you recognize the first page of this document?

22    A.   I do.  It's a City View screenshot that I discussed

23    before.

24    Q.   Is this something that you have access to and review?

25    A.   Yes.  I work with it on a regular -- everyday regular
```

```
1   basis.
2   Q.    And can you go to the second page, the next page, which is
3   page 3 of the document?  Can you describe what is being
4   discussed in page 3 here in the City View?
5   A.    So this is the violations page.  You look at the top of
6   the document where you see portal, initial violations, so when
7   you click on each one of those things, it takes you to a
8   different sub page.
9        This is -- this is the violations page, so it tells you
10  what the violations are pending and in this particular case,
11  it's that electrical, mechanical, plumbing, demolition taking
12  place without permits.
13  Q.    And what was the required correction needed here?
14       MS. SUAREZ:  Objection.  Lack of personal knowledge.
15  BY THE COURT:
16  Q.    According to your review of City View?
17       THE COURT:  Overruled.
18       THE WITNESS:  They need to pull a permit to do the
19  interior demolition that they did.
20  BY MR. PERTNOY:
21  Q.    And can we -- prior to the Notice of Violation, do you
22  have any knowledge whether there were permits on the property.
23       MS. SUAREZ:  Objection.  Lack of personal knowledge.
24       THE COURT:  Overruled.  If she knows.
25       THE WITNESS:  No, there's no permits pulled based
```

```
 1   upon the document.
 2           MS. SUAREZ:  Your Honor, based upon the document, I'm
 3   going to object again to lack of personal knowledge.
 4           THE COURT:  Sustained.
 5           MS. SUAREZ:  Move to strike.
 6           THE COURT:  It's stricken.
 7   BY MR. PERTNOY:
 8   Q.    Can we go to page 5 of this document?  Do you recognize
 9   this document?
10   A.    I do.
11   Q.    What is this document?
12   A.    This is a Compliance Agreement from January of 2022.
13   Q.    And were you involved in the preparation and execution of
14   this document?
15   A.    These are the -- this is the Compliance Agreement form
16   that was approved by my office and that is provided to people
17   from Unsafe Structures.
18   Q.    And so what does this document do with respect to the 1521
19   SW 8th Street property?
20   A.    It gives them an opportunity to bring the property into
21   compliance.
22   Q.    And does it set forth a procedure or process to do that?
23   A.    Like all of them, it does.  It gives them certain days to
24   do plans, to submit plans, then to process the plans, and then
25   to finalize the work.
```

1  Q.   And can we go to page 6?  And at the top, it says the

2  property owner agrees that said structure shall be -- you see

3  the paragraph?

4  A.   Yes.

5  Q.   Succeeds that.  Can you please read that to the jury?

6  A.   It says all plans shall be prepared and introduced into

7  the Building Department within 60 calendar days from the date

8  of signing this agreement.

9       All building permits shall be obtained and paid for within

10 90 calendar days after the plans have been submitted.  All

11 repairs or items must be completed within 180 days of the

12 issuance of the permit unless provided for otherwise in this

13 agreement.

14 Q.   Do you have knowledge as to the status of the property as

15 we sit here today?

16 A.   It's still in violation.

17 Q.   To your knowledge, have plaintiffs complied with the

18 Compliance Agreement?

19           MS. SUAREZ:  Objection.  Calls for a legal

20 conclusion.

21           THE COURT:  Sustained.

22 **BY MR. PERTNOY:**

23 Q.   To your knowledge, have the plaintiffs adhered to the 60,

24 90, 180 days that you referenced in the document?

25           MS. SUAREZ:  Same objection, Your Honor.

 1              THE COURT:  Sustained.

 2    **BY MR. PERTNOY:**

 3    Q.   Are you familiar with a property known as Piedra Villas?

 4    A.   I am.

 5    Q.   Can you describe to the jury what Piedra Villas is?

 6    A.   It is -- it's a multi-use structure.  It's an apartment

 7    building with rental apartments and a commercial component on

 8    the first floor.

 9    Q.   And do you have knowledge as to who is the owner or owners

10    of Piedra Villas?

11    A.   The corporation that owns it is in the name of

12    Mr. Fuller's mother, and he's testified that he owns one

13    percent.

14    Q.   And did you have involvement in the Notice of Violation

15    issues concerning Piedra Villas?

16              MS. SUAREZ:  Objection.  Assumes facts not in

17    evidence.  Foundation.

18              THE COURT:  Overruled.  If she knows.

19              THE WITNESS:  I became aware of Piedra Villas based

20    upon Compliance Agreements.

21              MR. PERTNOY:  So, let's look at DX 89, please.

22    Actually, can you also bring up DX 90?  Let's start with DX 89,

23    please.  Seek to move DX 89 and DX 90 into evidence.

24              THE COURT:  Any objection?

25              MS. SUAREZ:  I maintain my relevance objection, Your

```
 1   Honor.

 2               THE COURT:  Objection is noted.  Granted.

 3               (Defendant's Exhibits 89 and 90 Received.)

 4   BY MR. PERTNOY:

 5   Q.   So can you identify the document that's before you?

 6   A.   This is a September, 2021 Compliance Agreement for Piedra

 7   Villas.

 8   Q.   And what was the Compliance Agreement for?

 9   A.   So there was two violations on the property.  One was for

10   the required recertification for the building, and the other

11   was for work without a permit, another building code violation.

12               MS. SUAREZ:  Objection as to the conclusion of a

13   building code violation.

14               THE COURT:  Sustained as to that.

15               MR. PERTNOY:  Can we bring up DX 90?

16   BY MR. PERTNOY:

17   Q.   Can you identify this document, please?

18   A.   Yes.  This is the second Compliance Agreement on the

19   property from -- well, it was recorded February 9, 2022 after

20   the other one had expired.

21   Q.   And can we go to the end of that document for a second?

22   Do you see who signed this document on behalf of Piedra Villas?

23   A.   Yes.

24   Q.   Who did that?

25   A.   It's typed in.  I don't know his signature but it's
```

```
 1  William Fuller.
 2  Q.   And you can see it was notarized?
 3  A.   Yes.
 4  Q.   All right.  And go back to the -- can you explain why
 5  there is a second notice -- Compliance Agreement being executed
 6  here?
 7           MS. SUAREZ:  Objection.  Lack of personal knowledge.
 8           MR. PERTNOY:  Strike that.
 9  BY MR. PERTNOY:
10  Q.   Do you have personal knowledge as to this Compliance
11  Agreement?
12  A.   Yes.
13  Q.   Can you please explain your personal knowledge as to why
14  this Compliance Agreement was being executed?
15  A.   Because the first one had expired and in the first
16  agreement, if they don't comply with the terms, the structure
17  is subject to demolition.  Well, they agree actually that it
18  will be demolished.
19  Q.   So the second Compliance Agreement that was entered into,
20  what is the status of that Compliance Agreement as we sit here
21  today?
22           MS. SUAREZ:  Objection.  Calls for a legal
23  conclusion.  Lack of personal knowledge.
24           THE COURT:  Sustained.  No, if she knows.  The
25  objection is overruled.
```

```
 1              THE WITNESS:  It's expired and breached.
 2              MS. SUAREZ:  Objection as to breached.  Legal
 3    conclusion.
 4              THE COURT:  Sustained as to breach.  That's stricken.
 5              MS. SUAREZ:  Thank you, Judge.
 6    BY MR. PERTNOY:
 7    Q.   Based on your personal knowledge, have the time thresholds
 8    in the Compliance Agreement dated February 4, 2022 been met?
 9              MS. SUAREZ:  Same objection as to legal conclusion.
10              THE COURT:  Overruled.
11              THE WITNESS:  No.
12              MR. PERTNOY:  I'd like to pull up PX 205 only for the
13    witness and for counsel.  No objection?  Seek to admit PX 205?
14    Your Honor, I seek to admit PX 205 into evidence and to publish
15    to the jury.
16              THE COURT:  All right.  The objection is granted.
17    Thank you.
18              (Plaintiffs' Exhibit 205 Received.)
19    BY MR. PERTNOY:
20    Q.   So, Ms. Dooley, do you -- do you see this email?
21    A.   I do.
22    Q.   Do you know who Adele Valencia is?
23    A.   Yes.  She was the Code Director at that time.  She took
24    over the Code Director's spot from the acting director, James
25    Bernat.
```

```
1   Q.   And in this timeframe, were you in the City Attorney's
2   Office dealing with code issues?
3   A.   At this time, I was in the City Attorney's Office but I
4   was dealing in litigation.
5   Q.   Okay.  And I'd like to go to the third page of this
6   document.  Do you see this is a memo that's being sent to Mayor
7   Suarez, the commissioners, and it looks like Emilio Gonzalez?
8   Do you see that?
9   A.   Yes, yes.
10  Q.   And it's dated October 7, 2019?
11  A.   That's correct.
12  Q.   And do you understand this to be code compliance totals
13  for the City of Miami?
14  A.   Yes.  It's a breakdown by commission district.
15  Q.   Can you read the first paragraph, please?
16  A.   Attached are the total cases for the Department of Code
17  Compliance from October 1, 2016, through October 1, 2017,
18  October 1, 2017 through October 1, 2018, and October 1, 2018
19  through October 1, 2019.  The reports are divided by commission
20  district and include open, closed, extension requested,
21  pending, complied and voided cases.
22  Q.   So is it fair to say that this breakdown shows on a year
23  by year district by district all of the code cases for all of
24  the City of Miami?
25           MS. SUAREZ:  Objection.  Leading and speculation.
```

1    She didn't write this document.

2             THE COURT:  Overruled.  If she knows.

3             THE WITNESS:  These are the Code Compliance, the CE

4    cases.

5    **BY MR. PERTNOY:**

6    Q.   And so if we look at the years 2016, 2017, that then shows

7    the CE cases district by district by district, correct?

8    A.   Yes.

9             MS. SUAREZ:  Objection.  Leading.

10            THE COURT:  Overruled.

11   **BY MR. PERTNOY:**

12   Q.   And then if we go to 2017, '18, it shows the code cases in

13   those years district by district; is that fair?

14   A.   Yes.

15   Q.   And then again in '18 and '19; is that fair?

16   A.   Yes.

17            MS. SUAREZ:  Objection.  Leading.

18            THE COURT:  Please ask non-leading questions,

19   Mr. Pertnoy.

20            MR. PERTNOY:  No problem.

21   **BY MR. PERTNOY:**

22   Q.   In looking at the document and the code cases from 2016

23   and '17 and comparing it to 2017 and '18, do you see a change

24   from one year to the next with respect to the districts?

25   A.   Well, all of them, you know, change.  It looks like they

1    go up and down depending on the year.

2    Q.    In --

3    A.    Some have more than others.  District 1 had a lot more --

4    Q.    So --

5    A.    -- from '16 to '17.

6    Q.    Remind us what district is Commissioner Carollo?

7    A.    He's in District 3.

8    Q.    And in 2016/2017, is Commissioner Carollo an elected

9    official?

10   A.    No, that ended October 1, 2017.

11   Q.    And so the 2017/2018 would be and the 2018/19 is when

12   Commissioner Carollo is the District 3 commissioner?

13   A.    Yes.

14   Q.    Let's look at District 1 for a second.  The number of

15   cases in '16 and '17 is 1428.  Did that go up or down the

16   following year?

17         MS. SUAREZ:  Objection.  The document speaks for

18   itself.

19         THE COURT:  Sustained.

20   **BY MR. PERTNOY:**

21   Q.    With respect to each of the five districts, between '16,

22   and '17 and then '17, '18, can you determine whether cases went

23   up or down across the board?

24         MS. SUAREZ:  Same objection and also compound.

25         THE COURT:  Overruled.  You can answer that,

1    Ms. Dooley.

2            THE WITNESS:  Thank you, Your Honor.  For all of

3    them, it looks like they went up in the 17/18 years, and the

4    others went down in '18 and '19 except for District 5 which

5    went up even higher.

6    **BY MR. PERTNOY:**

7    Q.   You can take that down.  One last question with respect to

8    all these code cases.  All of these code cases are not

9    involving only the plaintiffs' properties, correct?

10           MS. SUAREZ:  Objection.  Leading.

11           THE COURT:  Sustained.  Rephrase the question.

12   **BY MR. PERTNOY:**

13   Q.   Do you know if all of these codes cases involve solely the

14   plaintiffs' properties?

15   A.   No, they would not.

16   Q.   Remind the jury when you first started with the City

17   Attorney's Office?

18   A.   January, 2015.

19   Q.   And when was the first time you came to learn of or know

20   about Mr. Fuller?

21   A.   There was -- I was dealing with a different case with a

22   different property that I had inherited when I arrived.  But I

23   was handling Code Compliance hearings.  There was a hearing

24   with a property in which on the SunBiz which shows who the

25   owners are.  It was Mr. Fuller.  It was a -- it was a home

1    where people were living and it was in deplorable condition.

2              MS. SUAREZ:  Objection as to deplorable condition.

3              THE COURT:  Sustained.

4              MS. SUAREZ:  Move to strike.

5              THE COURT:  It's stricken.

6    **BY MR. PERTNOY:**

7    Q.   What year was that?

8    A.   That would have been in 2015.

9    Q.   And so that was prior to Commissioner Carollo being an

10   elected official, correct?

11   A.   Yes.

12             MS. SUAREZ:  Objection.  Leading.

13             THE COURT:  Sustained.

14   **BY MR. PERTNOY:**

15   Q.   Now subsequent to that initial instance of coming across

16   Mr. Fuller, have you subsequently in your years at the City

17   Attorney's Office become familiar Mr. Fuller and his

18   properties?

19   A.   Yes.

20   Q.   Can you generally describe your familiarity with

21   Mr. Fuller and his properties?

22   A.   So, in the course of my job, you get to see the frequent

23   flyers.  Really, I mean, I only deal with people who are in

24   violation of the city code and have been cited, so if you

25   haven't been cited, I don't know anything about you.

1     But in that sense, you do see people who come over and

2  over and over again both to the Code Board and then when I

3  was -- then I took over Unsafe Structures, so combining those

4  both together, it became a familiar name to me just by looking

5  at when I prepare for the cases, the SunBiz reports, that's how

6  the name became familiar to me.

7  Q.   Just because it became a familiar name to you, did that

8  make you do anything different in how you performed your job?

9  A.   No.  There's many names that become familiar to me.

10 Q.   Can you give other examples of other names that have

11 become familiar to you over the years?

12          MS. SUAREZ:  Objection.  Relevance.

13          THE COURT:  Sustained.

14 **BY MR. PERTNOY:**

15 Q.   With respect to other names that have become familiar to

16 you, did your actions differ from how you handle any other

17 case?

18          MS. SUAREZ:  Objection.  Relevance and leading.

19          THE COURT:  Sustained.

20 **BY MR. PERTNOY:**

21 Q.   Going back to Mr. Fuller -- and have you had an

22 opportunity through as a city attorney to become familiar with

23 Mr. Fuller and Mr. Pinilla and their properties?

24          MS. SUAREZ:  Objection.  Asked and answered.

25          THE COURT:  Sustained.

1    **BY MR. PERTNOY:**

2    Q.   Base based off of your tenure and your familiarity with

3    the plaintiffs' properties, have you made any observations with

4    respect to how they manage their properties?

5              MS. SUAREZ:  Objection.  Vague.  Time, place.

6              THE COURT:  Sustained.  Could you narrow it as to

7    time and -- the particular time you're referring to, counsel?

8              MR. PERTNOY:  Sure.

9    **BY MR. PERTNOY:**

10   Q.   During your tenure in the City of Miami as a city attorney

11   from 2015 to today, having become familiar working on matters

12   that involve the plaintiffs' properties, as you sit here today,

13   have you formed any observations or impressions concerning how

14   they manage their properties?

15             MS. SUAREZ:  Objection.  Improper opinion testimony.

16             THE COURT:  Sustained.

17   **BY MR. PERTNOY:**

18   Q.   Have you made any personal observations with respect to

19   the plaintiffs' business practices?

20             MS. SUAREZ:  Objection.  Improper opinion.

21             THE COURT:  Sustained.  We're going to recess in two

22   minutes.

23   **BY MR. PERTNOY:**

24   Q.   What is the goal of Code Enforcement, Code Compliance?

25             MS. SUAREZ:  Objection.  Lack of personal knowledge.

1    She's not in the Code Department.

2             THE COURT:  Overruled.

3    **BY MR. PERTNOY:**

4    Q.   Thank you.

5    A.   So the goal is to get violating property owners into

6    compliance and to assist non-violating property owners when

7    they have questions on how to keep compliance with the city

8    code, whether it be Building, Solid Waste, Public Works, Code

9    Enforcement.

10   Q.   Now what are the mechanisms that you as a city attorney

11   and the city use to encourage compliance?

12   A.   So it's a multi-prong effort.  A lot.  Sometimes it's

13   warnings.  Sometimes it's simple education for people.  Hey,

14   you know, you can't do it this way.  Sometimes it's citing

15   them.

16        Most people when they get cited do come into compliance

17   and they don't have any issues.  Some of them end up with

18   hearings, but they keep coming back.  They eventually come into

19   compliance and when they work with the departments, it can take

20   a long time.  That's why the code provides extensions of times

21   for people who need more time.  Sometimes people just don't

22   want to comply or they don't think they have a reason to.

23            MS. SUAREZ:  Objection.  Non-responsive to the

24   question.

25            THE COURT:  Sustained.

1    **BY MR. PERTNOY:**

2    Q.   What happens if somebody doesn't comply?  What's the

3    mechanisms that the city uses?

4              MS. SUAREZ:  Objection.  Asked and answered.

5              THE COURT:  Sustained.

6    **BY MR. PERTNOY:**

7    Q.   What happens if the property owners do not comply with all

8    of the notices that the city gives?

9              MS. SUAREZ:  Same objection.

10             THE COURT:  She can answer that question.  Go ahead,

11   Ms. Dooley.

12             THE WITNESS:  Depending on which it is, it can go

13   anywhere from obviously the board hearings to -- the city also

14   has the option to file injunctions to force compliance with the

15   property owners.

16             If they have liens on their properties, they could

17   file foreclosure actions, and in some cases in unsafe

18   structures, demolish the property for failure to come into

19   compliance.

20             THE COURT:  We're going to recess, unless you have

21   any --

22             MR. PERTNOY:  That's fine.  I'll review my notes.  I

23   think I'll be pretty quick after the lunch break, Your Honor.

24             THE COURT:  All right.  Ladies and gentlemen, we'll

25   be in recess until 1:18.  Do not discuss this case with anyone.

1   Do not formulate any opinions, and I will see you at that time.

2   Thank you.  About an hour.

3           THE COURT SECURITY OFFICER:  All rise.

4               (Thereupon, the jury exited the courtroom

5                 and the luncheon recess was taken.)

6                       - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              WEDNESDAY AFTERNOON SESSION, MAY 17, 2023

2                       P-R-O-C-E-E-D-I-N-G-S

3                              -  -  -

4              (Call to the Order of the Court.)

5              THE COURT:  All right.  Bring the jurors, please.

6    How much more time do you have left for your direct

7    examination?

8              MR. PERTNOY:  I think it's going to be maybe 15

9    minutes.

10             THE COURT:  All right.  That's fine.  Did you

11   determine whether or not Mr. Noriega is here?

12             MR. PERTNOY:  Yes.  I have advised counsel

13   Mr. Noriega would be the next witness.

14             THE COURT:  All right.  Thank you.

15             THE COURT SECURITY OFFICER:  All rise.

16             (Thereupon, the jury entered the courtroom.)

17             THE COURT:  The members of the jury are all present

18   and accounted for.  Everyone, please be seated.

19             Mr. Pertnoy, you may continue, sir.

20             MR. PERTNOY:  Thank you, Your Honor.

21   BY MR. PERTNOY:

22   Q.   Good afternoon, Ms. Dooley.  How are you?

23   A.   Good.  Thank you.

24   Q.   Thank you.  Good.

25             MR. PERTNOY:  Can you please bring up DX 30?  This is
```

1    in regards to the Beatstik property.  This goes to the sidebar,

2    Your Honor, that we discussed earlier.

3              THE COURT:  Sure.

4              MR. PERTNOY:  And I seek to admit DX 30 into evidence

5    and publish.

6              THE COURT:  It's granted.

7              MR. PERTNOY:  Thank you.

8                   (Defendant's Exhibit 30 Received.)

9    **BY MR. PERTNOY:**

10   Q.   Ms. Dooley, do you recognize the document on the screen?

11   A.   Yes.  That's a Notice of Violation.

12   Q.   And can you tell me what property this is for?

13   A.   This is for the property known as Beatstik, LLC, 439 NW

14   4th Avenue.

15   Q.   And what was the Notice of Violation for?

16   A.   It was for -- this is a building code.  It's a BB number

17   so it's a violation of the Florida Building Code for remodeling

18   without required permits.

19   Q.   And can you go to page 13 of this document?  And do you

20   recognize this document?

21   A.   I do.

22   Q.   What is this document?

23   A.   That is another Notice of Violation that was sent in 2022.

24   The first one was in 2016 and now this in 2022.

25   Q.   Okay.  And what is the case number on this one?

```
 1    A.    It's BB 2016017191.
 2    Q.    So even though it's 2022, it relates back to the original
 3    case number?
 4    A.    Yes.  They don't open new cases for ongoing violations.
 5    Q.    And then can we go to -- I think it's going to be the next
 6    page, page 13.  Should be the notice of hearing.  Yeah.  Can
 7    you make that larger?  Can you identify this document for us?
 8    A.    That's a notice of hearing that is sent out for all unsafe
 9    structure cases.
10    Q.    And this hearing, what was the date of the hearing?
11    A.    February 18th of 2022.
12    Q.    Did you attend that hearing?
13    A.    I did.
14    Q.    And what occurred at that hearing?
15          MS. SUAREZ:  Objection.  Outside the scope.
16  BY MR. PERTNOY:
17    Q.    What happened at the hearing?
18          THE COURT:  Overruled.
19          THE WITNESS:  The city presented its case as to why
20    the property was in violation and the panel made its ruling.
21  BY MR. PERTNOY:
22    Q.    And do you recall what the ruling was?
23          MS. SUAREZ:  Objection.  Outside the scope.
24          THE COURT:  Sustained.
25
```

1   **BY MR. PERTNOY:**

2   Q.   Can we go to page 21?  Do you recognize this document?

3   A.   Yes.  This is the order as it relates to the hearing date

4   on February 18th of 2022.

5   Q.   And with respect to -- what is -- it references Structure

6   A.   What is Structure A?

7   A.   Structure A is what we discussed which is the sort of the

8   motel/rooming house with the commercial possibly restaurant on

9   the first floor.

10  Q.   And what did the order require?

11  A.   It required --

12          MS. SUAREZ:  Objection.  Speculation.  Legal

13  conclusion.

14          THE COURT:  The order speaks for itself.  Sustained.

15          MR. PERTNOY:  I didn't hear you, Your Honor.

16          THE COURT:  The order speaks for itself.

17          MR. PERTNOY:  All right.

18          THE COURT:  You can read it.

19          MR. PERTNOY:  Understood.

20  **BY MR. PERTNOY:**

21  Q.   So can you please read where it says Structure A where it

22  says repair or demolish?  Can you just read that to the jury?

23  A.   Its says:  Repair or demolish unsafe structure within 180

24  days.

25  Q.   And then go to building permits, and please read what it

1    says with regard to Structure A.

2    A.   So, Structure A, permits shall be obtained within 90 days

3    from today's date.

4    Q.   And as we sit here today, do you know whether this order

5    has been complied with?

6             MS. SUAREZ:  Objection.  Outside the scope.  Calls

7    for a legal conclusion.

8             THE COURT:  Sustained.

9    **BY MR. PERTNOY:**

10   Q.   What is the status of the property as we sit here today?

11            MS. SUAREZ:  Objection.  Outside the scope.

12            THE COURT:  Sustained.

13   **BY MR. PERTNOY:**

14   Q.   Do you know whether -- from the initial notice of

15   violation in 2016 to the order in 2022, do you know whether the

16   property was operating?

17            MS. SUAREZ:  Objection.  Speculation.

18            THE COURT:  If she knows.  You can answer that

19   question.

20            THE WITNESS:  The plaintiff, Mr. Fuller, testified

21   that they had a tenant.  They had rented it out.

22            MS. SUAREZ:  Objection.  Lack of personal knowledge.

23            THE COURT:  Do you have personal knowledge that was

24   what the plaintiff said?

25            THE WITNESS:  No.  Only what I was told.

```
 1              THE COURT:  By whom?

 2              THE WITNESS:  By Mr. Fuller in testimony.

 3              THE COURT:  Overruled.

 4              THE WITNESS:  They had a tenant, and there was a

 5   tenant who was renting out the property upstairs for a motel or

 6   short term rental; something like that.

 7   BY MR. PERTNOY:

 8   Q.   Okay.  And -- strike that.  What is lien mitigation?

 9   A.   Lien -- okay, that's Code Enforcement.  Not Building

10   cases.  That's when you have a lien that's once -- if you don't

11   get your extensions of time, then a lien starts to run.

12        Once the case is brought into compliance, the lien stops

13   running at whatever amount it is, and then if a property owner

14   is eligible to come in to request a lien mitigation or

15   reduction, they come to the Code Board.

16   Q.   And in your personal experience, how much of the liens

17   that accrue can be mitigated or waived?

18              MS. SUAREZ:  Objection.  Relevance.  Outside the

19   scope.

20              THE COURT:  Sustained.

21   BY MR. PERTNOY:

22   Q.   Do you have personal knowledge of whether or not the

23   plaintiffs received lien mitigation for their properties?

24              MS. SUAREZ:  Objection.  Relevance.  Outside the

25   scope.
```

```
 1              THE COURT:  Sustained.
 2  BY MR. PERTNOY:
 3  Q.   Have you ever been present when Mr. Fuller has testified
 4  under oath?
 5  A.   Yes.
 6  Q.   And when he has testified under oath, has he -- based on
 7  your personal knowledge, has ever been untruthful under oath?
 8              MS. SUAREZ:  Objection.  Completely improper opinion.
 9              THE COURT:  Sustained.
10  BY MR. PERTNOY:
11  Q.   You have personal knowledge regarding plaintiffs' multiple
12  properties having been a city attorney, correct?
13  A.   Yes.
14  Q.   And you have personal knowledge regarding the -- those
15  properties and violations that may have been issued to
16  plaintiffs?
17              MS. SUAREZ:  Objection.  Leading and vague.
18              THE COURT:  Overruled.
19              THE WITNESS:  Yes.  For the cases that go to hearing,
20  they're brought to me and I've reviewed them, yes.
21  BY MR. PERTNOY:
22  Q.   And so you also have personal knowledge of the orders that
23  would have been entered by Unsafe Structures with regard to
24  plaintiffs' properties, correct?
25              MS. SUAREZ:  Objection.  Leading.
```

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  Yes, I'd be present as well.

 3   BY MR. PERTNOY:

 4   Q.   And you would also -- if it went to Building -- or strike

 5   that -- to the Code Enforcement Board, if an order was issued

 6   by the Code Enforcement Board, you'd have personal knowledge of

 7   that if you were involved in the case?

 8              MS. SUAREZ:  Objection.  Leading.

 9              THE COURT:  You can ask non-leading questions so we

10   don't have multiple objections on this line or issue.

11   BY MR. PERTNOY:

12   Q.   Are you aware of plaintiffs Compliance Agreements?

13   A.   Yes.

14   Q.   How many are you aware of?

15   A.   Oh, could be 7.  Between 6 and 8 maybe.

16   Q.   And based on your personal knowledge, do you have general

17   knowledge of the plaintiffs' reputation?

18              MS. SUAREZ:  Objection.  Improper opinion.

19              THE COURT:  Sustained.

20   BY MR. PERTNOY:

21   Q.   Mr. Fuller and Mr. Pinilla are part of the same community

22   that you are in, correct?

23              MS. SUAREZ:  Objection.  Relevance.

24              THE COURT:  Overruled.

25              THE WITNESS:  Yes.
```

1   **BY MR. PERTNOY:**

2   Q.   And you are aware of the general reputation of Mr. Fuller

3   and Mr. Pinilla?

4            MS. SUAREZ:  Objection.  Improper opinion.

5            THE COURT:  Sustained.

6   **BY MR. PERTNOY:**

7   Q.   Do you have knowledge of Mr. Fuller and Mr. Pinilla's

8   reputation for dishonesty?

9            MS. SUAREZ:  Objection, Your Honor.  Same objection.

10           THE COURT:  Sustained.

11  **BY MR. PERTNOY:**

12  Q.   Do you have general knowledge of the business reputation

13  of the plaintiffs?

14           MS. SUAREZ:  Objection, Your Honor.  Improper

15  opinion.

16           THE COURT:  Sustained.

17  **BY MR. PERTNOY:**

18  Q.   Based on your experience as a city attorney, have you --

19  do you have personal knowledge of Mr. Fuller's capacity for

20  truthfulness?

21           MS. SUAREZ:  Objection.  Improper opinion.

22           THE COURT:  Sustained.

23  **BY MR. PERTNOY:**

24  Q.   You have spoken to Mr. Fuller many times, correct?

25  A.   Enough.  I mean, we've spoken, yes, not on a regular

```
 1    basis.
 2    Q.   You've also cross-examined him in other matters, correct?
 3              MS. SUAREZ:  Objection.  Relevance, leading.  Outside
 4    the scope.
 5              THE COURT:  Sustained.
 6    BY MR. PERTNOY:
 7    Q.   Based on your experiences with Mr. Fuller, have you been
 8    able to acquire personal knowledge as to his reputation for
 9    truthfulness?
10              MS. SUAREZ:  Objection.  Improper opinion.
11              THE COURT:  Sustained.
12    BY MR. PERTNOY:
13    Q.   With respect to the properties that we've discussed today
14    in your testimony, did you target plaintiffs' properties?
15              MS. SUAREZ:  Objection.  Calls for a legal
16    conclusion.
17              THE COURT:  You can rephrase the question but I will
18    sustain the objection at this point.  You can rephrase the
19    question, sir.
20              MR. PERTNOY:  Okay.
21    BY MR. PERTNOY:
22    Q.   With respect to the properties that we've discussed today,
23    have you selectively enforced the City of Miami Code on
24    plaintiffs' properties?
25              MS. SUAREZ:  Objection.  Calls for a legal
```

```
 1   conclusion.
 2              THE COURT:  Overruled.
 3              THE WITNESS:  No.  He's been treated the same as
 4   everybody else.
 5   BY MR. PERTNOY:
 6   Q.   With respect to the properties that we've discussed today,
 7   were you given any orders from Commissioner Carollo?
 8              MS. SUAREZ:  Objection.  Asked and answered and
 9   leading.
10              THE COURT:  All right.  Sustained.
11   BY MR. PERTNOY:
12   Q.   Is it fair to say you're here to tell the truth today?
13              MS. SUAREZ:  Objection.  Leading.
14              THE COURT:  Overruled.  You can answer that,
15   Ms. Dooley.
16              THE WITNESS:  Yes.
17   BY MR. PERTNOY:
18   Q.   Did the fact that the properties that you were assigned to
19   as a city attorney, the fact that they were owned by
20   plaintiffs, did that factor into how you proceeded?
21              MS. SUAREZ:  Objection.  Asked and answered.
22              THE COURT:  Overruled.
23              THE WITNESS:  No.
24   BY MR. PERTNOY:
25   Q.   Why did you take the actions you took with respect to
```

```
 1   plaintiffs' properties?
 2            MS. SUAREZ:  Objection.  Asked and answered.
 3            THE COURT:  Sustained.  We've been over this line of
 4   questioning.
 5            MR. PERTNOY:  No further questions, Your Honor.
 6            THE COURT:  Thank you.
 7            MR. PERTNOY:  Thank you, Ms. Dooley.
 8            MR. SUAR:  May I proceed, Your Honor?
 9            THE COURT:  Yes.
10                      -  -  -  -  -
11            CROSS EXAMINATION OF RACHEL DOOLEY, ESQ.
12   BY MS. SUAREZ:
13   Q.   Okay.  Good afternoon, Ms. Dooley.
14   A.   Good afternoon.
15   Q.   You're an attorney, right?
16   A.   Yes.
17   Q.   And prior to working for the City of Miami, you didn't
18   practice in Land Use, correct?
19   A.   No.
20   Q.   You didn't practice in Zoning?
21   A.   Prior to joining the City of Miami, no.
22   Q.   And prior to joining the City of Miami, you didn't have
23   any experience with the building code, right?
24   A.   That's correct.
25            MR. PERTNOY:  Objection, Your Honor.
```

```
1              THE COURT:  That's sustained.
2    BY MS. SUAREZ:
3    Q.   You now work for the City of Miami, right?
4    A.   Yes.
5    Q.   As an assistant city attorney?
6    A.   Yes.
7    Q.   You've worked there since 2015, right?
8    A.   Yes.
9    Q.   And your title in 2015 was assistant city attorney, is
10   that right?
11   A.   Yes.
12   Q.   And your title today is senior assistant city attorney,
13   correct?
14   A.   Yes.
15   Q.   That's a promotion?
16   A.   Yeah, through just time with being at the office, yes.
17   Q.   And your responsibility as an assistant city attorney are
18   to conduct legal research, right?
19   A.   Among them, yes.
20   Q.   To file injunctions?
21   A.   Yes.
22   Q.   To help interpret ordinances and statutes, right?
23   A.   At times, yes.
24   Q.   You don't go out and inspect buildings, correct?
25   A.   No.
```

```
 1    Q.   You don't take measurements to determine the square

 2    footage of a premise, correct?

 3    A.   Nope.

 4    Q.   You don't go out and take photograph at establishments,

 5    right?

 6    A.   No.

 7    Q.   You don't determine code violations?

 8    A.   No.

 9    Q.   You don't cite people for code violations?

10    A.   No.

11    Q.   That's an inspector's job, correct?

12    A.   Yes.

13              MR. PERTNOY:  Objection.

14              THE COURT:  Grounds?

15              MR. PERTNOY:  Foundation.  Scope.

16              THE COURT:  Overruled.

17    BY MS. SUAREZ:

18    Q.   And your job is to deal with any legal issues that come

19    out of the inspector's actions, right?

20    A.   Yes.

21    Q.   Or to provide guidance to inspectors that are asking for

22    help with the code, correct?

23    A.   Yes.

24    Q.   And as a City of Miami employee, you get retirement

25    benefits, right?
```

```
 1   A.    Yes.
 2   Q.    Get an annual salary?
 3              MR. PERTNOY:  Objection, Your Honor.
 4              THE COURT:  Sustained.
 5   BY MS. SUAREZ:
 6   Q.    You're testifying here today for a city commissioner,
 7   right?
 8   A.    I was called as a witness by the defendant, yes.
 9   Q.    Called?
10   A.    I'm not testifying for him.  I'm testifying as to the
11   facts.
12   Q.    You're testifying on behalf of Commissioner Carollo,
13   correct?
14              MR. PERTNOY:  Objection.  Asked and answered.
15              THE COURT:  Overruled.
16              THE WITNESS:  I came here to testify because I was
17   called to testify.  No matter who would have called me, I'm
18   testifying.  Commissioner Carollo's counsel has called me.
19   BY MS. SUAREZ:
20   Q.    Let's be clear.  You're not here to testify for the
21   plaintiffs, right?
22              MR. PERTNOY:  Objection.  Argumentative.
23              THE COURT:  Overruled.
24              THE WITNESS:  I mean, you didn't call me to testify
25   or I would have testified had you.
```

```
 1              MS. SUAREZ:  That's not my question, ma'am.
 2   BY MS. SUAREZ:
 3   Q.   You're here today because the defendants asked you to
 4   testify, correct?
 5   A.   Yes.
 6              MR. PERTNOY:  Objection.
 7              THE COURT:  Grounds?
 8              MR. PERTNOY:  Asked and answered.
 9              THE COURT:  Sustained.
10   BY MS. SUAREZ:
11   Q.   After you testified here today, you continue working for
12   the City of Miami, right?
13   A.   Yes.
14   Q.   With Joe Carollo in power as District 3 commissioner,
15   right?
16   A.   Yeah, he's the commissioner.
17   Q.   And your ultimate boss is Victoria Mendez, correct?
18              MR. PERTNOY:  Objection.
19              THE COURT:  Grounds?
20              MR. PERTNOY:  Ultimate boss.
21              THE COURT:  Sustained.  Rephrase the question.
22   BY MS. SUAREZ:
23   Q.   The ultimate boss in the City Attorney's Office is
24   Victoria Mendez, correct?
25              MR. PERTNOY:  Objection.
```

```
 1                THE COURT:  Overruled.

 2                THE WITNESS:  Yes.

 3   BY MS. SUAREZ:

 4   Q.   She's the main city attorney, right?

 5   A.   Yes.

 6   Q.   And she has the authority to terminate your employment,

 7   right?

 8   A.   Yes.

 9   Q.   And Victoria Mendez can only be terminated by the City

10   Commission, correct?

11   A.   Yes.

12   Q.   There's five commissioners in the City of Miami?

13   A.   Yes.

14   Q.   To fire Victoria Mendez, only three of the five need to

15   vote in favor of firing her, right?

16   A.   I believe that's what the Charter says, yes.

17   Q.   Joe Carollo is a commissioner, correct?

18   A.   Yes.

19   Q.   Manolo Reyes is a commissioner?

20                MR. PERTNOY:  Objection, Your Honor.

21                THE COURT:  Grounds?

22                MR. PERTNOY:  Previous testimony about other

23   commissioners; other elected officials.

24                THE COURT:  Overruled.

25                THE WITNESS:  Can you say the question again?
```

1   **BY MS. SUAREZ:**

2   Q.   Manolo Reyes is a commissioner?

3   A.   Yes.

4   Q.   And Alex del a Portilla is as well?

5   A.   Yes.

6   Q.   That's three out of the five commissioners, right?

7   A.   There are two others.  Sabina Covo and Christine King.

8   Q.   Even though Victoria Mendez is the ultimate city attorney,

9   your supervisor when you were in general government was George

10  Wysong, am I saying that right?

11  A.   Yes.

12  Q.   And when you were in litigation, it was Chris Green,

13  Barnaby Min and John Greco?

14  A.   No.  It was Chris Green, Barny Min and John Greco were

15  deputy city attorneys.

16  Q.   And these direct supervisors are the ones you would

17  communicate on a day-to-day basis, right?

18  A.   Yeah.  When I had questions, yes.

19  Q.   You wouldn't typically communicate with Victoria Mendez on

20  a day-to-day basis, right?

21  A.   I would say we communicate probably on a weekly basis

22  about things that come up.

23  Q.   Okay.

24  A.   Not every day.

25  Q.   Okay.

1    A.    I don't talk to my supervisors every day either.

2    Q.    Okay.  And you have the decision-making authority to carry

3    out day-to-day work without running every decision by

4    Ms. Mendez, right?

5    A.    That is correct.

6    Q.    Yet, you were in regular communication with Ms. Mendez

7    about Mr. Fuller and Mr. Pinilla, right?

8              MR. PERTNOY:  Objection.

9              THE COURT:  Grounds?

10             MR. PERTNOY:  Vague as to regularly in communication

11   with.

12             THE COURT:  Rephrase the question.  Sustained.

13   **BY MS. SUAREZ:**

14   Q.    Most times when there was an issue with Mr. Pinilla or

15   Mr. Fuller, you were in communication with Ms. Mendez, correct?

16             MR. PERTNOY:  Objection.

17             THE COURT:  Grounds?

18             MR. PERTNOY:  Vague as to "most times."

19             THE COURT:  Overruled.  You can answer that question.

20             THE WITNESS:  No.

21   **BY MS. SUAREZ:**

22   Q.    You were also in communication with Commissioner Carollo

23   or others from his office about Mr. Fuller and Mr. Pinilla,

24   correct?

25             MR. PERTNOY:  Objection.

```
 1            THE COURT:  Grounds?

 2            MR. PERTNOY:  Timeframe.  Foundation.

 3            THE COURT:  Sustained.

 4   BY MS. SUAREZ:

 5   Q.   Between the years of 2018 and today, you have been in

 6   communication with Commissioner Carollo's office or someone

 7   from his office about Mr. Fuller and Mr. Pinilla, correct?

 8   A.   Rarely.

 9            MS. SUAREZ:  Can we pull up Plaintiffs' Exhibit 683

10   to the witness and counsel?

11            MR. PERTNOY:  What number?

12            MS. SUAREZ:  693.

13            THE COURT:  Is this in evidence or not?

14            MS. SUAREZ:  I don't believe so, Your Honor.

15            MR. PERTNOY:  Amanda, you said 693?

16            MS. SUAREZ:  Yes, error on my part.

17            MR. PERTNOY:  Can you scroll down?  Is it just the

18   one page.  Okay.

19            THE COURT:  Any objection to this document?

20            MR. PERTNOY:  No objection.

21            MS. SUAREZ:  Move to admit and publish, Your Honor.

22            THE COURT:  Granted.

23                 (Plaintiffs' Exhibit 693 Received.)

24   BY MR. SUAR:

25   Q.   Do you recognize this email, Ms. Dooley?
```

1    A.    No, I don't.  My name's not on it.  I don't have

2    a recollection of an email from 2018.

3    Q.    But you're copied on it, right?

4    A.    Yeah.

5    Q.    And can you read for the jury the bottom paragraph where

6    it says Planning and Zoning colleagues?

7    A.    Please keep Commissioner Carollo's office copied on the CC

8    line here in to all your planning and zoning permit courtesy

9    emails and memos and notices on special event permits, waivers,

10   variances, warrants, extensions, et cetera and the like which

11   are sent out.

12       The District 3 office would like to be more informed of

13   the language and zoning issues that are happening in its three

14   districts.

15   Q.    Can you read the top paragraph that starts with "I am

16   looping?"

17   A.    Olga and James, I am looping you into this email as well

18   so you can do the same for all Code Enforcement hearing cases.

19   Please send all the draft agendas of Code Enforcement hearings

20   to the District 3 office way in advance of the hearing dates to

21   the District 3 office copied here.

22   Q.    So at the time when you received this email in 2018,

23   you were made aware that Commissioner Carollo wanted more

24   information about Planning, Zoning and Code Enforcement issues

25   in his district, right?

```
 1   A.   Wanted more notices, yes.
 2            MS. SUAREZ:  Then if we can pull up Plaintiffs' 683
 3   only for the witness and counsel, just page 2.
 4            MR. PERTNOY:  I'm sorry, what page is it?  What
 5   document is this?
 6            MS. SUAREZ:  683.
 7            MR. PERTNOY:  683.  Is it just the one page?
 8            MS. SUAREZ:  It has more pages.
 9            MR. PERTNOY:  Let me just take a moment.  No
10   objection to this page.
11            THE COURT:  Okay.
12   BY MS. SUAREZ:
13   Q.   Ms. Dooley, do you see that you're copied on this email?
14   A.   Yes.
15   Q.   And can you read that second sentence at the top there
16   starts with or were they?
17   A.   Or were they at Calle Ocho with Carollo.
18   Q.   Okay.  So there was issues with some 11th nightclubs,
19   right?
20            MR. PERTNOY:  Objection.
21            THE COURT:  Grounds?
22            MR. PERTNOY:  Asking her to speculate as to the
23   meaning of somebody else's email.
24            THE COURT:  Sustained.
25
```

1   **BY MS. SUAREZ:**

2   Q.   You're copied on this email about 11th nightclubs, right?

3   A.   Yeah, this is only one page so I don't -- I don't know the

4   context of this.

5   Q.   Understood.  If you look at --

6   A.   Looks like it's during Winter Music Festival.

7   Q.   If you read the top part that you just read, they're

8   asking if the inspectors were with Commissioner Carollo on 8th

9   Street, right?

10  A.   It says or were they at Calle Ocho with Carollo, question

11  mark.

12          MS. SUAREZ:  We can pull up Plaintiffs' Exhibit 1.  I

13  believe this is admitted.

14          MR. PERTNOY:  Plaintiffs' 1, you said?

15          MS. SUAREZ:  Can we zoom in?

16  **BY MS. SUAREZ:**

17  Q.   Do you see Calle Ocho is within Joe Carollo's district?

18  A.   Apparently it is, yes.

19  Q.   It's not the only part of the district, right?

20  A.   Correct.

21  Q.   District 3 is that whole aqua color, right?

22  A.   Yes.

23  Q.   But Commissioner Carollo mainly focuses on Calle Ocho,

24  correct?

25          MR. PERTNOY:  Objection.

```
 1                THE COURT:  Grounds?

 2                MR. PERTNOY:  Speculating as to what Commissioner

 3    Carollo focuses on.

 4                THE COURT:  Sustained.

 5    BY MS. SUAREZ:

 6    Q.   The email indicated they were on Calle Ocho with

 7    Commissioner Carollo, correct?

 8                MR. PERTNOY:  Objection.

 9                THE COURT:  Grounds?

10                MR. PERTNOY:  Misstates the email and asks her to

11    speculate as to the meaning of the email.

12                THE COURT:  Overruled.  You can answer.

13                THE WITNESS:  The email said "or they" so I don't

14    know if that's where they were.

15    BY MS. SUAREZ:

16    Q.   And many of the properties on Calle Ocho belong Mr. Fuller

17    and Mr. Pinilla, right?

18                MR. PERTNOY:  Objection.

19                THE COURT:  Grounds?

20                MR. PERTNOY:  Calls for speculation.  Lack of

21    foundation.

22                THE COURT:  Overruled.  If she knows.

23                THE WITNESS:  There's a lot of properties.  I would

24    say no.  I mean, they don't own all of 8th Street.  It's a big

25    street.
```

1   **BY MS. SUAREZ:**

2   Q.   You've testified about quite a few that you've reviewed in

3   detail, correct?

4   A.   Those are not all on 8th Street.

5   Q.   Ball & Chain is on 8th Street?

6   A.   It is.

7   Q.   Taquerias?

8   A.   Taquerias, yes.

9   Q.   Azucar Ice Cream?

10          MR. PERTNOY:  Objection.

11          THE COURT:  Grounds?

12          MR. PERTNOY:  I don't think she testified about

13   Azucar.

14          THE COURT:  She can ask the question.

15          THE WITNESS:  I didn't testify to that, but it's

16   right next door to that Ball & Chain.  It's -- they're all

17   different bays.

18   **BY MS. SUAREZ:**

19   Q.   Calle Ocho Marketplace?

20   A.   Correct.

21   Q.   You've heard of Viernes Culturales, right?

22          MR. PERTNOY:  Objection.

23          THE COURT:  Grounds?

24          MR. PERTNOY:  Beyond the scope of the direct.

25          THE COURT:  All right.  Sustained.

1          MS. SUAREZ:  Your Honor, it goes directly to our

2    case.

3          THE COURT:  You can ask that question.

4    **BY MS. SUAREZ:**

5    Q.   You've heard of Viernes Culturales, right?

6    A.   Yes.

7    Q.   It was a community event?

8          MR. PERTNOY:  Objection.

9          THE COURT:  Grounds?

10         MR. PERTNOY:  Foundation.  Personal knowledge.

11         THE COURT:  Overruled.  If she knows.

12         THE WITNESS:  I don't really know what they did with

13   Viernes Culturales.

14   **BY MS. SUAREZ:**

15   Q.   You gave a deposition in a related case before, right?

16   A.   Yes.

17   Q.   They asked you about Viernes?

18   A.   Yes.  I'm not saying I don't know about it.  I mean, like

19   what they do, that part of it I don't know about but I know

20   about Viernes Culturales.

21   Q.   But it was an event in Little Havana, right?

22   A.   Yes.

23   Q.   And Mr. Fuller --

24   A.   I think held it on Fridays, right.

25   Q.   And Mr. Fuller was involved in Viernes Culturales, right?

1    A.   Yes, that's my understanding.

2    Q.   And you were asked to do research into Viernes Culturales,

3    correct?

4              MR. PERTNOY:  Objection.

5              THE COURT:  Grounds?

6              MR. PERTNOY:  Beyond the scope of my direct.

7              THE COURT:  Overruled.

8              THE WITNESS:  Yes.

9    **BY MS. SUAREZ:**

10   Q.   You actually drafted a memo about Viernes Culturales,

11   right?

12             MR. PERTNOY:  Objection.

13             THE COURT:  Grounds?

14             MR. PERTNOY:  To defining something, an unseen

15   document as a memo.

16             THE COURT:  Overruled.

17             THE WITNESS:  It could have been a memo or an email,

18   probably something.  I don't remember which.

19             MS. SUAREZ:  Okay.  Can we pull up Plaintiffs'

20   Exhibit 25?

21             THE COURT:  Is this in evidence?

22             MS. SUAREZ:  Yes, it's in evidence.

23   **BY MS. SUAREZ:**

24   Q.   So I want to direct to you that bottom part.  Do you see

25   yourself -- well, go down, Lina.  Here we go.  Do you see

 1   yourself sending Ms. Mendez some information about Viernes

 2   Culturales?

 3           MR. PERTNOY:  Objection.

 4           THE WITNESS:  Yes.

 5           THE COURT:  Wait.  What's the grounds?

 6           MR. PERTNOY:  Beyond my direct.

 7           THE COURT:  Overruled.

 8           THE WITNESS:  Yes, I was asked to look to the

 9   formation and current status of Culturales Viernes, yeah.

10   **BY MS. SUAREZ:**

11   Q.   Asked by whom?

12   A.   The city attorney.

13   Q.   Can you go up to the top, all the way up?  Can you read

14   the "from" line all the way at that top?  Who's it from?

15   A.   Mendez, Victoria.

16   Q.   And the "to?"

17   A.   Miro, Steven, Carollo, Joe, Min; Barnaby, Betancourt,

18   Vicente.  He's a Special Events person for the city.

19   Q.   So the research was forwarded to Commissioner Carollo's

20   office, correct?

21   A.   Yeah, I wasn't included in that.

22           MS. SUAREZ:  And then can we pull up Plaintiffs'

23   Exhibit 701 just for the witness and counsel?

24           MR. PERTNOY:  Object on the grounds that it's beyond

25   the scope of the direct.

```
 1                THE COURT:  The objection is noted.  It's overruled.
 2                MS. SUAREZ:  Can we admit and publish, Your Honor?
 3                THE COURT:  Granted.
 4                     (Plaintiffs' Exhibit 701 Received.)
 5   BY MS. SUAREZ:
 6   Q.    Do you recognize this as the memorandum I was discussing
 7   earlier, Ms. Dooley?
 8   A.    It doesn't have my -- usually, they're initialed on it, so
 9   I don't know if that's the final, final draft.  I can't tell
10   you.
11   Q.    Fair to say it could be some version of it?
12   A.    Yeah, sure.
13   Q.    And the memo says --
14   A.    May even be the final one.  It just doesn't have.
15   Q.    Understood.  The memo says it was issued to the response
16   to the question of who owns Viernes Culturales, right?
17   A.    Yes.
18   Q.    And who was VonCarol Kinchens?
19   A.    She was the head of NET which was the organization that
20   issues -- assists in issuing Special Event permits.
21   Q.    And was that in District 3?
22   A.    Well, she's the administrator so it would be for the
23   entire city.
24   Q.    And you received calls from Steven Miro at Commissioner
25   Carollo's office about Sanguich, correct?
```

```
 1              MR. PERTNOY:  Objection.

 2              THE COURT:  Grounds?

 3              MR. PERTNOY:  Compound.  Timeframe.

 4              THE COURT:  Sustained.  Rephrase the question.

 5              MS. SUAREZ:  Let's put up Plaintiffs' Exhibit 15.

 6              THE COURT:  Is this in evidence?

 7              MS. SUAREZ:  No, Your Honor.  Any objection?

 8              MR. PERTNOY:  No objection.

 9              THE COURT:  All right.  It's admitted.

10                  (Plaintiffs' Exhibit 15 Received.)

11              MS. SUAREZ:  Move to publish to the jury, Your Honor.

12              THE COURT:  Granted.
```

**BY MS. SUAREZ:**

Q.   Ms. Dooley, do you recognize this as an email that was
sent to you?

A.   Is it?  Yeah, it shows it was sent to me.  I don't
remember it in particular.

Q.   Can you read the paragraph starting --

A.   Commissioner Carollo's office called and wanted to speak
to you about a concern that Carollo has with a container that
should be removed because it still has electricity from the
adjacent store.  It could be a fire hazard and could be liable
for it.  He asked if you can please call -- then the phone
number or cell -- and that's blocked out.

Q.   Do you understand that shipping container is Sanguich,

1    correct?

2    A.   It's about that timeframe.  I don't have any independent

3    recollection of that so, you know, I can't sit here and say

4    absolutely.  We get containers people drop a lot of places but

5    it's the timeframe.

6              MS. SUAREZ:  Okay.  And then if we can pull up

7    Plaintiffs' Exhibit 543.

8              THE COURT:  Is this in evidence?

9              MS. SUAREZ:  Not in evidence.  Any objection?

10             MR. PERTNOY:  No objection.

11             THE COURT:  It's admitted.

12             (Plaintiffs' Exhibit 543 Received.)

13             MS. SUAREZ:  Move to publish, Your Honor.

14             THE COURT:  Granted.

15   **BY MS. SUAREZ:**

16   Q.   Can we scroll down?  Go back up to the first page.

17   Do you see yourself, you're sending an email to Ms. Mendez at

18   the top?

19   A.   Yes.

20   Q.   You inform Ms. Mendez that on January 29th of 2018,

21   Sanguich had applied for a CU, a BTR and a TEP, correct?

22   A.   Yes.

23   Q.   You also determined that Sanguich put a shipping container

24   on axles making it a movable food truck?

25             MR. PERTNOY:  Objection.

```
 1                  THE COURT:  Grounds?

 2                  MR. PERTNOY:  To the description of determined.

 3                  THE COURT:  Sustained.

 4    BY MS. SUAREZ:

 5    Q.   Can you just read the three sentences for me, Ms. Dooley?

 6    A.   I missed a "Y" in there.  "The" should have been they have

 7    applied for a CU, BTR and TEP which is a Temporary Event Permit

 8    and put container on axles to be able to move it.  I was

 9    writing fast.  Is a movable food truck.  It will fall outside

10    Building now and be Zoning.  They also have a DBPR license as a

11    food business.

12    Q.   So you determined that Sanguich didn't have any issues for

13    the Building Department to address, right?

14    A.   If it was -- if it was on wheels and movable, yes.

15    Q.   And it says they have put the container on axles with the

16    ability to move it, right?

17    A.   Right, but it was never -- they never put wheels on it to

18    move it so it didn't fall outside of Building.

19    Q.   Ms. Dooley, can I have you read the first sentence?

20    A.   I remember the email.  I'm telling you, that's, you know,

21    it has to be movable; has to have a VIN number.

22    Q.   This is what you stated on January 29th of 2018, right?

23    A.   Yes.  It's a quick email.

24    Q.   Sure.

25                  MS. SUAREZ:  And then can we pull DX 167 at page 6?
```

 1    Any objection?

 2            MR. PERTNOY:  Can you just scroll through to the end

 3    of the document just to make sure I know what's in it?  No

 4    objection.

 5            THE COURT:  It's admitted.

 6            (Defendant's Exhibit 167 Received.)

 7    **BY MS. SUAREZ:**

 8    Q.   Do you recognize this as an application for a Temporary

 9    Event Permit?

10    A.   Yes.

11    Q.   By Sanguich in December of 2017, right?

12    A.   Yes.  I think we've already brought this one up in my

13    testimony earlier.

14    Q.   And then can we pull up -- give me one second.  In the

15    meantime, you testified on direct about the little house, the

16    property that was on Calle Ocho Marketplace, right?

17    A.   Yes.

18    Q.   And you testified that there was a tenant, right?

19    A.   That's how he represented himself, yes, and how

20    Mr. Pinilla represented it.

21    Q.   You mentioned that people's lives were at risk if someone

22    was living in that house, right?

23    A.   I said it was unsafe structure.  Nobody should be living

24    in it, yes.  That's what I told Mr. Pinilla.

25    Q.   And you said you've reviewed all the records for this

1   property, right?

2   A.   That were part of the files, yeah.

3   Q.   So you would know there was no power in that house since

4   2018, right?

5            MR. PERTNOY:  Objection.

6            THE COURT:  Grounds?

7            MR. PERTNOY:  Foundation.

8            THE COURT:  Overruled.

9            THE WITNESS:  Well, I know that there was a

10  photograph of a power cord being jerry-rigged from the FP&L

11  pole into the house.  I've seen that picture and that's what

12  the guy said.

13  **BY MS. SUAREZ:**

14  Q.   That wasn't my question.  You reviewed the entire file?

15  A.   Yes, we cut the power.

16  Q.   So there was no power?

17            THE COURT:  Wait, Ms. Suarez.  Please let her answer

18  first.  Do not overtalk her so that Ellie can get everyone's

19  testimony, all right?  So ask your question again.

20  **BY MS. SUAREZ:**

21  Q.   There was no power in that house since 2018, correct?

22  A.   There should be no power.

23            MR. PERTNOY:  Objection.

24            THE COURT:  Grounds?

25            MR. PERTNOY:  Calls for speculation.  She testified

1    as to what her knowledge was.  Asked and answered.

2              THE COURT:  Overruled.

3              THE WITNESS:  There should be no power to the house.

4    **BY MS. SUAREZ:**

5    Q.   There was no plumbing in that house since 2018, correct?

6    A.   I never saw the inside of the house so you're asking me

7    about -- you want me to tell you what I saw from the

8    photographs?

9    Q.   Well, you reviewed the entire file and knew everything

10   about every citation, right?

11   A.   I'm just -- fine.  Before I wasn't allowed to so okay.  So

12   on the inside of the house, right, it was completely gutted.

13   It was in horrible condition.

14   Q.   There wasn't even a toilet in the structure, right?

15   A.   I did not see one.  That is correct.

16   Q.   So, in fact, what the gentleman told you was that he had

17   his art in the house, right?

18             MR. PERTNOY:  Objection.

19             THE WITNESS:  No.

20             THE COURT:  Grounds?

21             MR. PERTNOY:  Hearsay as to what the gentleman told

22   her.

23             THE COURT:  Overruled.

24             MS. SUAREZ:  Can we pull up DX 37 at page 146?

25             THE COURT:  Is this in evidence.

```
 1              MS. SUAREZ:  Yes, they showed it earlier, Your Honor.
 2              MR. PERTNOY:  What page are you looking at that?
 3              MS. SUAREZ:  That one.  Zoom in as much as we can,
 4  Lina.
 5  BY MS. SUAREZ:
 6  Q.   Can I have you read from "an unknown person?"
 7  A.   An unknown person was present claiming it was his art
 8  studio with millions of dollars of artwork inside.
 9  Q.   So, in fact, what was communicated was that it was an art
10  studio, correct?
11  A.   No.  Also communicated that he was a tenant of it.
12  Q.   That's just not included in the letter, right?
13  A.   No.
14  Q.   Okay.  And you testified that it was demolished several
15  years later, right?
16  A.   It was demolished right that after this letter in '22.
17  Q.   Several years later from the initial problem, correct?
18  A.   Yes.
19  Q.   And it looked --
20  A.   Several years later.
21  Q.   It looked different at the point that it was demolished,
22  right?
23  A.   Yes.
24              MS. SUAREZ:  Can we show Plaintiffs' Exhibit 595?
25              THE COURT:  Is this in evidence?
```

```
 1                 MS. SUAREZ:  No.

 2                 THE COURT:  Okay.

 3                 MS. SUAREZ:  Any objection?

 4                 MR. PERTNOY:  No.  No objection.

 5                 MS. SUAREZ:  Move to admit and publish, Your Honor.

 6                 THE COURT:  Granted.

 7                     (Plaintiffs' Exhibit 595 Received.)

 8                          (Video played.)

 9   BY MS. SUAREZ:

10   Q.   Does that appear to be the demolition of the house?

11   A.   That was the house, yes.

12   Q.   And that was the circus you described on direct, right?

13                 MR. PERTNOY:  Objection.

14                 THE COURT:  Overruled.

15                 THE WITNESS:  That's not the whole area.  That was

16   there -- that's just by the house.  There's a whole area behind

17   it.  When I got there, yeah, there was people, there was a

18   table out, there was all kinds of stuff going on.

19   BY MS. SUAREZ:

20   Q.   You can hear the noise in the video, right?

21   A.   Yeah, everybody was watching the demolition.  That doesn't

22   have anything to do with what happened 20 or 25, 30 minutes

23   earlier.

24   Q.   When the house was demolished, it didn't look the same as

25   the photos that Mr. Pertnoy showed you, right?
```

```
 1    A.    Somebody did work to it.

 2    Q.    It was painted pink?

 3    A.    Yeah.

 4    Q.    Had new windows?

 5    A.    Illegally, yes.

 6    Q.    And you didn't work to bring that house into compliance,

 7    right?

 8    A.    It was ordered demolished by the Unsafe Structure Panel.

 9    Q.    And, in fact, Mr. Pinilla and Mr. Fuller had 24 hours to

10    get the artwork out before the house was demolished, correct?

11    A.    No.  They put a tenant in the property.  The tenant that

12    had time to remove it.

13    Q.    The man who had his art studio?

14    A.    Yeah, he had claimed he had ten million dollars worth of

15    art in there, but yeah, they illegally put somebody in there,

16    an unsafe structure that was ordered demolished -- for them to

17    demolish in 2018.

18    Q.    That's your testimony, Ms. Dooley.  And --

19    A.    That's the --

20          MR. PERTNOY:  Objection.

21          THE COURT:  Sustained.

22    BY MS. SUAREZ:

23    Q.    The City Charter controls how the government of City of

24    Miami operates, right?

25          MR. PERTNOY:  Objection.
```

```
 1              THE COURT:  What's the objection?

 2              MR. PERTNOY:  Beyond the scope of direct and now

 3    asking for legal opinion on how the City Charter works.

 4              THE COURT:  Sustained.

 5    BY MS. SUAREZ:

 6    Q.   You work for the legal department of the City of Miami,

 7    correct?

 8    A.   Yes.

 9    Q.   You're aware there's a City Charter?

10    A.   Yes.

11    Q.   And you're aware that the Charter doesn't allow

12    commissioners to direct city employees, correct?

13              MR. PERTNOY:  Objection.

14              THE COURT:  Overruled.  You can answer the question.

15              THE WITNESS:  Yes.

16    BY MS. SUAREZ:

17    Q.   On February 14th of 2019, the City of Miami Commission

18    passed a Resolution directing the city attorney to inspect

19    certain establishments, right?

20    A.   You'll have to show me.  I don't have an independent

21    recollection.

22              MS. SUAREZ:  Can we pull up Plaintiffs' 150?  It's

23    already in evidence, Your Honor.

24              THE COURT:  Okay.

25
```

1   **BY MS. SUAREZ:**

2   Q.   Can you read the first paragraph where it says "a

3   Resolution?"

4          MR. PERTNOY:  Objection, Your Honor.

5          THE COURT:  Grounds?

6          MR. PERTNOY:  Beyond the scope of the direct.  Asking

7   her to testify as an expert witness.  She's not here as an

8   expert.

9          MS. SUAREZ:  I'm asking her to read.

10          THE COURT:  The document is in evidence.  She's not

11   testifying as an expert.  It's in evidence.

12          THE WITNESS:  The Resolution of the Miami city

13   Commission directing the city attorney to research properties

14   described at the February 14, 2019 City Commission meeting

15   during discussion Item D3.1 Code Enforcement regarding

16   violations related to no Certificate of Use, Certificate of Use

17   obtained under false pretenses and/or properties with

18   violations that pose life safety issues and initiate injunctive

19   proceedings against said properties until the properties are

20   brought into compliance.

21   **BY MS. SUAREZ:**

22   Q.   Does that refresh your recollection that a Resolution was

23   passed on February 14, of 2019?

24   A.   Not really.  I wasn't doing -- I wasn't doing Code

25   Compliance then.  I was doing litigation, trip and falls and

1    litigation.

2    Q.   Do you have any reason to believe that's inaccurate?

3    A.   What?

4         MR. PERTNOY:  Objection.

5    **BY MS. SUAREZ:**

6    Q.   Do you have any reason to believe that's inaccurate?

7         THE COURT:  Sustained.

8    **BY MS. SUAREZ:**

9    Q.   Do you see the property up top?  It says 1513 SW 8th

10   Street?

11   A.   It moved.

12   Q.   Down.

13   A.   Yes.

14   Q.   What property is that?

15   A.   That is Ball & Chain.

16   Q.   Scroll down.  Do you recognize that a majority of these

17   properties belong to Mr. Fuller and Mr. Pinilla?

18   A.   I think 1450, I don't know if -- 1512, 1530.  I don't know

19   about the other one, and 521.

20        MS. SUAREZ:  Okay.  If we can pull up --

21        THE WITNESS:  I don't know if there's more to the

22   email or not.

23        MS. SUAREZ:  If we can pull up Plaintiffs' Exhibit

24   660 just to the witness and opposing counsel.  Any objection?

25   There's a second page, Lina.

1          MR. PERTNOY:  Go back to the first page, please.  No

2     objection.

3          THE COURT:  It's admitted.

4          MS. SUAREZ:  Move to publish, Your Honor.

5          THE COURT:  Granted.

6               (Plaintiffs' Exhibit 660 Received.)

7     **BY MS. SUAREZ:**

8     Q.   Ms. Dooley, do you see yourself at the top of this email?

9     A.   Yes.

10    Q.   Receiving the entire chain below?

11    A.   Yes.

12    Q.   Let me scroll down to the second page.  Can you read where

13    it says Mr. Manager?

14    A.   Mr. Manager, under February 27th?

15    Q.   Yes, just that sentence after Mr. Manager.

16    A.   Commissioner Carollo has asked that I request from you an

17    update on the status of all the code violations that he brought

18    up during the last commission meeting.

19    Q.   What's the date of that email?

20    A.   That is February 27, 2019.

21    Q.   Can we move up?  Up all the way to the top.  And then

22    Ms. Mendez sends you the email chain, correct?

23    A.   Yes.  If we were going to -- so Domini Gibbs was the code

24    attorney at the time ad if there was legal action, it would

25    have been me to file it, yeah.

1    Q.   So you were aware that Commissioner Carollo wanted updates

2    on those properties, right?

3              MR. PERTNOY:  Objection.

4              THE COURT:  Overruled.  She can answer, if you know.

5              THE WITNESS:  I don't have an independent

6    recollection.

7              MS. SUAREZ:  The can we pull up Plaintiffs' Exhibit

8    153, just to the witness and counsel.  Any objection?

9              MR. PERTNOY:  Is there another page to this?  You

10   know, I object because, number one, she's not on the email I

11   don't think, and number two is it contains a letter from

12   plaintiffs' counsel.

13             THE COURT:  All right.  Sustained.

14   **BY MS. SUAREZ:**

15   Q.   Let's go to 661.  You're aware that at some point, a joint

16   inspection was held after that commission meeting where the

17   inspectors were denied entry into Mr. Fuller's and

18   Mr. Pinilla's property, correct?

19             MR. PERTNOY:  Objection.  Counsel is testifying.

20             THE COURT:  Overruled.  You can answer the question.

21             THE WITNESS:  I don't know about in relation to a

22   meeting, but I know that there was a joint inspection, yes.

23   **BY MS. SUAREZ:**

24   Q.   Okay.  And do you recognize the document on the screen?

25   A.   Yes.

```
 1              MS. SUAREZ:  Any objection?

 2              MR. PERTNOY:  No objection.

 3              MS. SUAREZ:  Move to admit and publish, Your Honor.

 4              THE COURT:  Granted.

 5                  (Plaintiffs' Exhibit 661 Received.)

 6   BY MS. SUAREZ:

 7   Q.   After that entry was denied, you coordinated a meeting

 8   with several departments to obtain information to inspect Ball

 9   & Chain and Taquerias, correct?

10              MR. PERTNOY:  Objection.

11              THE COURT:  Grounds?

12              MR. PERTNOY:  Assumes facts not in evidence with

13   respect to the timeframe of those inspections and this meeting.

14              THE COURT:  All right.  Sustained.  Rephrase the

15   question.

16   BY MS. SUAREZ:

17   Q.   This meeting was held on March 5, 2019, correct?

18              MR. PERTNOY:  Objection.

19              THE COURT:  Grounds.

20              MR. PERTNOY:  This is an invite for a meeting, not

21   the actual meeting.

22              THE COURT:  Sustained.

23   BY MS. SUAREZ:

24   Q.   Ms. Dooley, do you see where it says start time and end

25   time?
```

```
 1   A.    Yes.

 2   Q.    And what is the proposed date of the meeting?

 3   A.    March 5th.

 4   Q.    Thank you.  And this meeting took place with multiple

 5   inspectors, correct?

 6   A.    The meeting was in response to the letter from your law

 7   office to the city regarding the inspections, yes.

 8   Q.    Regarding being denied entry, right?

 9   A.    Well, we were told to get an inspection warrant so we were

10   going to have a meeting about that.

11   Q.    Right.

12         MS. SUAREZ:  Can we pull up Plaintiffs' Exhibit 662

13   to the witness and opposing counsel?

14         MR. PERTNOY:  Can you go back to the top, please?  Is

15   it just the two pages?  Is there anything beyond the two pages?

16         MS. SUAREZ:  No.

17         MR. PERTNOY:  No objection.

18         MS. SUAREZ:  Move to admit and publish, Judge.

19             (Plaintiffs' Exhibit 662 Received.)

20         THE COURT:  Granted.

21   BY MS. SUAREZ:

22   Q.    You see this email being sent to you, Ms. Dooley?

23   A.    Well, the top of it, yeah.  When ACA asked me to include

24   her in a meeting, yes.

25   Q.    If we scroll down, you see in the chain is the included
```

```
 1   the different people that were present at the joint inspection,

 2   correct?

 3   A.    Yes.

 4   Q.    So Ahmed Arafet from the Unsafe Structure Department was

 5   asked to attend the meeting, right?

 6   A.    Whoever was in the invite, that's who I asked to be

 7   included in it.

 8   Q.    And it reflects those people that were present for the

 9   joint inspection, right?

10   A.    It -- yeah, they all should have been included in the

11   meeting.  I don't know if everybody attended.

12   Q.    After the meeting, that same evening, you emailed Victoria

13   Mendez to report what each department told you about the

14   properties, correct?

15   A.    I don't know.  You'll have to show it to me.  I don't

16   recall emailing her.

17           MS. SUAREZ:  Pull up Plaintiffs' Exhibit 663.

18           MR. PERTNOY:  You said 663.  Is there anything else?

19   No objection.

20           MS. SUAREZ:  Move to admit and publish, Judge.

21           THE COURT:  Granted.

22             (Plaintiffs' Exhibit 663 Received.)

23   BY MS. SUAREZ:

24   Q.    Do you recognize this email, Ms. Dooley?

25   A.    Yes.  I don't remember the specifics of it but yes, I do
```

1    remember the email itself.

2    Q.   You see it on March 5, 2019 --

3    A.   Yep.

4    Q.   -- it's the same date as the meeting, correct?

5    A.   Yes.

6    Q.   And it is at 6:30 p.m.?

7    A.   Yes.

8    Q.   It's to Ms. Mendez from you?

9    A.   Yes.

10   Q.   And it has some updates of what happened at the meeting,

11   right?

12   A.   Yes.

13   Q.   During that meeting, you learned from the fire chief that

14   the fire department said there was fire code violations, right?

15            MR. PERTNOY:  Objection.

16            THE COURT:  Grounds?

17            MR. PERTNOY:  Hearsay.

18            THE COURT:  Overruled.

19            THE WITNESS:  That's what was reported to me.

20   **BY MS. SUAREZ:**

21   Q.   It consisted of the smoke detectors missing the covers,

22   right?

23            MR. PERTNOY:  Objection.

24            THE COURT:  Grounds?

25            MR. PERTNOY:  Lack of personal knowledge.

```
 1              THE COURT:  Overruled.  If she knows.
 2              THE WITNESS:  It included a lot of issues other than
 3   that, but yes.
 4   BY MS. SUAREZ:
 5   Q.   The emergency lights not working?
 6   A.   Yes.
 7   Q.   And all of these issues were fixed in a day or two,
 8   correct?
 9   A.   I don't know.
10   Q.   Can we zoom in, please?  Can you read "they provided them
11   with daily inspections", that line?
12   A.   Where?
13   Q.   In the first paragraph.  I think it says temporary
14   solution?
15   A.   Yeah, it's definitely from me.  They provided them with
16   daily inspections until all violations were complied which was
17   a day or two.  There you go.
18   Q.   And Chief Plasencia also didn't find that the occupancy
19   load was more than 300 persons, correct?
20   A.   Correct.
21   Q.   And that meant a sprinkler system wasn't required for the
22   premises, right?
23              MR. PERTNOY:  Objection.
24              THE COURT:  Grounds?
25              MR. PERTNOY:  This is in regards to 521.  That's
```

```
 1   beyond the scope of the direct.
 2              THE COURT:  Overruled.  You can answer.
 3              THE WITNESS:  That's what it says here, that's
 4   correct.
 5   BY MS. SUAREZ:
 6   Q.   And that there was no life safety issue at Taquerias,
 7   right?
 8              MR. PERTNOY:  Objection.
 9              THE COURT:  Grounds?
10              MR. PERTNOY:  She's being asked to opine as to
11   somebody else's thoughts and comments.
12              THE COURT:  All right.  Sustained.
13   BY MS. SUAREZ:
14   Q.   Ms. Dooley, you had this meeting with the chief, correct?
15   A.   Yes.
16   Q.   And you memorialized it in this email, right?
17   A.   Yes.
18   Q.   Can you read the last line of the fire paragraph, please?
19   A.   Sure.  Per the chief, there was no longer a known life
20   safety issue at 521.  He has no information as to 1513.
21              MS. SUAREZ:  Okay.  Can we pull up Plaintiffs'
22   Exhibit -- can we zoom into the code?
23   BY MS. SUAREZ:
24   Q.   Ms. Valencia indicated that the outdoor seating would be
25   removed, correct?
```

1    A.   Hold on.   I have to read it.   What was your question

2    again?

3    Q.   She reported that Mr. Fuller promised to remove the

4    outdoor seating, correct?

5    A.   Correct.

6    Q.   And she was waiting to learn from Zoning about whether

7    they had the 18 required spots, right?

8    A.   Yes.

9    Q.   Turns out Taquerias didn't need 18 required spots,

10   correct?

11            MR. PERTNOY:  Objection.

12            THE COURT:  Grounds?

13            MR. PERTNOY:  Foundation.  Personal knowledge.

14            THE COURT:  Overruled.

15            THE WITNESS:  In the end, Zoning made the

16   determination that it was not needed.

17   **BY MS. SUAREZ:**

18   Q.   And Ms. Valencia also reported that the property was cited

19   for possible improper use for a lounge upstairs when it only

20   had a restaurant CU and BTR license, correct?

21   A.   Yes.

22   Q.   And there was a citation issued, correct?

23   A.   Yes.

24   Q.   Even though -- can you read the line that says "she is

25   uncertain?"

1  A.   I don't know what she's -- it's not a well written email I

2  have to admit.  I don't know what she's uncertain about

3  honestly, how to ascertain that determination that's a life

4  safety issue that I'm talking about.  The lounge upstairs and a

5  CU and BTR is not a life safety issue.  I don't think that

6  sentence relates to the one before it.

7  Q.   Okay.  And nonetheless, Taquerias was issued a citation

8  for operating a nightclub, right?

9        MR. PERTNOY:  Objection.

10       THE COURT:  Overruled.  First, what's the grounds?

11       MR. PERTNOY:  Foundation.  Personal knowledge.

12       THE COURT:  Overruled.  If she knows.

13       THE WITNESS:  I only know what I was told so I don't

14  have any personal knowledge.  It says they were issued a

15  citation for improper use.

16  **BY MS. SUAREZ:**

17  Q.   Okay.  You gave testimony in a related case, correct?

18  A.   Yes.

19  Q.   And you were asked about Taquerias being cited in 2018 for

20  being a nightclub, correct?

21       MR. PERTNOY:  Objection.

22       THE COURT:  Grounds?

23       MR. PERTNOY:  Improper impeachment.  If you're going

24  to ask her about testimony from a previous deposition in

25  another matter, the witness should see it.

```
 1              THE COURT:  Sustained.
 2   BY MS. SUAREZ:
 3   Q.   Ms. Dooley, you know that the citation was improper,
 4   correct?
 5              MR. PERTNOY:  Objection.
 6              THE COURT:  Grounds?
 7              MR. PERTNOY:  Legal conclusion.
 8              THE COURT:  Sustained.
 9   BY MS. SUAREZ:
10   Q.   The city took back the citation, right?
11   A.   I'll have to look it up in City View.  It could have.  I
12   don't remember in particular but I mostly yeah, probably.  I
13   think so.
14   Q.   And that's because even in your opinion, Taquerias was
15   operating as a restaurant, right?
16              MR. PERTNOY:  Objection.
17              THE COURT:  Grounds?
18              MR. PERTNOY:  Asking for a legal opinion as to
19   whether Taquerias was or was not operating as a restaurant.
20              THE COURT:  Sustained.
21   BY MS. SUAREZ:
22   Q.   Now, your clients are the city, correct?
23   A.   Yes.
24   Q.   Everyone who works in the city, right?
25   A.   Well, not everybody, but yeah, the departments.
```

```
 1    Q.    The departments?

 2    A.    The departments and the elected officials.

 3    Q.    Okay.  Including Commissioner Carollo, right?

 4    A.    Yes.

 5    Q.    And you rely and defer to your clients when they talk to

 6    you about their respective areas, right?

 7               MR. PERTNOY:  Objection.

 8               THE COURT:  Grounds?

 9               MR. PERTNOY:  Vague.  Their areas.

10               THE COURT:  Sustained.  Narrow the question.

11    BY MS. SUAREZ:

12    Q.    You rely on Code when they talk to you about code matters,

13    correct?

14    A.    Yes, we discuss them, yes.

15    Q.    You rely on Zoning whether they talk to you about zoning

16    matters?

17    A.    Yes, I do.  Their expertise is what I use.

18    Q.    Building when they talk about building matters, right?

19    A.    Yep.

20    Q.    Okay.  Because they're the people that are most

21    knowledgeable in their respective areas, right?

22    A.    That is correct.

23    Q.    So if Chief Plasencia tells you the occupancy load doesn't

24    require a fire sprinkler, you defer to him, right?

25               MR. PERTNOY:  Objection.
```

```
 1              THE COURT:  Grounds.
 2              MR. PERTNOY:  Hypothetical and hearsay.
 3              THE COURT:  Sustained.
 4   BY MS. SUAREZ:
 5   Q.   Chief Plasencia told you that the occupancy load wasn't
 6   exceeded in that email, right?
 7              MR. PERTNOY:  Objection.  Hearsay.
 8              THE COURT:  Overruled.  You can answer that question.
 9              THE WITNESS:  That's what he said at the meeting,
10   yes.
11   BY MS. SUAREZ:
12   Q.   You would defer to what his thoughts were in his
13   respective department, right?
14              MR. PERTNOY:  Objection.
15              THE COURT:  Grounds?
16              MR. PERTNOY:  As to deferments on the hypothetical.
17              THE COURT:  Overruled.
18              THE WITNESS:  I would unless something else comes up,
19   but yes.
20   BY MS. SUAREZ:
21   Q.   That's because you're not a fire inspector, right?
22   A.   That is correct.
23   Q.   And Joe Ruiz was with the Director of Zoning in 2020,
24   right?
25   A.   Yes, yes.  I think yes.
```

1    Q.   And in January of 2021, there was going to be a hearing on

2    a violation that Taquerias received about zoning requirements

3    for parking, right?

4              MR. PERTNOY:  Objection.

5              THE COURT:  Grounds?

6              MR. PERTNOY:  Beyond the scope of my direct.  We

7    never discussed parking.

8              THE COURT:  Sustained.

9              MS. SUAREZ:  It's related to Taquerias, Your Honor.

10             THE COURT:  All right.  Overruled.

11             THE WITNESS:  Do you have the -- I don't, I don't

12   know the days of the hearings.

13             MS. SUAREZ:  Can we show Plaintiffs' 239 just to the

14   witness and opposing counsel?

15   **BY MS. SUAREZ:**

16   Q.   Do you see that email at the bottom written by you?

17   A.   Yes.

18   Q.   Does that refresh your recollection that there was a

19   hearing?

20   A.   Yes.

21   Q.   Leading up to that hearing, you asked Mr. Ruiz to assist

22   you by telling you whether or not Taquerias was in compliance,

23   right?

24   A.   Yes.

25   Q.   You wrote to him a couple of times, correct?

```
 1   A.    Yes, because they're the ones that make determinations.

 2   Once they make that determination, then it goes to Code and

 3   Code makes it determination whether they proceed or not.

 4              MS. SUAREZ:  Move to admit and publish this exhibit,

 5   Your Honor.

 6              THE COURT:  Any objection?

 7              MR. PERTNOY:  No objection.

 8              THE COURT:  It's admitted.

 9                  (Plaintiffs' Exhibit 239 Received.)

10   BY MS. SUAREZ:

11   Q.    Ms. Mendez is also copied on this email, right?  Right

12   there on the CC?

13   A.    Yes.

14   Q.    And Ms. Mendez is in charge of handling the entire legal

15   department for the City of Miami, right?

16   A.    Yes.

17   Q.    How many attorneys does she oversee?

18              MR. PERTNOY:  Objection.

19              THE COURT:  Sustained.

20   BY MS. SUAREZ:

21   Q.    How many divisions are there in the City Attorney's

22   Office?

23              MR. PERTNOY:  Objection.

24              THE COURT:  Grounds?

25              MR. PERTNOY:  Relevance.
```

```
 1              THE COURT:  Overruled.  You can answer that question.
 2              THE WITNESS:  Well, I have to -- four, maybe five.
 3   Now maybe with three or four attorneys each.
 4   BY MS. SUAREZ:
 5   Q.    There's lots of work to do, right?
 6   A.    We're -- we are busy.
 7   Q.    Okay.  And if we can go up, do you see where you -- can
 8   you read the sentence that you write there on that second
 9   email?
10   A.    From December 23rd?
11   Q.    Yes, ma'am.
12   A.    So are they currently in compliance as to close out the
13   Code case?  That's the question I was getting from Code.
14   Q.    Go up.  And can you read who it's forwarded to there?
15   A.    What do you mean, where?
16   Q.    At the top of the email.  To?
17   A.    Oh, it's from Adele Valencia to Art Noriega.
18   Q.    Who's Art Noriega?
19   A.    City manager.
20              MS. SUAREZ:  Pulling up Plaintiffs' 637 to the
21   witness and opposing counsel.  Can we zoom in to Mr. Ruiz's
22   response.  Can you read that paragraph -- or actually move to
23   admit and publish.  I don't know if there's an objection.
24              MR. PERTNOY:  Can you go back down?  Is this the full
25   document, one page?  No objection.
```

```
 1                THE COURT:  It's admitted.

 2                MS. SUAREZ:  Move to publish, Judge.

 3                THE COURT:  Granted.

 4                     (Plaintiffs' Exhibit 637 Received.)

 5   BY MS. SUAREZ:

 6   Q.   And so Mr. Ruiz responds on December 23, 2020.  Do you see

 7   that?

 8   A.   Yes.

 9   Q.   And can you read what he says, please?

10   A.   Good afternoon all.  The applicant availed themselves

11   Article 4, Table 4 of the Zoning Code entitled "Density,

12   Intensity and Parking (T6) which states that except for sites

13   within 500 feet from an ungated T3 Transect Zone, which this is

14   not, the parking requirements may be reduced within a TOD area

15   or within a Transit Corridor area "by 100 percent (100%) for

16   any structure with a floor area of 10,000 square feet or less."

17   The subject property is located within a Transit Corridor area

18   and has a floor area of approximately 5,432 square feet.

19   Q.   And I know that's a lot, but essentially, Taquerias didn't

20   need to do anything with respect to its parking, right?

21                MR. PERTNOY:  Objection.

22                THE COURT:  What's the grounds?

23                MR. PERTNOY:  Asking her for a legal conclusion.

24                THE COURT:  Sustained.

25
```

1    **BY MS. SUAREZ:**

2    Q.   What did you understand that to mean, Ms. Dooley?

3              MR. PERTNOY:  Objection.

4              THE COURT:  Overruled.  She can answer that question.

5              THE WITNESS:  I hate the Zoning language.  So yeah, I

6    mean, I think that it's -- he's of the opinion that they're

7    okay from a compliance standpoint.

8    **BY MS. SUAREZ:**

9    Q.   And then can you read the message from Ms. Mendez up at

10   the top?  It says "hey, thank you?"

11   A.   *It says:  Hi, thank you.  How does this qualify for

12   parking reduction exactly?  I don't think that area is a

13   Transit Corridor per the definition.  Can you walk me through

14   it?  Within a quarter mile of bus stop?  Headways of ten

15   minutes or less?  I don't think it qualifies.

16   Q.   And the determination below that you first read was the

17   determination made by the Director of Zoning, right?

18   A.   Yes.

19   Q.   The head of the whole department?

20   A.   Yes.

21   Q.   Not just an inspector, right?

22   A.   Zoning doesn't have inspectors.  They use Code Compliance.

23   Q.   And he made his determination known to you and to

24   Ms. Mendez, right?

25              MR. PERTNOY:  Objection.

```
 1                THE COURT:  Grounds?

 2                MR. PERTNOY:  I don't know if she was copied on

 3    Ruiz's email, but certainly on the above email.

 4                THE COURT:  Overruled.  If she knows.

 5                THE WITNESS:  I mean, I don't know the way that these

 6    things look.  Sometimes at some point, yes, but I don't know if

 7    it was from this one.

 8    BY MS. SUAREZ:

 9    Q.   And at the top, you're copied, right?

10    A.   Yes.

11    Q.   The head of Code is copied, Ms. Adele Valencia?

12    A.   Yes.

13    Q.   Yacmany Salvatierra, Code Inspector?

14    A.   Yep.

15    Q.   Art Noriega, City Manager?

16    A.   Yes.

17    Q.   And instead of asking that this violation be closed out,

18    you write back to Mr. Ruiz asking if they're in compliance,

19    right?

20                MR. PERTNOY:  Objection.

21                THE COURT:  Grounds?

22                MR. PERTNOY:  That's not that email she was being

23    shown.  It came from Ms. Mendez.

24                MS. SUAREZ:  I'm not talking about that email.

25                THE COURT:  She can answer the question.
```

```
 1              THE WITNESS:  Which email?  The one you showed me, I
 2   don't know if it's before or after this one.
 3              MS. SUAREZ:  Can we pull up 239, please?
 4   BY MS. SUAREZ:
 5   Q.    Please scroll down.
 6   A.    Right.
 7   Q.    So you're responding to him to confirm, right?
 8   A.    Just to say yes, you know, instead of all the language,
 9   yes or no.
10   Q.    Okay.
11   A.    It was a better answer for me.  Good, not good.
12              MS. SUAREZ:  And then can we pull up Plaintiffs'
13   Exhibit 636 just to the witness and opposing counsel?  Zoom in
14   to the top.
15   BY MS. SUAREZ:
16   Q.    First, do you see at the bottom, it's the same email chain
17   from Mr. Ruiz?
18   A.    Yes.
19   Q.    Okay.  Can we zoom in to the top, please?
20              MS. SUAREZ:  Move to admit and publish.  Any
21   objection?
22              MR. PERTNOY:  No objection.  What number is this
23   again?
24              MS. SUAREZ:  636.
25              THE COURT:  It's granted.
```

1                (Plaintiffs' Exhibit 636 Received.)

2                MS. SUAREZ:  Move to publish, Your Honor.

3                THE COURT:  Granted.

4    **BY MS. SUAREZ:**

5    Q.   And, Ms. Dooley, can you read that top message from you,

6    please?

7    A.   This one is to Joe Ruiz.  It says I know you were going to

8    look at this again based upon some other issues.  Have you had

9    a chance to verify.

10   Q.   And what's the date of that email?

11   A.   February 10, 2021.

12   Q.   That's about two months later from that first email,

13   right?

14   A.   Yes, from December.  Well, six weeks.

15   Q.   And in six weeks, this is the third time that Mr. Ruiz's

16   opinion has been questioned about Taquerias parking, right?

17               MR. PERTNOY:  Objection.

18               THE COURT:  Grounds?

19               MR. PERTNOY:  As to questioning the opinion.  That

20   misstates the email.

21               THE COURT:  Sustained.

22   **BY MS. SUAREZ:**

23   Q.   You asked him to confirm it was in compliance, right?

24   A.   Yes.

25   Q.   Ms. Mendez asked him to explain how it qualified for the

```
 1   reduction, right?
 2   A.   Yes.
 3   Q.   And then here again, you asked to look at whether he had a
 4   chance to look at it again, correct?
 5   A.   No.  It says -- I'm asking him.  He said he was going to
 6   look at something again.  Have you verified.
 7   Q.   You're responding to the email chain so logically he would
 8   be looking into the same issue, right?
 9             MR. PERTNOY:  Objection.
10             THE COURT:  Overruled.
11             THE WITNESS:  Well, it's the issue as to the parking,
12   yes.  I don't know if something, you know, whatever else the
13   issue was or factor to be considered.  I believe he was going
14   to look at it again.  He stated that, so I'm following up
15   because, you know, I was probably getting an email every third
16   day from the attorney for your client.
17   BY MS. SUAREZ:
18   Q.   Then Joseph Ruiz left his position in March of 2021,
19   around there, right?
20   A.   I don't know when he left, but if that's what you say, I
21   don't have any reason to doubt that.
22   Q.   He was replaced by Dan Goldberg, correct?
23   A.   Yes.
24             MS. SUAREZ:  Can we pull up Plaintiffs' Exhibit 635
25   just for the witness and opposing counsel?
```

```
1              MR. PERTNOY:  Is there anything below that page?
2     Anything else?  No objection.
3              MS. SUAREZ:  Move to admit and publish, Your Honor.
4              THE COURT:  Granted.
5                   (Plaintiffs' Exhibit 635 Received.)
6     BY MS. SUAREZ:
7     Q.    Do you recognize this email chain, Ms. Dooley?
8     A.    No, I don't have an independent recollection of it.
9     Q.    You see yourself cc'd?
10    A.    Yeah, I mean, it's definitely an email.
11    Q.    So do you remember that around May of 2021, an issue arose
12    with the business tax receipt for Los Altos which is part of
13    Taquerias?
14             MR. PERTNOY:  Objection.
15             THE COURT:  Grounds?
16             MR. PERTNOY:  Beyond the scope of my direct.
17             THE COURT:  Overruled.  If she knows.
18             THE WITNESS:  There were no Business Tax Receipts.
19    Some businesses need more than one, so let's say you have a
20    restaurant that may have a BTR.  If you sell merchandise, that
21    requires another BTR, or foodstuffs that requires another
22    Business Tax Receipt.  I think that's what went on here.
23    BY MS. SUAREZ:
24    Q.    Okay.  And --
25    A.    If my recollection is correct.
```

1   Q.   And Eric Nemons was the Interim Director of the Code

2   Compliance Department on this date?

3   A.   Yes.  Yeah, he was.  He was never made director.  He's an

4   assistant director now.  He was the 2 then, if Adele had gone.

5   Q.   And he made various City of Miami employees, including

6   you, he let you know that Zoning had settled the Certificate of

7   Use and Business Tax Receipt issue, correct?

8   A.   Yes, that's what the email says.

9   Q.   And he ends the email by saying please comply with all

10  other respective violations except for the work without a

11  finalized permit, correct?

12  A.   Yes, that's what he's telling his staff.

13  Q.   Then can we go up?  And then do you see that email there

14  in the middle?

15  A.   Yes.

16  Q.   Can you read that out loud, please?

17  A.   Case Ce221, -- that's not a right one, but 221009158

18  ticket was issued ($262.50) for not providing their BTR for the

19  restaurant which will be done for this case.

20  Q.   Then can we go up.  Do you see where you replied,

21  Ms. Dooley?

22  A.   Yes.

23  Q.   Could you read that sentence?

24  A.   It says:  If they failed to display, that's a valid

25  violation.  You're required not only to have a BTR but display

1   it.

2   Q.   And then can you read Mr. Nemons' response?

3   A.   Yes.  It is valid, but in light of the situation, we can

4   warn them and close it out.  Ms. Gralia, counsel for the

5   property, claims this is an issue of the City not knowing the

6   BTR.  I really think we need to move on.

7   Q.   So, to be clear, like you just explained it, for

8   displaying the BTR but they had a BTR, correct?

9   A.   I think that's the question I asked.  If they don't have

10  one but as you go through it, they may not have displayed it,

11  yes.

12  Q.   Okay.  And you also asked Dan Goldberg to watch body worn

13  camera footage from Taquerias, correct?

14  A.   I don't know.  I don't remember off the top of my head.

15          MS. SUAREZ:  Can we pull up Plaintiff's 674?  I

16  believe this was admitted yesterday.

17          MR. PERTNOY:  Can I just see it real quick?  I don't

18  remember, but I don't have an objection.

19  **BY MS. SUAREZ:**

20  Q.   Does this refresh your recollection?

21  A.   Yes, yes.

22  Q.   Okay.  And it was to see if Taquerias looked like a bar or

23  a restaurant, right?

24          MR. PERTNOY:  Objection.

25          THE COURT:  No.  Wait, no, the objection is

```
 1   sustained.  Next question, Ms. Suarez.

 2             MS. SUAREZ:  Can we pull up Plaintiffs' Exhibit 675?

 3   BY MS. SUAREZ:

 4   Q.   Do you recognize this email, Ms. Dooley?

 5   A.   Yes.

 6   Q.   Can we zoom in?  You sent an email there at the bottom

 7   regarding Taquerias having a speakeasy, right?

 8   A.   Yes.

 9   Q.   Can you read the response from Ms. Mendez, please?

10   A.   She says interesting, we need a UC.

11   Q.   What do you understand a UC to mean?

12   A.   An undercover.

13             MR. PERTNOY:  Objection.

14             THE COURT:  What's the objection?

15             MR. PERTNOY:  I take back the objection.  The

16   question was fine.

17   BY MS. SUAREZ:

18   Q.   Can you just repeat your answer?

19   A.   Undercover.

20   Q.   Like an undercover officer?

21   A.   Yeah.

22   Q.   And there are certainly laws for city officials retaining

23   your public records, right?

24             MR. PERTNOY:  Objection.

25             THE COURT:  Grounds?
```

```
 1                MR. PERTNOY:  Relevance.

 2                THE COURT:  Sustained.

 3                MS. SUAREZ:  Can we pull up Plaintiffs' Exhibit 705

 4     for the witness and opposing counsel?  Yes.  Can we scroll

 5     down?

 6                MR. PERTNOY:  Objection.

 7                THE COURT:  Grounds?

 8                MR. PERTNOY:  When we were on sidebar, we discussed

 9     which properties are in and out and if this comes in, I should

10     be able to ask about all the properties.

11                THE COURT:  Sustained.

12                MS. SUAREZ:  Your Honor, they did discuss them.

13     BY MS. SUAREZ:

14     Q.   Ms. Dooley, do you recall doing research into plaintiffs'

15     properties?

16     A.   As it relates to litigation, yes.

17     Q.   You compiled a list of them, correct?

18     A.   Well, I worked with Code, yes.

19     Q.   And you did research, right?

20     A.   Yes.

21     Q.   Okay.  And you testified on direct about everything being

22     at a standstill during the pandemic, right?

23     A.   No, everything wasn't at a standstill, but a lot of things

24     were.  They were slower.  This is true.

25     Q.   Except the research into Mr. Fuller and Mr. Pinilla's
```

```
 1    properties, right?
 2    A.    No.
 3              MR. PERTNOY:  Objection.
 4              THE WITNESS:  That's not true.
 5              THE COURT:  Grounds?
 6              MR. PERTNOY:  Argumentative.
 7              THE COURT:  Sustained.
 8    BY MS. SUAREZ:
 9    Q.    This research was done on June 17th of 2020, correct?
10    A.    Yes.
11              MS. SUAREZ:  Can we pull up Plaintiffs' Exhibit 732
12    just to the witness and opposing counsel?  Any objection?
13              MR. PERTNOY:  Is there anything beyond that?  No
14    objection.
15              MS. SUAREZ:  Move to admit and publish.
16              THE COURT:  Granted.
17                  (Plaintiffs' Exhibit 732 Received.)
18    BY MS. SUAREZ:
19    Q.    Do you recognize this email, Ms. Dooley?
20    A.    Yes.
21    Q.    You're making a public records request from the county for
22    the Ball & Chain, correct?
23    A.    Yes.
24    Q.    What's the date of the email?
25    A.    June 3, 2020.
```

1        MS. SUAREZ:  Okay.  And then if we can pull up

2   Plaintiffs' Exhibit 601?  It's already in evidence.

3        MR. PERTNOY:  What exhibit number is this?

4        MS. SUAREZ:  601.

5   **BY MS. SUAREZ:**

6   Q.   Can you read the paragraph that says NM?

7        MR. PERTNOY:  Objection.

8        THE COURT:  Grounds?

9        MR. PERTNOY:  Lack of foundation with this witness.

10       MS. SUAREZ:  It's in evidence, Your Honor.

11       THE COURT:  Overruled.

12       THE WITNESS:  NP.  Just had a lengthy meeting with

13  the manager and almost the entire City Attorney Office plus

14  Adele talking about Bill Fuller.  The manager wants to revise

15  and update our policies to be more stringent when it comes to

16  work without a permit.  Clearly define what are unsafe

17  conditions and shut down all structures that don't comply.

18  **BY MS. SUAREZ:**

19  Q.   Were you part of this lengthy meeting?

20  A.   I don't recall.

21  Q.   You don't recall at this time?

22  A.   I could have been.  I don't know.

23  Q.   So we discussed how in 2018, Taquerias was issued a

24  citation for illegal lounge or nightclub, right?

25       Hold on.  Backtrack, 601, please, back up.  Scroll down.

1   Zoom in.

2       Can you read the last paragraph on this text?

3   A.   Says I'd like for us to spend the day tomorrow

4   brainstorming about these issues.  We need to circle back with

5   Rachel if we need to update any of our ordinances as well.  I

6   have a follow up meeting with the manager next week to provide

7   an update on these issues.

8   Q.   Do you understand that Rachel to be you?

9   A.   Yes, that's me.  We actually did.  We reworked our Unsafe

10  Structures ordinance.

11  Q.   In response to a meeting about Bill Fuller?

12  A.   No, we were reworking it already and we did.

13  Q.   Okay.

14  A.   It's actually quite good now.  Everybody likes it.

15  Q.   Then we discussed how in 2018, a citation was issued to

16  Taquerias for the illegal lounge, correct?

17  A.   When they had the CU for upstairs versus downstairs,

18  whether they needed two or one or whatever, yes.

19  Q.   And then I'm going to fast forward to 2021.  Who was the

20  Code Director at that time?  Nemons?

21  A.   Maybe he was acting then, because then after him is

22  Roberto Santos-Alborna, so yeah, Eric Nemons.

23  Q.   You're aware that Taquerias was again shut down for the

24  same reason in 2021, correct?

25          MR. PERTNOY:  Objection.

```
 1                THE COURT:  Grounds?

 2                MR. PERTNOY:  Foundation.  Personal knowledge.

 3                THE COURT:  Overruled.  If she knows.

 4                THE WITNESS:  If you can show it to me.  If I see the

 5     email.

 6                MS. SUAREZ:  Can we show Plaintiffs' Exhibit 704 just

 7     to the witness to refresh her recollection?  Scroll down.

 8                THE WITNESS:  I remember this one.

 9     BY MS. SUAREZ:

10     Q.   You remember?

11     A.   I do, I do, I do.  I received a Saturday phone call from

12     Attorney Gralia on it.

13     Q.   Because Taquerias was shut down, right?

14                MR. PERTNOY:  Objection.

15                THE COURT:  Grounds?

16                MR. PERTNOY:  Speculation.

17                THE COURT:  Overruled.  If you know.

18                THE WITNESS:  That's what I was told, yes.

19     BY MS. SUAREZ:

20     Q.   And the general manager of Taquerias was arrested on that

21     same night, right?

22                MR. PERTNOY:  Objection.  403.  This has already been

23     an issue.

24                THE COURT:  The objection is sustained.  Next

25     question, Ms. Suarez.  Actually, you have about ten minutes
```

```
 1   left.
 2              MS. SUAREZ:  Understood.
 3   BY MS. SUAREZ:
 4   Q.   And you forwarded the concerns of the attorneys to the
 5   city manager, right?
 6   A.   Yes.
 7   Q.   And once again, Taquerias had the proper licenses to
 8   operate, right?
 9              MR. PERTNOY:  Objection.
10              THE WITNESS:  Depends how.
11              THE COURT:  Wait, Ms. Dooley, don't answer the
12   question.
13              MR. PERTNOY:  Objection.  Calls for a legal
14   conclusion.
15              THE COURT:  Sustained.  Next question, Ms. Suarez.
16   BY MS. SUAREZ:
17   Q.   Based on your knowledge, you believe that Taquerias was
18   operating as a restaurant, right?
19              MR. PERTNOY:  Objection.
20              THE COURT:  Grounds?
21              MR. PERTNOY:  Calls for a legal opinion.
22              THE COURT:  Overruled.  She can answer that question.
23              THE WITNESS:  So there's two.  Taquerias and Los
24   Altos are two different places.
25
```

1    **BY MS. SUAREZ:**

2    Q.   They're in the same building?

3    A.   They are in the same building, but they're not the same --

4    they're not run the same way.  So it is a restaurant unless

5    they stop serving food.  If they don't serve food, then they

6    can't be open.  That's the issue with that.  Then you have to

7    have a bar license.  You can't be a restaurant.

8    Q.   But related to this issue in 2021, they were allowed to

9    reopen four days later, correct?

10                MR. PERTNOY:  Objection.

11                THE WITNESS:  Yes.

12                THE COURT:  Grounds?

13                MR. PERTNOY:  Asking for legal conclusions on

14   licenses that are outside the scope of her purview.

15                THE COURT:  Sustained.

16   **BY MS. SUAREZ:**

17   Q.   Ms. Dooley -- can we zoom in to the email?

18                MS. SUAREZ:  Move to admit and publish Your Honor?

19                THE COURT:  Granted.

20   **BY MS. SUAREZ:**

21   Q.   Can you read the email to you that says "Rachel?"

22   A.   Yes.  It says:  I spoke to the manager.  Please advise the

23   establishment in the manner you see fit that we can reopen.

24   Q.   In fact, four days later, Taquerias was allowed to reopen,

25   correct?

1   A.   Yes.  That was the video thing that you were bringing up.

2   Q.   And the video revealed everything to be proper, correct?

3   A.   We couldn't see whether or not the kitchen was running but

4   we couldn't say it wasn't, so I think that that was then that

5   would definitely fall in the favor of the property owner.

6   Q.   So, I just want to make sure I understand.  So there was a

7   citation in 2018 that we discussed, right, for the CU issue,

8   correct?

9   A.   For the BTR issue.

10  Q.   Right.

11  A.   Right, but I think that was a different issue than this

12  issue, but okay.

13  Q.   Then there was an audit in 2019?

14       MR. PERTNOY:  Objection.

15       THE COURT:  Sustained.

16  **BY MS. SUAREZ:**

17  Q.   Are you aware of an audit in 2019 on Taquerias?

18  A.   I have heard of it.  I wasn't involved in it, but I have

19  heard that there was an audit.

20  Q.   Okay.  And then there was this issue in 2021 where the

21  business was, again, shut down, right?

22  A.   Yes.

23  Q.   And in the following month from this, Taquerias was shut

24  down again for a staircase, correct?

25       MR. PERTNOY:  Objection, Your Honor.

```
 1            THE COURT:  Grounds?
 2            MR. PERTNOY:  This goes beyond the scope that we've
 3   discussed at sidebar regarding what this case is versus what
 4   the other case is.
 5            THE COURT:  Sustained.
 6   BY MS. SUAREZ:
 7   Q.   Taquerias remains closed today, correct, Ms. Dooley?
 8            MR. PERTNOY:  Objection.
 9            THE COURT:  Overruled.  You can answer that.
10            THE WITNESS:  Yes.  It's in violation of the Florida
11   Building Code.  It doesn't have a proper means of secondary
12   egress.
13   BY MS. SUAREZ:
14   Q.   That's the staircase, right?
15   A.   Yeah -- well, they had to remove the illegal staircase and
16   then you have an interior and exterior one.
17            MS. SUAREZ:  I have no further questions, Judge.
18            THE COURT:  Redirect?  You've got 15 minutes.
19            MR. PERTNOY:  Do you want to take a --
20            THE COURT:  No, I'm just saying you have 15 minutes.
21            MR. PERTNOY:  That's fine.  I didn't hear what you
22   said.  Can I just wait for my assistant to hook up?
23            THE COURT:  Sure.
24
25
```

```
 1                      -  -  -  -  -

 2            REDIRECT EXAMINATION OF RACHEL DOOLEY, ESQ.

 3    BY MR. PERTNOY:

 4    Q.   Ms. Dooley, let's be clear.  You're here pursuant to a

 5    subpoena?

 6    A.   Yes.

 7    Q.   And you're here to tell the truth?

 8    A.   Yes.

 9    Q.   Now, you were shown an email.  I think it was Plaintiffs'

10    693, about a request from Commissioner Carollo's office to be

11    included in any new permit applications or any code violations.

12    Do you recall seeing that email?

13    A.   Yes, I do.

14    Q.   Is it unusual for elected officials to want to know what's

15    going on in their districts?

16    A.   No.

17    Q.   Is there anything improper with a newly elected official

18    wanting to know what's going on in his district?

19              MS. SUAREZ:  Objection.  Leading.

20              THE COURT:  Overruled.

21              THE WITNESS:  No.

22    BY MR. PERTNOY:

23    Q.   Now, you were also shown an email about Viernes Culturales

24    where it was then ultimately forwarded to Commissioner

25    Carollo's office?
```

```
 1    A.    That's correct.

 2    Q.    Where does Viernes Culturales take place?

 3    A.    It takes place on public land.

 4    Q.    In what district?

 5    A.    District 3.

 6    Q.    Which is whose district?

 7    A.    Commissioner Carollo.

 8    Q.    So it unusual for a Commissioner Carollo wanting to know

 9    the information about an event taking place in his district?

10            MS. SUAREZ:  Objection.  Leading and speculation.

11            THE COURT:  Overruled.  You can answer that question.

12            THE WITNESS:  No.  There are many of the other

13    commissioners who request the same information as well.  They

14    want to know about events going on in their district.

15    BY MR. PERTNOY:

16    Q.    And this was done pursuant to a -- I forget the exact

17    term -- a legal research request?

18    A.    LSR.

19            MS. SUAREZ:  Objection.  Leading.

20            THE COURT:  Wait.  The objection is sustained.

21    Please ask non-leading questions so we don't have multiple

22    objections as to leading.

23    BY MR. PERTNOY:

24    Q.    What is an LSR?

25    A.    Legal Services Request.
```

1  Q.   And are they common in the City of Miami?

2  A.   Lots.  Every day, yes.

3  Q.   So this LSR request, was this an uncommon request?

4  A.   No.

5  Q.   And this is part of your typical duties?

6            MS. SUAREZ:  Objection.  Leading.

7            THE WITNESS:  Yes.

8            THE COURT:  Sustained.

9  **BY MR. PERTNOY:**

10 Q.   Do you do LSR research?

11 A.   It depends on what they're asking for but yes, if it

12 requires research, we do research.  If it requires issuing

13 things, we issue memos; whatever it requires.

14 Q.   Now, you were also shown I think it was exhibit --

15 Plaintiff's 15.  It was an email from Mr. Miro where you were

16 receiving a phone message.  Do you recall seeing that email?

17 A.   Yes.

18 Q.   Did that message contain any orders?

19 A.   No, it asked me to call.

20           MR. PERTNOY:  And can we put that up, Plaintiffs' 15?

21 Make that a little larger so everybody can actually see it.

22 Thank you very much.

23 **BY MR. PERTNOY:**

24 Q.   And what was the reason for the call?  What was stated?

25 A.   It says there's an issue with the container that should be

1  removed because it has electricity from an adjacent store.

2  Q.   According to the message, who had a concern?

3  A.   The commissioner.

4  Q.   Is there anything improper with an elected official

5  passing along information?

6            MS. SUAREZ:  Objection.  Leading and calls for a

7  legal conclusion.

8            THE COURT:  Overruled.

9            THE WITNESS:  No, we get that a lot.  A lot of those

10  with Code.

11            MR. PERTNOY:  You can take that down.  Thank you.

12  Can you bring up Plaintiffs' 543, and can you make that a

13  little bigger?  Yeah.

14  **BY MR. PERTNOY:**

15  Q.   I know this was not the most artfully written email, but

16  can you please explain what you meant in this email regarding

17  the axles versus the wheels?

18            MS. SUAREZ:  Objection.  That email speaks for

19  itself.

20            THE COURT:  Overruled.

21            THE WITNESS:  So the issue was trying to get this to

22  work for the Sanguich people to be able to operate there.  If

23  we could take it out of needing Building approval and only

24  Zoning's approval, that would be very helpful.  So as I had

25  said, I guess maybe it was yesterday, I don't remember now,

1   that it had to be movable.  They had to get it up on wheels.

2       It needed to have a Florida VIN so it would operate as

3   a food truck, not as a container.  That at this time, I don't

4   think -- I know I was very hopeful that we had solved sort of

5   not longer term problem, but an immediate problem for them to

6   be able to operate.

7   **BY MR. PERTNOY:**

8   Q.   Ultimately, was Sanguich a movable feast?

9   A.   It was not.

10      MR. PERTNOY:  Can we go to Defendant's 37?  And if we

11  can go to Image 101.

12  **BY MR. PERTNOY:**

13  Q.   Based on your review of the files, what does this picture

14  depict?

15      MS. SUAREZ:  Objection.  Calls for a legal

16  conclusion.

17      THE COURT:  Sustained.

18  **BY MR. PERTNOY:**

19  Q.   What do you observe in this picture?

20  A.   It's the marketplace house.  It has placed windows in it.

21  You can see there are still holes going right into the property

22  and there are several different long extension cords running to

23  and plugging into what would supply power into the house.

24  Q.   And can you go to the next photo?  Is this the interior as

25  you understood it to be on May 11, 2022?

```
 1   A.    Yes, with the hot plate in it.

 2   Q.    And should art studios have toilets?

 3         MS. SUAREZ:  Objection.  Leading.

 4         THE COURT:  Sustained.

 5   BY MR. PERTNOY:

 6   Q.    This -- what was your understanding of the use of this

 7   property at this time?

 8   A.    This guy was living here and had his art here.  It's got

 9   furniture.  There's a stove.

10   Q.    And based on your personal observation, was

11   this habitable?

12         MS. SUAREZ:  Objection.  Calls for a legal

13   conclusion.

14         THE COURT:  Sustained.

15   BY MR. PERTNOY:

16   Q.    What was the issue with the interior of this property from

17   your observations?

18         MS. SUAREZ:  Objection.  Calls for a legal conclusion

19   and Ms. Dooley said she never went inside the house.

20         THE COURT:  Sustained.

21         MR. PERTNOY:  You can take that down.

22   BY MR. PERTNOY:

23   Q.    You were shown Plaintiffs' 66 which was another email

24   chain in which Commissioner Carollo was asking the status of

25   code violations from what he raised at a commission meeting.
```

1    Do you recall seeing that email?

2    A.   Yes.

3    Q.   Were -- did you take those -- that email to be orders?

4    A.   No, I don't remember the commission meeting.

5    Q.   And was this simply a request for information?

6            MS. SUAREZ:  Objection.  Speculation.

7            THE COURT:  Sustained.

8            MR. PERTNOY:  Can you bring up Plaintiffs' 660?  I

9    think he has it.  Make it a little larger, please.  Scroll

10   down, please.  Scroll down.  Scroll down.

11   **BY MR. PERTNOY:**

12   Q.   You were also shown an email chain regarding a joint

13   inspection of Taquerias.

14   A.   Yes.

15   Q.   What happened that -- when the city attempted to make that

16   inspection?

17   A.   They were refused entry.

18   Q.   Is that something that happens often?

19   A.   No.

20           MR. PERTNOY:  And can we go to Plaintiffs' 663?

21   **BY MR. PERTNOY:**

22   Q.   Now this email -- this is the email based off of the

23   meeting that you had with the various people who attend an

24   inspection, correct?

25   A.   Yeah, it's sort of the snapshot of the facts as we knew

```
 1   them on March 5, 2019.
 2   Q.   Those facts changed in the future, correct?
 3          MS. SUAREZ:  Objection.  Leading.
 4          THE COURT:  That is a leading question.  I'm going to
 5   sustain the objection and five minutes remaining.
 6          MR. PERTNOY:  Sure.
 7          Can you just blow up the section that says fire?
 8   Where it says the found -- they found multiple fire code
 9   violations.
10   BY MR. PERTNOY:
11   Q.   Can you please read the entire set of findings?
12   A.   They found multiple fire code violations including smoke
13   detector covers missing, failed emergency lights, blocked
14   stairways, fire door issues and exit door issues.
15   Q.   Are those considered life safety issues?
16          MS. SUAREZ:  Objection.  Calls for a legal
17   conclusion.
18          THE COURT:  Sustained.
19   BY MR. PERTNOY:
20   Q.   Is it your understanding that those are life safety
21   issues?
22          MS. SUAREZ:  Objection.  Calls for a legal
23   conclusion.
24          THE COURT:  Sustained.
25
```

1    **BY MR. PERTNOY:**

2    Q.   So you were also --

3              MR. PERTNOY:  You can take that down.  Thank you.

4    **BY MR. PERTNOY:**

5    Q.   You were also shown a series of emails regarding the

6    Taquerias parking.

7    A.   Yes.

8    Q.   And there was a back and forth between the Zoning Director

9    and the City Attorney's Office?

10   A.   Yes.

11   Q.   Where various questions were going back and forth about

12   the findings, correct?

13             MS. SUAREZ:  Objection.  Leading.

14             THE COURT:  Overruled.

15             THE WITNESS:  Yes -- yeah.  I mean, it's not uncommon

16   that we go back and forth.

17   **BY MR. PERTNOY:**

18   Q.   You stole my question.  Is that uncommon?

19   A.   No, it's not.  I do that when I'm involved in it.  I do

20   with that with the department all the time.  We discuss things

21   all the time.  Even things that we think are settled, something

22   may come up that changes how it should be done or what does it

23   really mean as it relates to the code.

24        Obviously, not to the technical requirements of the Fire

25   Prevention Code or the Florida Building Code.

```
 1              MR. PERTNOY:  Can you now bring up Plaintiffs' 635?
 2    This was an email that you were shown -- another email about
 3    the Business Tax Receipt.  Let's bring that up for a second.
 4              And if you can scroll down to the May 13th email.  I
 5    think it's highlighted.
 6    BY MR. PERTNOY:
 7    Q.   Can you please just read the remainder of that email
 8    that's highlighted?
 9    A.   The only issue remains is the work performed without a
10    finalized permit as the property owners are currently working
11    with the Building Department to finalize the upstairs work that
12    was completed earlier.
13    Q.   And as we sit here today, has that been resolved?
14    A.   No.
15              MS. SUAREZ:  Objection.  Lack of personal knowledge.
16              THE COURT:  Overruled.  If she knows.
17              THE WITNESS:  No, the case is still open.
18              MR. PERTNOY:  No further questions.
19              THE COURT:  Thank you.  Before we go to the next
20    witness, does the jury need a break?  ESP, I can anticipate you
21    guys.  All right.  We'll be in recess for -- you need ten
22    minutes?  You need 15 minutes?  All right.  Ten is fine.  All
23    right.
24              THE COURT SECURITY OFFICER:  All rise.
25              THE COURT:  We'll be in recess for ten minutes.
```

```
 1    Thank you.

 2

 3               (Thereupon, the jury exited the courtroom and

 4                        a short recess was taken.)

 5               THE COURT:  Rita, you can bring the jurors.  After

 6    Mr. Noriega, the next witness for next time will be whom?

 7               MR. KUEHNE:  I did not hear that, Judge.

 8               THE COURT:  The next witness after Noriega for the

 9    record?

10               MR. KUEHNE:  Probably Orlando Diez -- I'm sorry, Rene

11    Diez.

12               THE COURT:  After Rene Diez?

13               MR. KUEHNE:  Then possibly Uriarte or Sierra.

14               THE COURT:  I think there may be a conflict.  I think

15    in terms of overlapping testimony here what we discussed.

16               MR. KUEHNE:  I don't know.  We're streamlining

17    everything, Judge.

18               THE COURT:  All right.

19               THE COURT SECURITY OFFICER:  All rise.

20               (Thereupon, the jury entered the courtroom.)

21               THE COURT:  The members of the jury are all present

22    and accounted for.  You be may be seated.

23               Defense, call your next witness, please.

24               MR. KUEHNE:  Commissioner Carollo calls City Manager

25    Art Noriega.
```

1          THE COURT:  All right.

2                    (Witness was sworn.)

3          THE WITNESS:  Arthur Noriega.  A-R-T-H-U-R,

4     N-O-R-I-E-G-A.

5                    -   -   -   -   -

6          **DIRECT EXAMINATION OF ARTHUR NORIEGA**

7     **BY MR. KUEHNE:**

8     Q.   Good afternoon.  Would you introduce yourself to the jury

9     by telling them what you do currently for a living?

10    A.   I am the City Manager for the City of Miami so my

11    responsibilities are to manage the city operations, inclusive

12    of all the city departments as well as police and fire, all

13    public safety.

14    Q.   As city manager are -- do you have a role over the

15    administration activities of the city?

16    A.   I do.

17    Q.   How long have you been city manager?

18    A.   Little over three years.

19    Q.   Three years.  So you were appointed when?

20    A.   February of '20.

21    Q.   And how did that appointment come about?

22    A.   My name was proffered by the mayor and then subsequently

23    approved by the City Commission, or ratified by City

24    Commission.

25    Q.   Could you tell the jury your professional journey briefly

1    getting to the position of city manager that you now hold?

2    Start -- let's start with your education, your college.

3    A.   So I have a degree in economics from the University of

4    South Florida which is in Tampa.  Shortly after graduating, I

5    moved to Miami to work for a real estate investment firm.  That

6    would have been a little over 31 years ago now, so did that for

7    brief period of time.

8         Eventually that transitioned into real estate development

9    on affordable housing side.  Built affordable housing projects

10   both on the east coast and west coast of the Florida.

11        That eventually transitioned to a job with the Miami

12   Parking Authority as the Planning and Development Director

13   which I did for about two and a half years.  Then I went back

14   to the private sector.

15   Q.   Let me just stop you there.

16   A.   Yeah.

17   Q.   First entry with the Miami Parking Authority, describe

18   that for us.  What is or was the Miami Parking Authority?

19   A.   The Miami Parking Authority is the city's

20   quasi-governmental agency that manages all of the parking

21   operation for the city, parking garages, manages enforcement,

22   on street meters, valet and the such.

23   Q.   Okay.  I interrupted you.  Continue.

24   A.   Then I went back to the private sector for, again, in

25   development and then was approached 1999, almost at the tail

1    end of that year to come back to the Parking Authority as a

2    C.E.O.

3         I was there for 20 years, and then moved over to the city

4    administration, city manager like I said before, in February of

5    2020.

6    Q.   So how long was your tenure with the MPA as C.E.O., Chief

7    Executive Officer?

8    A.   Just over 20 years.

9    Q.   And that led into early 2020?

10   A.   Yes -- yeah.  I was ratified by the City Commission as

11   manager February 24, 2020.

12   Q.   And do you know who your predecessor as city manager was?

13   A.   I do.

14   Q.   Who?

15   A.   Emilio Gonzalez.

16   Q.   Did you have any transition interaction with him?

17   A.   Not in the transition aspect.  He had separated already by

18   the time I started.

19   Q.   You explained briefly the overview role of city manager.

20   Let me ask you a couple foundational questions if you don't

21   mind.

22        What is the governance, if you understand it, of the city

23   manager's function?  Where does that come from?

24   A.   So by Charter, once the Charter prevails over what

25   responsibilities a manager has versus the elected body which is

```
 1    the legislative body which is the commission, and then the
 2    mayor's office.
 3        So we have what, in essence, is a strong manager form of
 4    government.  Some governments have a strong mayor form of
 5    government, which the mayor is the administrator of the
 6    municipality or county, and in the city, it's a strong manager
 7    form of government.
 8    Q.   Mr. Manager, could you explain what a strong manager form
 9    of government is in relation to what you do as a city manager?
10    A.   Sure.  What it really means is as manager, I am
11    technically the C.E.O. of the city.  I manage the day-to-day
12    operation, I handle all of the HR functions, all the
13    administration function, manage the city's budget.
14        Every aspect that involves operational activity within the
15    city falls under my oversight.  The city commission as a means
16    is the legislative body.
17    Q.   Let me stop you there and just ask you, is that a Charter
18    overview of the manager's duties and responsibilities?
19    A.   Yes.
20    Q.   As manager, do you need to have an understanding of the
21    duties and responsibilities of the elected officials?
22    A.    I certainly have to have an understanding of their role
23    within the system within our form of government and the
24    interaction that they would have obviously with the
25    administration and with their fellow colleagues.
```

1    Q.   And what is the source of the authority, if you know, of

2    the elected officials, the city commissioners and the mayor?

3    A.   It's Charter.  Same -- same Charter sections.  They have

4    various charters sections within the charter itself, but that's

5    the government, governing document that manages their

6    responsibilities.

7    Q.   With regard to your duties and responsibilities as city

8    manager, what is the nature of the interaction between the

9    elected side, the commissioner side and your side, the

10   manager's side?

11   A.   Extensive.  Obviously, they have been duly elected by

12   their constituents within their district.  Those are the same

13   constituents that I have an obligation to in terms of the

14   performance of the city, so there's a great deal of interaction

15   with regards to what happens within their districts or

16   city-wide both at a micro and a macro level, on a small scale

17   and a big scale.

18        And obviously, any of the legislative activities of the

19   commission, we certainly play a role in most of that as well as

20   either a sounding board or in the drafting of legislation

21   directing either through departments directly or through the

22   law department.

23   Q.   Is there a person within the city apparatus serving as

24   city attorney?

25   A.   There is.

1   Q.   Is there a Charter basis to describe the authority of the

2   city attorney?

3   A.   There is.

4   Q.   As part of your management responsibility, do you need to

5   have an understanding of the role of the city attorney?

6   A.   Yes.

7   Q.   What is your understanding of the role of the city

8   attorney in the Charter definition of the city structure?

9   A.   She is the designated legal counsel to the Commission and

10  to the mayor.

11  Q.   All right.  And who's that city attorney currently?

12  A.   Victoria Mendez.

13  Q.   Is that during the entire time you've been city manager?

14  A.   It is.

15  Q.   And is the city attorney, as you understand it in your

16  working relationship, responsible for legal advice to you as

17  manager?

18  A.   Yes.

19  Q.   And does your office work with the City Attorney's Office,

20  meaning the city attorney or any subordinates?

21  A.   Yes.

22  Q.   And how routinely?

23  A.   Regularly, daily.

24  Q.   Daily.  And do you -- your office -- let me ask it this

25  way.  The office of city manager, give us a sense of the size

1    of that during your timeframe?

2    A.   So the -- you might want to rephrase it.  I'm not sure I

3    understand when you say size, is it my office specifically or

4    just the overall size of the city administration?

5    Q.   Good clarification.  Thank you.  Your office, the office

6    of city manager, what does it consist of generally?  Amount of

7    people and any functions that it serves?

8    A.   So indirect reports, I have about we'll say 20, 22 which

9    are my direct assistant city managers, deputy city manager, HR

10   reports directly to me.  Police chief, fire chief.

11       I have my own administrative staff within the department

12   as well, and then those assistant city managers have direct

13   reports within the individual departments that report directly

14   to them as well.

15   Q.   Okay.  Do heads of departments report to some function in

16   the City Manager's Office?

17   A.   Yes.

18   Q.   You mentioned having deputies or assistant city managers.

19   In your structure of the City Manager's Office, are those

20   individuals assigned any specific responsibilities?

21   A.   They are.

22   Q.   And how was that organized?

23   A.   Each of the -- both the deputy and the two assistant city

24   managers have very specific departments that report through the

25   table of organization to them.

1        One is finance and procurement focused.  The other is

2   we'll call it the entitlement section which is Building,

3   Planning, Zoning, and then the other one is Operations which

4   would be example Solid Waste, Parks and Recreation.  Those

5   three assistant city managers all have direct reports within

6   their table of organization and then there are departments that

7   report directly to me --

8   Q.   All right.

9   A.   -- without going through that layer.

10  Q.   With regard to your first level of subordinates, the

11  assistant managers, do you interact with them on a regular

12  occasion?

13  A.   I do.

14  Q.   How often?

15  A.   Daily.

16  Q.   Daily.  And are those within your structure, that first

17  tier level, do they interact with commissioners' offices, the

18  elected side?

19  A.   They do.

20  Q.   Is that in addition to any communication you have with the

21  commissioner's office?

22  A.   Also in addition.

23  Q.   How frequent is communication between you and your senior

24  staff with commissioners' offices?

25  A.   Combined?  Is that the question?  Probably with each

```
 1    commission office, we probably interact with at least one or

 2    two daily.

 3    Q.   One or two daily.  And is that -- what's the purpose of

 4    having that communication with the commissioner's office and

 5    your senior staff and you?

 6    A.   The sheer volume of work that we have to do on a daily

 7    basis invariably encompasses some aspects of touch point within

 8    each of the districts.  So it is imperative for us to inform

 9    them when things are happening in their district, whether it be

10    a public safety issue, whether it be an issue at a park,

11    whether it be an issue with regards to illegal dumping, street

12    vendors, a solid waste issue.

13         Invariably, you know, they receive a very high volume of

14    constituents' complaints, and typically they funnel them to the

15    administration because ultimately it's our charge to resolve

16    those.

17    Q.   Do you as city manager and your senior staff rely on

18    information from the commissioners or commissioners' districts?

19    A.   We do.

20    Q.   For what purpose?

21    A.   One of the transitions early in my tenure as city manager

22    was the elimination of what we called Neighborhood Enhancement

23    Teams which was like mini-administrative functions.  There were

24    a number of them.  There were a number of them even within each

25    district.
```

1   Q.   Let me just stop you for a minute.  We've heard a

2   reference, did there used to be an acronym for the Neighborhood

3   Enhancement Team?

4   A.   NET.

5   Q.   NET.  Continue.

6   A.   As a result, fairly early in my tenure, there was a

7   legislative request to eliminate those NET offices and absorb

8   most of those functions within each of the district offices so

9   they took on some of the responsibilities that previously

10  resided in NET.

11       As a result, they took on more resources in terms of

12  capital bodies, and they provide a critical function for us in

13  terms of eyes and ears on the street.

14  Q.   And in explaining the overall operation of the city, you

15  mentioned your senior management staff and your actual direct

16  reports.  I think was your word.  How many people, job

17  functions within the city ultimately report to you personnel?

18  A.   Just shy of 4,600.  It's 4,500 and change.

19  Q.   And is the -- does your office manage a budget?

20  A.   We do.

21  Q.   And do you have specialists who assist you?

22  A.   Yes.

23  Q.   With regard to -- your I'm going to say being the C.E.O.

24  or boss of the employees, do you understand your authority over

25  them?

```
 1    A.     Yes.
 2    Q.     And where is that -- where is that authority derived from?
 3    A.     The Charter as well.
 4    Q.     And what do you understand your authority with regard to?
 5    A.     I have obviously Human Resources is a function reports
 6    directly to me and as a result, it's my charge to recruit,
 7    hire, develop, and transition every employee within the city
 8    with the exception, obviously, of the commission districts and
 9    the City Attorney's Office.
10           Any decisions for termination or onboarding absolutely
11    fall through my office, flow through my office.
12    Q.     Let me just stop you.  The term you used, onboarding, does
13    that mean hiring?
14    A.     Hiring.
15    Q.     So hiring.
16    A.     And obviously hiring, termination, compensation, all of
17    that really flows through the manager's office.  And obviously,
18    all within the parameters, we have labor agreements, so our
19    labor unions contractually dictate some of the processes and
20    policies that we adhere to, and then we also have civil service
21    which applies as well.  There's parameters to which I can
22    manage the employees and that's all done by contract.
23    Q.     With regard to your Charter responsibilities as you
24    described them, who has ultimate hiring authority over the
25    administrative personnel that you mentioned, the 4,000 some odd
```

1    people?

2    A.    I do.

3    Q.    You do?

4    A.    Mm-hmm.

5    Q.    And how about the termination of those same people?  Who

6    has ultimate authority?

7    A.    I do.

8    Q.    What role within the structure that you have explained

9    does the City Commission have over those employees, hiring or

10   firing or managing?

11   A.    There are functions there are certain senior level

12   positions, police chief being a perfect example where the

13   approval of a police chief and the ultimate termination or

14   separation would flow to the City Commission as an example.

15   Q.    Short of that high level position, let me change the

16   question.  Police chief, you mentioned.  I'm asking you some

17   questions about that.  Is that a department of the city?

18   A.    It is.

19   Q.    Police department?

20   A.    Correct.

21   Q.    And you explained I think the -- explain the hiring or

22   termination of the police chief.

23   A.    So the police chief is hired by the city manager.  And

24   proffered to the City Commission for approval and then

25   subsequently, if there is a separation, the manager's function

1   is to suspend pending a hearing.  And then ultimately, the City

2   Commission makes that decision.

3   Q.   So that's with regard to the chief of police.  How about

4   I'm going to call them regular, but that's the wrong word for

5   my question, you can correct me.  How about regular employees,

6   people who are employed as department heads all the way down to

7   entry level employees?

8   A.   That responsibility for hiring, onboarding and termination

9   falls squarely on my shoulders.

10  Q.   All right.  You mentioned that there are some agreements

11  with organized labor.  Are those called Collective Bargaining

12  Agreements?

13  A.   They are.

14  Q.   Contracts?

15  A.   Yes.

16  Q.   And without explaining in detail, do those contracts

17  govern the city manager's relationship with employees?

18  A.   Yes.

19  Q.   And what role as you understand it do the commissioners

20  have regarding supervision of employees under the Collective

21  Bargaining Agreements, the union contracts?

22  A.   They have no direct responsibility.  The only function

23  they have is the approval or ratification of those Collective

24  Bargaining Agreements.

25  Q.   Of the contract getting approved?

1    A.    Yes.

2    Q.    And who was responsible, if you know, with negotiating the

3    terms of the CBAs, Collective Bargaining Agreements?

4    A.    The manager.

5    Q.    That's you?

6    A.    Yes.

7          MR. KUEHNE:  Now, I'm going to ask if we can just put

8    up briefly on the screen Plaintiffs' Exhibit 303.

9    **BY MR. KUEHNE:**

10   Q.    Just to let you know, that's the Charter.  It's in

11   evidence and I just want you to point out what section should

12   we go to governing the Charter authority of the manager.

13   Do you see Plaintiffs' Exhibit 303 on the screen?

14   A.    I do.

15   Q.    And let's just go down on -- next page, next page.  Next

16   page.  Next page.  Next page.  Do you see the section here it

17   says Section 4, form of government?

18   A.    Yes.

19   Q.    Does that -- what do you understand that provision of the

20   Charter to involve with regard to what you've described as the

21   governance of the city?

22   A.    It basically lays out the interrelationship between

23   management, city administration, the mayor and the City

24   Commission.

25   Q.    Would you read the last sentence of Section 4(a)?  Do you

1    need that bigger?

2    A.    No, repeat where do you want me to start?

3    Q.    The last sentence.

4    A.    Last sentence.

5    Q.    Of Section 4(a) under form of government.

6    A.    The mayor shall exercise all powers conferred herein and

7    shall appoint as provided in Section 4(g) Section 6 of this

8    Charter a Chief Administrative Officer to be known as the city

9    manager.

10   Q.    And is that the description that you've given of your

11   function?

12   A.    Yes.

13            MR. KUEHNE:  Let's go to the next page, Curtis.  Keep

14   going.  Next page.  Next page.

15   **BY MR. KUEHNE:**

16   Q.    Do you see Section G in the middle of that?

17   A.    Yes.

18   Q.    Powers and duties of the mayor, that's also part of the

19   Charter?  Next page?  Keep going, next page.  Next page.  Next

20   page.  Let's stop at Section 7.  I'm sorry, that's the wrong

21   section.  Keep going.

22            Section 15.  Is that the section that pertains to your

23   function?

24   A.    Yes.

25   Q.    And does that contain the Charter authority that you've

1   described?

2   A.   It does.

3   Q.   And with regard to your authority under Section 15, do you

4   have any authority to direct or authorize staff to meet and

5   confer with the elected side of the city?

6   A.   Yes.

7   Q.   And have you done that as city manager?

8   A.   I have.

9   Q.   And in the course of doing that, exercising your authority

10  under Section 15, have you provided any instructions as to the

11  interaction between the electeds, commissioners and staff, the

12  administrative side?

13  A.   Instructions in what form?

14  Q.   In terms of how you operate the City of Miami as an

15  administrative officer?

16  A.   Yes.  We've had those conversations verbally in staff

17  meetings.

18  Q.   And what is your set role for interaction between

19  commissioners, electeds and staff?

20  A.   As a general rule, I wouldn't say it applies equally to

21  every director at every moment in time because sometimes you

22  have newly appointed directors and they need to have an

23  acclimation period, but generally, I give a lot of flexibility

24  to my department level directors to communicate directly with

25  city commissioners and their office staff, as well as the

1    mayor's staff in order to brief them, you know, keep every bit

2    of communication as open and transparent as possible.

3        And also to ensure that any time we have issues, concerns,

4    they can be addressed quickly and, you know, in order not to

5    allow my office to be a bottleneck to that.

6    Q.   And since you've been manager, how has that process served

7    you in performing the work as chief administrative officer,

8    executive officer of the city?

9    A.   It makes my job and the city's function much easier.

10   Communication is processed much faster.  Feedback is given much

11   faster, especially if we need feedback and input specifically

12   on certain decisions, whether they be policy decisions, whether

13   they be legislative mandate.

14       It really expedites the flow of information and our

15   ability to keep them informed and get, you know, in a fairly

16   expedited manner, a share of information.

17   Q.   I'm going to go back to Section 4(d) of the Charter.  We

18   passed over it to get to the manager responsibility but let's

19   go to Section 4(d).  I think it's on page 8.  You see 4(d),

20   City Commission to be judge of its own elections?

21   A.   Yes.

22   Q.   So I'm going on to ask you to go down to this section that

23   starts with -- do you see where it says Section 14 halfway

24   through?  So start reading, publishing that sentence?

25   A.   You want me to start with "except?"

1  Q.   Yes.  Start with except.  So let's -- right above that

2  Section 14?

3  A.   Except for the purpose of inquiry.

4  Q.   Let me stop you.  I'm highlighting the earlier part.

5  Where I highlighted, why don't you read down till I tell you to

6  stop?

7  A.   Okay.

8  Q.   Where it says neither.  You can start.

9  A.   Neither the mayor nor the city commission nor any

10  committees nor members thereof shall direct, request, take part

11  in or dictate the appointments or removal of any person in

12  office or employment by the city manager or subordinates or in

13  any manner interfere with the city manager or prevent the city

14  manager from exercising his or her own judgment in the

15  appointment of officers and employees in the administrative

16  service.

17  Q.   Continue.

18  A.   Except for the purpose of inquiry, and as may be necessary

19  as provided in Section 14, the mayor, the city commission, any

20  committees and members thereof shall deal with the

21  administrative service solely through the city manager and

22  neither the mayor nor the city commission nor any committees

23  nor members thereof shall give orders to any of the

24  subordinates of the city manager, city clerk and independent

25  auditor general, either publicly or privately.

1    Q.    Okay.  We can stop there.  Is the relationship that you've

2    described and authorized as you understand it consistent with

3    your authority under the Charter?

4    A.    Yes.

5    Q.    At any time during your timeframe from 2020 when you

6    became mayor to the present time, have you been given any

7    orders by Commissioner Carollo?

8    A.    No.

9    Q.    Are you aware whether Commissioner Carollo has given any

10   orders?

11           MR. GUTCHESS:  Objection.

12           THE COURT:  Wait.  Grounds?

13           MR. GUTCHESS:  Foundation.

14           THE COURT:  Overruled.

15   **BY MR. KUEHNE:**

16   Q.    In the course of your duties and responsibilities as the

17   C.E.O. of the city, do you take care to determine how the city

18   is operating on a regular basis?

19   A.    I do.

20   Q.    Do you receive regular communications from your

21   subordinates, whether it be the subordinates in the manager's

22   office or your department heads?

23   A.    I do.

24   Q.    Is that communication necessary to perform your job as

25   city manager?

```
 1   A.   Yes.
 2   Q.   Does that communication give you information on which to
 3   be able to provide leadership to the city?
 4   A.   Yes.
 5   Q.   In the course of your operation as city manager, have you
 6   determined whether Commissioner Carollo has at any time given
 7   orders to any of your subordinate staff?  Anybody in the
 8   administrative side?
 9   A.   He has not.
10   Q.   He has not.  And if such a matter occurred, as city
11   manager, would that come to your attention?
12   A.   Yes.
13   Q.   Now, we can take that down from the screen.  Thank you.
14        You mentioned another section.  I'm not going to show you
15   in the Charter, but another charter officer is the city
16   attorney, Victoria Mendez?
17   A.   Yes.
18   Q.   Just to phrase the question, does your office work with
19   her on a regular basis?
20   A.   Yes.
21   Q.   And in a general sense, does your office work with her in
22   relation to particular departmental issues?
23   A.   Yes.
24   Q.   How about staffing issues?
25   A.   Yes.
```

```
 1   Q.   With regard to your tenure, I'm going to ask you about the
 2   Code Compliance Department.   Is that one of the departments
 3   that you oversee?
 4   A.   It is.
 5   Q.   And did you appoint someone to be head of Code Compliance?
 6   A.   Yes.
 7   Q.   Who was that?
 8   A.   Robert Santos-Alborna.
 9   Q.   Robert Santos, and when you became city manager, was there
10   a different person in that function, the head of that
11   department?
12   A.   Yes.
13   Q.   Who was that?
14   A.   Adele Valencia.
15   Q.   Adele Valencia.   And did Adele Valencia leave the city?
16   A.   She did.
17   Q.   Is Building also a department in the City of Miami over
18   which you have authority?
19   A.   Yes.
20   Q.   Did you appoint somebody to be Building Department head?
21   A.   Yes.
22   Q.   Who was that?
23   A.   Ace Marrero.
24   Q.   Is that Asael "Ace" Marrero?
25   A.   Yes, Asael.
```

1  Q.   When you became city manager, was Ace Marrero serving the

2  function as Building head, Building Director?

3  A.   No.

4  Q.   Who was there beforehand?

5  A.   Peter Ignatius.

6  Q.   And did Peter Ignatius leave the city?

7  A.   He did.

8  Q.   And did you have communications with him about that, him

9  leaving the city?

10 A.   Yes.

11 Q.   And who decided on the transition between the previous

12 building director and the current building director, Ace

13 Marrero?

14 A.   That would have been primarily consultation between who's

15 now our deputy city manager, Zerry Ihkewaba and our Human

16 Resources Director.

17 Q.   Did Commissioner Joe Carollo make that decision for you?

18 A.   No.

19 Q.   With regard to any department heads, did Commissioner

20 Carollo direct you to appoint anybody?

21 A.   No.

22 Q.   With regard to any department heads in your tenure, has

23 Commissioner Carollo directed you to take action or terminate

24 any department heads?

25 A.   No.

1   Q.   One of the department heads you've mentioned is the chief

2   of police.   I'm going to ask you some questions about the chief

3   of police.   When you became city manager, did you have any hand

4   in appointing, naming the chief of police?

5   A.   Yes.

6   Q.   Whose decision was that?

7   A.   Mine.

8   Q.   And did you appoint a chief of police?

9   A.   I did.

10  Q.   Who was that?

11  A.   Art Acevedo.

12  Q.   Art Acevedo.   Who had been the chief of police when you

13  became city manager?

14  A.   Jorge Colina.

15  Q.   Jorge Colina.   And did you as city manager have an

16  understanding of the transition between Chief Colina and the

17  chief to be named?

18  A.   Yes.

19  Q.   And what is your understanding in your capacity as city

20  manager?

21  A.   Jorge was in the DROP and certainly had given me a rough

22  time line of when he was going to retire.

23  Q.   Let me stop you.   You mentioned DROP.   That's an acronym.

24  Could you explain what that means?

25  A.   That's early submittal for retirement, and covers a

```
 1   certain period of time in which you are earn additional
 2   benefits but there's a very specific limit on how much longer
 3   you stayed employed.
 4   Q.   Let me ask you is that a routine part of the City of Miami
 5   personnel and retirement practice?
 6   A.   It is.
 7   Q.   All right.  So you mentioned he was in the DROP?
 8   A.   Correct.
 9   Q.   And how did the transition come about?
10   A.   He elected to retire.  As a result, that position opened
11   up.  We appointed an interim chief.
12   Q.   And let me stop you.  When you say we, is that you?
13   A.   I did, correct.
14   Q.   All right.  You.
15   A.   And subsequently, began the search for a replacement.
16   Q.   All right.  And what was the result of your search for the
17   replacement?
18   A.   The initial search and pool didn't really result in a
19   candidate I was entirely comfortable with.  As a result, the
20   mayor and I had discussed all other options.  He has a very
21   strong network within with the U.S. Conference of Mayors, and
22   great relationships with mayors all over the country.
23   Q.   Manager, without telling us what the mayor said, who's the
24   mayor you're talking about?
25   A.   Mayor Francis Suarez.
```

1   Q.   Francis Suarez.  Okay.  And did something occur as a

2   result of your communication with Mayor Suarez?

3   A.   He suggested that I reach out and talk to Art Acevedo

4   about the opening.  I did to gauge his level of interest, and

5   from there, that process gained momentum and ultimately after a

6   series of meetings, some interviews that I did, I elected to

7   proffer his name as the new chief.

8   Q.   All right.  And was Art Acevedo then ratified as chief?

9   A.   Yes.

10   Q.   Who did that ratification?

11   A.   The Commission.

12   Q.   Is that part of the Charter authority?

13   A.   Yes.

14   Q.   And you were present when that occurred?

15   A.   Yes.

16   Q.   What was the -- strike that.  Is a vote kept on

17   ratification?

18   A.   Should be.

19   Q.   And do you know what the vote was of the City Commission?

20   A.   Unanimous.

21   Q.   How long did Art Acevedo serve as chief under your

22   managership?

23   A.   Roughly six months.

24   Q.   And did you make any decision regarding recommending his

25   termination?

```
 1                MR. GUTCHESS:  Objection.  Relevance.

 2                THE WITNESS:  I did.

 3                THE COURT:  Overruled.

 4                THE WITNESS:  I did.

 5   BY MR. KUEHNE:

 6   Q.   And whose decision was that to make the recommendation?

 7   A.   Mine.

 8   Q.   And ultimately was your recommendation made a decision of

 9   the city commission?

10   A.   Restate that question.

11   Q.   Let me try to rephrase it.  To whom did you recommend the

12   termination of Art Acevedo?

13   A.   The recommendation by Charter is for a suspension, not a

14   termination.

15   Q.   Is that the recommendation you made for suspension, not a

16   termination?

17   A.   Not termination.  Suspension and subsequently, therefore,

18   there are charges filed as a result of that suspension and a

19   hearing is subsequently held by the Commission and they

20   ultimately make the determination to as to whether to uphold

21   the suspension which in essence is a termination, or to not

22   uphold it, and then he would be -- he would have been

23   reinstated.

24   Q.   Were you present for that Commission determination?

25   A.   Yes.
```

```
 1  Q.   And what did the Commission do as you understand it in
 2  relation to your role as a city manager?
 3  A.   They upheld the suspension.
 4  Q.   And do you know what the vote was to uphold the
 5  suspension?
 6  A.   Unanimous.
 7  Q.   Unanimous.  And unanimous meant how many people voted?
 8  A.   Five.
 9  Q.   Five.  And was Commissioner Carollo among the five?
10  A.   He was.
11  Q.   How many commissioners as you understand the Charter were
12  required to uphold your suspension recommendation?
13  A.   Three.
14  Q.   Three.  A majority?
15  A.   Mm-hmm.
16  Q.   And --
17           THE COURT:  Wait, is that a yes or no?
18           THE WITNESS:  Yes.
19           THE COURT:  Thank you.
20  BY MR. KUEHNE:
21  Q.   I'm sorry, I should have told you to try to answer yes, no
22  use words.  Makes it a little bit easier.  And were there any
23  dissents?
24  A.   There were not.
25  Q.   I'm going to ask you about with regard to the selection
```

1  originally of Chief Acevedo.  Did you have a meeting with the
2  chief before he actually took office as chief before he was
3  formally appointed or named by you?
4  A.   I had a number of meetings with him prior.
5  Q.   Did you have a meeting at Mayor Suarez's house with the
6  chief?
7  A.   Yes.
8  Q.   Do you have a recollection of that meeting?
9  A.   I do.
10 Q.   And who was present at that meeting at Mayor Suarez's
11 house?
12 A.   The mayor, myself, the chief, and our subsequent spouses
13 were there as well.
14 Q.   Okay.  And were all those people that you mentioned
15 present during the entire time you were with Chief, not named
16 yet, Acevedo?
17 A.   I don't recall if everybody was together the entire time.
18 Q.   Okay.
19        MR. GUTCHESS:  Objection to relevance, Your Honor.
20        THE COURT:  Sustained.
21 **BY MR. KUEHNE:**
22 Q.   If I might ask you about that conversation since there has
23 been some significant testimony about that.  Did -- what was
24 the purpose of having that meeting at Mayor Suarez's house?
25        MR. GUTCHESS:  Objection to relevance.

```
 1            THE COURT:  Sustained.
 2   BY MR. KUEHNE:
 3   Q.   During the course of that meeting at commissioner -- at
 4   Mayor Suarez's house, was there any discussion -- let me strike
 5   that.
 6        Do you know who the plaintiffs are in this case?
 7   A.   I do.
 8   Q.   William Fuller and Martin Pinilla?
 9   A.   I do.
10   Q.   At that meeting at Mayor Suarez's office, was there any
11   discussion whatsoever of either of the plaintiffs?
12            MR. GUTCHESS:  Objection.  Leading.
13            THE WITNESS:  No.
14            THE COURT:  Overruled.  Also, sir, wait until I make
15   a decision as to overrule the objection or sustain it.  From
16   time to time, lawyers may make objections, and when they make
17   an objection, if I say overruled, that means you are permitted
18   to answer the question.
19            If I say sustained, do not answer the question, okay,
20   sir?
21            THE WITNESS:  I will pause after he asks the
22   question, give him a chance to object.
23            THE COURT:  Thank you.
24   BY MR. KUEHNE:
25   Q.   Was there --
```

```
 1   A.    Rephrase the question.  Sorry.
 2   Q.    During that meeting, was there any discussion of
 3   plaintiffs whatsoever?
 4   A.    No.
 5   Q.    Was there any discussion of plaintiffs' properties
 6   whatsoever?
 7   A.    No.
 8   Q.    Was there any discussion --
 9              MR. GUTCHESS:  Objection.  Leading.
10              THE COURT:  Sustained.
11   BY MR. KUEHNE:
12   Q.    Did you discuss any specific --
13              MR. GUTCHESS:  Objection.  Leading.
14              THE COURT:  Overruled.  Ask the question, Mr. Kuehne.
15   BY MR. KUEHNE:
16   Q.    Did you discuss any properties, physical properties in the
17   City of Miami during that meeting?
18              MR. GUTCHESS:  Objection.  Leading.
19              THE COURT:  Overruled.  You can answer that question.
20              THE WITNESS:  We did not.
21   BY MR. KUEHNE:
22   Q.    Did the subject of code violations come up?
23   A.    No.
24   Q.    Did the subject of unsafe structures come up?
25   A.    No.
```

```
 1   Q.   Did the subject -- was the subject of enforcement of
 2   quality of life issues a part of your discussion?
 3   A.   Not in any detail.
 4   Q.   Okay.  With regard to the introductory days before Acevedo
 5   became chief effectively, did you have occasion to be with him
 6   in connection with any official activity of the city in the
 7   Little Havana area?
 8   A.   Yes.
 9   Q.   Do you have a recollection of that?
10   A.   I do.
11   Q.   With regard to the timeframe of Chief Acevedo's
12   appointment, when was this activity that you mentioned?
13   A.   Subsequent to his appointment.
14   Q.   Okay.
15   A.   Just prior to his official start date.
16   Q.   Okay.  He was appointed chief, but had not actually
17   started?
18   A.   Correct.
19   Q.   And what is the interaction as part of your official
20   duties and functions within the city?
21   A.   He came in the weekend before he started and spent I think
22   the weekend assigned with basically a lieutenant or a sergeant
23   within the department to drive him around the city so he could
24   get acclimated.
25        Just so happened that that same weekend, I had accompanied
```

1   Dry Hour as they were doing some of their routine inspections

2   and we connected that night.

3   Q.   Okay.  Now you mentioned something.  I'm going to take in

4   a moment, a brief pause.  But with regard to that activity, you

5   met up with the soon to be starting chief?

6   A.   We did at some point in the evening, correct.

7   Q.   And what was your role as city manager there when you met

8   with the chief?  What were you doing?

9   A.   I was really observing the Dry Hour operation.  I did that

10  on occasion really throughout the city.  It's a function that

11  was relatively new at the time.  And I wanted to sort of

12  observe the operation, get a feel for the activities of the

13  employees and the roles of each of the departments involved.

14  Q.   Okay.  And was your presence there for your function as

15  city manager unusual?

16  A.   No.

17  Q.   Had you participated in these Dry Hour programs before?

18  A.   I had.

19  Q.   And during that Dry Hour, did you speak to the soon to be

20  chief?

21  A.   I did.

22  Q.   And what was the content of the discussion?  Not

23  specifically what you told him or what he told you.

24          MR. GUTCHESS:  Objection.  Hearsay.

25          THE COURT:  Sustained.

1  **BY MR. KUEHNE:**

2  Q.   Did you have any discussion about the role and purpose of

3  Dry Hour?

4  A.   I don't recall whether we had that specific discussion

5  that night.  We may have had it prior to that.

6  Q.   Were you at any time in the presence of the chief

7  attempting to secret yourself?

8           MR. GUTCHESS:  Objection.  Leading.

9           THE COURT:  Sustained.

10  **BY MR. KUEHNE:**

11  Q.   Was there any effort on your part --

12           MR. GUTCHESS:  Objection.  Leading.

13           THE COURT:  Wait.  Go ahead, Mr. Kuehne.

14  **BY MR. KUEHNE:**

15  Q.   Was there any effort on your part to make yourself

16  inconspicuous?

17  A.   No.

18  Q.   How were you dressed?

19  A.   I don't recall specifically how I was dressed but --

20  Q.   No camouflage?

21  A.   No camouflage.

22  Q.   And who were you with besides the incoming police chief?

23  A.   The assistant chief, Manny Morales.

24  Q.   Wearing the uniform?

25  A.   Yes.

1   Q.   Now, let me pull up the -- you mentioned that you're

2   familiar with Dry Hour.  Is that a project of the city

3   manager's office?

4   A.   It is.

5        MR. KUEHNE:  Let's pull up Plaintiffs' Exhibit 246,

6   Your Honor, and according to my notes, that's in evidence.  246

7   is the Dry Hour by Acevedo.

8        MR. GUTCHESS:  Do we know the date?

9        MR. KUEHNE:  I do when it gets pulled up.  I'm just

10  going to use it as a representative.  It's not this one.

11       Plaintiffs' Exhibit 246, if we pull that up.

12  Plaintiffs' 246.

13  **BY MR. KUEHNE:**

14  Q.   Let's go back to the first page just to see.  You see it

15  says attachment, Operation Dry Hour Ops Plan May, 2021?

16  A.   Yes.

17  Q.   So let's go to the next page and my questions are of a

18  representative nature.  Are you familiar with a document like

19  this called Business Compliance Operation Dry Hour?

20  A.   Yes.

21  Q.   And this has the name of the then chief of police, Art

22  Acevedo, right?

23  A.   It does.

24  Q.   And what is your -- did you receive documents like this

25  during your tenure as city manager?

```
1   A.   I do.

2   Q.   Do you still receive them?

3   A.   I do.

4   Q.   And who prepares them?

5   A.   This document is prepared by the police department.

6   Q.   And is that preparation part of the normal operation of

7   the City of Miami?

8   A.   It is.

9   Q.   And what is the purpose of this type of report, Business

10  Compliance Operation Dry Hour?

11  A.   Purpose of the report is a recap of the specific

12  businesses that were visited on any particular evening.  The

13  operation runs on Friday and Saturday night city-wide.

14       And so this just is a recap of whether any violations were

15  issued in a particular business.  Operation Dry Hour is

16  composed of both Building, Code, Police and Fire.

17  Q.   Is that multiagency?

18  A.   It is.

19  Q.   And do you utilize the services of any state departments,

20  state agencies?

21  A.   On occasion, we've used state agencies as ride-alongs but

22  that's inconsistent.  It's not every time.

23  Q.   And is there a reason these Dry Hours are done at night,

24  you said Friday and Saturdays at night?

25  A.   Typically, that is the specific time of the week when any
```

1    potential violations or concerns really can be reasonably

2    addressed because that's really when these particular

3    businesses are heavily utilized.

4    Q.    And how routinely do you attend them?

5    A.    Probably during COVID, I attended them a little more

6    regularly, less frequently now.  The operation has really been

7    stabilized in terms of its function so I don't really have the

8    need to do it quite as much.  I think the last time I attended

9    one was probably about three months ago.

10   Q.    Let's go to the next page, and you see that there's

11   personnel assignments?

12   A.    Yes.

13   Q.    Do you have an understanding as to how personnel

14   assignments are made for purposes of Operation Dry Hour?

15   A.    They are done by the individual department assigns those

16   individuals, but that's by department.

17   Q.    Is that done in advance of the Dry Hour?

18   A.    It is.

19   Q.    You notice that up at the top, it's got a list of people

20   with either departments or numbers of people in attendance.

21   Do you see that?

22   A.    Yes.

23   Q.    You can count a lieutenant, one, sergeant, five, police

24   officers.  Is that listing routine?

25   A.    For this period of time, it is.  It's been modified since,

```
 1  but it is routine.
 2  Q.   All right.  And when you say modified, is that just a
 3  function of your department to make things work better?
 4  A.   Yes.
 5  Q.   And then let's go to the next page.  Page 3.  Do you see
 6  it says action plan and this one has six event locations?
 7  A.   Yes.
 8  Q.   Are those event locations chosen in advance?
 9  A.   They are.
10  Q.   And are those event locations the subject of any research
11  in preparation for the actual operation, if you know?
12  A.   I don't know specifically what research.  I do know that
13  they are geographic specific in order to allow for efficiency.
14       So as an example, this one would have been centered around
15  Little Havana.  The one we just did this past weekend was
16  mostly the upper east side.
17  Q.   And is Operation Dry Hour during your tenure, what parts
18  of the city are handled by Operation Dry Hour?
19  A.   The entire city.
20  Q.   Okay.  And with regard to your knowledge of Operation Dry
21  Hour, your participation as well as your supervision, is
22  Operation Dry Hour known as a raid?
23  A.   No.
24  Q.   How would you describe the actual conduct of an Operation
25  Dry Hour as you know it and as you have participated in it?
```

1    A.    Very professional.  Very civil.  The functions involved

2    with various departments are to really to ensure life safety

3    and the quality of life reinforcement specifically as it

4    relates to unsafe structures, occupancy loads, means of ingress

5    and egress.  It's really there and in place really to protect

6    the patrons of those establishments.

7    Q.    And with regard to the execution, the ongoing operation of

8    Operation Dry Hour, are any business establishments immune from

9    an Operation Dry Hour inspection?

10   A.    No.

11   Q.    Are business establishments the subject of multiple Dry

12   Hour inspections?

13   A.    Yes.

14   Q.    Over the course of time that you've been manager, how

15   many -- do you have any sense of how many business

16   establishments have been inspected by Operation Dry Hour or

17   through?

18   A.    If you take the average on any given night of six to seven

19   businesses, do them twice a week, you can do the math and it's

20   anywhere between 13 and 15 a week.  By four, you're looking at

21   50 to 60 a month.  We've probably had, you know, hundreds if

22   not a thousand businesses visited since Dry Hour started.

23   Q.    And with those businesses, have any of them been multiple

24   inspected?

25   A.    Yes, absolutely.

1   Q.   Do you, as city manager, your office, receive any feedback

2   from Operation Dry Hour?

3   A.   I do on occasion.  It's pretty self-sustaining.

4   Specifically from a staff perspective, the reports that are

5   generated, obviously if there's a troubling occurrence or, you

6   know, atypical repeat offender, there may be some follow up

7   with that particular business.

8   Q.   As city manager, do you expect your involved departments

9   to follow up on any items observed from Operation Dry Hour?

10  A.   Yes.

11  Q.   Do you, as manager, receive any comment from the subjects

12  of the Operation Dry Hour inspections?

13  A.   Yes.

14  Q.   And what's the nature of the comments that your office --

15  you and your office receive?

16  A.   As with any inspection, and this is basically city-wide

17  and across the board.  Any time we have any code, building,

18  fire issues, a lot of times those will rise to my level by the

19  actual business owner or property owner as a cause for concern.

20  Mostly, it's concerns over compliance, right?  And the

21  timeliness of that compliance.

22       And, you know, I'm sort of the appellate here.  They come

23  to me as a means to see if there's any potential resolution to

24  some of their concerns.

25       As the program has evolved, those concerns have greatly

1   diminished so I get less feedback and pushback.  I think partly

2   because we've modified the program a little bit, but also now

3   there's a very clear set of expectations from the businesses

4   and property owners.

5   Q.   You mentioned receiving pushback regarding compliance.

6   Let me ask you about that.  What is the role of compliance in

7   your service as city manager running the City of Miami?

8   A.   In general, we have a code, right, and a Charter that has

9   been established really for a reason and that reason is to

10  ensure the safety and well-being of everyone that is either a

11  resident and/or a visitor to the city.

12       And that code is in place specifically to protect them and

13  to ensure that we have a very high standard of living and

14  quality of life.  So my role is to implement processes and

15  plans to ensure that code is followed and obviously Dry Hour is

16  just one example of that.

17       But, you know, inspectors from Building, from Code, from

18  Solid Waste, you know, as examples all follow, you know, a

19  similar role in insuring compliance.

20  Q.   As city manager, do you -- have you set any parameters or

21  policies regarding city-wide impact for enforcement?

22  A.   Restate that question.

23  Q.   As city manager, have you set any policies regarding

24  whether the code is enforced city-wide?

25  A.   Absolutely.

1    Q.    And what is your policy regarding that?

2    A.    Well, the code, with exceptions, because there are

3    certainly carve-outs.  The code does apply city-wide where

4    applicable, but there are areas where certain administrative

5    functions and/or compliance issues wouldn't necessarily be

6    adhered to district wide, and I'll use an example that is a

7    very recent.

8         One which is the scooters.  Scooters weren't allowed

9    throughout the city entirely.  They were only allowed in

10   certain geographic footprints, so enforcement and compliance

11   really would only apply to those areas.

12   Q.    As city manager during the time you've been there, have

13   you and your office prioritized compliance based on

14   geographical areas?

15   A.    No.

16   Q.    And city manager, have you prioritized compliance with

17   regard to complaints that you and your office receive?

18   A.    I wouldn't say we necessarily prioritize them, but we're

19   very responsive to those complaints.

20   Q.    Okay.

21   A.    Obviously, certain issues or concerns may, just based on

22   activity, be concentrated within a particular neighborhood or

23   district.  But we really do focus on city-wide compliance.

24        We don't feel like any particular area should get

25   preferential treatment as it relates to resources, and I don't

 1    think our district commissioners would appreciate that either.

 2    Q.   Okay.  Let me close out with Chief Acevedo.  You mentioned

 3    that you made a suspension recommendation.  Is that the right

 4    term?

 5    A.   Yes.

 6    Q.   And what was your reason, or what were your reasons for

 7    making that recommendation?

 8            MR. GUTCHESS:  Objection.  Relevance.  It was already

 9    excluded previously.

10            THE COURT:  Sustained.

11    **BY MR. KUEHNE:**

12    Q.   Did you put together any written material regarding the

13    reasons for your suspension recommendation?

14            MR. GUTCHESS:  Objection.  Relevance.

15            THE COURT:  Sustained.

16    **BY MR. KUEHNE:**

17    Q.   With regard to the Commission decision to uphold your

18    suspension recommendation, was that done at a public meeting?

19    A.   Yes.

20    Q.   And is that a public meeting something called Government

21    in the Sunshine?

22    A.   Yes.

23    Q.   And were the public able to attend that?

24    A.   Yes.

25    Q.   How often do you attend City Commission meetings?

```
 1    A.    Every meeting.
 2    Q.    And do you have any understanding of the role of the city
 3    manager at City Commission meetings?
 4    A.    Yes.
 5    Q.    Did you, prior to becoming city manager, review the
 6    operation of City Commission meetings by your predecessor?
 7    A.    I attended almost every meeting prior to becoming city
 8    manager.
 9    Q.    Let me ask that your position was with MPA?
10    A.    The Miami Parking Authority, yes.
11    Q.    And what was your -- strike that.  For what period of time
12    as MPA C.E.O. did you attend City Commission meetings?
13    A.    The entire 20 years.
14    Q.    Did you have a purpose to be there?
15    A.    Yes.
16    Q.    What was that?
17    A.    I managed probably one of the more critical outside
18    agencies within the city.  It was important for me to be there
19    as almost any department director would be there.
20          The elected body has very key areas of oversight over the
21    agency so it was important for me to be at meetings and
22    communicate with staff, and also with our elected officials
23    when necessary.
24    Q.    Okay.  And over the course of those 20 plus years, have
25    there been multiple members serving as commissioners in the
```

```
 1  city?
 2  A.   Yes.
 3  Q.   And is the -- do you have any experience with the
 4  regularity of those commission meetings and how they proceed?
 5  A.   Yes.
 6  Q.   Has it largely been the same over those 20 years?
 7  A.   Almost exclusively the same, yes.
 8  Q.   Now, in the course of your job as city manager, did you
 9  have regular communication with the chief of police?
10  A.   Yes.
11  Q.   And how frequently?
12  A.   Almost daily.
13  Q.   Did you have discussions with him on matters that were
14  important to you and the city?
15  A.   Yes.
16  Q.   And did you have occasion where you provided direction,
17  orders, directives to the police chief?
18  A.   Yes.
19  Q.   Were there occasions when the police chief reported
20  matters to you?
21  A.   Yes.
22  Q.   Over the course of the six months of --
23          MR. GUTCHESS:  Objection.  Relevance.
24          THE COURT:  He didn't finish asking the question.  Go
25  ahead, Mr. Kuehne.
```

 1  **BY MR. KUEHNE:**

 2  Q.   Over the course of the six months that Acevedo served as

 3  the city's police chief, did you form any opinion as to his

 4  credibility?

 5         MR. GUTCHESS:  Objection.

 6  **BY MR. KUEHNE:**

 7  Q.   Your own opinion as to his truthfulness and honesty?

 8         MR. GUTCHESS:  Objection.  Relevance.  Improper.

 9         THE COURT:  Sustained.

10  **BY MR. KUEHNE:**

11  Q.   Did you, in the course of Acevedo being chief of police,

12  communicate with the community of police officers for which he

13  served?

14         MR. GUTCHESS:  Objection.  Relevance.

15         THE COURT:  Sustained.

16  **BY MR. KUEHNE:**

17  Q.   Did you determine in the course of your position as city

18  manager whether Chief Acevedo had a reputation for the

19  character traits of honesty or integrity?

20         MR. GUTCHESS:  Objection.  Relevance.

21         THE COURT:  Sustained.

22         MR. GUTCHESS:  I think the whole line of questioning

23  is improper.

24         THE COURT:  Sustained.

25         MR. KUEHNE:  Your Honor, Rule 405 and Rule 608.

1  Should I move on?

2          MR. GUTCHESS:  Chief Acevedo is not on trial here.

3          THE COURT:  I understand that.  This is not Chief

4  Acevedo.  This is William Fuller and Martin Pinilla versus Joe

5  Carollo.

6  **BY MR. KUEHNE:**

7  Q.  Let me go to the subject of unsafe structures.  Actually,

8  let me go back to where we were.  You said that you were with

9  the Miami Parking Authority, and describe the MPA as it relates

10  to the City of Miami.

11  A.  So it was created as an independent agency to manage the

12  parking and enforcement operations of the city related

13  specifically to parking.

14      It has a five member board of directors which

15  self-perpetuates.  By that, I mean that when there's a vacancy,

16  the remaining board members interview and select a new member

17  to replace that vacancy.  City Commission has approval over

18  those appointments.

19      City Commission approves the budget.  City Commission

20  approves rates so any of the parking rates are governed by the

21  legislative body, and any time that the agency needed to incur

22  any debt or financing, the Commission would have to approve

23  that, as well.

24  Q.  So with regard to parking in the City of Miami, did you,

25  when you were MPA C.E.O., have guidelines for parking?

```
 1   A.   Yes.

 2   Q.   And were those published and made available to the public?

 3   A.   Yes.

 4   Q.   And were those made available to operators of parking?

 5   A.   Yes.

 6   Q.   And did those guidelines include application for a valet

 7   services?

 8   A.   Yes.

 9        MR. KUEHNE:  I'm going to pull up Defense Exhibit 25

10   and ask -- that's in evidence, Your Honor.

11        THE COURT:  All right.

12   BY MR. KUEHNE:

13   Q.   And ask you to just take a quick look at that.  You see up

14   at top, this is Defense Exhibit 25 in evidence as offstreet

15   parking guides and standards?

16   A.   Yes.

17   Q.   Is this a part of the function that you as MPA C.E.O. were

18   subject to?

19   A.   Yes.

20   Q.   And are those parking guidelines applicable city-wide?

21   A.   They are.

22   Q.   And with regard to parking authorization, is there a

23   process for valet permitting, valet authorization?

24   A.   There is.

25   Q.   And what is that process called?
```

1   A.    Valet operation permits or permit.

2   Q.    And how does one in your capacity as Miami Parking

3   Authority C.E.O. obtain a valet permit?

4   A.    The entry point for the permit application is the Parking

5   Authority itself.  An application is made by the operator, a

6   location is identified, a plan is generated in terms of the

7   number of spaces they wish to utilize.  And then a location for

8   storage is determined.

9         That application is then routed to other disciplines

10  within the city for approval, and then subsequently comes back

11  to the city, to MPA for payment, processing, and then

12  ultimately enforcement.

13  Q.    And is the -- if a permit is allowed, is the valet, as you

14  understand it, required to comply with the conditions of the

15  application?

16  A.    Yes.

17  Q.    Does that include a described lot?

18  A.    Yes.

19  Q.    A place to park cars?

20  A.    Yes.

21  Q.    And with regard to authorizing a place to park cars, what

22  role does that have with valet permitting?

23  A.    Well, that every location is subsequently approved by

24  Planning, Zoning for purposes of whether it's a legalized

25  parking lot to be able to actually park cars there by code.

```
 1   Q.   Are there guidelines -- forget guidelines -- are there

 2   rules for what is an authorized parking lot?

 3   A.   Yes.

 4   Q.   And what part of the city is embraced or affected by those

 5   rules on authorized parking lots?

 6   A.   The entire city.

 7   Q.   The entire city.

 8        MR. KUEHNE:  Let's go to Defense Exhibit 647.  This

 9   is a part of the Code of Ordinances.  It's in evidence.

10   BY MR. KUEHNE:

11   Q.   And you see this?  It says Article 9, valet parking up at

12   the top Miami Florida Code of Ordinances?

13   A.   I do.

14   Q.   Are you familiar with this?

15   A.   Yes.

16   Q.   And is that applicable to valets?

17   A.   It is.

18   Q.   And does that code -- is that Code of Ordinances published

19   made available to every valet operator?

20   A.   It is.

21   Q.   And does that Code of Ordinances contain the requirements

22   for authorized and approved parking locations?

23   A.   It is.

24   Q.   Does the Code of Ordinances contain any provisions for

25   authorizing parking lots in residential areas?
```

```
 1   A.   I don't believe so.

 2   Q.   Is valet parking authorized in residential areas?

 3   A.   No.

 4   Q.   As MPA, C.E.O., do you understand the reason for that not

 5   allowing valet parking lots in residential areas?

 6   A.   Yes.

 7   Q.   What is that reason?

 8   A.   Really to not impede on the livability and qualify of life

 9   of the residents within a residential neighborhood, in

10   particularly avoidance of any significant traffic through those

11   neighborhoods with the ingress and egress of vehicles to a lot

12   within a residential neighborhood.

13   Q.   Did it come to your attention in the time you were MPA

14   C.E.O., let's say 2018, whether there were valet parking issues

15   in the Calle Ocho area of Little Havana?

16   A.   Yes.

17   Q.   Okay.  And is that something involving valet parking that

18   gets to your level as C.E.O of the MPA?

19   A.   Yes.

20        MR. KUEHNE:  Let's pull up Defense Exhibit 421.

21   That's in evidence, Your Honor.  That has been previously

22   identified as S.H. Valet Service Corp. permit application for a

23   period in 2018.  I'm going to just pull that up.  It's in

24   evidence.

25
```

1  **BY MR. KUEHNE:**

2  Q.   Are you familiar with this form of application?

3  A.   Yes.

4  Q.   Do you see the seal is a Miami Parking Authority seal?

5  A.   Yes.

6  Q.   And is this a Miami Parking Authority application?

7  A.   It is.

8  Q.   And does -- this application is for S.H. Valet Service

9  Corp., at the time in 2018, did you know of S.H. Valet Service

10 Corp.?

11 A.   I did.

12 Q.   And did S.H. Valet Service Corp. have authorization to

13 serve as a valet?

14 A.   They were issued a permit, yes.

15 Q.   Do you see on this first page of our Exhibit DX 421, it

16 says S.H. Valet Services Corp, paren, Ball & Chain, end paren?

17 A.   Yes.

18 Q.   Do you see that?  What does that mean?

19 A.   That's just identifying --

20         MR. GUTCHESS:  Objection.

21         THE COURT:  Wait.  What's the grounds?

22         MR. GUTCHESS:  How does he know what that means?

23 Foundation.

24         THE COURT:  Overruled.  You can answer the question.

25         THE WITNESS:  Thank you.  S.H. Valet would be the

1    operator.  Ball & Chain as a side reference is just really the

2    name of the business establishment.  Location is the address.

3    **BY MR. KUEHNE:**

4    Q.    Okay.  And let's go to the next page.  You see it's signed

5    with a notary public from a fellow named Omar Rojas?

6    A.    I do.

7    Q.    And do you have any understanding whether the information

8    on the application is required to be truthful and accurate?

9    A.    Yes.  It needs to be truthful and accurate.

10   Q.    And then you see it says property owner's signature, and

11   then it goes through address and then email address?

12   A.    Yes.

13   Q.    Bill@barlingtongroup.com.  Do you by any chance know that

14   signature?

15   A.    I don't know it offhand.

16   Q.    How about the email bill@barlingtongroup.com?

17   A.    I don't particularly recognize it.  I'm not sure I've ever

18   received an email from that email.  I don't recall.

19   Q.    Let's go to the next page.  Insurance is required, garage

20   insurance?

21   A.    Yes.

22   Q.    And let's go to the next page.  Certificate of Use, Fire

23   Safety Permit?

24   A.    Yes.

25   Q.    And is that -- do you understand it to be for the location

1    authorized to park cars?

2    A.   Yes.

3    Q.   And does that require, if you know, as MPA director an

4    inspection or examination?

5    A.   It does.

6    Q.   Let's go to the next page.  Local business tax receipt.

7    That's just an operation permit to do business?

8    A.   It is.

9    Q.   Okay.  Let's go to the next page.  Do you see this

10   picture?

11   A.   I do.

12   Q.   And do you have an understanding whether the application

13   is required to note exactly where the parking is to take place?

14   A.   It is, at the bottom.

15   Q.   Right.  So let's go -- you see 1637 SW 8th Street.  Let's

16   go on the next page.  You see another picture of that same

17   address?

18   A.   Yes.

19   Q.   Let's go again.  717 SW looks like 7th Avenue?

20   A.   Yes.

21   Q.   That's correct.  Next?  Another picture, same address.

22   Keep going.  And then there's some information on the By-Laws

23   of S.H. Valet Services Corp.  What's your understanding about

24   authorized lots for the valet when a permit is issued?

25   A.   It identifies the location where vehicles storage will

1    occur.

2    Q.    And is an authorized valet as MPA C.E.O allowed to park

3    cars commercially at any place other than approved locations?

4    A.    No.

5    Q.    And if that occurs as MPA C.E.O, is that contrary to the

6    permit?

7    A.    It is.

8    Q.    And if action is taken contrary to the permit, what's the

9    consequence, if you know, as MPA C.E.O?

10              MR. GUTCHESS:  Objection.  Calls for legal

11    conclusion.

12              THE COURT:  Sustained.

13    **BY MR. KUEHNE:**

14    Q.    Have you been involved as MPA C.E.O in instances where

15    valet parking occurs at places other than the authorized lots?

16    A.    Yes.

17    Q.    Is there any enforcement authority within the City of

18    Miami to take care of that?

19    A.    Yes.

20    Q.    Are there compliance consequences with regard to not

21    parking in the authorized lots?

22    A.    Yes.

23    Q.    And with regard to this application for S & H as you look

24    at it during the time you were MPA C.E.O, was S & H authorized

25    to park cars in a grassy lawn of a neighborhood church?

```
1              MR. GUTCHESS:  Objection.  Foundation.

2              THE COURT:  Overruled.

3              MR. GUTCHESS:  Calls for a legal conclusion.

4              THE WITNESS:  Not according to this valet -- I mean,

5    this valet permit.

6    BY MR. KUEHNE:

7    Q.   And would the church grassy area as MPA C.E.O have to be

8    disclosed in the application and approved by the permitting

9    authorities?

10   A.   Yes.

11   Q.   And if the church grassy lawn was in a residential area,

12   what's your understanding as MPA C.E.O of whether the code

13   allowed that?

14   A.   It would not have been approved.

15              MR. KUEHNE:  And let's take a look -- we'll pull up

16   PX 448.  That's in evidence.

17   BY MR. KUEHNE:

18   Q.   Are you familiar with an organization known as CCSG, CCSG?

19   A.   Yes.

20   Q.   And what is CCSG?

21   A.   They function as the administrative role as it relates to

22   the collection and --

23   Q.   The collection of what?

24   A.   Let me finish.  Collection, audit, and enforcement

25   function for the parking surcharge in the City of Miami.
```

```
 1   Q.   And is that parking surcharge something required to be

 2   paid by authorized valet permit holders?

 3   A.   Yes.

 4   Q.   And the ordinance and regulations and guidelines that you

 5   mentioned, do those require valet operators to maintain

 6   accurate contemporaneous records of all of their parking?

 7             MR. GUTCHESS:  Objection.  Vague as to which

 8   ordinances.

 9             THE COURT:  Sustained.

10   BY MR. KUEHNE:

11   Q.   Are you aware as MPA C.E.O whether the guidelines and

12   ordinances that you looked at that are in evidence require the

13   maintenance of accurate records by the valet companies?

14             MR. GUTCHESS:  Again, objection as to which

15   ordinances he's talking about.

16             THE COURT:  Rephrase that.  Sustained.

17   BY MR. KUEHNE:

18   Q.   Based on your knowledge as MPA C.E.O, is S & H Valet a

19   valet that received a permit, required to maintain accurate

20   records of its parking activities?

21             MR. GUTCHESS:  Same objection as to calling for a

22   legal conclusion without any ordinance to show the witness.

23             THE COURT:  Sustained.

24   BY MR. KUEHNE:

25   Q.   Do you know if the ordinances that you looked at contain
```

```
 1   requirements for recordkeeping?
 2              MR. GUTCHESS:  Same objection.
 3              THE COURT:  Overruled.  You can answer that question.
 4              THE WITNESS:  They do.
 5   BY MR. KUEHNE:
 6   Q.   And are you familiar with the audit function requirements
 7   done by CCSG?
 8              MR. GUTCHESS:  Objection.  Foundation.
 9              THE COURT:  Sustained.  Rephrase the question.
10   BY MR. KUEHNE:
11   Q.   As MPA C.E.O, are you familiar with the audit process to
12   audit the parking surcharge for valet companies?
13              MR. GUTCHESS:  Objection.  Again, Your Honor, this
14   document is to a finance department.
15              THE COURT:  Sustained.
16   BY MR. KUEHNE:
17   Q.   Are you aware of the enforcement audit process of the
18   parking surcharge in the City of Miami?
19              MR. GUTCHESS:  Same objection.
20              THE COURT:  If he's aware?  That question is proper.
21   You may answer the question, if you know the answer, sir.
22              THE WITNESS:  I do.  MPA, we're obligated to follow
23   the same rules and guidelines that any private operator was
24   required to follow.
25
```

1  **BY MR. KUEHNE:**

2  Q.   Does that mean MPA is subject to the same audit surcharge

3  process?

4  A.   We are.

5  Q.   And has MPA, let's say in the early -- this is March of

6  2018, in the early 2018 period, been the subject of valet --

7  parking surcharge audits?

8  A.   We may have been.  I couldn't recall for sure.

9  Q.   Okay.  And I want you to take a look -- and I apologize.

10  This is -- this letter is cut off a little bit.  It doesn't

11  have it complete but that's the Plaintiffs' Exhibit.

12       MR. GUTCHESS:  I'm going to object to the witness

13  testifying to a letter in which his name is nowhere on the

14  letter.

15       MR. KUEHNE:  Your Honor, it's in evidence.

16       THE COURT:  Overruled.  I overruled the objection,

17  Mr. Kuehne.  You can ask your question, sir.

18  **BY MR. KUEHNE:**

19  Q.   Let me ask you to read the first -- actually, read the

20  first paragraph.  Starts "the average parking?"

21  A.   Yeah, I'm going to get cut off obviously because it's cut

22  off on my screen, but the average parking revenue reported by

23  S.H. Valet Services Corp. for property number 0884, there's

24  obviously something behind that, I don't know, January, 2016 to

25  January, 2018 is $500 per month.  Based on the information

1  gathered from field audits conducted by Complete Consulting

2  Services Group, the estimated revenue generated by this

3  location is $3,456 per month.

4      In addition -- I think that's CCSG has used other -- I'm

5  assuming it's factors to confirm the demand by surveying other

6  properties which offer similar services in the same as well as

7  the number of your employees working in the location, and the

8  number of parking spaces utilized and available to the

9  operator.

10  Q.   All right.  Is that paragraph consistent with your

11  understanding of the audit process as experienced by Miami

12  Parking Authority?

13  A.   Yes.

14  Q.   And with regard to the section that it says conducting

15  field audits, do you have an understanding as MPA C.E.O what

16  field audits means and encompasses?

17  A.   Yes.

18  Q.   What is that?

19  A.   This consultant has personnel that are basically in the

20  field to monitor the activity at a particular parking operation

21  whether it be a valet operation, whether it be a parking lot,

22  whether it be a parking garage to identify any potential

23  discrepancies in terms of what's reported by the operator

24  versus what they submit in terms of their parking surcharge

25  payment to the city.

```
 1   Q.   Okay.  At any time while you were MPA C.E.O, did
 2   Commissioner Carollo direct you to take any action involving
 3   any businesses or valet companies that were authorized to do
 4   parking?
 5            MR. GUTCHESS:  Objection.  Leading.
 6            THE COURT:  Sustained.
 7   BY MR. KUEHNE:
 8   Q.   Did you have any -- strike that.
 9        As MPA C.E.O, did you take any action at the direction of
10   Commissioner Carollo?
11   A.   No.
12   Q.   As MPA C.E.O, what was the basis for decisions that you
13   made regarding parking in the City of Miami?
14   A.   A number of factors.  Feedback from my fellow staff,
15   legislative initiatives from my board, and certainly
16   interaction with the city staff, as well as elected officials.
17   Q.   As MPA C.E.O, did you have any involvement in complaints,
18   parking complaints?
19   A.   Yes.
20   Q.   Did you receive them?
21   A.   Yes.
22   Q.   During -- let's talk about the timeframe late 2017,
23   December, 2017 up to the time you became city manager.  So that
24   would be through early 2020, all right?  So that timeframe.
25        Did you, as MPA C.E.O., receive complaints regarding
```

```
1    parking?

2    A.    Yes.

3    Q.    How frequently were they?

4    A.    Probably fairly frequent.

5    Q.    Did you receive complaints regarding valet parking?

6    A.    I did.

7    Q.    How frequent were they?

8    A.    At least multiple times on a weekly basis.

9    Q.    Did you receive complaints regarding valet parking

10   operators?

11   A.    Yes.

12   Q.    How frequently?

13   A.    Weekly.

14   Q.    With regard to complaints received, what, if you know,

15   were the sources of the complaints during the timeframe I gave

16   you?

17   A.    Can I get a little clarification on that?  By sources, do

18   you mean where were the complaints generated from or what type

19   of complaints were ending up --

20   Q.    Well, let's do the second.  What type of complaints and

21   then we'll do the first, where they originated from.

22   A.    So most of the complaints with regards to valet parking

23   really were focused on how the various operators were

24   onboarding vehicles.  In other words, the que and how they were

25   accepting vehicles.
```

1    Many times, valet operators would exceed the capacity of

2    their storage area or their queuing area and receive vehicles

3    in the right-of-way which is obviously very problematic and

4    very unsafe.

5    In addition to that, we would certainly get complaints of

6    valet operators speeding through neighborhoods, not parking in

7    the appropriate locations, parking on the street when they

8    should be parked in designated lots that were assigned to

9    permits.

10    On occasion, I'd get complaints about customer service

11    related to, you know, rudeness, offensive behavior of the sort

12    and that's the general sort of range of the type of complaints

13    I'd get.

14    Q.   What were the sources of those complaints?  What generated

15    those complaints?

16    A.   Anywhere from actual customers who would complain

17    directly, other business owners, could have been other city

18    staff.  It could have been elected officials.  It pretty much

19    was a very wide variety because sometimes those complaints

20    would come through either an elected official's office, come

21    through a city department, another city department and get

22    rerouted to me.

23    A lot of times, as an example, because the ultimate

24    authorization on locations for valet permit locations, the

25    actual location itself is authorized by Public Works.  Public

1    Works would get complaints forwarded to them directly and then

2    would reprocess them to us.

3    Q.    When you became aware of complaints as MPA C.E.O, did you

4    act on them?

5    A.    Immediately.

6    Q.    Did the complaints -- did your acting on them depend on

7    who was making the complaint?

8    A.    No.

9    Q.    Or who was communicating the complaint to you?

10   A.    No.

11   Q.    And in connection with that, you mentioned that

12   commissioners, electeds or their offices forwarded complaints

13   to you?

14   A.    They did.

15   Q.    How did those get treated?

16   A.    As every other complaint.

17   Q.    Now, let me ask you about a couple items when you became

18   city manager.  You mentioned that you are in charge of Code.

19   Ultimately, the Code Department reports to you.

20        With regard to code issues, did you receive any orders

21   from Joe Carollo regarding code enforcement?

22   A.    No.

23   Q.    Did you receive any orders from Joe Carollo regarding

24   building issues?

25   A.    No.

```
 1   Q.   Unsafe structures?
 2   A.   No.
 3   Q.   Were you given any orders from Joe Carollo as to how to
 4   handle any of the matters that came within your authority for
 5   Code or Building, Unsafe Structures?
 6   A.   No.
 7   Q.   And when -- do you recall doing some -- let me change the
 8   question.  Were you involved in any code compliance issues for
 9   the Calle Ocho Little Havana area as city manager?
10   A.   Yes.
11   Q.   And with regard to those generally, did you get involved
12   in any of those code compliance issues for Calle Ocho Little
13   Havana area because of any direction from Joe Carollo?
14            MR. GUTCHESS:  Objection.  Leading.
15            THE COURT:  Sustained.
16   BY MR. KUEHNE:
17   Q.   Did any of your -- strike that.
18        When you got involved in Little Havana Calle Ocho Code
19   Enforcement matters, what was the generation for your
20   involvement?
21   A.   Could have been a number of sources.  It could have been
22   information relayed to us from his office by his staff, could
23   have been information directly by him, could have been
24   information obtained from potentially another department or
25   another business entity.
```

```
 1            THE COURT:  We're going to stop right there.  The

 2   jurors need a break.  We'll be in recess for ten minutes.

 3            MR. KUEHNE:  Ten minutes.

 4            THE COURT:  Yes.  You need more than 15 minutes?  Are

 5   you going for ten?  Ten is fine.  We'll see you at like

 6   5:00 p.m.

 7            THE COURT SECURITY OFFICER:  All rise for the jury.

 8            (Thereupon, the jury exited the courtroom.)

 9            THE COURT:  Also for the record, we have about --

10   Mr. Kuehne will have about 30 minutes left inclusive of any

11   redirect if you need it.  It was an hour for the testimony.

12   Apparently, I don't know if you're going to get a chance to get

13   to Mr. Gutchess with testimony.  So if not, we will reconvene

14   on the 29th as discussed.  All right?

15            MR. PERTNOY:  I thought it was the 30th.

16            THE COURT:  I'm sorry, that is my error.  It will be

17   30th.  There's no court.  It would be Memorial Day.

18            MR. KUEHNE:  Your Honor, I would ask for a brief

19   additional amount of time.  I was expecting it to be about two

20   and a half hours to complete this witness.

21            THE COURT:  Sir, I will consider that perhaps on

22   redirect.  All right?

23            MR. KUEHNE:  I understand, Judge, but we have slimmed

24   down the testimony and --

25            THE COURT:  Tell me which witnesses do you intend to
```

```
 1    call so I can know right now.  You can be seated, everyone.

 2              Who are the next witnesses you intend to call so I can

 3    make sure?

 4              MR. KUEHNE:  Yes, Judge.  We anticipate, and when I

 5    say this, during any break periods to evaluate and read the

 6    transcripts, figure out, but for right now we are expecting to

 7    call Rene Diaz.  He's the Unsafe Structures person.  Daniel

 8    Sierra, Code Compliance Supervisor, Jose Suarez probably.

 9              We do not think we will call Will Ortiz.  I know you

10    asked who we were going to call, and we will call Commissioner

11    Carollo.

12              THE COURT:  And the time for Commissioner Carollo?

13              MR. KUEHNE:  Your Honor, we're still working on that.

14    It will be less time than what we had put in this -- that was

15    done prior to the trial, and we're still examining what was

16    covered during his witness -- during the plaintiffs' case to

17    try to slim it down.  So I don't have an answer for you, but it

18    is not going to be close to the amount of time we had set in

19    the pretrial amended witness list.

20              THE COURT:  Dennis Uriarte is withdrawn?

21              MR. KUEHNE:  Your Honor, and we have to make a final

22    determination, but I think the way it's going, we're not going

23    to call Dennis Uriarte.  I said that we would, but it looks

24    like we can fill him in elsewhere.

25              THE COURT:  So it's withdrawn, is that correct?
```

 1          MR. KUEHNE:  Judge, I really don't want to commit.
 2  We think so.
 3          THE COURT:  You're asking this Court to give you
 4  additional time with respect to other witnesses, I need to be
 5  aware if that's what you're going to do.
 6          MR. KUEHNE:  Yes, Judge.  Presuming we can get the
 7  timing wise, Daniel Sierra, because we had not asked him about
 8  the time coming the following week.  But assuming he's
 9  available, we will not be calling Uriarte.  We don't think we
10  need both.
11          THE COURT:  So it will be one or the other, is that
12  correct then?
13          MR. KUEHNE:  That's essentially yes, Judge.
14          THE COURT:  All right.
15          MR. KUEHNE:  But again, we haven't confirmed with him
16  availability the following week, so we have to make sure one of
17  the two of them are available.
18          THE COURT:  All right.
19                    (Short recess had.)
20          THE COURT:  You may be seated, everyone.  Are they
21  ready?  You want to see if they're ready?
22          THE COURT SECURITY OFFICER:  All rise for the jury.
23          (Thereupon, the jury entered the courtroom.)
24          THE COURT:  All right.  The members of the jury are
25  all present and accounted for.  You may continue, Mr. Kuehne.

1          MR. KUEHNE:  Thank you, Judge.

2  **BY MR. KUEHNE:**

3  Q.   Let me address the topic of ride-alongs or walk-alongs.

4  Are you familiar with those terms?

5  A.   I am.

6  Q.   And do they have a role in your management of the City of

7  Miami?

8  A.   Yes.

9  Q.   All right.  Do you utilize ride-alongs or walk-alongs as

10  part of your duties and responsibilities as city manager?

11  A.   Yes.

12  Q.   And what's the purpose?

13  A.   To get direct operational assessment of various

14  departments that really are field operations, whether they be

15  Code, Solid Waste, Police, Fire.  Building allows me an

16  opportunity to have a deeper understanding of what each of

17  those departments do when they're in the field.

18          And also for me to maintain my sort of assessment of what

19  issues or concerns or, you know, what is developing within the

20  city in our various neighborhoods, whether it be related to

21  code, crime, and, you know, new construction, allows me to sort

22  of gain a personal perspective on it versus secondhand

23  knowledge of it.

24  Q.   Do you authorize your administrative staff to participate

25  in ride-alongs or walk-alongs?

```
1    A.    Yes.

2    Q.    Is that for the same purpose?

3    A.    Yes.

4    Q.    And are ride-alongs and walk-alongs frequent --

5    A.    Yes.

6    Q.    -- in your administration?

7    A.    Yes.

8    Q.    And do you have any understanding of the role of

9    ride-alongs or walk-alongs in the history of the City of Miami

10   manager's office?

11         MR. GUTCHESS:  Objection.  No personal knowledge.

12   Lacks foundation.

13         THE COURT:  Overruled.  If he knows.

14         THE WITNESS:  Restate the question.  Sorry.

15   BY MR. KUEHNE:

16   Q.    When you became city manager, did you make an effort to

17   identify practices and policies of your predecessors?

18   A.    Not necessarily identify the practices and policies.  I

19   needed to have an understanding of what had been occurring in

20   order to develop my own management style and/or operational

21   plan.

22   Q.    And in the course of doing that in your role as city

23   manager, did you determine whether the history of city managers

24   included ride-alongs and walk-alongs as a management function?

25   A.    Yes.
```

```
1    Q.   And were they utilized?

2    A.   In varying degrees, yes.

3    Q.   Okay.  With regard to ride-alongs and walk-alongs, is it

4    common within your management for commissioners or

5    commissioners'  staffs to participate?

6    A.   I'm sorry, I don't necessarily use the word "common," but

7    it definitely occurs on a regular basis.

8    Q.   Okay.  And during the course of your ride-alongs or

9    walk-alongs, do you ever act on information that's brought

10   to your attention, either you identify or others bring to your

11   attention?

12   A.   Yes.

13   Q.   And how do you do that?

14   A.   Well, if a particular concern arises from either a

15   walk-along or ride-along, whatever specific category you want

16   to apply to those, typically what happens is depending on the

17   department I have with me in the ride-along, can be directly

18   reported to them for follow through.

19        In some instances, items have been identified and there

20   may not be a department specifically in attendance on a

21   particular ride-along so then that's communicated to them after

22   the fact.

23   Q.   All right.  And with regard to any ride-alongs or

24   walk-alongs, have you done that in the Little Havana Calle Ocho

25   area --
```

1    A.    Yes.

2    Q.    -- as manager?  And have any of those ride-alongs or

3    walk-alongs that you've done in Calle Ocho, Little Havana been

4    focused on any particular property owners or properties?

5    A.    No.

6    Q.    Can you describe generally if you're in the Little Havana

7    Calle Ocho area, what area a ride-along or walk along would

8    involve?

9    A.    Really for that particular area, anything west of the

10   interstate along 8th, 7th, Flagler, 1st, Coral Way and aspects

11   included in that general area when we've handled those

12   geographically, they can go as far west as typically 37th

13   Avenue, but it's a pretty substantial footprint and it's fairly

14   north.  I would say probably way past Marlins Park to the

15   river, and probably all the way south almost to Coral Way.

16   Q.    As city manager, how would you describe -- do you have a

17   working relationship with Commissioner Carollo?

18   A.    Yes.

19   Q.    How would you describe it generally?

20   A.    Very professional.  We meet weekly.  We have a standing

21   meeting in addition to the briefings we do for agenda

22   briefings.

23        His office communicates with my office, his chief of

24   staff, his staff members with my chief of staff or my various

25   staff members on a pretty regular basis.

1          And those conversations or communications could range the

2     gamut from issues maybe that have arisen in a particular area.

3     And those typically will get reported to the responsible

4     department, or it could be as simple as, you know, there's an

5     event within their district, and we need to notify them of that

6     in particular because we have a standing policy to do that, any

7     special events, any events that occur anywhere in the district

8     could have been a particular issue relative to a fire, to a

9     police shooting, those are regularly communicated as well so

10    they can run a variety of topics.

11    Q.   With regard to the other four commissioners, during your

12    tenure, do you have a similar relationship?

13    A.   Yes.  I communicate with all of them on a very regular

14    basis.  Some with standing meetings as well, others not.

15    Depends on the availability and the level of interest a

16    particular commissioner may or may not have.  So it varies from

17    district office to district office.

18    Q.   You know Bill Fuller?

19    A.   I do.

20    Q.   How long have you known him about?

21    A.   Probably well over ten, 12 years probably at least.

22    Q.   So you first met him or dealt with him during your MPA

23    days?

24    A.   Yes.

25    Q.   Okay.  And have you maintained a connection to Bill Fuller

1  through the present day?

2  A.   Very limited today as compared to probably what it was

3  earlier.

4  Q.   Okay.  Did you -- do you know Martin Pinilla?

5  A.   I do.

6  Q.   And how long have you known him?

7  A.   Probably almost as long as I've known Bill.

8  Q.   Okay.  And do you know the two of them to be developers in

9  the Little Havana Calle Ocho area?

10  A.   Yes.

11  Q.   And is that how you came to meet at least Mr. Fuller?

12  A.   Yes.

13  Q.   Over the course of time from MPA director, C.E.O to

14  manager, have you been involved with any city issues regarding

15  Fuller properties, Fuller/Pinilla properties?

16  A.   Yes.

17  Q.   I'm going to ask you about some of those.  Are you

18  familiar with Ball & Chain?

19  A.   Yes.

20  Q.   And what do you understand that to be?

21  A.   It's a restaurant bar located in Little Havana.

22  Q.   Okay.  And as city manager, have any issues, compliance

23  issues been brought to your attention regarding Ball & Chain?

24  A.   Yes.

25  Q.   Can you describe them?

```
 1   A.   So primarily there was some concerns, and have been

 2   concerns over time relative to occupancy load, code violations,

 3   in particular building issues relative to the buildout of the

 4   restaurant itself, and whether or not that buildout was done in

 5   accordance with the code.

 6   Q.   Are these matters that are brought to your attention and

 7   in which you have become involved?

 8   A.   Yes.

 9   Q.   Why is that?

10   A.   It's my responsibility as city manager, as departments

11   report directly to me, and I am responsible for the overall

12   operation of the city, it's my job to ensure that those

13   departments function properly and follow up on any concerns or

14   issues that arise specifically that I'm aware of.

15   Q.   And have you spoken to your department heads, department

16   personnel about those issues involving Ball & Chain?

17   A.   Yes.

18   Q.   And what's the purpose of doing that?

19   A.   Purpose is really to identify concerns and also for the

20   follow-through and follow up in terms of any investigation or

21   audit that's required.

22   Q.   Okay.  As city manager, are you familiar with any

23   provisions of your function called life safety issues?

24   A.   Yes.

25   Q.   And as city manager, is that something you need to know
```

1    about?

2    A.   Yes.

3    Q.   And what is your application of life safety issues as city

4    manager in the City of Miami?

5    A.   Life safety runs a pretty broad stretch of issues and

6    factors from, you know, the safety and well-being of patrons

7    within a particular business establishment, to the residents in

8    a highrise building to office workers in a commercial building.

9        And they relate to how the code and the building practices

10   are applied to ensure that people are safe, obviously both from

11   a structural, mechanical, electrical perspective within a

12   particular space, as well as from an ingress and egress

13   perspective so the people are safe in case there is a

14   catastrophic event, they have the ability to gain shelter and

15   seek shelter and remove themselves from a particular

16   establishment or building or residential building.

17       And then obviously there is -- and this has been obviously

18   highlighted as of late particularly in the City of Miami, a

19   significant focus on the structural integrity of buildings and

20   more particularly whether buildings are safe for occupancy in

21   general.

22   Q.   Okay.  And with regard to the issues you discussed that

23   came to your attention regarding Ball & Chain, did you have any

24   understanding of whether life safety issues were involved?

25   A.   Yes.

```
1    Q.   Did there come a time when you became involved in a
2    revocation of a Certificate of Use for Ball & Chain?
3    A.   I was definitely involved and engaged in that process with
4    staff and certainly communicated with regards to the concerns
5    that had arisen and the reason for the Certificate of Use
6    revocation.
7    Q.   And as city manager, did you have an understanding of the
8    concerns for Certificate of Use revocation involving Ball &
9    Chain?
10   A.   Yes.
11   Q.   And what's your understanding?
12   A.   Concerns were that the project or construction within the
13   space did not comply with the code.  And as a result, there
14   were inevitable life safety concerns as a result of that
15   because the code had not been applied and a CU revocation
16   really was required once it was deemed unsafe.
17   Q.   And with regard to what you described in your knowledge,
18   is it a part of your function to understand how your personnel,
19   your departments dealt with the property owner before it got to
20   the revocation stage?
21   A.   Yes.
22   Q.   And what's your understanding of the interaction between
23   your departments, Code or Building and Ball & Chain before
24   leading up to the revocation?
25        MR. GUTCHESS:  Objection.  Foundation.  Hearsay.
```

1          THE COURT:  Overruled.  If he knows personally.

2  **BY MR. KUEHNE:**

3  Q.   Based on your personal knowledge.

4  A.   There were very specific instances where clearly a -- a

5  discrepancy relative to permits that had been issued or work

6  that had been done not to code.  It was reported to me

7  directly.

8          MR. GUTCHESS:  Objection.  Hearsay.

9          THE COURT:  Sustained.

10  **BY MR. KUEHNE:**

11  Q.   As part of your duties and responsibilities as manager,

12  did you need to know the status of the compliance history for

13  Ball & Chain?

14  A.   Yes.

15  Q.   Did you come to know that?

16  A.   I did.

17  Q.   And did you take any actions or authorize the taking of

18  any actions based on that?

19  A.   I did.

20  Q.   As city manager, did you make any determination whether

21  your departments made any effort to bring Ball & Chain into

22  compliance?

23  A.   Yes.

24  Q.   And what's your understanding?

25  A.   That efforts were made, audits were engaged in, and

1  subsequently, that property was basically re-permitted and a

2  new set of plans were presented where additional work was done

3  and it was allowed to be issued a new CU.

4  Q.   And was that all done under your administration?

5  A.   Yes.

6  Q.   Was Commissioner Carollo still a commissioner during that

7  time?

8  A.   Yes.

9  Q.   With regard to the revocation of the CU, Certificate of

10  Use, that's what you mentioned?

11  A.   Yes.

12  Q.   What was the reason for revoking a Certificate of Use for

13  Ball & Chain?

14  A.   That the private provider who had done all of the

15  subsequent plans review for that buildout had not done it to

16  code.

17     Once an audit was done of the work and the plans by our

18  staff and subsequent to that, there was concerns by staff that

19  there were life safety issues and the CU needed to be revoked.

20  Q.   And were those decisions that you either made or

21  participated in?

22  A.   I was involved in it.  I didn't make the ultimate

23  decision.

24  Q.   Okay.  Did you rely on any of your staffers, your

25  specialists?

```
 1   A.   Yes.

 2   Q.   And you mentioned private provider.  Did you -- strike

 3   that.

 4        Was -- did you have any concern regarding the work

 5   reported by the private provider?

 6   A.   No.

 7   Q.   And did you arrange to have the private provider's work

 8   audited or reviewed?

 9   A.   I did not.

10   Q.   Did any of your subordinates arrange that?

11   A.   Yes.

12   Q.   And was that information -- was that information conveyed

13   to you as city manager?

14   A.   Yes.

15   Q.   And as city manager, is it essential for you in performing

16   your functions to be aware of that?

17   A.   Yes.

18   Q.   Why is that?

19   A.   Because ultimately, the ultimate responsibility falls on

20   me and so I need to know that staff has been thorough and very

21   vigilant in their research and due diligence, and they're

22   executing their responsibilities of their respective job

23   titles.

24   Q.   Did you agree to or consent to the revocation of the CU at

25   Ball & Chain?
```

1  A.   It wouldn't have necessarily been my responsibility to

2  consent to it.  That would have been the responsibility of the

3  Zoning Administrator because his department is primarily

4  responsible for the CU revocation.

5  Q.   Okay.  And as city manager, did you make any assessment

6  whether that determination passed up to you was valid?

7  A.   Yes.

8  Q.   Now, did you have an assessment when you explain the

9  information, how long a period of time the issues that had been

10  brought to your attention were percolating or pending?

11  A.   To some degree, yes.  I don't recall the specific time

12  period.

13  Q.   From your role as city manager, was it an abbreviated

14  period of time?  Months?

15  A.   No, it was an extensive period of time.  Much longer than

16  that.

17  Q.   And did that fact raise any concerns to you?

18  A.   Yes.

19  Q.   What concerns?

20  A.   That previous staff, previous administrations either had

21  not done their job as thoroughly as they should have or in some

22  way, shape or form, were motivated by other means to look the

23  other way.

24  Q.   Now, as city manager, did you develop any understanding as

25  part of doing your work as city manager and running the city,

1  whether the Ball & Chain owners had been involved in other code

2  or building related issues?

3  A.   Yes.

4  Q.   And what was your understanding?

5       MR. GUTCHESS:  I'm going to object based upon

6  foundation.  If he has personal knowledge, he can explain that.

7       THE COURT:  Sustained.

8  **BY MR. KUEHNE:**

9  Q.   As city manager, is it part of your duties and

10 responsibilities to learn about violations by property owners

11 when other violations are brought to your attention?

12 A.   Yes.

13 Q.   And why -- is that a matter that is part of your duties

14 and responsibilities?

15 A.   Primarily at the core of my responsibility is to ensure

16 that each department, and especially the ones referenced in

17 relation to this particular case are operating by the law, by

18 the code, doing it equally.  Not excluding certain provisions

19 of the code for specific property owners, or business owners,

20 that they're applying it equally throughout the city.

21      And when you have instances where there are multiple

22 violations by the same property owners across multiple pieces

23 of property and businesses, that pattern is concerning and

24 needs to be researched, investigated and properly assessed as

25 to whether there were any deficiencies either on my own staff,

1   right?  In terms of the work product, but more particularly,

2   that those businesses come into compliance.

3   Q.   And with regard to observation of those deficiencies, did

4   you come to know that the Ball & Chain owners, Fuller and his

5   partner, were subject to those deficiencies over time?

6           MR. GUTCHESS:  I'm going to object.  Again, it's

7   calling for hearsay testimony.  The witness doesn't have any

8   personal knowledge.

9           THE COURT:  Sustained.

10  **BY MR. KUEHNE:**

11  Q.   As city manager, did you -- strike that.

12          As city manager, were you required to do your duties and

13  responsibilities to know property owners that engaged in

14  repetitive code or building violations?

15          MR. GUTCHESS:  Objection.  Knowledge is based upon

16  hearsay.

17          THE COURT:  Sustained.

18  **BY MR. KUEHNE:**

19  Q.   When you did your work as city manager, was it important

20  to you to prioritize any code or building activity with

21  relation to repeat violators?

22  A.   Yes.

23  Q.   Why was that important?

24  A.   Because in most cases, building and code violations can

25  result in significant exposure and liability both to patrons,

1    residents, the city itself.

2        And as a result, if we are aware that a particular set of

3    owners or ownership group owns multiple properties, and has

4    been identified as a consistent violator of the code, then it's

5    important to address that in particular because there's --

6            MR. GUTCHESS:  Objection.  Narrative.  Outside the

7    scope of the question.

8            THE COURT:  Sustained.

9    **BY MR. KUEHNE:**

10   Q.  Let me ask you this.  Were the Ball & Chain owners among

11   those people --

12           MR. GUTCHESS:  Objection.

13   A.  -- that was brought to your attention?

14           MR. GUTCHESS:  Calls for hearsay.

15           THE COURT:  Sustained.

16   **BY MR. KUEHNE:**

17   Q.  When you identified multiple property violations as part

18   of your duties and responsibilities, did you include the Ball &

19   Chain owners?

20           MR. GUTCHESS:  Objection.  Misstates testimony.  The

21   witness never said he identified anything.

22           THE COURT:  I understand.  The objection is

23   sustained.

24   **BY MR. KUEHNE:**

25   Q.  Did you identify any particular properties?

```
 1    A.    Restate that question.

 2    Q.    Did you identify any particular properties that were

 3    engaged in repeat violations?

 4    A.    Yes.

 5    Q.    And you mentioned that you knew both the plaintiffs

 6    somewhat, at least Mr. Fuller, for more than ten years?

 7    A.    Yes.

 8    Q.    Did you ever discuss or talk to Mr. Fuller about the

 9    status of his properties and your concerns?

10    A.    Yes.

11          MR. GUTCHESS:  Objection.

12    BY MR. KUEHNE:

13    Q.    What did you discuss with him?

14          MR. GUTCHESS:  Objection.  Vague as to timeframe.

15          THE COURT:  Rephrase the question to establish the

16    timeframe.

17    BY MR. KUEHNE:

18    Q.    During your time as city manager, did you discuss with

19    Bill Fuller your concerns about the status of his properties?

20    A.    Yes.

21    Q.    And so that would have been the timeframe when you got

22    appointed in February, '20 to the present time?

23    A.    Within that timeframe, yes.

24          MR. GUTCHESS:  Could we narrow the timeframe?

25
```

BY MR. KUEHNE:

Q.   Do you have a better -- did you talk to him on more than one occasion?

A.   During that time, yes.  More specifically, early last year.

Q.   Okay.  So let's focus on -- well, during that time, on multiple occasions, did you talk to him about the status of his properties during that time?

A.   No.

Q.   With regard to last year, what was your conversation?

A.   It was very straightforward.  It really involved how to ultimately bring a resolution to the concerns the city had.  He obviously he had his own concerns relative to his treatment.

     And I basically gave him the opinion that, you know, a more productive way to move forward is just comply with the code, do everything the right way.  And eventually, that would result in the sustained and sort of free operation of his businesses, and it really was not any more complicated than that conversation.

Q.   And did the city give William Fuller and his properties that opportunity?

A.   We have continued to give him that opportunity.

Q.   In the course of your discussion with Mr. Fuller, did you receive any pushback from him?

A.   No.

```
1   Q.   And did you receive any explanation of why the properties
2   had had all these problems for all these years?
3              MR. GUTCHESS:  Objection to misstating the evidence.
4              THE COURT:  Overruled.
5              THE WITNESS:  We didn't get into the details of what
6   had occurred at each property in particular.  It was
7   generalized in nature, and more along the lines of an
8   understanding that there were issues.  And that the only way to
9   ultimately resolve everything that had occurred was compliance,
10  right?  And a consistent effort to be compliant and, you know,
11  unfortunately that hasn't transpired.
12  BY MR. KUEHNE:
13  Q.   In the time you were city manager, you are city manager,
14  did any of the enforcement issues that you've described
15  involving Bill Fuller and his properties have anything to do
16  with Commissioner Carollo?
17  A.   No.
18  Q.   Did you make any decisions or authorize your staff to make
19  any decisions because of directives or orders from Mr. -- from
20  Commissioner Carollo?
21  A.   No.
22  Q.   Is that any part of your decision-making that you've
23  described here?
24  A.   No.
25  Q.   And are you aware whether any of your senior
```

```
 1   subordinates -- strike that.

 2        Is it important to you as part of your duties and

 3   responsibilities to understand the decision-making process of

 4   your senior subordinates, your department heads?

 5   A.   Yes.

 6   Q.   And do you understand any of them in Code or Building or

 7   Unsafe Structures to have made decisions because of orders by

 8   Commissioner Carollo?

 9            MR. GUTCHESS:   Objection.   Lack of foundation.   Lack

10   of personal knowledge.

11            THE COURT:   Sustained.   Rephrase the question.

12   BY MR. KUEHNE:

13   Q.   You described the relationship previously that you've

14   authorized between commissioners and their staff and your

15   employees, particularly your senior staffers, right?

16   A.   Yes.

17   Q.   Will you be made aware as part of your duties and

18   responsibilities as manager of any communications wherein

19   Commissioner Carollo was directing them to do anything?

20   Ordering them to do anything?

21   A.   No.

22   Q.   Would you become aware of that if such was done?

23   A.   Yes.

24   Q.   And did you become aware of any such?

25   A.   No.
```

1   Q.   With regard to your relationship with Commissioner

2   Carollo, are you intimidated by him?

3   A.   No.

4   Q.   Are you aware of any of your senior staff members to be

5   intimidated by him?

6   A.   Not that I'm aware.

7   Q.   Are you aware of any of the subordinate members of your

8   administration to be intimidated by Commissioner Carollo?

9   A.   No.

10  Q.   Are any of the decisions that you or your staff have made

11  regarding any of the plaintiffs' properties impacted by

12  directives from Commissioner Carollo?

13  A.   No.

14  Q.   Let me ask you about a couple other properties.  Are you

15  familiar with a property that has generally been described as

16  Taquerias?

17  A.   Yes.

18  Q.   What do you understand that property to be?

19  A.   That's a loaded question.

20  Q.   What's the property?

21  A.   It's a two-story building.  It has a --

22  Q.   Restaurant?

23  A.   -- Mexican restaurant on the ground floor and what can

24  only be described as a nightclub on top.

25  Q.   And did that property, Taquerias, come to your attention

```
 1   for potential code or building issues?
 2   A.   Yes.
 3   Q.   And as manager, is it important for you to know what those
 4   issues are?
 5   A.   Yes.
 6   Q.   And were those issues brought to your attention?
 7   A.   They were.
 8   Q.   And did you participate in any City of Miami actions
 9   pertaining to that property, Taquerias?
10   A.   Yes.
11   Q.   What is that?
12   A.   Discussions with staff.
13   Q.   Let me stop you.  First, this is during your tenure as
14   city manager, right?
15   A.   Yes.
16   Q.   Okay.  So can you explain?
17   A.   Discussions directly with staff with regards to the
18   buildout, more particularly on the second floor and the lack of
19   permits in the system for that buildout, and the review of the
20   permit history there.
21        And eventually, subsequently the upstairs itself, and a
22   review of the buildout and a determination that 98 percent of
23   that work had been done without a permit.
24   Q.   And was that property, Taquerias, part of your discussion
25   with Bill Fuller about coming into compliance?
```

1   A.   Not specifically.

2   Q.   Okay.  And did the city under your leadership make any

3   effort to help bring that property into compliance?

4   A.   Well, through the permit process, we certainly have made

5   every effort.  Meetings with all of the various disciplines,

6   plans, all of the professional staff architects, engineers,

7   plans review, the normal process we would do with anybody else.

8   Q.   So is that consistent with what you do with other property

9   owners who have code and building violations?

10  A.   Yes.

11  Q.   Did you treat the Fuller properties that we've described

12  any differently than you would treat other business properties?

13  A.   No.

14  Q.   Now, did you -- did you determine that the second floor --

15  did you make any determinations, you, through your staff,

16  regarding the status of operations on the second floor of

17  Taquerias?

18  A.   Yes, staff did.

19  Q.   Do you refer to that as Los Altos?

20  A.   Yes.

21  Q.   Okay.  And what's your understanding of the concerns that

22  city -- the city had regarding Los Altos, the upper floor?

23          MR. GUTCHESS:  Objection.  Calls for hearsay.

24          THE COURT:  Sustained unless he has personal

25  knowledge.

**BY MR. KUEHNE:**

Q.   As part of your duties and responsibilities as city

manager, did you become aware of the status of the Los Altos,

the second floor property?

A.   Yes.

     MR. GUTCHESS:  Still calls for hearsay, unless he can

explain how he became aware.

     THE COURT:  He can ask him the question.  Overruled.

**BY MR. KUEHNE:**

Q.   Did you involve yourself in identifying the problems

associated with Los Altos?

A.   I involved myself in direct discussion with staff who are

responsible for identifying the problems.

Q.   Did you review material that is part of the official

records of the City of Miami under your ultimate control

pertaining to Los Altos?

A.   Yes.

Q.   Are you required as city manager to review and rely on

official city documents to inform you about exercising your

duties as responsibilities?

A.   Yes.

Q.   Did the situation involving Los Altos impact your

execution of duties and responsibilities as city manager?

A.   No.

Q.   Did you review with your senior staff the concerns the

```
 1   city had regarding Los Altos, the second floor?
 2   A.   Yes.
 3   Q.   And with regard to those concerns, did you authorize or
 4   approve actions by your city staff?
 5   A.   I wasn't even required to authorize city staff.  They had
 6   an obligation to do their job.
 7   Q.   And what did you understand their obligation to be as city
 8   manager?
 9   A.   To ensure that the upstairs called Los Altos, that the
10   work done there had met Code, and by Code, I mean all of the
11   various building trades as well as Fire.
12   Q.   Did you identify of your personal knowledge as city
13   manager whether the issues affecting Los Altos involved health
14   safety issues?
15   A.   Staff identified that, yes.
16   Q.   And did you determine that that identification was
17   consistent with your management of the City of Miami?
18   A.   Yes.
19   Q.   And was any of the concerns that you've identified
20   regarding Los Altos directed by orders from Commissioner
21   Carollo?
22   A.   No.
23   Q.   Were you aware of other properties owned by the plaintiffs
24   in your role as city manager that had Code, Building or
25   Structure issues?
```

1   A.   Yes.

2   Q.   Do you include the Tower Hotel among -- the Tower Hotel

3   complex among those concerns?

4   A.   Yes.

5   Q.   And as part of your duties and responsibilities as city

6   manager, is it important for you to understand Code, Building,

7   or safety concerns regarding commercial properties in the city?

8   A.   Yes.

9   Q.   And was the Tower Hotel one of the matters brought to your

10   attention?

11   A.   Yes.

12   Q.   And as city manager, did you determine whether there were

13   health/safety concerns involving the Tower Hotel?

14   A.   I didn't determine that directly.  My staff did.

15   Q.   And did you review with your staff what those concerns

16   were as part of your duties and responsibilities as city

17   manager?

18   A.   I did.

19   Q.   And is that something you do for all life safety matters

20   involving your senior staff?

21   A.   Yes.

22   Q.   Did you segregate out or select the plaintiffs' properties

23   to review and discuss with your city staff?

24   A.   No.

25   Q.   Were they treated the same as other property owners?

```
 1    A.   Yes.
 2              THE COURT:  Also we will be concluding in one minute,
 3    Mr. Kuehne.  You may go ahead, sir.
 4              MR. KUEHNE:  Yes, sir.
 5    BY MR. KUEHNE:
 6    Q.   And with regard to the Tower Hotel, do you have any
 7    understanding as city manager whether the city made efforts to
 8    help bring the properties into compliance?
 9    A.   As in everyday normal function, yes, they're all the
10    various city departments that would have been relevant to that
11    particular project and site have been more than accommodating
12    in terms of compliance.
13    Q.   And did compliance efforts extend over an extended period
14    of time as you were city manager?
15    A.   Yes.
16    Q.   And do you know what the status is at the present time?
17    A.   I don't.
18    Q.   Okay.  And when matters involve litigation involving the
19    City of Miami, do you have an understanding of those litigation
20    matters?
21    A.   Yes.
22              THE COURT:  Let's stop right there.  Ladies and
23    gentlemen, we're going to be in recess as I told you until the
24    30th which is after Memorial Day.
25              Again, we're near.  We're near.  Definitely coming to
```

```
 1    the end.  I know it's been a long trial and I want to ask that
 2    throughout the process while you're out, please do not read the
 3    newspaper, do not watch the news, or search the Internet,
 4    anything else along that line.
 5              Please keep my instruction.  We appreciate your
 6    patience and time throughout this process, as well, and I ask
 7    that, again, we will see you then on Tuesday, May 30th.  They
 8    can start early, even at 8:30 a.m. if that's amenable to
 9    everyone so we can wrap this up as soon as possible.
10              Again, I want to thank you for your time and Happy
11    Memorial Day to you all, as well.
12              A JUROR:  Same to you.
13              THE COURT:  Thank you.
14              THE COURT SECURITY OFFICER:  All rise for the jury.
15              (Thereupon, the jury exited the courtroom.)
16              MR. GUTCHESS:  Your Honor?
17              THE COURT:  Yes.
18              MR. GUTCHESS:  May we have the standard instruction
19    that the witness is not to speak to anyone including
20    Mr. Carollo's attorneys, including any attorneys from the city,
21    city staff attorneys, Buchanon Ingersoll attorneys, or anyone
22    else about his testimony?
23              THE COURT:  Mr. Noriega, did you hear that?  You're
24    still under oath during this process.  Do not have any
25    communication related to this case.
```

```
 1              THE WITNESS:  I'm not.
 2              THE COURT:  You understand that.  Thank you, as well.
 3    Also, I want to -- everyone can be seated, please.
 4              In terms of the jury instructions and closing
 5    arguments, you will have a long break.  The Court will allow
 6    the hour and 45 minutes for closing arguments for this case
 7    here.  I believe it's more than sufficient to summarize.
 8    You've got a whole almost ten days, eight days.
 9              I want to be clear.  When it comes to closing
10    arguments because throughout this trial, unfortunately, I feel
11    compelled to say that we want to have everyone have closing
12    arguments how it should be.  It should be a summation of the
13    evidence, not what one thinks it is.  Do not violate any golden
14    rules.  I'm sure you're aware what the golden rules are.
15              Do not make any disparaging remarks regarding the
16    plaintiffs or the defendant, or even the plaintiffs' counsel or
17    defense counsel.
18              And, of course, if this Court finds that the rules
19    have been broken, I will address it at sidebar and you will
20    have to tell this jury, thank them for their time, and you ask
21    them to rely on the evidence and there will be deemed a waiver
22    of your ability to move toward.
23              We're not going to have multiple objections.  I think
24    it's disrespectful and disruptive.  If either side is objecting
25    to a summation, what the evidence has shown, so we're not going
```

1   to engage in any type of violation of the rules.

2          If there's any doubt how to proceed with respect to

3   closing arguments, I have a plethora of case law and materials

4   of what is appropriate or not, but if you want to send me your

5   proposed closing argument under seal, I can read it and tell

6   you whether it's acceptable or not.

7          I'm going to trust you to do the right thing as well,

8   so you can have a closing argument as you should.

9          So with that said, enjoy your Memorial Day.

10         MR. GUTCHESS:  Your Honor, one request that I

11  discussed with counsel, but since -- I would like leave of

12  Court to have Ms. Caprio participate in the closing argument.

13  I will do a portion of it and she will do a portion of it.

14         THE COURT:  Rebuttal, she's going to do?

15         MR. GUTCHESS:  We haven't decided yet.

16         THE COURT:  I don't care how you split your time up.

17  You have an hour and 45 minutes.  You want to go an hour, 45

18  minutes, doesn't mean you have to use all of it.  I'm just

19  giving you that.  Sometimes you don't have to use all of it,

20  but if you want to, that's the time I'm allowing for this case.

21         Yes, Mr. Kuehne.

22         MR. KUEHNE:  Two things.  We do plan as I think Your

23  Honor would want us to do to make sure that any exhibits,

24  charts, et cetera, are looked at by both sides so we don't have

25  that objection.

 1             The second question is Your Honor's view of blowing up

 2    transcript portions.  Do we have authorization during closing

 3    to blow up transcript portions of the trial testimony?  It's

 4    been shown to a few witnesses, but that may be useful during

 5    closing arguments.

 6             THE COURT:  I have no objection to that.

 7             MR. GUTCHESS:  We plan to do that, as well.

 8             THE COURT:  All right.

 9             MR. KUEHNE:  And then --

10             THE COURT:  As long as it's testimony that was not

11    sustained, you're not going to introduce it.

12             MR. GUTCHESS:  Right.

13             MR. KUEHNE:  And then, Judge, I wanted to let you

14    know to the extent that it matters, we did reach out and we

15    are -- we're certain we are not going to be calling Dennis

16    Uriarte.

17             THE COURT:  Give me a moment, please.  He's

18    withdrawn?

19             MR. KUEHNE:  And we also are not going to call Rene

20    Diaz, Unsafe Structures.

21             THE COURT:  All right.

22             MR. KUEHNE:  Similar to the others, we're still

23    evaluating.  We'll make the determination, and we'll notify

24    plaintiffs' counsel.

25             THE COURT:  It will be either Daniel Sierra and also

```
 1    Jose Suarez?

 2              MR. KUEHNE:  Yes, Judge.

 3              MR. PERTNOY:  And Commissioner Carollo.

 4              MR. KUEHNE:  Commissioner Carollo.

 5              THE COURT:  What about Will Ortiz?

 6              MR. KUEHNE:  No, Your Honor.  I thought we had said

 7    we were not.

 8              THE COURT:  Maybe I missed that.  That is withdrawn.

 9              MR. KUEHNE:  Jose Suarez and Will Ortiz were sort of

10    interchangeable, I think we've decided.

11              THE COURT:  Again, it will be Mr. Jose Suarez who is

12    going to testify, correct?

13              MR. KUEHNE:  No, Judge.  We're going to release Jose

14    Suarez.

15              THE COURT:  And Will Ortiz will not be testifying?

16              MR. PERTNOY:  We were going to evaluate.

17              THE COURT:  Because I have a question mark.

18              MR. KUEHNE:  That's what we meant between Suarez and

19    Ortiz.  Only one is going to testify.  We may have neither of

20    them testify.  We're trying to figure that out, sort of the

21    same thing as the Uriarte/Sierra, that we wouldn't use both.

22              THE COURT:  So who is not testifying are Rene Diaz

23    and Dennis Uriarte.  You may call Daniel Sierra, correct?

24              MR. KUEHNE:  Correct.

25              THE COURT:  And you will call either Jose Suarez or
```

```
 1    Will Ortiz, correct?

 2              MR. KUEHNE:  Correct.

 3              THE COURT:  Got it.  Thank you.

 4              MR. KUEHNE:  Thank you, Your Honor.

 5              THE COURT SECURITY OFFICER:  All rise.

 6         (Thereupon, this proceeding was adjourned at 5:51 p.m.)

 7                         -  -  -

 8                   C-E-R-T-I-F-I-C-A-T-E

 9         I hereby certify that the foregoing is an accurate

10    transcription of the proceedings in the above-entitled matter.

11

12    AUGUST 7, 2023        /s/:/Ellen A. Rassie_____
                            ELLEN A. RASSIE, RMR-CRR
13                          Official Court Reporter
                            To the Honorable Rodney Smith
14                          299 East Broward Blvd., Room 202B
                            Fort Lauderdale, Florida  33301
15                          (954)769-5448

16

17

18

19

20

21

22

23

24

25
```

**A JUROR: [2]** 24/17
299/12
**ALL JURORS: [1]**
24/22
**MR. GUTCHESS:**
**[60]** 223/11 223/13
230/1 232/19 232/25
233/12 234/9 234/13
234/18 236/24 237/8
237/12 238/8 246/8
246/14 248/23 249/5
249/8 249/14 249/20
249/22 250/2 255/20
255/22 258/10 259/1
259/3 260/7 260/14
260/21 261/2 261/8
261/13 261/19 262/12
264/5 268/14 273/11
280/25 281/8 285/5
286/6 286/15 287/6
287/12 287/14 287/20
288/11 288/14 288/24
290/3 291/9 294/23
295/6 299/16 299/18
301/10 301/15 302/7
302/12
**MR. KUEHNE: [42]**
4/21 204/7 204/10
204/13 204/16 204/24
218/7 219/13 238/5
238/9 249/25 251/9
253/8 254/20 259/15
262/15 269/3 269/18
269/23 270/4 270/13
270/21 271/1 271/6
271/13 271/15 272/1
298/4 301/22 302/9
302/13 302/19 302/22
303/2 303/4 303/6
303/9 303/13 303/18
303/24 304/2 304/4
**MR. PERTNOY:**
**[226]** 4/11 6/22 7/1
24/25 32/21 37/14
37/17 39/11 40/14
43/20 46/25 60/1 62/4
64/14 64/21 65/11
73/23 75/17 76/10
78/12 79/20 80/1
85/13 93/21 93/25
94/12 95/12 97/8
97/14 98/3 100/7
100/9 100/12 100/18
104/21 105/15 106/8
107/12 109/20 114/8
116/22 118/8 118/12
118/20 118/25 119/4
119/7 121/15 121/17
121/19 127/20 129/5
129/7 129/25 131/13

131/15 132/3 132/14
132/22 133/6 133/8
133/18 133/20 133/25
134/20 134/22 136/8
136/10 136/16 136/18
136/25 137/2 137/11
137/15 137/17 137/20
139/4 139/7 139/9
139/20 139/22 140/14
140/25 141/2 141/8
141/10 141/18 141/20
142/10 142/12 142/22
142/24 143/8 143/10
144/4 144/6 144/12
144/14 145/3 145/6
145/24 147/1 147/3
147/8 148/10 148/25
149/2 150/2 151/5
151/7 151/23 151/25
152/18 152/21 153/2
154/4 154/13 155/20
155/25 156/2 156/13
157/4 157/6 158/4
159/1 160/3 160/9
160/19 161/2 161/10
161/12 161/18 161/20
162/14 162/17 163/18
164/15 164/17 164/23
164/25 165/23 165/25
166/8 166/10 167/11
167/13 168/9 168/11
168/21 168/23 169/5
169/7 169/16 169/18
170/7 170/9 170/25
171/2 171/7 171/14
171/16 172/4 172/6
173/7 173/18 173/23
173/25 174/24 175/21
175/23 176/3 176/25
177/2 177/20 177/22
178/22 179/17 179/19
180/9 181/1 181/14
181/16 183/17 183/24
184/13 184/15 184/24
185/1 185/6 185/8
186/3 186/6 186/13
187/3 187/7 187/9
188/25 189/2 189/14
189/16 189/22 190/9
190/13 190/19 190/21
191/10 191/13 192/14
192/25 193/2 193/8
193/19 193/21 196/20
197/11 198/10 199/21
200/8 200/20 201/6
202/3 203/1 203/18
269/15 303/3 303/16
**MR. ROTHMAN: [9]**
5/1 5/3 7/15 16/8
20/6 20/9 20/16 21/1
24/3
**MR. STOLOW: [17]**

4/18 5/8 5/11 5/14
5/23 6/2 6/5 6/7 6/10
6/13 6/17 7/4 7/6
7/10 7/12 16/17 21/18
**MR. SUAR: [1]** 129/8
**MS. CAPRIO: [1]** 4/8
**MS. SUAREZ: [272]**
24/10 25/22 26/8
26/25 27/6 27/17 28/3
28/5 28/13 28/21 29/5
29/15 29/21 30/5
30/14 30/23 31/12
31/17 31/23 32/11
32/17 33/2 33/8 34/3
34/11 35/8 35/10
35/14 35/19 36/9
36/13 36/20 37/5
37/16 38/12 38/21
39/19 40/5 40/7 40/10
41/6 42/20 43/15
44/10 45/7 45/11
45/16 45/23 46/1
46/11 48/14 49/10
50/4 50/13 51/20 52/5
52/23 53/4 53/17 54/6
55/15 56/10 57/19
58/8 59/6 59/12 59/18
59/24 60/13 60/20
61/5 61/15 62/1 62/12
63/1 63/23 64/10
64/18 66/12 66/21
67/10 67/21 68/20
69/14 69/20 70/15
71/7 71/12 72/2 72/17
73/2 73/10 77/13
77/24 79/22 81/5
81/19 81/24 82/5 84/1
84/10 84/15 85/2 85/7
88/9 88/19 89/17 90/4
90/15 91/6 91/12
91/18 92/4 92/11 93/3
93/10 93/19 93/24
95/4 95/9 95/14 95/21
96/1 96/20 99/5
100/16 101/14 101/23
102/2 102/5 103/19
103/25 104/16 104/25
105/12 106/7 106/22
107/2 107/5 107/9
108/25 109/9 109/17
110/17 110/24 111/10
112/2 112/4 112/12
113/12 113/18 113/24
114/5 114/15 114/20
114/25 115/23 116/4
116/9 120/15 120/23
121/12 122/6 122/11
122/17 122/22 123/18
123/24 124/8 124/17
124/25 125/8 125/18
125/23 126/4 126/9
126/14 126/21 127/3

127/10 127/15 127/25
128/8 128/13 128/21
129/2 133/1 137/9
137/12 137/14 137/16
137/21 139/2 139/6
139/8 140/12 140/15
143/1 144/19 144/22
145/22 146/2 147/5
147/7 147/11 148/6
148/9 148/13 149/25
152/24 153/1 153/3
153/24 154/1 154/3
154/5 156/22 157/9
158/20 158/23 159/4
160/7 161/1 161/3
162/12 162/16 162/18
163/17 163/20 166/21
172/9 172/13 173/4
174/20 175/2 177/24
178/3 178/12 178/20
178/24 179/2 180/24
181/3 183/15 184/2
185/3 185/12 186/11
186/15 187/1 187/4
187/10 189/6 190/2
191/18 193/17 194/19
195/10 195/19 196/6
197/6 197/18 198/15
199/3 199/12 199/18
200/6 201/3 201/16
201/22 202/13 203/15
**THE COURT**
**SECURITY**
**OFFICER: [12]** 18/12
24/12 75/23 76/4
117/3 118/15 203/24
204/19 269/7 271/22
299/14 304/5
**THE COURT: [535]**
**THE COURTROOM**
**DEPUTY: [4]** 4/5 5/5
5/22 24/9
**THE WITNESS:**
**[141]** 24/7 27/3 27/7
27/10 27/14 27/20
28/24 29/16 29/23
30/16 30/25 32/19
32/23 34/5 34/14 35/9
36/15 38/14 39/22
40/12 42/23 43/17
45/9 46/13 49/12
51/23 52/7 52/25 54/9
55/17 59/14 60/6
60/22 63/3 64/15
66/24 69/1 69/22
71/16 72/5 73/4 73/13
77/14 77/16 78/1 82/7
84/5 85/10 88/21 90/6
91/8 91/14 92/6 92/13
93/12 95/11 101/18
101/25 104/19 107/1
107/11 109/3 111/2

116/12 120/19 122/20
122/25 123/2 123/4
124/19 125/2 125/25
128/3 128/16 128/23
132/16 132/24 134/2
134/25 136/20 141/13
141/23 142/15 143/12
144/8 144/17 145/4
145/8 151/9 152/3
152/19 154/15 156/15
157/12 158/21 160/5
160/21 164/19 165/2
166/3 167/15 168/13
171/9 171/18 172/11
174/2 176/5 177/5
178/1 180/11 181/18
186/4 187/12 189/4
189/8 189/18 190/10
190/23 191/11 193/10
194/21 195/12 196/7
197/9 197/21 202/15
203/17 205/3 230/2
230/4 231/18 233/13
233/21 234/20 255/25
259/4 261/4 261/22
273/14 290/5 300/1

**$**

**$250 [1]** 57/9
**$262.50 [1]** 182/18
**$3,456 [1]** 263/3
**$5,000 [4]** 9/12 12/2
14/7 18/19
**$500 [1]** 262/25

**,**

**'16 [3]** 110/5 110/15
110/21
**'17 [5]** 109/23 110/5
110/15 110/22 110/22
**'18 [6]** 47/15 109/12
109/15 109/23 110/22
111/4
**'19 [2]** 109/15 111/4
**'20 [2]** 205/20
288/22
**'22 [1]** 153/16

**/**

**/s:/Ellen [1]** 304/12

**0**

**001 [1]** 83/7
**005503-001 [1]**
83/7
**0884 [1]** 262/23

**1**

**10 [1]** 179/11
**10,000 [1]** 175/16
**100 [5]** 1/19 3/16
73/23 175/15 175/15

**1**

**101 [1]** 198/11
**105 [1]** 3/17
**107 [1]** 3/8
**11 [3]** 5/19 94/12
198/25
**111 [4]** 3/16 100/12
100/13 100/17
**119 [1]** 3/17
**11:00 [1]** 56/1
**11:05 [1]** 75/21
**11th [2]** 139/18
140/2
**12 [2]** 95/20 276/21
**13 [4]** 20/9 119/19
120/6 242/20
**137 [1]** 3/8
**1380 [3]** 28/8 29/9
53/10
**13th [1]** 203/4
**14 [5]** 157/14 157/23
221/23 222/2 222/19
**1400 [1]** 2/3
**1428 [1]** 110/15
**1450 [1]** 158/18
**146 [3]** 3/9 47/1
152/24
**147 [1]** 3/9
**148 [1]** 3/10
**14th [1]** 156/17
**15 [18]** 3/9 11/9
18/11 75/20 75/25
118/8 147/5 147/10
193/18 193/20 196/15
196/20 203/22 219/22
220/3 220/10 242/20
269/4
**150 [2]** 3/18 156/22
**1512 [1]** 158/18
**1513 [2]** 158/9
166/20
**1521 [4]** 96/4 96/14
96/19 102/18
**153 [1]** 160/8
**1530 [1]** 158/18
**154 [1]** 3/10
**159 [1]** 3/11
**161 [1]** 3/11
**162 [1]** 3/12
**163 [1]** 3/12
**1637 [1]** 257/15
**167 [3]** 3/18 149/25
150/6
**169 [1]** 1/16
**17 [3]** 1/5 4/1 118/1
**17/18 [1]** 111/3
**173 [1]** 3/13
**175 [1]** 3/13
**179 [1]** 3/14
**17th [1]** 186/9
**18 [4]** 13/13 111/3

167/7 167/9
**18-CV-24190 [1]**
1/2
**18-CV-24910 [1]**
4/6
**180 [3]** 103/11
103/24 121/23
**181 [1]** 3/14
**186 [1]** 3/15
**18th [2]** 120/11
121/4
**19 [2]** 66/1 110/11
**1999 [1]** 206/25
**1:18 [1]** 116/25
**1st [1]** 275/10

**2**

**20 [9]** 13/15 16/24
154/22 207/3 207/8
211/8 247/13 247/24
248/6
**200 [1]** 1/21
**201 [1]** 1/13
**2015 [5]** 111/18
112/8 114/11 130/7
130/9
**2016 [8]** 94/7 94/10
108/17 109/6 109/22
119/24 122/15 262/24
**2016/2017 [1]**
110/8
**2016017191 [1]**
120/1
**2017 [13]** 27/24
28/11 28/20 108/17
108/18 109/6 109/12
109/23 110/8 110/10
150/11 264/22 264/23
**2017/2018 [1]**
110/11
**2018 [34]** 41/5
41/11 41/23 44/6
44/14 44/21 45/5
47/12 47/18 51/15
55/20 55/22 108/18
108/18 110/11 137/5
138/2 138/22 148/20
149/22 151/4 151/21
152/5 155/17 168/19
187/23 188/15 192/7
254/14 254/23 255/9
262/6 262/6 262/25
**2018/19 [1]** 110/11
**201879 [1]** 11/24
**2019 [22]** 62/7 77/5
77/8 77/10 81/13 82/4
82/16 83/3 83/10
86/17 86/22 108/10
108/19 156/17 157/14
157/23 159/20 161/17
164/2 192/13 192/17
201/1

**2019005428 [1]**
83/3
**2020 [14]** 69/25
69/25 81/15 82/16
86/25 171/23 175/6
186/9 186/25 207/5
207/9 207/11 223/5
264/24
**2021 [16]** 74/21
86/1 86/7 86/10 86/18
87/5 105/6 172/1
179/11 180/18 181/11
188/19 188/24 191/8
192/20 238/15
**2022 [19]** 44/21
45/3 45/5 45/10 45/14
45/21 46/5 94/15
95/20 102/12 105/19
107/8 119/23 119/24
120/2 120/11 121/4
122/15 198/25
**2023 [4]** 1/5 4/1
118/1 304/12
**202B [1]** 304/14
**205 [5]** 3/8 107/12
107/13 107/14 107/18
**21 [4]** 1/8 54/19
85/25 121/2
**2121 [1]** 1/13
**22 [1]** 211/8
**2202 [1]** 44/19
**221009158 [1]**
182/17
**23 [1]** 175/6
**239 [4]** 3/13 172/13
173/9 178/3
**23rd [1]** 174/10
**24 [6]** 55/10 86/7
86/10 86/13 155/9
207/11
**24-hour [1]** 55/23
**24190 [1]** 1/2
**246 [4]** 238/5 238/6
238/11 238/12
**24910 [1]** 4/6
**24th [1]** 87/5
**25 [5]** 47/18 144/20
154/22 251/9 251/14
**26 [1]** 74/21
**27 [1]** 159/20
**27th [1]** 159/14
**28 [2]** 83/3 94/12
**29 [1]** 86/1
**299 [1]** 304/14
**29th [3]** 148/20
149/22 269/14
**2nd [2]** 1/13 1/19

**3**

**30 [19]** 3/17 12/2
12/3 23/3 23/12 42/24
44/7 47/18 68/16

83/11 83/21 93/21
94/1 95/12 118/25
119/4 119/8 154/22
269/10
**300 [1]** 165/19
**303 [2]** 218/8 218/13
**30th [4]** 269/15
269/17 298/24 299/7
**31 [1]** 206/6
**3105 [1]** 1/19
**33127 [1]** 1/13
**33131 [3]** 1/17 1/19
1/22
**33156 [1]** 2/4
**33301 [1]** 304/14
**36-4 [4]** 55/8 55/22
55/23 58/4
**36-5 [3]** 55/23 55/24
58/3
**37 [4]** 39/11 46/25
152/24 198/10
**37th [1]** 275/12

**4**

**4,000 [1]** 215/25
**4,500 [1]** 214/18
**4,600 [1]** 214/18
**4-10-19 [1]** 66/1
**403 [1]** 189/22
**405 [1]** 249/25
**4100 [1]** 1/21
**412 [1]** 97/17
**42 [1]** 42/5
**421 [2]** 254/20
255/15
**425 [1]** 5/17
**439 [1]** 119/13
**448 [1]** 259/16
**45 [3]** 300/6 301/17
301/17
**49 [1]** 42/12
**4th [1]** 119/14

**5**

**5,428 [2]** 77/8 77/22
**5,428th [1]** 77/10
**5,432 square [1]**
175/18
**50 [1]** 242/21
**500 [2]** 1/16 175/13
**516 [1]** 80/22
**521 [4]** 81/11 158/19
165/25 166/20
**531 [2]** 87/19 89/5
**5428 [6]** 78/4 79/5
79/9 80/14 84/19 86/4
**543 [4]** 3/10 148/7
148/12 197/12
**5448 [1]** 304/15
**587 [1]** 65/12
**595 [3]** 3/10 153/24
154/7

**5:00 p.m [1]** 269/6
**5:51 [1]** 304/6
**5th [1]** 162/3

**6**

**60 [3]** 103/7 103/23
242/21
**601 [3]** 187/2 187/4
187/25
**608 [1]** 249/25
**631 [4]** 3/7 78/12
79/20 80/3
**632 [1]** 37/14
**635 [4]** 3/14 180/24
181/5 203/1
**636 [4]** 3/14 178/13
178/24 179/1
**637 [3]** 3/13 174/20
175/4
**644 [1]** 64/21
**645 [2]** 75/17 76/11
**646 [1]** 62/7
**647 [1]** 253/8
**66 [1]** 199/23
**660 [4]** 3/11 158/24
159/6 200/8
**661 [3]** 3/11 160/15
161/5
**662 [3]** 3/12 162/12
162/19
**663 [5]** 3/12 163/17
163/18 163/22 200/20
**674 [1]** 183/15
**675 [1]** 184/2
**683 [4]** 137/9 139/2
139/6 139/7
**693 [5]** 3/8 137/12
137/15 137/23 194/10
**6:30 [1]** 164/6

**7**

**701 [3]** 3/9 145/23
146/4
**704 [1]** 189/6
**705 [1]** 185/3
**717 [1]** 257/19
**732 [3]** 3/15 186/11
186/17
**769-5448 [1]** 304/15
**77.1 [3]** 22/2 22/18
22/19
**7:00 [1]** 56/1
**7th [2]** 257/19
275/10

**8**

**80 [1]** 3/7
**813 [1]** 86/5
**814 [1]** 85/14
**816 [1]** 80/23
**817 [1]** 80/6
**859 [1]** 82/18

**8**

**89 [5]** 3/17 104/21
104/22 104/23 105/3
**8:30 [1]** 299/8
**8th [12]** 75/14 81/11
96/4 96/19 102/19
140/8 141/24 142/4
142/5 158/9 257/15
275/10

**9**

**90 [12]** 3/17 19/7
19/22 23/8 23/14
103/10 103/24 104/22
104/23 105/3 105/15
122/2
**9150 [1]** 2/3
**954 [1]** 304/15
**98 percent [1]**
293/22
**99 [1]** 99/8

**A**

**a.m [2]** 56/1 299/8
**abbreviated [1]**
284/13
**abeyance [1]** 19/3
21/5
**abilities [1]** 68/13
**ability [6]** 68/8
68/17 149/16 221/15
279/14 300/22
**able [9]** 69/3 127/8
149/8 185/10 197/22
198/6 224/3 246/23
252/25
**about [126]** 7/7 7/17
7/17 9/9 9/17 10/7
10/9 12/8 14/11 14/21
14/21 15/15 16/3
23/18 24/20 31/4
41/22 45/2 49/25
53/12 53/15 55/13
56/7 69/24 76/20 80/6
83/23 97/10 97/24
98/7 111/20 112/25
117/2 134/22 135/22
136/7 136/23 137/7
138/24 140/2 142/2
142/12 143/17 143/18
143/19 143/20 144/10
145/1 146/25 147/20
148/2 150/15 152/7
152/10 158/19 160/21
162/10 163/13 167/6
168/2 168/4 168/19
168/24 170/6 170/12
170/15 170/18 172/2
177/24 179/12 179/16
185/10 185/21 187/14
188/4 188/11 189/25
194/10 194/23 195/9

195/14 202/11 203/2
205/21 206/13 211/8
216/5 216/17 217/3
217/5 224/24 225/1
226/8 227/2 228/9
228/24 229/4 231/25
232/22 232/23 237/2
240/9 244/6 256/16
257/23 260/15 264/22
266/10 267/17 269/9
269/10 269/19 271/7
276/20 277/17 278/16
279/1 285/10 288/8
288/19 289/7 292/14
293/25 295/19 299/22
303/5
**above [5]** 83/16
83/20 177/3 222/1
304/10
**above-entitled [1]**
304/10
**absolutely [5]** 20/23
148/4 215/10 242/25
244/25
**absorb [1]** 214/7
**absurd [1]** 50/10
**abundance [1]** 4/21
**ACA [1]** 162/23
**accept [3]** 19/2 19/5
20/15
**acceptable [1]** 301/6
**accepting [1]** 265/25
**access [2]** 51/5
100/24
**acclimated [1]**
235/24
**acclimation [1]**
220/23
**accommodating [1]**
298/11
**accompanied [1]**
235/25
**accordance [1]**
278/5
**according [4]** 101/16
197/2 238/6 259/4
**account [1]** 24/20
**accountable [1]**
15/7
**accounted [4]** 76/7
118/18 204/22 271/25
**accrue [1]** 123/17
**accurate [7]** 52/1
256/8 256/9 260/6
260/13 260/19 304/9
**accurately [1]** 41/21
**Ace [4]** 225/23
225/24 226/1 226/12
**Acevedo [17]** 227/11
227/12 229/3 229/8
229/21 230/12 232/1
232/16 235/4 238/7

238/22 246/2 249/2
249/11 249/18 250/2
250/4
**Acevedo's [1]**
235/11
**acquire [2]** 40/21
127/8
**acronym [2]** 214/2
227/23
**across [4]** 110/23
112/15 243/17 285/22
**act [2]** 267/4 274/9
**acting [5]** 63/16 66/2
107/24 188/21 267/6
**action [7]** 84/19
159/24 226/23 241/6
258/8 264/2 264/9
**actions [12]** 15/8
21/19 91/11 91/17
113/16 116/17 128/25
131/19 281/17 281/18
293/8 296/4
**activities [4]** 205/15
209/18 236/12 260/20
**activity [7]** 208/14
235/6 235/12 236/4
245/22 263/20 286/20
**actual [7]** 161/21
214/15 241/11 241/24
243/19 266/16 266/25
**actually [16]** 46/7
63/14 99/18 104/22
106/17 144/10 174/22
188/9 188/14 189/25
196/21 232/2 235/16
250/7 252/25 262/19
**ad [1]** 159/24
**add [1]** 51/6
**addition [7]** 8/4
68/17 212/20 212/22
263/4 266/5 275/21
**additional [4]** 228/1
269/19 271/4 282/2
**address [17]** 4/24
20/11 22/8 37/21
37/23 37/25 38/1 97/3
149/13 256/2 256/11
256/11 257/17 257/21
272/3 287/5 300/19
**addressed [2]** 221/4
240/2
**Adele [8]** 107/22
174/17 177/11 182/4
187/14 225/14 225/15
225/15
**adhere [1]** 215/20
**adhered [4]** 11/25
68/2 103/23 245/6
**adjacent [2]** 147/22
197/1
**adjourned [1]** 304/6
**adjudicated [1]**

60/18
**administration [12]**
89/7 91/11 205/15
207/4 208/13 208/25
211/4 213/15 218/23
273/6 282/4 292/8
**Administration's [1]**
58/15
**administrations [1]**
284/20
**administrative [29]**
9/7 11/15 11/24 22/19
23/9 25/9 81/4 81/12
81/18 81/23 82/13
86/18 87/8 87/22 90/9
90/24 211/1 213/23
215/25 219/8 220/12
220/15 221/7 222/15
222/21 224/8 245/4
259/21 272/24
**administrator [4]**
69/8 146/22 208/5
284/3
**admissible [1]** 98/15
**admission [2]** 22/2
57/17
**admit [20]** 79/20
80/1 95/12 100/13
107/13 107/14 119/4
137/21 146/2 154/5
161/3 162/18 163/20
168/2 173/4 174/23
178/20 181/3 186/15
191/18
**admitted [10]** 8/1
31/11 140/13 147/9
148/11 150/5 159/3
173/8 175/1 183/16
**admonishment [2]**
15/12 15/13
**advance [2]** 138/20
240/17 241/8
**advice [1]** 210/16
**advise [2]** 19/8
191/22
**advised [2]** 23/10
118/12
**advising [1]** 84/19
**advocacy [1]** 8/14
**affected [2]** 89/15
253/4
**affecting [1]** 296/13
**affidavit [2]** 85/20
85/22
**affirmative [2]**
98/17 98/23
**affordable [2]** 206/9
206/9
**after [53]** 6/8 15/13
30/25 31/4 31/5 32/2
33/1 33/7 33/12 33/18
33/20 33/22 33/24

35/17 35/17 35/23
41/25 43/23 44/7 48/9
52/14 55/13 57/16
61/12 67/25 71/3
80/25 83/1 84/18
86/20 87/8 87/9 87/21
88/3 103/10 105/19
116/23 133/11 153/16
159/15 160/16 161/7
163/12 178/2 188/21
204/5 204/8 204/12
206/4 229/5 233/21
274/21 298/24
**afternoon [8]** 22/15
83/2 118/1 118/22
129/13 129/14 175/10
205/8
**again [52]** 10/4 14/6
17/11 17/21 18/8
19/17 19/22 19/24
20/19 21/5 21/6 22/21
23/5 23/13 23/17 27/9
45/3 51/16 57/25
75/21 80/14 87/2
88/25 93/24 99/2
100/6 102/3 109/15
113/2 134/25 151/19
167/2 178/23 179/8
180/3 180/4 180/6
180/14 188/23 190/7
192/21 192/24 206/24
257/19 260/14 261/13
271/15 286/6 298/25
299/7 299/10 303/11
**against [2]** 16/22
157/19
**age [1]** 13/13
**agencies [3]** 239/20
239/21 247/18
**agency [4]** 206/20
247/21 250/11 250/21
**agenda [1]** 275/21
**agendas [1]** 138/19
**agent [1]** 48/5
**ago [8]** 47/3 47/19
66/8 66/20 74/7 87/15
206/6 240/9
**agree [5]** 12/17
18/21 19/21 106/17
283/24
**agreed [1]** 73/5
**agreement [20]**
23/7 97/22 98/5 98/6
98/9 102/12 102/15
103/8 103/13 103/18
105/6 105/8 105/18
106/5 106/11 106/14
106/16 106/19 106/20
107/8
**agreements [11]**
97/10 97/15 98/12
104/20 125/12 215/18

**A**

**agreements... [5]**
217/10 217/12 217/21
217/24 218/3
**agrees [1]** 103/2
**ahead [8]** 27/19
46/12 73/12 87/21
116/10 237/13 248/25
298/3
**Ahmed [1]** 163/4
**al [1]** 4/5
**Alborna [2]** 188/22
225/8
**Alex [1]** 135/4
**alfresco [1]** 36/15
**all [200]** 4/14 5/9
5/13 6/3 7/8 7/13
8/17 9/2 10/14 11/6
16/22 17/6 17/18 18/4
18/12 19/25 20/10
20/10 20/15 21/3
21/21 23/2 23/16
23/22 24/12 24/14
26/2 34/19 37/1 41/8
42/12 45/1 45/25 49/8
51/6 51/10 59/1 59/20
61/7 62/2 62/20 62/22
63/20 66/10 66/14
68/15 70/4 70/8 74/9
74/15 75/21 75/23
76/2 76/4 76/6 76/7
77/11 77/22 78/18
80/5 80/17 81/14
82/16 83/13 87/1 89/8
90/6 91/1 91/1 91/2
93/20 94/24 95/6
95/17 97/6 97/24
98/11 98/13 98/13
100/4 100/6 102/23
103/6 103/9 103/10
106/4 107/16 108/23
108/23 109/25 111/2
111/8 111/8 111/13
116/7 116/24 117/3
118/5 118/10 118/14
118/15 118/17 120/8
121/17 128/10 138/8
138/18 138/19 141/24
142/4 142/16 142/25
145/13 145/14 147/9
150/25 151/19 154/18
159/17 159/21 160/13
161/14 163/10 165/7
165/16 166/12 172/10
175/10 178/8 182/9
185/10 187/17 202/20
202/21 203/21 203/22
203/22 203/24 204/18
204/19 204/21 205/1
205/12 205/12 206/20

208/12 208/12 210/11
212/5 212/8 215/16
215/18 215/22 217/6
217/10 219/6 228/7
228/14 228/16 228/20
228/22 229/8 232/14
241/2 244/18 251/11
260/6 263/10 264/24
269/7 269/14 269/22
271/14 271/18 271/22
271/24 271/25 272/9
274/23 275/15 276/13
282/4 282/14 290/2
290/2 294/5 294/6
296/10 297/19 298/9
299/11 299/14 301/18
301/19 302/8 302/21
304/5
**alleyway [7]** 36/4
36/12 38/10 38/10
38/11 38/18 54/3
**allow [6]** 55/9 99/3
156/11 221/5 241/13
300/5
**allowed [14]** 25/15
54/20 56/5 69/5 99/13
152/11 191/8 191/24
245/8 245/9 252/13
258/2 259/13 282/3
**allowing [3]** 24/3
254/5 301/20
**allows [3]** 71/22
272/15 272/21
**almost [10]** 72/23
187/13 206/25 247/7
247/19 248/7 248/12
275/15 277/7 300/8
**alone [3]** 10/23
17/10 21/6
**along [11]** 48/25
197/5 274/15 274/15
274/17 274/21 275/7
275/7 275/10 290/7
299/4
**alongs [21]** 239/21
272/3 272/3 272/9
272/9 272/25 272/25
273/4 273/4 273/9
273/9 273/24 273/24
274/3 274/3 274/8
274/9 274/23 274/24
275/2 275/3
**already [17]** 8/1
16/4 37/15 37/15
39/11 69/4 73/24
75/18 77/8 93/21
150/12 156/23 187/2
188/12 189/22 207/17
246/8
**also [49]** 7/24 22/22
24/18 27/3 29/4 33/8
61/6 65/25 71/5 73/17

87/12 90/2 90/14 98/8
98/16 104/22 110/24
116/13 124/22 125/4
127/2 136/22 148/23
149/10 153/11 165/18
167/18 173/11 183/12
194/23 196/14 200/12
202/2 202/5 212/22
215/20 219/18 221/3
225/17 233/14 244/2
247/22 269/9 272/18
278/19 298/2 300/3
302/19 302/25
**Altos [13]** 75/10
181/12 190/24 294/19
294/22 295/3 295/11
295/16 295/22 296/1
296/9 296/13 296/20
**always [2]** 13/18
29/1
**am [21]** 12/14 17/13
21/18 22/2 22/20
23/20 26/5 39/16
42/14 55/1 75/11 78/5
96/6 104/4 135/10
138/15 138/17 205/10
208/10 272/5 278/11
**Amanda [3]** 1/12 4/9
137/15
**Amber [2]** 2/3 4/12
**amenable [1]** 299/8
**amend [1]** 58/16
**amended [1]** 270/19
**America [1]** 14/11
**among [5]** 130/19
231/9 287/10 297/2
297/3
**amount [6]** 29/24
70/12 123/13 211/6
269/19 270/18
**angry [3]** 49/21 52/4
52/8
**Anne [1]** 1/11
**annual [1]** 132/2
**another [30]** 13/7
15/20 33/19 40/14
54/21 55/13 59/2 59/4
68/18 71/4 75/9 86/20
96/16 97/14 97/21
105/11 119/23 160/9
168/25 181/21 181/21
199/23 203/2 224/14
224/15 257/16 257/21
266/21 268/24 268/25
**answer [47]** 30/15
32/18 43/16 52/24
54/7 59/13 60/5 60/21
66/23 68/25 69/21
71/14 73/3 73/11 82/6
84/4 85/9 110/25
116/10 122/18 128/14
136/19 141/12 151/17

156/14 160/4 160/20
166/2 171/8 174/1
176/4 177/25 178/11
184/18 190/11 190/22
193/9 195/11 231/21
233/18 233/19 234/19
255/24 261/3 261/21
261/21 270/17
**answered [11]**
57/19 77/24 81/19
113/24 116/4 128/8
128/21 129/2 132/14
133/8 152/1
**anticipate [2]**
203/20 270/4
**any [237]** 6/3 7/8
8/11 10/1 11/18 11/19
11/21 11/21 11/22
11/22 14/4 19/3 19/4
19/10 19/24 19/25
20/15 21/5 23/5 24/20
26/21 27/18 28/2 34/8
43/9 51/11 52/3 52/22
53/2 53/7 53/10 53/16
54/5 55/9 58/13 63/13
68/4 68/16 68/18
69/12 69/18 71/16
71/17 79/21 87/18
90/24 90/25 91/4
91/21 91/24 91/25
92/2 93/8 95/13 99/1
99/6 101/22 104/24
113/16 114/3 114/13
114/18 115/17 116/21
117/1 128/7 129/23
131/18 137/19 147/7
148/2 148/9 149/12
150/1 154/3 158/2
158/6 158/24 160/8
161/1 168/14 173/6
175/16 178/20 180/21
186/12 188/5 194/11
194/11 196/18 207/16
209/18 210/20 211/7
211/20 212/20 215/10
220/4 220/10 221/3
222/9 222/11 222/13
222/19 222/22 222/23
223/5 223/6 223/9
224/6 224/7 226/19
226/22 226/24 227/3
229/24 231/22 233/4
233/10 234/2 234/5
234/8 234/12 234/16
235/3 235/6 237/2
237/6 237/11 237/15
237/23 239/14 239/19
239/25 241/10 242/8
242/15 242/18 242/23
243/1 243/9 243/11
243/16 243/17 243/17
243/23 244/20 244/23

245/24 246/12 247/2
247/19 248/3 249/3
250/20 250/21 250/22
253/24 254/10 256/7
256/13 258/3 258/17
260/22 261/23 263/22
264/1 264/2 264/3
264/8 264/9 264/17
267/20 267/23 268/3
268/4 268/8 268/12
268/13 268/17 269/10
270/5 273/8 274/23
275/2 275/4 276/6
276/7 277/14 277/22
278/13 278/20 278/22
279/23 281/17 281/18
281/20 281/21 282/24
283/4 283/10 284/5
284/17 284/24 285/25
286/7 286/20 287/25
288/2 289/18 289/24
290/1 290/14 290/18
290/19 290/22 290/25
291/6 291/18 291/24
292/4 292/7 292/10
292/11 293/8 294/2
294/12 294/15 296/19
298/6 299/20 299/24
300/13 300/15 301/1
301/2 301/23
**anybody [6]** 52/22
91/10 91/16 224/7
226/20 294/7
**anyone [7]** 15/18
15/25 21/11 75/22
116/25 299/19 299/21
**anything [33]** 7/15
10/9 15/15 19/10 40/8
46/20 51/9 51/11 52/8
63/12 79/18 87/16
87/18 92/3 92/20
99/13 112/25 113/8
154/22 162/15 163/18
175/20 181/1 181/2
186/13 194/17 197/4
275/9 287/1 290/15
291/19 291/20 299/4
**anything's [1]** 51/11
**anywhere [5]** 14/10
116/13 242/20 266/16
276/7
**apartment [2]** 56/3
104/6
**apartments [1]**
104/7
**apologize [1]** 262/9
**apparatus [1]**
209/23
**Apparently [2]**
140/18 269/12
**appeal [21]** 34/9
34/14 34/17 34/19

**A**

appeal... **[17]** 35/13 35/17 35/18 35/23 44/8 56/22 56/25 57/7 57/15 57/16 59/3 68/13 68/16 69/8 69/9 71/6 71/19

appealed **[2]** 70/19 88/5

appealing **[1]** 59/10

appeals **[6]** 57/12 60/8 68/17 69/12 71/20 87/15

appear **[3]** 80/11 80/13 154/10

appearance **[1]** 22/16

appearances **[3]** 1/10 2/1 4/7

appellate **[4]** 12/19 34/20 35/7 243/22

applicable **[3]** 245/4 251/20 253/16

applicant **[1]** 175/10

application **[19]** 37/21 38/4 70/18 72/7 150/8 251/6 252/4 252/5 252/9 252/15 254/22 255/2 255/6 255/8 256/8 257/12 258/23 259/8 279/3

applications **[2]** 69/12 194/11

applied **[4]** 148/21 149/7 279/10 280/15

applies **[2]** 215/21 220/20

apply **[3]** 245/3 245/11 274/16

applying **[2]** 69/2 285/20

appoint **[5]** 219/7 225/5 225/20 226/20 227/8

appointed **[7]** 10/13 205/19 220/22 228/11 232/3 235/16 288/22

appointing **[1]** 227/4

appointment **[4]** 205/21 222/15 235/12 235/13

appointments **[2]** 222/11 250/18

appreciate **[2]** 246/1 299/5

approach **[3]** 9/17 32/21 73/9

approached **[1]** 206/25

appropriate **[8]** 8/6 14/2 16/3 22/7 22/8

37/12 266/7 301/4

approval **[7]** 197/23 197/24 216/13 216/24 217/23 250/17 252/10

Approvals **[1]** 69/2

approve **[3]** 70/4 250/22 296/4

approved **[8]** 102/16 205/23 217/25 252/23 253/22 258/3 259/8 259/14

approves **[2]** 250/19 250/20

approximately **[1]** 175/18

April **[2]** 81/15 83/10

aqua **[1]** 140/21

Arafet **[1]** 163/4

architect **[1]** 83/5

architects **[2]** 89/4 294/6

are **[214]** 5/2 5/13 6/3 11/5 11/5 12/1 12/23 14/15 14/18 14/18 16/12 17/11 17/11 17/16 17/20 17/20 18/4 18/10 20/21 22/25 23/6 25/4 26/3 26/13 26/20 28/25 30/2 30/8 36/12 39/15 40/1 40/1 42/13 44/23 46/9 51/8 54/21 54/24 55/22 56/14 56/17 56/19 57/5 58/12 64/24 68/8 68/13 68/16 69/2 69/12 73/19 74/2 74/15 75/9 75/19 76/6 77/22 78/18 80/12 83/9 83/11 85/17 88/14 92/8 96/4 96/7 96/18 96/18 97/6 97/9 97/14 98/14 98/15 98/25 99/23 101/10 102/15 104/3 108/16 108/19 109/3 111/8 111/25 112/23 115/10 118/17 118/22 125/12 125/14 125/21 125/22 126/2 130/17 131/21 135/7 135/16 138/11 138/13 142/4 153/2 157/19 169/22 170/20 173/21 174/6 174/12 184/22 185/9 187/16 190/24 191/3 191/14 192/17 195/12 196/1 198/21 198/22 201/15 201/20 202/21 203/10 204/21 205/11 205/14 209/12 211/9 211/19 211/21 212/6 212/16

213/9 216/11 216/11 217/6 217/10 217/11 217/13 223/9 228/1 230/18 233/6 233/17 238/17 238/18 239/23 240/3 240/14 240/15 241/8 241/9 241/10 241/13 241/18 242/2 242/8 242/11 243/4 245/2 245/4 250/20 251/20 251/21 253/1 253/1 253/14 255/2 258/20 259/18 260/11 260/12 261/6 261/11 261/17 262/4 263/19 267/18 269/4 270/2 270/6 271/17 271/20 271/24 272/4 272/14 273/4 276/9 277/17 278/6 278/6 278/22 279/10 279/10 279/13 279/20 285/11 285/17 285/21 287/2 290/13 290/25 292/2 292/4 292/7 292/10 292/14 293/4 295/12 295/18 300/14 301/24 302/15 302/15 302/19 303/22

area **[30]** 36/24 37/10 48/25 49/1 66/3 74/22 154/15 154/16 175/14 175/15 175/16 175/17 175/18 176/12 235/7 245/24 254/15 259/7 259/11 266/2 266/2 268/9 268/13 274/25 275/7 275/7 275/9 275/11 276/2 277/9

areas **[12]** 11/18 11/21 170/6 170/9 170/21 245/4 245/11 245/14 247/20 253/25 254/2 254/5

aren't **[1]** 69/4

argue **[1]** 98/24

argument **[3]** 301/5 301/8 301/12

Argumentative **[2]** 132/22 186/6

arguments **[7]** 13/22 300/5 300/6 300/10 300/12 301/3 302/5

arise **[1]** 278/14

arisen **[2]** 276/2 280/5

arises **[1]** 274/14

arose **[1]** 181/11

around **[11]** 15/11 15/17 17/3 41/12 49/13 54/4 94/7 180/19 181/11 235/23

241/14

arrange **[2]** 283/7 283/10

arrested **[2]** 49/23 189/20

arrival **[1]** 47/20

arrived **[2]** 48/20 111/22

art **[19]** 47/22 152/17 153/7 153/9 155/13 155/15 174/17 174/18 177/15 199/2 199/8 204/25 227/11 227/12 229/3 229/8 229/21 230/12 238/21

Arteaga **[1]** 24/11

artfully **[1]** 197/15

Arthur **[2]** 205/3 205/6

Article **[2]** 175/11 253/11

Arts **[4]** 96/5 96/8 98/8 100/13

artwork **[4]** 46/14 47/22 153/8 155/10

as **[429]**

Asael **[2]** 225/24 225/25

ASAP **[1]** 40/20

ascertain **[1]** 168/3

aside **[3]** 58/22 60/24 62/22

ask **[46]** 5/20 7/3 11/6 17/23 28/5 40/10 40/14 41/19 44/8 45/19 46/1 91/19 109/18 125/9 142/14 143/3 151/19 168/24 185/10 195/21 207/20 208/17 210/24 218/7 221/22 225/1 227/2 228/4 231/25 232/22 234/14 244/6 247/9 251/10 251/13 262/17 262/19 267/17 269/18 277/17 287/10 292/14 295/8 299/1 299/6 300/20

asked **[36]** 7/16 9/16 20/11 57/19 77/24 81/19 100/4 113/24 116/4 128/8 128/21 129/2 132/14 133/3 133/8 143/17 144/2 145/8 145/11 147/23 152/1 159/16 162/23 163/5 163/6 166/10 168/19 172/21 179/23 179/25 180/3 183/9 183/12 196/19 270/10 271/7

asking **[22]** 14/23

20/16 45/17 83/9 131/21 139/22 140/8 152/6 156/3 157/6 157/9 169/18 175/23 177/17 177/18 180/5 191/13 196/11 199/24 216/16 248/24 271/3

asks **[2]** 141/10 233/21

aspect **[2]** 207/17 208/14

aspects **[2]** 213/7 275/10

assessed **[1]** 285/24

assessing **[1]** 10/22

assessment **[4]** 272/13 272/18 284/5 284/8

assigned **[4]** 128/18 211/20 235/22 266/8

assignments **[2]** 240/11 240/14

assigns **[1]** 240/15

assist **[5]** 73/1 88/23 115/6 172/21 214/21

assistant **[13]** 130/5 130/9 130/12 130/17 182/4 193/22 211/9 211/12 211/18 211/23 212/5 212/11 237/23

assisted **[1]** 73/5

assists **[1]** 146/20

associate **[2]** 6/20 6/21

associated **[4]** 22/19 74/6 77/22 295/11

associates **[1]** 6/10

Assumes **[6]** 35/19 50/4 56/10 85/2 104/16 161/12

assuming **[2]** 263/5 271/8

assured **[1]** 19/7

at **[204]** 5/14 9/11 10/13 10/22 13/19 13/24 14/4 16/22 19/3 19/25 22/7 23/6 27/18 27/22 31/7 31/21 33/25 34/14 34/23 38/9 38/9 41/19 43/6 43/14 44/25 44/25 45/6 47/7 48/11 48/20 49/16 49/21 51/10 52/7 52/8 53/13 53/13 53/16 53/20 54/5 55/4 55/9 56/22 59/1 59/4 62/17 63/6 63/13 64/6 64/15 65/17 65/20 66/8 66/18 66/19 67/5 67/20 70/8 70/11 70/19 71/7 74/3 74/7 74/9 74/10 74/11

**A**

at... [138] 74/12
74/19 75/20 76/11
77/2 77/8 78/6 78/13
79/2 82/15 83/9 85/14
86/10 86/11 87/4 88/1
94/8 94/9 95/15 96/4
96/14 96/21 96/23
98/20 99/7 101/5
103/1 104/21 107/23
108/3 109/6 109/22
110/14 112/16 113/5
117/1 120/14 120/17
123/13 127/18 130/16
130/23 131/4 138/22
139/15 139/17 140/5
140/10 145/14 146/24
148/17 149/25 150/21
152/24 153/2 153/21
157/14 159/8 159/24
160/15 163/1 164/6
164/10 166/6 166/20
171/9 172/16 174/16
176/9 177/6 177/9
178/16 179/8 180/3
180/4 180/6 180/14
184/6 185/22 185/23
187/21 188/20 193/3
198/3 199/7 199/25
206/25 209/16 213/1
213/10 219/20 220/21
223/5 224/6 232/5
232/10 232/10 232/24
233/3 233/3 233/10
233/10 236/6 236/11
237/6 239/23 239/24
240/19 242/20 246/18
247/3 247/21 251/13
251/14 253/11 255/9
257/14 258/3 258/15
258/24 260/12 260/25
263/20 264/1 264/9
265/8 269/5 276/21
277/11 283/24 285/15
288/6 290/6 298/16
299/8 300/19 301/24
304/6

**attached [2]** 65/8
108/16

**attachment [1]**
238/15

**attempted [4]** 72/24
73/1 87/12 200/15

**attempting [4]**
54/18 54/19 88/17
237/7

**attend [12]** 21/24
42/3 43/4 61/22 81/1
120/12 163/5 200/23
240/4 246/23 246/25
247/12

**attendance [2]**
240/20 274/20

**attended [5]** 42/10
163/11 240/5 240/8
247/7

**attention [15]** 4/15
5/16 224/11 254/13
274/10 274/11 277/23
278/6 279/23 284/10
285/11 287/13 292/25
293/6 297/10

**attorney [51]** 5/14
12/13 15/18 16/23
17/2 21/21 22/4 22/23
33/14 60/3 61/11
62/15 78/22 82/3
82/23 90/2 90/11
90/13 90/18 91/3
91/22 93/7 94/9
113/22 114/10 115/10
124/12 126/18 128/19
129/15 130/5 130/9
130/12 130/17 134/4
135/8 145/12 156/18
157/13 159/24 180/16
187/13 189/12 209/24
210/2 210/5 210/8
210/11 210/15 210/20
224/16

**Attorney's [10]**
91/16 108/1 108/3
111/17 112/17 133/23
173/21 202/9 210/19
215/9

**attorneys [12]** 21/23
22/11 78/11 96/21
135/15 173/17 174/3
190/4 299/20 299/20
299/21 299/21

**atypical [1]** 243/6

**audible [3]** 55/9
55/23 56/1

**audit [12]** 192/13
192/17 192/19 259/24
261/6 261/11 261/12
261/17 262/2 263/11
278/21 282/17

**audited [1]** 283/8

**auditor [1]** 222/25

**audits [5]** 262/7
263/1 263/15 263/16
281/25

**AUGUST [1]** 304/12

**authorities [1]** 259/9

**authority [31]** 134/6
136/2 206/12 206/17
206/18 206/19 207/1
209/1 210/1 214/24
215/2 215/4 215/24
216/6 218/12 219/25
220/3 220/4 220/9
223/3 225/18 229/12

247/10 250/9 252/3
252/5 255/4 255/6
258/17 263/12 268/4

**authorization [5]**
251/22 251/23 255/12
266/24 302/2

**authorize [6]** 220/4
272/24 281/17 290/18
296/3 296/5

**authorized [15]**
223/2 253/2 253/5
253/22 254/2 257/1
257/24 258/2 258/15
258/21 258/24 260/2
264/3 266/25 291/14

**authorizing [2]**
252/21 253/25

**availability [2]**
271/16 276/15

**available [7]** 62/23
251/2 251/4 253/19
263/8 271/9 271/17

**availed [1]** 175/10

**Avenue [4]** 1/13
119/14 257/19 275/13

**average [3]** 242/18
262/20 262/22

**avoidance [1]**
254/10

**aware [39]** 22/2
23/20 24/10 36/12
56/14 56/17 69/12
78/5 104/19 125/12
125/14 126/2 138/23
156/9 156/11 160/1
160/15 188/23 192/17
223/9 260/11 261/17
261/20 267/3 271/5
278/14 283/16 287/2
290/25 291/17 291/22
291/24 292/4 292/6
292/7 295/3 295/7
296/23 300/14

**axles [4]** 148/24
149/8 149/15 197/17

**AXS [1]** 1/10

**Azucar [2]** 142/9
142/13

**B**

**back [43]** 25/7 28/1
32/20 33/14 40/21
45/3 46/25 64/7 65/4
65/17 71/4 73/14
74/24 75/1 76/2 76/11
81/14 82/17 86/22
100/7 106/4 113/21
115/18 120/2 148/16
159/1 162/14 169/10
174/24 177/18 184/15
187/25 188/4 202/8
202/11 202/16 206/13

206/24 207/1 221/17
238/14 250/8 252/10

**Backtrack [1]**
187/25

**bad [2]** 16/14 17/11

**Ball [57]** 54/22 54/24
55/2 56/7 56/9 56/14
56/23 57/22 58/22
58/23 59/16 60/12
60/17 60/24 60/25
61/4 61/11 61/19
62/11 62/17 63/14
63/17 63/22 64/5 64/6
69/11 69/18 72/1
72/15 72/22 74/3
74/22 75/14 87/14
96/16 142/5 142/16
158/15 161/8 186/22
255/16 256/1 277/18
277/23 278/16 279/23
280/2 280/8 280/23
281/13 281/21 282/13
283/25 285/1 286/4
287/10 287/18

**band [3]** 65/5 65/9
65/17

**bar [17]** 10/8 55/5
55/5 55/5 64/8 64/17
66/3 66/4 66/7 66/24
66/25 67/6 67/7 74/22
183/22 191/7 277/21

**bare [1]** 14/8

**Bargaining [4]**
217/11 217/21 217/24
218/3

**barlingtongroup.co
m [2]** 256/13 256/16

**Barnaby [2]** 135/13
145/17

**Barny [1]** 135/14

**Base [1]** 114/2

**based [49]** 9/1 12/4
15/5 19/12 19/19 21/7
21/12 23/11 36/18
39/4 45/24 46/17
48/17 48/18 49/9
51/17 62/10 63/20
64/15 67/7 70/11 81/3
81/9 82/2 86/9 86/11
88/1 101/25 102/2
104/19 107/7 114/2
124/6 125/16 126/18
127/7 179/8 190/17
198/13 199/10 200/22
245/13 245/21 260/18
262/25 281/3 281/18
285/5 286/15

**basically [7]** 59/5
218/22 235/22 243/16
263/19 282/1 289/14

**basis [14]** 101/1
127/1 135/17 135/20

135/21 210/1 213/7
223/18 224/19 264/12
265/8 274/7 275/25
276/14

**bat [4]** 13/8 13/9
15/20 15/20

**bay [2]** 96/16 96/17

**bays [1]** 142/17

**BB [4]** 77/18 83/7
119/16 120/1

**be [230]** 6/13 7/16
8/6 8/8 8/11 9/5 11/2
11/20 11/23 11/25
12/10 12/16 14/3
14/23 15/7 16/21 17/9
17/12 18/11 18/14
18/18 18/19 19/11
19/24 19/25 19/25
20/6 21/6 21/14 24/8
24/10 24/10 24/15
28/10 32/5 34/2 34/21
37/12 38/17 42/2
42/23 43/12 43/19
44/2 44/3 44/23 45/4
46/19 47/16 48/7
54/18 55/5 55/25
57/17 63/21 64/17
64/17 65/7 68/2 69/3
69/5 72/10 73/15
73/21 75/16 75/25
77/16 79/7 83/16 84/9
86/25 87/4 88/15
89/24 89/25 94/7
94/19 95/2 96/25 97/7
98/16 103/2 103/6
103/9 103/11 106/18
108/12 110/11 115/8
116/23 116/25 118/8
118/13 118/18 120/5
120/6 122/2 123/17
125/2 125/15 132/20
134/9 138/12 146/11
146/14 146/22 147/21
147/22 147/22 149/8
149/10 149/21 150/23
151/22 152/3 154/10
163/6 166/24 172/1
175/14 177/17 180/8
180/13 182/19 183/7
185/10 187/15 188/8
191/6 191/7 191/22
194/4 194/10 196/25
197/22 197/24 198/1
198/6 198/25 200/3
202/22 203/21 203/25
204/6 204/14 204/22
204/22 212/4 213/9
213/10 213/11 214/2
219/8 221/4 221/5
221/12 221/13 221/20
222/18 223/21 224/3
225/5 225/20 227/17

**B**

**be... [66]** 229/18 230/22 235/5 236/5 236/19 240/1 243/6 245/5 245/22 247/14 247/18 247/19 247/21 252/25 255/25 256/8 256/9 256/25 259/7 260/1 263/21 263/21 263/22 264/24 266/8 269/2 269/16 269/17 269/19 270/1 270/14 270/18 271/4 271/9 271/11 271/20 272/14 272/20 274/17 274/20 276/4 277/8 277/20 282/3 282/19 283/16 285/24 290/10 291/17 292/4 292/8 292/18 292/24 296/7 298/2 298/23 300/3 300/9 300/12 300/12 300/21 302/4 302/15 302/25 303/11 303/15

**Beach [1]** 12/12
**Beatstik [10]** 92/8 93/8 93/15 95/24 97/15 97/16 98/4 100/7 119/1 119/13
**became [18]** 27/24 93/17 104/19 113/4 113/6 113/7 223/6 225/9 226/1 227/3 227/13 235/5 264/23 267/3 267/17 273/16 280/1 295/7
**because [77]** 7/6 7/25 8/7 8/17 9/10 10/1 10/12 10/21 12/17 13/5 13/16 14/9 14/24 15/19 15/24 16/4 16/10 16/21 18/4 19/10 19/24 21/8 21/12 23/17 23/19 25/13 43/25 46/15 51/4 54/17 57/16 58/3 58/12 60/8 62/19 63/17 78/5 87/3 89/15 94/9 99/9 99/13 99/18 106/15 113/7 132/16 133/3 147/21 160/10 169/14 170/20 171/21 173/1 180/15 188/21 189/13 197/1 213/15 220/21 240/2 244/2 245/2 262/21 266/19 266/23 268/13 271/7 276/6 280/15 283/19 284/3 286/24 287/5 290/19 291/7 300/10 303/17

**become [11]** 81/17 112/17 113/9 113/11 113/15 113/22 114/11 278/7 291/22 291/24 295/3
**becoming [2]** 247/5 247/7
**been [110]** 7/6 8/12 8/17 9/16 10/11 13/7 13/7 14/16 14/22 14/23 15/1 15/11 22/6 25/13 28/11 52/7 60/11 63/19 63/24 70/12 72/11 77/8 84/7 86/3 88/17 88/23 89/3 92/15 97/2 97/11 97/11 103/10 107/8 112/8 112/24 112/25 122/5 124/3 124/7 124/12 124/15 124/23 127/7 128/3 129/3 137/5 144/17 149/6 159/25 163/10 179/16 187/22 189/22 203/13 205/17 206/6 209/11 210/13 221/6 223/6 226/14 227/12 230/22 232/23 240/6 240/25 241/14 242/14 242/16 242/23 244/9 245/12 247/25 248/6 254/21 258/14 259/14 262/6 262/8 266/17 266/18 268/21 268/21 268/23 268/23 273/19 274/19 275/3 276/8 277/14 277/23 278/1 279/17 280/15 281/5 281/6 283/20 284/1 284/2 284/9 285/1 287/4 288/21 292/15 293/23 298/10 298/11 299/1 300/19 302/4
**before [57]** 1/8 4/16 10/2 10/16 10/20 12/24 13/7 13/13 13/23 15/1 15/6 15/18 15/19 18/23 18/25 19/6 19/24 20/18 28/12 28/16 30/25 31/2 31/3 32/20 49/8 49/20 49/22 50/19 51/16 60/7 63/7 63/15 63/15 79/18 80/8 80/13 82/24 83/22 93/22 97/2 99/2 100/23 105/5 143/15 152/11 155/10 168/6 178/2 203/19 207/4 232/2 232/2 235/4 235/21 236/17 280/19 280/23

**beforehand [2]** 29/1 226/4
**began [3]** 68/1 83/5 228/15
**beginning [4]** 20/10 39/22 85/14 94/22
**behalf [6]** 4/9 4/13 43/14 61/22 105/22 132/12
**behavior [2]** 17/15 266/11
**behind [4]** 23/23 26/15 154/16 262/24
**being [33]** 12/12 34/25 35/5 36/5 54/5 63/18 65/21 66/7 67/17 74/14 86/19 87/3 89/10 100/3 101/3 106/5 106/14 108/6 112/9 130/16 151/10 162/8 162/22 166/10 168/19 168/20 177/22 185/21 214/23 216/12 244/10 249/11 279/6
**believe [23]** 6/14 12/9 14/25 15/23 17/22 17/22 20/24 29/3 37/15 62/6 93/21 97/19 97/22 134/16 137/14 140/13 158/2 158/6 180/13 183/16 190/17 254/1 300/7
**belong [2]** 141/16 158/17
**below [5]** 14/20 83/23 159/10 176/16 181/1
**belt [1]** 14/20
**Ben [1]** 4/12
**bench [1]** 96/23
**Benedict [1]** 1/18
**benefits [2]** 131/25 228/2
**Bernat [2]** 66/2 107/25
**besides [1]** 237/22
**best [4]** 6/17 17/23 18/18 23/17
**Betancourt [1]** 145/17
**better [5]** 9/15 22/6 178/11 241/3 289/2
**between [3]** 8/16 36/5 44/21 56/1 56/6 77/16 89/1 110/21 125/15 137/5 202/8 209/8 212/23 218/22 220/11 220/18 226/11 226/14 227/16 242/20 280/22 291/14 303/18
**beyond [22]** 9/6

10/12 10/19 14/11 15/24 16/12 20/22 23/19 23/21 47/14 142/24 144/6 145/6 145/24 156/2 157/6 162/15 166/1 172/6 181/16 186/13 193/2
**big [2]** 141/24 209/17
**bigger [2]** 197/13 219/1
**bill [11]** 38/6 187/14 188/11 256/13 256/16 276/18 276/25 277/7 288/19 290/15 293/25
**Biscayne [1]** 1/21
**bit [6]** 48/23 98/18 221/1 231/22 244/2 262/10
**blatantly [1]** 12/22
**blocked [2]** 147/24 201/13
**blow [2]** 201/7 302/3
**blowing [1]** 302/1
**blurry [1]** 47/10
**Blvd [3]** 1/21 2/3 304/14
**board [27]** 10/14 31/9 31/16 31/21 32/20 64/4 68/14 68/18 69/2 69/6 71/19 79/18 80/24 81/4 85/21 88/5 110/23 113/2 116/13 123/15 125/5 125/6 209/20 243/17 250/14 250/16 264/15
**Board's [1]** 34/10
**bodies [1]** 214/12
**body [6]** 183/12 207/25 208/1 208/16 247/20 250/21
**books [1]** 10/17
**BORA [6]** 71/6 71/11 71/15 71/20 72/7 87/15
**boss [4]** 133/17 133/20 133/23 214/24
**both [13]** 43/9 113/2 113/4 206/10 209/16 211/23 239/16 271/10 279/10 286/25 288/5 301/24 303/21
**bother [1]** 56/4
**bottleneck [1]** 221/5
**bottom [11]** 38/3 47/7 74/20 80/6 82/19 138/5 144/24 172/16 178/16 184/6 257/14
**bought [1]** 5/16
**BOWEN [1]** 1/20
**boxing [1]** 14/19

**brainstorming [1]** 188/4
**breach [1]** 107/4
**breached [2]** 107/1 107/2
**break [6]** 75/19 116/23 203/20 269/2 270/5 300/5
**breakdown [2]** 108/14 108/22
**breakfast [1]** 49/18
**Brian [1]** 82/19
**brief [5]** 25/7 206/7 221/1 236/4 269/18
**briefings [2]** 275/21 275/22
**briefly [5]** 20/7 96/21 205/25 207/19 218/8
**bring [36]** 14/4 16/6 19/9 25/7 39/11 40/20 46/25 64/21 65/12 73/23 74/24 74/25 75/17 76/3 76/11 78/12 87/23 88/24 94/1 100/12 102/20 104/22 105/15 118/5 118/25 155/6 197/12 200/8 203/1 203/3 204/5 274/10 281/21 289/12 294/3 298/8
**bringing [1]** 192/1
**broad [1]** 279/5
**broken [2]** 16/19 300/19
**brought [27]** 4/15 5/18 14/16 25/13 28/25 32/15 34/9 64/3 64/7 72/22 78/6 78/8 87/3 99/10 123/12 124/20 150/12 157/20 159/17 274/9 277/23 278/6 284/10 285/11 287/13 293/6 297/9
**Broward [1]** 304/14
**BTR [12]** 148/21 149/7 167/20 168/5 181/20 181/21 182/18 182/25 183/6 183/8 183/8 192/9
**Buchanon [2]** 5/14 299/21
**budget [3]** 208/13 214/19 250/19
**Build [6]** 51/7 51/13 51/18 62/25 63/3 98/15
**building [87]** 11/19 11/22 11/23 17/6 17/7 25/10 36/7 37/3 39/23 40/1 52/16 52/19 62/20 71/16 71/17

# B

**building... [72]**
71/23 73/21 74/16
76/23 77/16 77/17
80/19 81/14 85/11
89/2 89/4 89/15 93/2
93/16 94/8 94/9 94/25
103/7 103/9 104/7
105/10 105/11 105/13
115/8 119/16 119/17
121/25 123/9 125/4
129/23 149/10 149/13
149/18 170/18 170/18
191/2 191/3 193/11
197/23 202/25 203/11
212/2 225/17 225/20
226/2 226/2 226/12
226/12 239/16 243/17
244/17 267/24 268/5
272/15 278/3 279/8
279/8 279/9 279/16
279/16 280/23 285/2
286/14 286/20 286/24
291/6 292/21 293/1
294/9 296/11 296/24
297/6
**buildings [4]** 11/18
130/24 279/19 279/20
**buildout [7]** 89/25
278/3 278/4 282/15
293/18 293/19 293/22
**built [2]** 36/12 206/9
**bus [1]** 176/14
**business [25]**
114/19 126/12 149/11
181/12 181/18 181/22
182/7 192/21 203/3
238/19 239/9 239/15
242/8 242/11 242/15
243/7 243/19 256/2
257/6 257/7 266/17
268/25 279/7 285/19
294/12
**businesses [11]**
181/19 239/12 240/3
242/19 242/22 242/23
244/3 264/3 285/23
286/2 289/18
**busy [1]** 174/6
**but [123]** 7/19 8/25
10/4 10/19 11/2 11/5
11/7 11/11 12/13
12/18 12/19 13/16
13/25 14/19 15/7 16/5
17/5 17/17 17/19 19/2
19/6 19/7 20/13
20/18 20/19 21/6 21/7
22/23 23/5 23/22
26/21 27/18 32/8
33/25 43/18 46/8
47/10 47/14 49/7 50/1

53/13 53/14 55/5 58/4
59/1 69/5 77/18 77/22
94/10 100/1 105/25
108/3 111/22 113/1
115/18 127/17 138/3
140/23 142/15 143/19
143/21 148/4 149/17
155/15 160/22 163/25
165/3 169/12 169/25
171/19 175/19 177/3
177/6 180/20 182/17
182/25 183/3 183/8
183/10 183/18 185/23
191/3 191/8 192/3
192/11 192/12 192/18
196/11 197/15 198/5
209/4 217/4 220/23
221/18 224/15 228/2
235/16 236/4 237/19
239/21 240/16 241/1
244/2 244/17 245/4
245/18 245/23 262/11
262/22 269/23 270/6
270/17 270/22 270/23
271/8 271/15 274/6
275/13 286/1 301/4
301/11 301/20 302/4

# C

**C-E-R-T-I-F-I-C-A-T-E [1]** 304/8
**C.E.O [30]** 207/2
207/6 208/11 214/23
223/17 247/12 250/25
251/17 252/3 254/4
254/14 254/18 258/2
258/5 258/9 258/14
258/24 259/7 259/12
260/11 260/18 261/11
263/15 264/1 264/9
264/12 264/17 264/25
267/3 277/13
**cakes [1]** 49/18
**calendar [2]** 103/7
103/10
**call [23]** 4/4 48/12
48/17 71/20 118/4
132/24 147/23 189/11
196/19 196/24 204/23
212/2 217/4 270/1
270/2 270/7 270/9
270/10 270/10 270/23
302/19 303/23 303/25
**Calle [33]** 26/3 26/4
26/7 26/11 26/18 28/1
36/5 38/1 39/7 42/1
48/4 48/6 52/21 53/8
54/1 54/12 54/16
139/17 140/10 140/17
140/23 141/6 141/16
142/19 150/16 254/15
268/9 268/12 268/18

274/24 275/3 275/7
277/9
**called [19]** 26/16
39/25 46/6 49/21
50/22 71/19 132/8
132/9 132/17 132/17
132/18 147/19 213/22
217/11 238/19 246/20
251/25 278/23 296/9
**calling [6]** 63/23
66/21 260/21 271/9
286/7 302/15
**calls [29]** 32/11
34/11 36/20 59/24
72/17 73/6 89/17
103/19 106/22 122/6
127/15 127/25 141/20
146/24 151/25 190/13
190/21 197/6 198/15
199/12 199/18 201/16
201/22 204/24 258/10
259/3 287/14 294/23
295/6
**came [16]** 16/23
32/19 33/14 37/11
45/4 49/21 57/24
82/14 99/12 111/19
132/16 177/23 235/21
268/4 277/11 279/23
**camera [1]** 11/20
183/13
**cameras [1]** 11/16
**camouflage [2]**
237/20 237/21
**can [348]**
**can't [15]** 14/4 14/6
14/16 17/8 38/6 43/17
53/24 58/2 87/3 97/5
115/14 146/9 148/3
191/6 191/7
**candidate [1]**
228/19
**cannot [1]** 23/7
**capacity [5]** 60/3
126/19 227/19 252/2
266/1
**capital [1]** 214/12
**Caprio [4]** 1/11 4/8
97/22 301/12
**captured [4]** 9/19
22/24 22/24 23/1
**care [4]** 11/9 223/17
258/18 301/16
**carefully [2]** 99/22
100/3
**CAROLLO [65]** 1/6
4/6 4/13 9/1 9/2 11/4
14/25 28/12 28/16
53/3 53/7 92/2 110/6
110/8 110/12 112/9
128/7 132/12 133/14
134/17 136/22 138/23

139/17 140/8 140/10
140/23 141/3 141/7
145/17 147/20 159/16
160/1 170/3 195/7
195/8 199/24 204/24
223/7 223/9 224/6
226/17 226/20 226/23
231/9 250/5 264/2
264/10 267/21 267/23
268/3 268/13 270/11
270/12 275/17 282/6
290/16 290/20 291/8
291/19 292/2 292/8
292/12 296/21 303/3
303/4
**Carollo's [10]**
132/18 137/6 138/7
140/17 145/19 146/25
147/19 194/10 194/25
299/20
**carries [1]** 8/7
**carry [1]** 136/2
**cars [6]** 252/19
252/21 252/25 257/1
258/3 258/25
**carve [1]** 245/3
**carve-outs [1]** 245/3
**case [86]** 1/2 4/6
9/25 10/7 10/25 15/17
18/1 18/18 21/10
26/24 27/3 27/4 27/4
28/25 39/23 40/12
43/8 43/11 48/8 51/7
54/1 54/3 57/2 58/2
59/7 59/19 60/14
67/22 68/4 69/15 70/5
71/8 71/13 72/3 75/21
77/6 77/10 77/19 78/4
78/5 78/7 78/8 78/10
78/21 79/3 79/7 79/9
79/14 80/14 80/15
84/18 86/2 86/2 86/4
87/13 88/10 95/16
97/7 99/1 99/8 101/10
111/21 113/17 116/25
119/25 120/3 120/19
123/12 125/7 143/2
143/15 168/17 174/13
182/17 182/19 193/3
193/4 203/17 233/6
270/16 279/13 285/17
299/25 300/6 301/3
301/20
**cases [31]** 8/15
28/25 37/1 58/4 61/21
61/21 77/9 77/22
78/18 78/23 86/25
108/16 108/21 108/23
109/4 109/7 109/12
109/22 110/15 110/22
111/8 111/8 111/13
113/5 116/17 120/4

120/9 123/10 124/19
138/18 286/24
**catastrophic [1]**
279/14
**category [1]** 274/15
**cause [1]** 243/19
**caused [2]** 18/9
21/19
**causing [1]** 6/18
**caution [1]** 4/22
**cautioned [1]** 8/13
**cautious [1]** 9/16
**CBAs [1]** 218/3
**CBS [1]** 74/21
**CC [2]** 138/7 173/12
**cc'd [1]** 181/9
**CCSG [5]** 259/18
259/18 259/20 261/7
263/4
**CE [6]** 77/2 77/5
77/18 83/3 109/3
109/7
**CE2019005428 [1]**
77/3
**Ce221 [1]** 182/17
**ceiling [3]** 74/22
74/23 74/25
**cell [1]** 147/24
**cellphones [2]** 14/5
49/13
**cellular [2]** 11/16
11/19
**cemented [1]** 48/25
**center [1]** 36/6
**centered [1]** 241/14
**certain [16]** 29/24
53/23 55/13 69/3 82/8
89/16 102/23 156/19
216/11 221/12 228/1
245/4 245/10 245/21
285/18 302/15
**certainly [11]** 21/23
177/3 184/22 208/22
209/19 227/21 245/3
264/15 266/5 280/4
294/4
**Certificate [16]**
64/16 64/17 70/14
71/22 88/2 88/4 92/21
157/16 157/16 182/6
256/22 280/2 280/5
280/8 282/9 282/12
**certify [1]** 304/9
**cetera [2]** 138/10
301/24
**chain [64]** 54/22
54/24 55/3 56/7 56/9
56/14 56/24 57/22
58/22 58/23 59/16
60/12 60/17 60/24
60/25 61/4 61/11
62/11 62/18 63/14

**C**

**chain...** **[44]** 63/17
63/22 64/5 64/6 69/11
69/19 72/1 72/15
72/22 74/3 74/22
75/15 87/14 96/16
142/5 142/16 158/15
159/10 159/22 161/9
162/25 178/16 180/7
181/7 186/22 199/24
200/12 255/16 256/1
277/18 277/23 278/16
279/23 280/2 280/9
280/23 281/13 281/21
282/13 283/25 285/1
286/4 287/10 287/19
**Chain's [1]** 61/19
**chance [5]** 179/9
180/4 233/22 256/13
269/12
**change [5]** 109/23
109/25 214/18 216/15
268/7
**changed [2]** 63/8
201/2
**changes [1]** 202/22
**character [2]** 18/24
249/19
**charge [4]** 173/14
213/15 215/6 267/18
**charged [1]** 35/4
**charges [1]** 230/18
**Charlie [1]** 10/13
**charter [29]** 134/16
155/23 156/3 156/9
156/11 207/24 207/24
208/17 209/3 209/3
209/4 210/1 210/8
215/3 215/23 216/10
218/12 218/20 219/8
219/19 219/25 221/17
223/3 224/15 224/15
229/12 230/13 231/11
244/8
**charters [1]** 209/4
**charts [1]** 301/24
**cheaper [1]** 60/9
**check [1]** 9/12
**chief [56]** 63/16
164/13 165/18 166/14
166/19 170/23 171/5
207/6 211/10 211/10
216/12 216/13 216/16
216/22 216/23 217/3
219/8 221/7 227/1
227/2 227/4 227/8
227/12 227/16 227/17
228/11 229/7 229/8
229/21 232/1 232/2
232/2 232/6 232/12
232/15 235/5 235/11

235/16 236/5 236/8
236/20 237/6 237/22
237/23 238/21 246/2
248/9 248/17 248/19
249/3 249/11 249/18
250/2 250/3 275/23
275/24
**choose [1]** 58/17
**chose [1]** 22/9
**chosen [1]** 241/8
**Chris [2]** 135/12
135/14
**Christ [1]** 10/13
**Christine [1]** 135/7
**church [3]** 258/25
259/7 259/11
**circle [1]** 188/4
**circuit [3]** 13/10
34/20 34/23
**circumstances [1]**
19/20
**circus [3]** 48/22
48/24 154/12
**citation [11]** 57/6
86/15 152/10 167/22
168/7 168/15 169/3
169/10 187/24 188/15
192/7
**citations [6]** 28/19
56/8 56/17 56/19
56/24 59/23
**cite [1]** 131/9
**cited [16]** 28/10
29/11 32/4 36/6 55/8
57/2 58/1 58/20 84/7
85/11 93/16 112/24
112/25 115/16 167/18
168/19
**cites [1]** 58/12
**citing [1]** 115/14
**city [370]**
**city's [9]** 44/4 58/20
74/14 83/6 89/2
206/19 208/13 221/9
249/3
**city-wide [8]** 209/16
239/13 243/16 244/21
244/24 245/3 245/23
251/20
**civil [2]** 215/20 242/1
**claim [1]** 97/5
**claimed [1]** 155/14
**claiming [2]** 47/21
153/7
**claims [1]** 183/5
**clarification [2]**
211/5 265/17
**clear [11]** 19/23
21/15 84/9 96/25 97/4
98/16 132/20 183/7
194/4 244/3 300/9
**clearly [2]** 187/16

281/4
**clerk [1]** 222/24
**clever [1]** 13/22
**click [1]** 101/7
**client [2]** 83/4
180/16
**clients [5]** 12/11
15/5 15/5 169/22
170/5
**close [5]** 94/7 174/12
183/4 246/2 270/18
**closed [5]** 70/8 70/9
108/20 177/17 193/7
**closer [1]** 34/1
**closing [10]** 300/4
300/6 300/9 300/11
301/3 301/5 301/8
301/12 302/2 302/5
**coast [2]** 206/10
206/10
**code [192]** 26/6 27/4
28/10 28/25 30/3
30/10 30/25 31/3 31/5
31/7 31/8 31/9 31/16
34/9 37/2 37/3 39/24
39/24 40/1 40/2 41/6
43/8 43/9 47/25 50/14
53/24 53/25 54/2
54/17 54/19 55/9
55/12 55/22 55/23
56/20 58/5 58/9 61/1
61/1 61/4 61/5 61/10
61/21 62/10 62/16
62/20 63/16 63/21
64/4 65/2 66/22 67/10
68/14 70/5 72/15
73/20 73/21 74/16
76/18 77/5 77/18 78/6
78/9 79/14 81/14
81/14 82/16 88/1
89/15 89/16 93/1 93/2
93/8 93/16 105/11
105/13 107/23 107/24
108/2 108/12 108/16
108/23 109/3 109/12
109/22 111/8 111/8
111/23 112/24 113/2
114/24 114/24 115/1
115/8 115/8 115/20
119/16 119/17 123/9
123/15 125/5 125/6
127/23 129/23 131/7
131/9 131/22 138/18
138/19 138/24 157/15
157/24 159/17 159/23
164/14 166/22 170/12
170/12 173/2 173/3
174/13 174/13 175/11
176/22 177/11 177/13
182/1 185/18 188/20
193/11 194/11 197/10
199/25 201/8 201/12

202/23 202/25 202/25
225/2 225/5 234/22
239/16 243/17 244/8
244/12 244/15 244/17
244/24 245/2 245/3
252/25 253/9 253/12
253/18 253/18 253/21
253/24 259/12 267/18
267/19 267/20 267/21
268/5 268/8 268/12
268/18 270/8 272/15
272/21 278/2 278/5
279/9 280/13 280/15
280/23 281/6 282/16
285/1 285/18 285/19
286/14 286/20 286/24
287/4 289/16 291/6
293/1 294/9 296/10
296/10 296/24 297/6
**Code's [1]** 58/16
**codes [2]** 73/22
111/13
**coffee [1]** 49/18
**COLE [1]** 2/2
**Colina [3]** 227/14
227/15 227/16
**collapsing [2]** 40/3
40/8
**colleagues [2]** 138/6
208/25
**collection [3]** 259/22
259/23 259/24
**Collective [4]** 217/11
217/20 217/23 218/3
**college [2]** 16/24
206/2
**color [1]** 140/21
**Combined [1]**
212/25
**combining [1]** 113/3
**come [39]** 4/19
11/11 11/14 12/25
13/21 14/1 16/10
16/11 31/6 37/1 46/15
60/7 71/5 75/7 113/1
115/16 115/18 116/18
123/14 123/15 131/18
135/22 202/22 205/21
207/1 207/23 224/11
228/9 234/22 234/24
243/22 254/13 266/20
266/20 280/1 281/15
286/2 286/4 292/25
**comes [8]** 13/17
50/20 90/20 171/18
185/9 187/15 252/10
300/9
**comfortable [1]**
228/19
**coming [6]** 99/4
112/15 115/18 271/8
293/25 298/25

**commenced [1]**
86/17
**comment [1]** 243/11
**comments [2]**
166/11 243/14
**commercial [11]**
26/15 26/16 27/23
28/8 92/13 96/14
96/17 104/7 121/8
279/8 297/7
**commercially [1]**
258/3
**commission [44]**
108/14 108/19 134/10
156/17 157/13 157/14
159/18 160/16 199/25
200/4 205/23 205/24
207/10 208/1 208/15
209/19 210/9 213/1
215/8 216/9 216/14
216/24 217/2 218/24
221/20 222/9 222/19
222/22 229/11 229/19
230/9 230/19 230/24
231/1 246/17 246/25
247/3 247/6 247/12
248/4 250/17 250/19
250/19 250/22
**commissioner [69]**
4/13 28/12 28/16
28/17 53/2 53/7 92/2
110/6 110/8 110/12
110/12 112/9 128/7
132/6 132/12 132/18
133/14 133/16 134/17
134/19 135/2 136/22
137/6 138/7 138/23
140/8 140/23 141/2
141/7 145/19 146/24
147/19 159/16 160/1
170/3 194/10 194/24
195/7 195/8 197/3
199/24 204/24 209/9
223/7 223/9 224/6
226/17 226/19 226/23
231/9 233/3 264/2
264/10 270/10 270/12
275/17 276/16 282/6
282/6 290/16 290/20
291/8 291/19 292/1
292/8 292/12 296/20
303/3 303/4
**commissioner's [2]**
212/11 213/4
**commissioners [19]**
108/7 134/12 134/23
135/6 156/12 195/13
209/2 213/18 217/19
220/11 220/19 220/25
231/11 246/1 247/25
267/12 274/4 276/11
291/14

# C

**commissioners' [4]**
212/17 212/24 213/18
274/5
**commit [1]** 271/1
**committed [1]** 17/3
**committees [3]**
222/10 222/20 222/22
**common [8]** 21/23
25/20 25/25 90/10
90/14 196/1 274/4
274/6
**communicate [8]**
22/12 135/17 135/19
135/21 220/24 247/22
249/12 276/13
**communicated [6]**
22/7 153/9 153/11
274/21 276/9 280/4
**communicates [1]**
275/23
**communicating [2]**
6/18 267/9
**communication [17]**
83/25 89/6 136/6
136/10 136/15 136/22
137/6 212/20 212/23
213/4 221/2 221/10
223/24 224/2 229/2
248/9 299/25
**communications [5]**
25/8 223/20 226/8
276/1 291/18
**community [3]**
125/21 143/7 249/12
**companies [3]**
260/13 261/12 264/3
**compared [1]** 277/2
**comparing [1]**
109/23
**compelled [1]**
300/11
**compensation [1]**
215/16
**compilation [1]** 99/5
**compiled [1]** 185/17
**complain [1]** 266/16
**complaint [7]** 60/12
60/18 60/18 99/7
267/7 267/9 267/16
**complaints [30]**
56/7 56/9 58/22 58/24
59/11 60/24 213/14
245/17 245/19 264/17
264/18 264/25 265/5
265/9 265/14 265/15
265/18 265/19 265/20
265/22 266/5 266/10
266/12 266/14 266/15
266/19 267/1 267/3
267/6 267/12

**complete [4]** 18/24
262/11 263/1 269/20
**completed [4]** 65/7
65/8 103/11 203/12
**completely [4]** 50/3
72/23 124/8 152/12
**completing [1]** 70/1
**complex [3]** 25/13
25/19 297/3
**compliance [96]**
26/6 28/10 29/1 30/3
30/10 31/6 32/16
37/11 40/21 43/24
62/16 64/4 65/2 68/14
71/5 72/22 74/24 75/1
75/7 76/18 83/21
88/24 89/24 97/10
97/15 97/22 98/5 98/6
98/8 98/12 102/12
102/15 102/21 103/18
104/20 105/6 105/8
105/18 106/5 106/10
106/14 106/19 106/20
107/8 108/12 108/17
109/3 111/23 114/24
115/6 115/7 115/11
115/16 115/19 116/14
116/19 123/12 125/12
155/6 157/20 157/25
172/22 174/12 176/7
176/22 177/18 179/23
182/2 225/2 225/5
238/19 239/10 243/20
243/21 244/5 244/6
244/19 245/5 245/10
245/13 245/16 245/23
258/20 268/8 268/12
270/8 277/22 281/12
281/22 286/2 290/9
293/25 294/3 298/8
298/12 298/13
**compliant [2]** 33/15
290/10
**complicated [1]**
289/18
**complied [9]** 30/3
32/10 44/1 75/4 82/12
103/17 108/21 122/5
165/16
**comply [23]** 29/12
29/12 29/14 29/25
30/2 30/8 30/13 31/9
32/4 47/16 70/24 82/7
82/8 86/13 106/16
115/22 116/2 116/7
182/9 187/17 252/14
280/13 289/15
**component [1]**
104/7
**composed [1]**
239/16
**compound [5]** 62/1

69/14 93/4 110/24
147/3
**compromise [1]**
10/6
**compromised [4]**
7/22 8/17 12/10 12/15
**conceding [2]** 84/9
84/13
**concentrated [1]**
245/22
**concern [5]** 147/20
197/2 243/19 274/14
283/4
**concerning [7]** 26/6
81/10 90/14 96/10
104/15 114/13 285/23
**concerns [31]** 190/4
221/3 240/1 243/20
243/24 243/25 245/21
272/19 278/1 278/2
278/13 278/19 280/4
280/8 280/12 280/14
282/18 284/17 284/19
288/9 288/19 289/12
289/13 294/21 295/25
296/3 296/19 297/3
297/7 297/13 297/15
**concluding [1]** 298/2
**conclusion [39]** 28/3
29/5 29/15 31/12
31/17 32/12 34/4
34/12 36/21 38/22
50/13 59/25 61/15
64/18 66/13 72/18
84/10 89/18 103/20
105/12 106/23 107/3
107/9 121/13 122/7
127/16 128/1 169/7
175/23 190/14 197/7
198/16 199/13 199/18
201/17 201/23 258/11
259/3 260/22
**conclusions [1]**
191/13
**condition [4]** 41/16
112/1 112/2 152/13
**conditions [2]**
187/17 252/14
**conduct [5]** 10/2
10/11 13/15 130/18
241/24
**conducted [1]** 263/1
**conducting [1]**
263/14
**confer [1]** 220/5
**Conference [1]**
228/21
**conferred [1]** 219/6
**confidence [1]** 21/25
**confirm [4]** 93/22
178/7 179/23 263/5
**confirmed [1]**

271/15
**conflict [1]** 204/14
**Congress [1]** 17/1
**connect [1]** 22/17
**connected [1]** 236/2
**connection [3]**
235/6 267/11 276/25
**consent [2]** 283/24
284/2
**consequence [1]**
258/9
**consequences [3]**
20/21 23/10 258/20
**consider [9]** 8/5
9/10 18/3 18/25 20/3
20/4 23/5 98/25
269/21
**consideration [1]**
18/16
**considered [3]** 57/17
180/13 201/15
**consist [1]** 211/6
**consisted [1]** 164/21
**consistent [6]** 223/2
263/10 287/4 290/10
294/8 296/17
**constituents [2]**
209/12 209/13
**constituents' [1]**
213/14
**construction [2]**
272/21 280/12
**consultant [1]**
263/19
**consultation [1]**
226/14
**consulting [2]** 22/11
263/1
**contact [1]** 30/10
**contain [5]** 196/18
219/25 253/21 253/24
260/25
**container [8]** 25/17
147/20 147/25 148/23
149/8 149/15 196/25
198/3
**containers [4]** 27/7
27/21 27/22 148/4
**contains [1]** 160/11
**contemporaneous
[1]** 260/6
**contempt [6]** 12/3
12/3 14/9 14/9 19/4
19/8
**content [1]** 236/22
**context [1]** 140/4
**continue [10]** 23/25
24/24 27/12 64/13
118/19 133/11 206/23
214/5 222/17 271/25
**continued [4]** 2/1
25/2 71/5 289/22

**contract [2]** 215/22
217/25
**contractor [1]** 49/4
52/17
**contracts [3]** 217/14
217/16 217/21
**contractually [1]**
215/19
**contrary [2]** 258/5
258/8
**control [1]** 295/15
**controls [1]** 155/23
**conundrum [1]**
13/18
**conversation [11]**
15/11 17/12 19/25
20/1 48/18 52/12
52/14 53/12 232/22
289/10 289/19
**conversations [4]**
53/7 89/9 220/16
276/1
**conveyed [1]** 283/12
**coordinated [1]**
161/7
**copied [9]** 138/3
138/7 138/21 139/13
140/2 173/11 177/2
177/9 177/11
**Coral [4]** 26/16
26/17 275/10 275/15
**cord [1]** 151/10
**cords [1]** 198/22
**core [1]** 285/15
**Corp [7]** 254/22
255/9 255/10 255/12
255/16 257/23 262/23
**corporation [1]**
104/11
**correct [123]** 20/25
24/21 24/22 43/19
57/13 65/21 77/12
77/23 83/9 83/17 84/6
84/22 84/25 90/1
96/14 99/17 108/11
109/7 111/9 112/10
124/12 124/24 125/22
126/24 127/2 129/18
129/24 130/13 130/24
131/2 131/11 131/22
132/13 133/4 133/17
133/24 134/10 134/17
136/5 136/15 136/24
137/7 140/20 140/24
141/7 142/3 142/20
144/3 145/20 146/25
148/1 148/21 151/21
152/5 152/15 153/10
153/17 155/10 156/7
156/12 159/22 160/18
161/9 161/17 162/5
163/2 163/14 164/4

## C

**correct... [55]** 165/8
165/19 165/20 166/4
166/14 166/25 167/4
167/5 167/10 167/20
167/22 168/17 168/20
169/4 169/22 170/13
170/22 171/22 172/25
180/4 180/22 181/25
182/7 182/11 183/8
183/13 185/17 186/9
186/22 188/16 188/24
191/9 191/25 192/2
192/8 192/24 193/7
195/1 200/24 201/2
202/12 216/20 217/5
228/8 228/13 235/18
236/6 257/21 270/25
271/12 303/12 303/23
303/24 304/1 304/2
**correction [6]** 40/17
65/7 76/20 80/16
80/18 101/13
**corridor [4]** 26/15
175/15 175/17 176/13
**cost [2]** 43/10 43/10
**could [36]** 13/21
15/25 32/7 38/8 40/2
40/17 41/16 55/20
58/16 58/17 58/17
114/6 116/16 125/15
144/17 146/11 147/22
147/22 169/11 182/23
187/22 197/23 205/25
208/8 227/24 235/23
266/17 266/18 268/21
268/21 268/22 268/23
276/1 276/4 276/8
288/24
**couldn't [4]** 12/8
192/3 192/4 262/8
**counsel [37]** 4/6 5/1
6/11 6/21 6/21 9/9
10/19 13/14 18/2 28/6
70/25 95/2 95/8
107/13 114/7 118/12
132/18 137/10 139/3
145/23 158/24 160/8
160/12 160/19 162/13
172/14 174/21 178/13
180/25 183/4 185/4
186/12 210/9 300/16
300/17 301/11 302/24
**counsels [3]** 7/7
78/14 94/1
**count [1]** 240/23
**countering [1]** 20/16
**counteroffer [1]**
18/17
**counters [1]** 20/15
**countless [2]** 8/13

73/6
**country [2]** 7/24
228/22
**county [6]** 39/24
43/9 71/6 71/21
186/21 208/6
**couple [4]** 172/25
207/20 267/17 292/14
**coupled [1]** 59/1
**course [23]** 8/10
16/9 19/3 79/13 87/2
100/8 112/22 220/9
223/16 224/5 233/3
242/14 247/24 248/8
248/22 249/2 249/11
249/17 273/22 274/8
277/13 289/23 300/18
**court [69]** 1/1 4/4
4/17 6/4 7/21 7/22
8/1 8/5 8/16 8/17
8/19 9/3 9/6 9/19
9/21 10/2 10/20 10/21
10/22 11/22 12/19
12/23 13/2 13/18
13/20 13/23 14/5
14/13 14/14 15/1 15/6
15/16 16/10 16/11
18/6 18/16 18/17
18/23 18/25 18/25
19/4 19/6 19/8 19/10
19/13 19/18 19/19
20/12 20/23 21/19
22/5 23/18 24/1 24/10
27/12 34/24 34/24
34/24 44/9 68/15 76/2
100/11 118/4 269/17
271/3 300/5 300/18
301/12 304/13
**Court's [2]** 11/1 21/4
**courtesy [2]** 50/20
138/8
**courthouse [2]**
11/19 11/23
**Courtney [2]** 1/11
4/8
**courtroom [14]** 6/19
11/21 21/21 22/3
24/13 75/24 76/5
117/4 118/16 204/3
204/20 269/8 271/23
299/15
**cover [1]** 78/16
**covered [1]** 270/16
**covers [3]** 164/21
201/13 227/25
**COVID [1]** 240/5
**Covo [1]** 135/7
**Cream [1]** 142/9
**create [3]** 9/6 18/6
18/6
**created [3]** 38/19
79/15 250/11

**creating [2]** 27/5
27/20
**credibility [1]** 249/4
**crime [1]** 272/21
**critical [2]** 214/12
247/17
**cross [5]** 3/4 99/9
100/6 127/2 129/11
**cross-examined [1]**
127/2
**crossed [1]** 12/13
**crossing [1]** 8/16
**CRR [1]** 304/12
**crucified [1]** 14/23
**CU [12]** 148/21
149/7 167/20 168/5
188/17 192/7 280/15
282/3 282/9 282/19
283/24 284/4
**Culturales [12]**
142/21 143/5 143/13
143/20 143/25 144/2
144/10 145/2 145/9
146/16 194/23 195/2
**current [1]** 88/13
145/9 226/12
**currently [5]** 79/23
174/12 203/10 205/9
210/11
**Curtis [1]** 219/13
**customer [1]** 266/10
**customers [1]**
266/16
**cut [4]** 151/15
262/16 262/21 262/21
**cutting [1]** 27/4
**CV [2]** 1/2 4/6

## D

**D3.1 [1]** 157/15
**Dade [3]** 39/24 71/6
71/21
**Dadeland [1]** 2/3
**daily [10]** 165/11
165/16 210/23 210/24
212/15 212/16 213/2
213/3 213/6 248/12
**damage [2]** 74/23
74/25
**damaged [1]** 74/23
**damages [1]** 97/5
**Dan [2]** 180/22
183/12
**dangerous [1]** 21/3
**Daniel [4]** 270/7
271/7 302/25 303/23
**date [18]** 19/21
80/12 83/22 85/24
86/6 86/6 103/7
120/10 121/3 122/3
159/19 162/2 164/4
179/10 182/2 186/24

235/15 238/8
**dated [3]** 82/4 107/8
108/10
**dates [1]** 138/20
**David [1]** 5/1
**DAVIS [1]** 1/18
**Dawson [5]** 2/3 4/12
8/1 10/4 18/15
**day [32]** 1/8 7/7
46/21 48/11 49/20
51/12 52/13 55/10
63/19 83/11 91/2
93/23 135/17 135/17
135/20 135/20 135/24
136/1 136/3 136/3
165/7 165/17 180/16
188/3 196/2 208/11
208/11 269/17 277/1
298/24 299/11 301/9
**days [30]** 12/2 12/3
19/7 19/22 23/3 23/8
23/12 23/14 32/7
42/24 44/8 47/18 57/7
57/16 68/16 83/21
102/23 103/7 103/10
103/11 103/24 121/24
122/2 172/12 191/9
191/24 235/4 276/23
300/8 300/8
**DBPR [1]** 149/10
**dead [1]** 16/25
**deadline [1]** 83/10
**deal [4]** 112/23
131/18 209/14 222/20
**dealing [4]** 94/10
108/2 108/4 111/21
**dealt [2]** 276/22
280/19
**death [1]** 17/4
**debt [1]** 250/22
**December [8]** 81/13
82/4 87/1 150/11
174/10 175/6 179/14
264/23
**December 23 [1]**
175/6
**December 23rd [1]**
174/10
**December 5 [1]** 82/4
**December of [1]**
81/13
**decided [3]** 226/11
301/15 303/10
**decision [23]** 7/23
9/4 12/18 17/23 23/17
27/12 71/16 71/18
71/19 71/23 136/2
136/3 217/2 226/17
227/6 229/24 230/6
230/8 233/15 246/17
282/23 290/22 291/3
**decision-making [3]**

136/2 290/22 291/3
**decisions [11]** 9/5
68/13 215/10 221/12
221/12 264/12 282/20
290/18 290/19 291/7
292/10
**deck [1]** 74/22
**deemed [2]** 280/16
300/21
**deeper [1]** 272/16
**deeply [1]** 21/18
**default [1]** 9/1
**defendant [6]** 1/7
1/15 2/2 7/25 132/8
300/16
**DEFENDANT'S [7]**
3/3 3/16 100/17 105/3
119/8 150/6 198/10
**defendants [1]**
133/3
**defense [20]** 6/11
6/20 6/21 8/3 8/14
9/17 10/19 12/13
13/12 15/5 22/11
98/23 98/25 99/1
204/23 251/9 251/14
253/8 254/20 300/17
**defenses [1]** 98/17
**defer [4]** 14/2 170/5
170/24 171/12
**deferments [1]**
171/16
**deferral [2]** 68/9
68/10
**deferred [4]** 70/20
72/8 88/6 88/7
**deficiencies [3]**
285/25 286/3 286/5
**define [1]** 187/16
**defining [1]** 144/14
**definitely [6]** 165/15
181/10 192/5 274/7
280/3 298/25
**definition [2]** 176/13
210/8
**degree [2]** 206/3
284/11
**degrees [1]** 274/2
**del [1]** 135/4
**delapidated [1]**
41/16
**delay [1]** 8/11
**delayed [1]** 19/11
**deliberation [1]**
11/21
**demand [1]** 263/5
**demolish [12]** 40/18
44/2 44/3 44/4 44/19
46/10 46/15 52/20
116/18 121/22 121/23
155/17
**demolished [16]**

**D**

**demolished... [16]**
42/23 43/12 44/2 44/6
44/14 44/23 45/4
47/16 106/18 153/14
153/16 153/21 154/24
155/8 155/10 155/16
**demolition [23]** 38/9
38/19 39/2 39/2 40/20
43/25 46/7 46/18
46/21 46/24 47/17
47/20 49/4 49/4 50/20
51/16 52/10 52/17
101/11 101/19 106/17
154/10 154/21
**demolitions [1]**
44/25
**denied [4]** 35/18
160/17 161/7 162/8
**Dennis [4]** 270/20
270/23 302/15 303/23
**Density [1]** 175/11
**department [55]**
25/16 30/4 30/10 51/3
62/24 70/13 76/18
103/7 108/16 115/1
149/13 156/6 163/4
163/13 164/14 171/13
173/15 176/19 182/2
202/20 203/11 209/22
211/11 216/17 216/19
217/6 220/24 223/22
225/2 225/11 225/17
225/20 226/19 226/22
226/24 227/1 235/23
239/5 240/15 240/16
241/3 247/19 261/14
266/21 266/21 267/19
268/24 274/17 274/20
276/4 278/15 278/15
284/3 285/16 291/4
**departmental [1]**
224/22
**departments [34]**
25/9 25/21 26/1 62/21
62/22 89/6 89/22
90/10 90/24 115/19
161/8 169/25 170/1
170/2 205/12 209/21
211/13 211/15 211/24
212/6 225/2 236/13
239/19 240/20 242/2
243/8 272/14 272/17
278/10 278/13 280/19
280/23 281/21 298/10
**depend [1]** 267/6
**depending [3]** 110/1
116/12 274/16
**depends [3]** 190/10
196/11 276/15
**depict [1]** 198/14

**deplorable [2]** 112/1
112/2
**deposition [2]**
143/15 168/24
**depth [3]** 89/11
89/14 99/7
**deputies [1]** 211/18
**deputy [4]** 135/15
211/9 211/23 226/15
**derived [1]** 215/2
**describe [23]** 38/16
41/4 41/13 42/15
48/23 57/22 61/3 65/1
65/16 75/12 93/14
96/13 101/3 104/5
112/20 206/17 210/1
241/24 250/9 275/6
275/16 275/19 277/25
**described [14]**
154/12 157/14 215/24
218/20 220/1 223/2
252/17 280/17 290/14
290/23 291/13 292/15
292/24 294/11
**describing [1]** 99/21
**description [4]**
38/17 74/19 149/2
219/10
**design [1]** 89/1
**designated [2]**
210/9 266/8
**desk [1]** 14/14
**detail [3]** 142/3
217/16 235/3
**details [1]** 290/5
**detector [1]** 201/13
**detectors [1]** 164/21
**determination [16]**
69/7 69/9 167/16
168/3 173/2 173/3
176/16 176/17 176/23
230/20 230/24 270/22
281/20 284/6 293/22
302/23
**determinations [2]**
173/1 294/15
**determine [14]** 22/8
23/22 57/3 110/22
118/11 131/1 131/7
223/17 249/17 273/23
294/14 296/16 297/12
297/14
**determined [5]**
148/23 149/2 149/12
224/6 252/8
**deterrence [1]** 13/2
**develop [3]** 215/7
273/20 284/24
**developers [1]** 277/8
**developing [1]**
272/19
**development [3]**

206/8 206/12 206/25
**device [1]** 11/20
**devices [1]** 11/17
**devotion [1]** 21/10
**Diaz [3]** 270/7
302/20 303/22
**dictate [2]** 215/19
222/11
**did [252]** 5/20 6/8
6/15 7/3 7/4 7/5 7/17
8/14 10/2 17/4 22/20
25/8 25/10 25/12
26/11 28/9 29/10
29/14 34/17 39/2
41/10 41/12 42/3 43/4
43/5 44/20 46/4 46/17
46/23 48/3 48/17
48/20 49/16 50/8
50/17 50/25 51/1 52/3
52/12 52/21 53/2 53/7
54/5 54/11 54/12
56/23 61/10 61/22
62/17 62/22 62/25
63/13 63/15 71/1
71/25 72/7 72/8 75/5
79/9 79/11 81/1 81/11
81/13 81/17 82/14
87/6 87/6 87/17 87/18
87/20 89/5 90/2 91/10
91/16 92/3 92/25 93/7
93/8 94/20 94/23
101/19 104/14 105/24
110/15 113/7 113/16
118/10 120/12 120/13
121/10 127/14 128/18
128/20 128/25 143/12
152/15 155/1 176/2
185/12 185/19 188/9
188/12 196/18 200/3
204/7 205/21 206/6
206/13 207/16 214/2
225/5 225/15 225/16
225/20 226/6 226/7
226/8 226/17 226/19
227/3 227/8 227/9
227/15 228/9 228/13
229/1 229/4 229/6
229/10 229/21 229/24
230/2 230/4 230/11
231/1 232/1 232/5
232/23 234/12 234/16
234/20 234/22 234/24
235/1 235/5 236/6
236/9 236/19 236/21
237/2 238/24 241/15
246/12 247/5 247/12
247/14 248/8 248/13
248/16 249/3 249/11
249/17 250/24 251/6
254/13 255/9 255/11
255/12 264/1 264/8
264/9 264/17 264/20

264/25 265/5 265/6
265/9 267/3 267/6
267/6 267/14 267/15
267/20 267/23 268/11
268/17 273/16 273/23
277/4 279/23 280/1
280/7 280/13 281/12
281/15 281/16 281/17
281/19 281/20 282/24
283/2 283/4 283/7
283/9 283/10 283/24
284/5 284/8 284/17
284/24 286/3 286/11
286/19 287/18 287/25
288/2 288/8 288/13
288/18 289/2 289/7
289/20 289/23 290/1
290/14 290/18 291/24
292/25 293/8 294/2
294/11 294/14 294/14
294/15 294/18 295/3
295/10 295/14 295/22
295/25 296/3 296/7
296/12 296/16 297/12
297/14 297/15 297/18
297/22 298/13 299/23
302/14
**did he have [1]** 52/3
**did you [1]** 299/23
**didn't [45]** 9/6 10/1
12/23 14/16 16/21
16/21 18/6 18/6 25/15
26/21 27/14 28/1 44/3
52/8 53/14 54/18 58/4
58/7 59/3 68/7 70/2
71/2 72/10 82/8 99/6
109/1 121/15 129/17
129/20 129/22 132/24
142/15 149/12 149/18
154/24 155/6 165/18
167/9 175/19 193/21
228/18 248/24 282/22
290/5 297/14
**diem [1]** 82/9
**Diez [3]** 204/10
204/11 204/12
**differ [1]** 113/16
**difference [1]** 8/16
**different [18]** 14/15
25/9 26/1 89/6 89/22
91/1 100/2 101/8
111/21 111/22 113/8
142/17 153/21 163/1
190/24 192/11 198/22
225/10
**differently [4]** 13/19
90/25 91/4 294/12
**diligence [1]** 283/21
**diminished [1]**
244/1
**dining [3]** 36/16
36/24 37/9

dining seating [1]
36/16
**direct [33]** 3/4 25/2
47/24 76/8 80/5 118/6
135/16 142/24 144/6
144/24 145/6 145/25
150/15 154/12 156/2
156/12 157/6 166/1
172/6 181/16 185/21
205/6 211/9 211/12
212/5 214/15 217/22
220/4 222/10 226/20
264/2 272/13 295/12
**directed [3]** 5/25
226/23 296/20
**directing [4]** 156/18
157/13 209/21 291/19
**direction [3]** 248/16
264/9 268/13
**directions [1]** 52/22
**directives [3]** 248/17
290/19 292/12
**directly [15]** 143/1
209/21 211/10 211/13
212/7 215/6 220/24
266/17 267/1 268/23
274/17 278/11 281/7
293/17 297/14
**director [19]** 66/2
107/23 107/24 171/23
176/17 182/1 182/3
182/4 188/20 202/8
206/12 220/21 226/2
226/12 226/12 226/16
247/19 257/3 277/13
**Director's [1]** 107/24
**directors [4]** 10/14
220/22 220/24 250/14
**disagree [1]** 69/7
**disagrees [1]** 71/18
**disappointed [1]**
12/7
**disbarred [1]** 49/23
**disciplinary [1]**
89/22
**disciplines [2]** 252/9
294/5
**disclosed [1]** 259/8
**discovered [1]** 29/10
**discrepancies [1]**
263/23
**discrepancy [1]**
281/5
**discuss [15]** 25/20
25/25 75/21 90/13
90/21 116/25 170/14
185/12 202/20 234/12
234/16 288/8 288/13
288/18 297/23
**discussed [28]** 18/2
28/24 29/23 53/11
87/14 90/6 97/2 97/11

**D**

**discussed... [20]**
97/20 98/18 100/22
101/4 119/2 121/7
127/13 127/22 128/6
172/7 185/8 187/23
188/15 192/7 193/3
204/15 228/20 269/14
279/22 301/11
**discusses [1]** 84/18
**discussing [7]** 38/2
38/11 42/19 69/12
86/3 97/9 146/6
**discussion [13]**
157/15 233/4 233/11
234/2 234/5 234/8
235/2 236/22 237/2
237/4 289/23 293/24
295/12
**discussions [4]**
97/23 248/13 293/12
293/17
**disheartening [2]**
9/20 17/14
**dishonesty [1]** 126/8
**dismissed [2]** 58/5
59/2
**dismissing [1]** 58/12
**disparaging [1]**
300/15
**display [2]** 182/24
182/25
**displayed [1]** 183/10
**displaying [1]** 183/8
**disqualification [1]**
17/19
**disregard [3]** 7/21
12/22 48/1
**disrespect [3]** 7/21
8/12 11/8
**disrespectful [1]**
300/24
**disruptive [1]**
300/24
**dissents [1]** 231/23
**distinct [1]** 21/20
**district [51]** 1/1 1/1
1/9 9/8 18/22 19/15
22/2 23/20 28/17
34/24 108/14 108/20
108/23 108/23 109/7
109/7 109/7 109/13
109/13 110/3 110/6
110/7 110/12 110/14
111/4 133/14 138/12
138/20 138/21 138/25
140/17 140/19 140/21
146/21 194/18 195/4
195/5 195/6 195/9
195/14 209/12 213/9
213/25 214/8 245/6

245/23 246/1 276/5
276/7 276/17 276/17
**districts [8]** 109/24
110/21 138/14 194/15
209/15 213/8 213/18
215/8
**disturbing [1]** 56/6
**disturbs [1]** 56/1
**divided [1]** 108/19
**division [2]** 34/20
39/25
**divisions [1]** 173/21
**do [355]**
**do you [61]** 16/2
37/23 42/7 47/7 65/14
65/23 76/14 78/16
78/25 80/23 90/18
94/3 94/15 98/2
100/21 102/8 103/14
107/20 108/12 119/10
119/19 121/2 137/25
146/6 147/14 150/8
158/16 160/24 163/24
181/7 184/4 186/19
196/10 198/19 208/20
210/4 210/24 212/11
213/17 214/21 214/24
218/25 223/17 223/20
239/2 239/19 240/4
243/1 243/8 243/11
244/20 246/25 260/25
269/25 272/9 272/24
274/9 274/13 277/20
294/19 297/2
**do you see [30]** 13/2
38/4 105/22 107/20
108/6 108/8 109/23
139/13 140/17 144/24
144/25 148/17 158/9
159/8 161/24 172/16
174/7 175/6 178/16
182/13 182/20 218/13
218/16 219/16 221/23
240/21 241/5 255/4
255/18 257/9
**document [71]** 5/17
5/17 32/8 39/15 39/18
39/19 42/7 42/12
42/13 42/16 42/20
62/9 64/24 65/1 74/11
76/14 76/16 78/17
78/18 78/20 79/3
79/14 80/8 80/10
80/23 85/7 85/17
85/19 85/24 86/6 86/8
94/3 94/15 97/20
97/23 100/21 101/3
101/6 102/1 102/2
102/8 102/9 102/11
102/14 102/18 103/24
105/5 105/17 105/21
105/22 108/6 109/1

109/22 110/17 119/10
119/19 119/20 119/22
120/7 121/2 137/19
139/5 144/15 150/3
157/10 160/24 174/25
209/5 238/18 239/5
261/14
**documents [8]** 51/5
79/10 79/12 79/24
97/21 99/14 238/24
295/19
**does [50]** 21/6 42/18
52/18 55/9 57/6 58/6
70/21 70/23 72/9 77/4
99/23 102/18 102/22
102/23 154/10 157/22
172/18 173/17 176/11
183/20 195/2 198/13
202/22 203/20 207/23
210/19 211/6 214/19
215/12 216/9 218/19
219/25 220/2 224/2
224/18 224/21 238/23
245/3 252/2 252/17
252/22 253/18 253/21
253/24 255/8 255/18
255/22 257/3 257/5
262/2
**doesn't [21]** 10/6
10/23 11/3 11/4 12/4
13/22 14/7 15/22
92/21 99/24 116/2
146/8 146/14 154/21
156/11 170/23 176/22
193/11 262/10 286/7
301/18
**doing [21]** 12/21
40/2 49/16 49/19
49/23 70/3 78/9 98/19
99/14 157/24 157/24
157/25 185/14 220/9
236/1 236/8 268/7
273/22 278/18 284/25
285/18
**dollars [5]** 17/10
46/14 47/22 153/8
155/14
**Dombrowski [4]**
82/20 83/24 84/13
84/19
**Domini [1]** 159/23
**don't [147]** 4/23
9/10 10/6 10/9 10/18
11/3 11/9 12/25 13/17
13/24 13/24 14/20
15/4 15/6 15/10 16/10
16/11 17/13 17/18
17/22 17/24 19/2 19/5
19/9 19/21 20/2 20/23
21/13 21/15 24/16
27/12 31/3 33/24
33/24 46/10 49/18

57/4 57/15 57/15
84/22 84/23 87/21
94/8 97/7 97/25 99/19
99/25 105/25 106/16
112/25 115/17 115/21
115/22 120/4 123/10
125/10 130/24 131/1
131/4 131/7 131/9
136/1 137/14 138/1
138/1 140/3 140/3
141/13 141/24 142/12
143/12 143/18 143/19
144/18 146/9 147/16
148/2 156/20 158/18
158/18 158/21 160/5
160/11 160/21 163/11
163/15 163/15 163/25
165/9 168/1 168/2
168/5 168/13 169/12
172/11 172/11 174/23
176/12 176/15 177/2
177/5 177/6 178/2
180/12 180/20 180/21
181/8 183/9 183/14
183/14 183/17 183/18
187/17 187/20 187/21
187/22 190/11 191/5
195/21 197/25 198/3
200/4 204/16 207/20
222/5 232/17 237/4
237/19 240/7 241/12
245/24 245/25 254/1
256/15 256/17 256/18
262/24 269/12 270/17
271/1 271/9 274/6
284/11 298/17 301/16
301/19 301/24
**done [44]** 10/11 14/5
14/24 19/15 20/24
29/3 36/18 50/11
66/10 70/12 76/23
80/19 87/4 87/7 87/25
88/16 90/24 91/4
98/24 182/19 186/9
195/16 202/22 215/22
220/7 239/23 240/15
240/17 246/18 261/7
270/15 274/24 275/3
278/4 281/6 282/2
282/4 282/14 282/15
282/17 284/21 291/22
293/23 296/10
**Dooley [57]** 24/1
24/1 24/5 24/24 25/2
25/4 27/9 39/15 40/15
43/16 46/12 47/14
52/24 54/8 60/5 62/3
73/12 76/9 76/14
78/16 84/4 94/3
107/20 111/1 116/11
118/22 119/10 128/15
129/7 129/11 129/13

137/25 139/13 146/7
147/14 149/5 149/19
155/18 159/8 161/24
162/22 163/24 166/14
169/3 176/2 179/5
181/7 182/21 184/4
185/14 186/19 190/11
191/17 193/7 194/2
194/4 199/19
**Dooley's [1]** 99/11
**door [4]** 56/4 142/16
201/14 201/14
**doorways [1]** 55/6
**doubt [2]** 180/21
301/2
**down [44]** 8/22 38/3
39/5 47/6 65/11 67/16
78/13 83/14 110/1
110/15 110/23 111/4
111/7 137/17 144/25
148/16 158/12 158/16
159/12 162/25 174/24
178/5 185/5 187/17
187/25 188/23 189/7
189/13 192/21 192/24
197/11 199/21 200/10
200/10 200/10 202/3
203/4 217/6 218/15
221/22 222/5 224/13
269/24 270/17
**downstairs [1]**
188/17
**draft [2]** 138/19
146/9
**drafted [1]** 144/10
**drafting [1]** 209/20
**draw [1]** 16/2
**dressed [2]** 237/18
237/19
**drive [4]** 19/9 19/9
51/4 235/23
**drop [4]** 148/4
227/21 227/23 228/7
**Dry [28]** 236/1 236/9
236/17 236/19 237/3
238/2 238/7 238/15
238/19 239/10 239/15
239/23 240/14 240/17
241/17 241/18 241/20
241/22 241/25 242/8
242/9 242/11 242/16
242/22 243/2 243/9
243/12 244/15
**due [3]** 59/22 83/21
283/21
**duly [1]** 209/11
**dumping [1]** 213/11
**during [37]** 45/5
114/10 140/6 157/15
159/18 164/13 185/22
210/13 211/1 223/5
232/15 233/3 234/2

**D**

during... [24] 234/17
236/19 238/25 240/5
241/17 245/12 258/24
264/22 265/15 270/5
270/16 270/16 274/8
276/11 276/22 282/6
288/18 289/4 289/6
289/8 293/13 299/24
302/2 302/4
duties [22] 79/13
82/3 196/5 208/18
208/21 209/7 219/18
223/16 235/20 272/10
281/11 285/9 285/13
286/12 287/18 291/2
291/17 295/2 295/20
295/23 297/5 297/16
DX [25] 37/14 39/11
46/25 62/7 64/21
65/12 73/23 75/17
76/11 93/21 94/1
95/12 100/12 100/13
104/21 104/22 104/22
104/23 104/23 105/15
118/25 119/4 149/25
152/24 255/15

**E**

E-plan [1] 83/6
each [14] 13/19
101/7 110/21 163/13
174/3 211/23 212/25
213/8 213/24 214/8
236/13 272/16 285/16
290/6
earlier [11] 7/6
28/11 74/13 119/2
146/7 150/13 153/1
154/23 203/12 222/4
277/3
early [9] 207/9
213/21 214/6 227/25
262/5 262/6 264/24
289/4 299/8
earn [1] 228/1
ears [1] 214/13
easier [3] 39/13
221/9 231/22
east [4] 75/14
206/10 241/16 304/14
economics [1] 206/3
education [2]
115/13 206/2
effectively [1] 235/5
efficiency [1] 241/13
effort [8] 115/12
237/11 237/15 273/16
281/21 290/10 294/3
294/5
efforts [6] 72/24
73/1 88/17 281/25

298/7 298/13
egregious [2] 7/20
13/15
egress [4] 193/12
242/5 254/11 279/12
eight [2] 22/25 300/8
either [18] 59/1
136/1 209/20 209/21
222/25 233/11 240/20
244/10 246/1 266/20
274/10 274/14 282/20
284/20 285/25 300/24
302/25 303/25
El [2] 37/10 38/10
elderly [2] 49/6 50/2
elect [3] 10/8 10/15
10/18
elected [23] 59/16
91/25 110/8 112/10
134/23 170/2 194/14
194/17 197/4 207/25
208/21 209/2 209/9
209/11 212/18 220/5
228/10 229/6 247/20
247/22 264/16 266/18
266/20
electeds [3] 220/11
220/19 267/12
elections [1] 221/20
electrical [3] 36/7
101/11 279/11
electricity [3] 47/23
147/21 197/1
elevator [2] 17/8
17/8
Eleventh [2] 13/10
34/19
eligible [1] 123/14
eliminate [1] 214/7
elimination [1]
213/22
Ellen [2] 304/12
304/12
Ellie [1] 151/18
else [18] 7/15 8/20
18/3 19/10 36/12
46/20 51/9 51/11 52/8
79/18 128/4 163/18
171/18 180/12 181/2
294/7 299/4 299/22
else's [2] 139/23
166/11
elsewhere [1]
270/24
email [89] 46/6 46/9
46/9 46/10 53/14
82/24 83/1 83/2 83/14
83/23 84/2 85/6
107/20 137/25 138/2
138/17 138/22 139/13
139/23 140/2 141/6
141/10 141/11 141/13

144/17 147/14 148/17
149/20 149/23 158/22
159/8 159/19 159/22
160/10 162/22 163/24
164/1 166/16 168/1
171/6 172/16 173/11
174/9 174/16 177/3
177/3 177/22 177/24
178/1 178/16 179/10
179/12 179/20 180/7
180/15 181/7 181/10
182/8 182/9 182/13
184/4 184/6 186/19
186/24 189/5 191/17
191/21 194/9 194/12
194/23 196/15 196/16
197/15 197/16 197/18
199/23 200/1 200/3
200/12 200/22 200/22
203/2 203/2 203/4
203/7 256/11 256/16
256/18 256/18
emailed [1] 163/12
emailing [1] 163/16
emails [4] 73/6
78/10 138/9 202/5
embraced [1] 253/4
emergency [2]
165/5 201/13
Emilio [2] 108/7
207/15
employed [3] 5/13
217/6 228/3
employee [2] 131/24
215/7
employees [14]
79/12 156/12 182/5
214/24 215/22 216/9
217/5 217/7 217/17
217/20 222/15 236/13
263/7 291/15
employment [2]
134/6 222/12
empty [1] 75/16
encompasses [2]
213/7 263/16
encountered [1]
15/18
encourage [1]
115/11
end [11] 22/14 34/14
77/7 105/21 115/17
150/2 161/24 167/15
207/1 255/16 299/1
ended [1] 110/10
ending [1] 265/19
ends [2] 80/6 182/9
enforced [2] 127/23
244/24
enforcement [40]
34/10 37/2 41/6 47/21
50/14 54/15 56/21

58/9 61/5 67/11 73/13
77/5 81/4 81/12 81/18
81/23 82/4 86/18 87/9
114/24 115/9 123/9
125/5 125/6 138/18
138/19 138/24 157/15
206/21 235/1 244/21
245/10 250/12 252/12
258/17 259/24 261/17
267/21 268/19 290/14
enforces [1] 39/25
engage [1] 301/1
engaged [6] 83/5
84/20 280/3 281/25
286/13 288/3
engineer [2] 89/2
89/4
engineers [1] 294/6
Enhancement [2]
213/22 214/3
enjoy [1] 301/9
enjoyed [2] 17/17
17/19
enough [2] 56/4
126/25
ensure [10] 73/18
221/3 242/2 244/10
244/13 244/15 278/12
279/10 285/15 296/9
enter [1] 9/1
entered [8] 24/13
76/5 97/10 106/19
118/16 124/23 204/20
271/23
entertain [1] 19/17
entire [14] 146/23
151/14 152/9 159/10
173/14 187/13 201/11
210/13 232/15 232/17
241/19 247/13 253/6
253/7
entirely [2] 228/19
245/9
entitled [4] 9/3
14/25 175/11 304/10
entitlement [2]
17/25 212/2
entity [1] 268/25
entry [7] 160/17
161/7 162/8 200/17
206/17 217/7 252/4
equally [3] 220/20
285/18 285/20
Equipment [1] 14/5
Eric [2] 182/1 188/22
error [2] 137/16
269/16
errors [1] 70/10
ESP [1] 203/20
especially [2]
221/11 285/16
Esq [12] 1/11 1/11

1/12 1/12 1/16 1/18
1/21 2/2 2/3 25/2
129/11 194/2
essence [2] 208/3
230/21
essential [1] 283/15
essentially [2]
175/19 271/13
establish [2] 18/24
288/15
established [1]
244/9
establishment [5]
63/4 191/23 256/2
279/7 279/16
establishments [6]
131/4 156/19 242/6
242/8 242/11 242/16
estate [2] 206/5
206/8
estimate [1] 32/8
estimated [1] 263/2
et [3] 4/5 138/10
301/24
ethical [1] 18/22
evaluate [2] 270/5
303/16
evaluating [1]
302/23
even [30] 9/16 12/4
12/23 14/7 14/8 14/9
14/24 15/17 20/3
21/13 21/14 21/15
25/10 26/23 45/2
57/15 63/15 97/22
111/5 120/2 135/8
146/14 152/14 167/24
169/14 202/21 213/24
296/5 299/8 300/16
evening [3] 163/12
236/6 239/12
event [13] 19/10
138/9 143/7 143/21
146/20 149/7 150/9
195/9 241/6 241/8
241/10 276/5 279/14
events [4] 145/18
195/14 276/7 276/7
eventually [7] 37/11
68/1 115/18 206/8
206/11 289/16 293/21
ever [17] 10/1 12/24
13/15 19/15 20/24
34/9 59/16 60/11
60/17 61/18 72/11
87/18 124/3 124/7
256/17 274/9 288/8
every [26] 8/3 10/19
12/17 25/16 29/23
79/14 86/20 98/1
135/24 136/1 136/3
152/10 180/15 196/2

**E**

**every... [12]** 208/14
215/7 220/21 220/21
221/1 239/22 247/1
247/7 252/23 253/19
267/16 294/5
**everybody [10]**
48/11 49/7 89/9 128/4
154/21 163/11 169/25
188/14 196/21 232/17
**everyday [2]** 100/25
298/9
**everyone [16]** 8/2
9/15 10/6 13/12 20/20
23/3 24/15 24/18
118/18 169/24 244/10
270/1 271/20 299/9
300/3 300/11
**everyone's [1]**
151/18
**everything [13]**
8/20 45/3 63/7 63/8
64/9 82/15 152/9
185/21 185/23 192/2
204/17 289/16 290/9
**evidence [45]** 35/20
37/15 37/15 39/12
50/5 56/11 64/22
73/24 75/18 78/13
85/3 93/21 97/24
104/17 104/23 107/14
119/4 137/13 144/21
144/22 147/6 148/8
148/9 152/25 153/25
156/23 157/10 157/11
161/12 187/2 187/10
218/11 238/6 251/10
251/14 253/9 254/21
254/24 259/16 260/12
262/15 290/3 300/13
300/21 300/25
**evolved [1]** 243/25
**exact [1]** 195/16
**exactly [7]** 16/6 21/1
21/2 38/25 99/14
176/12 257/13
**examination [8]**
24/24 25/2 76/8 118/7
129/11 194/2 205/6
257/4
**examined [1]** 127/2
**examining [1]**
270/15
**example [7]** 212/4
216/12 216/14 241/14
244/16 245/6 266/23
**examples [2]** 113/10
244/18
**excavator [2]** 46/18
49/6
**exceed [1]** 266/1

**exceeded [1]** 171/6
**except [9]** 52/9
111/4 175/12 182/10
185/25 221/25 222/1
222/3 222/18
**exception [3]** 41/24
69/5 215/8
**exceptions [1]** 245/2
**excluded [1]** 246/9
**excluding [1]** 285/18
**exclusively [1]**
248/7
**excuse [6]** 10/5
12/22 13/21 14/17
14/20 22/13
**executed [2]** 106/5
106/14
**executing [1]**
283/22
**execution [3]** 102/13
242/7 295/23
**executive [2]** 207/7
221/8
**exercise [1]** 219/6
**exercising [3]** 220/9
222/14 295/19
**exhibit [51]** 80/3
100/17 107/18 119/8
137/9 137/23 140/12
144/20 145/23 146/4
147/5 147/10 148/7
148/12 150/6 153/24
154/7 158/23 159/6
160/7 161/5 162/12
162/19 163/17 163/22
166/22 173/4 173/9
175/4 178/13 179/1
180/24 181/5 184/2
185/3 186/11 186/17
187/2 187/3 189/6
196/14 218/8 218/13
238/5 238/11 251/9
251/14 253/8 254/20
255/15 262/11
**exhibits [4]** 3/7 3/16
105/3 301/23
**existed [1]** 63/12
**exit [1]** 201/14
**exited [5]** 75/24
117/4 204/3 269/8
299/15
**exonerated [1]** 8/3
**expect [3]** 11/11
14/15 243/8
**expectations [2]**
23/6 244/3
**expecting [2]** 269/19
270/6
**expedited [3]** 73/5
88/25 221/16
**expedites [1]** 221/14
**experience [4]**

123/16 126/18 129/23
248/3
**experienced [1]**
263/11
**experiences [1]**
127/7
**expert [9]** 62/12
63/23 64/19 66/21
72/18 89/17 157/7
157/8 157/11
**expertise [1]** 170/17
**expired [3]** 105/20
106/15 107/1
**explain [20]** 26/13
28/19 39/10 39/17
53/22 55/2 69/24
85/19 86/15 106/4
106/13 179/25 197/16
208/8 216/21 227/24
284/8 285/6 293/16
295/7
**explained [4]** 183/7
207/19 216/8 216/21
**explaining [2]**
214/14 217/16
**explanation [1]**
290/1
**explore [1]** 100/5
**exposure [1]** 286/25
**extend [1]** 298/13
**extended [2]** 82/15
298/13
**extension [15]**
32/20 33/14 33/16
33/18 33/23 82/14
83/9 83/11 83/21
85/21 86/9 86/20
86/24 108/20 198/22
**extensions [13]**
30/9 30/12 30/18
30/21 31/5 32/25 33/7
44/8 68/5 68/6 115/20
123/11 138/10
**extensive [2]** 209/11
284/15
**extent [3]** 74/23
74/25 302/14
**exterior [2]** 61/13
193/16
**extra [1]** 71/1
**extremely [1]** 41/15
**eye [4]** 13/8 13/9
15/20 15/21
**eyes [3]** 40/24 63/14
214/13

**F**

**face [1]** 8/10
**facing [5]** 12/1 13/15
17/3 18/4 21/12
**fact [9]** 72/7 128/18
128/19 152/16 153/9

155/9 191/24 274/22
284/17
**factor [2]** 128/20
180/13
**factors [3]** 263/5
264/14 279/6
**facts [11]** 19/20
35/19 50/4 56/10
58/13 85/2 104/16
132/11 161/12 200/25
201/2
**failed [3]** 22/17
182/24 201/13
**failure [5]** 47/16
57/16 76/24 80/20
116/18
**fair [12]** 9/3 14/25
17/21 17/22 84/24
97/2 99/3 108/22
109/13 109/15 128/12
146/11
**fairly [4]** 214/6
221/15 265/4 275/13
**fall [5]** 69/25 149/9
149/18 192/5 215/11
**falls [4]** 157/25
208/15 217/9 283/19
**false [1]** 157/17
**familiar [35]** 26/3
39/15 42/13 54/21
54/24 64/24 68/8 74/2
75/9 85/17 92/8 94/11
96/4 96/18 104/3
112/17 113/4 113/6
113/7 113/9 113/11
113/15 113/22 114/11
238/2 238/18 253/14
255/2 259/18 261/6
261/11 272/4 277/18
278/22 292/15
**familiarity [7]** 36/1
55/2 60/25 75/13
96/10 112/20 114/2
**familiarized [1]**
81/17
**family [6]** 9/14 26/14
26/15 26/21 27/8
27/22
**far [1]** 275/12
**farmer's [2]** 53/13
53/22
**fashion [1]** 10/20
**fashioned [1]** 14/3
**fast [3]** 47/13 149/9
188/19
**faster [2]** 221/10
221/11
**fault [3]** 18/5 20/10
20/10
**favor [3]** 12/19
134/15 192/5
**feast [1]** 198/8

**February [15]** 87/1
105/19 107/8 120/11
121/4 156/17 157/14
157/23 159/14 159/20
179/11 205/20 207/4
207/11 288/22
**February 14 [2]**
157/14 157/23
**February 14th [1]**
156/17
**February 18th [2]**
120/11 121/4
**February 27 [1]**
159/20
**February 27th [1]**
159/14
**February 9 [1]**
105/19
**federal [12]** 7/23
11/10 11/19 11/22
11/23 14/5 14/10
14/14 16/18 16/20
18/4 20/23
**FedEx [1]** 16/20
**feedback [5]** 221/10
221/11 243/1 244/1
264/14
**feel [3]** 236/12
245/24 300/10
**feelings [1]** 14/18
**feet [5]** 55/10 55/24
175/13 175/16 175/18
**FELDMAN [1]** 1/15
**fellow [3]** 208/25
256/5 264/14
**felt [1]** 9/23
**Ferguson [2]** 10/10
10/17
**Festival [1]** 140/6
**few [7]** 21/20 74/7
81/15 87/14 90/20
142/2 302/4
**field [6]** 263/1
263/15 263/16 263/20
272/14 272/17
**fifty [1]** 43/9
**fights [1]** 17/18
**figure [3]** 25/17
270/6 303/20
**file [20]** 51/7 51/13
51/18 57/1 78/21
79/17 80/9 81/3 81/9
81/17 94/11 94/20
95/8 99/25 116/14
116/17 130/20 151/14
152/9 159/25
**filed [6]** 5/17 7/25
44/8 56/25 71/5
230/18
**files [3]** 78/25 151/2
198/13
**filing [1]** 22/14

**F**

filings [1] 94/24
fill [1] 270/24
final [13] 32/2 80/24
81/4 81/11 81/18
81/22 82/4 82/12
86/18 146/9 146/9
146/14 270/21
finaled [1] 70/5
finalize [2] 102/25
203/11
finalized [3] 83/4
182/11 203/10
finance [2] 212/1
261/14
financing [1] 250/22
find [2] 15/17 165/18
findings [4] 31/20
58/13 201/11 202/12
finds [1] 300/18
fine [22] 9/10 10/23
12/2 14/7 16/5 17/16
18/20 19/6 19/15 20/3
21/6 25/5 38/8 50/9
67/3 116/22 118/10
152/11 184/16 193/21
203/22 269/5
finish [3] 45/17
248/24 259/24
finishing [1] 25/6
fire [32] 62/20 70/13
73/14 73/22 74/2 74/2
74/16 74/22 74/23
74/25 89/16 134/14
147/22 164/13 164/14
164/14 166/18 170/24
171/21 201/7 201/8
201/12 201/14 202/24
205/12 211/10 239/16
243/18 256/22 272/15
276/8 296/11
firing [2] 134/15
216/10
firm [4] 6/22 21/25
22/7 206/5
first [56] 7/13 7/19
7/19 9/8 9/23 13/25
14/4 19/14 21/21
21/23 23/19 26/14
28/9 32/12 40/12
41/25 47/11 61/10
61/12 75/15 77/6
80/18 83/21 86/21
86/25 92/15 92/16
100/21 104/8 106/15
106/15 108/15 111/16
111/19 119/24 121/9
148/16 149/19 151/18
157/2 159/1 165/13
168/10 176/16 178/16
179/12 206/17 212/10

212/16 238/14 255/15
262/19 262/20 265/21
276/22 293/13
fit [2] 25/15 191/23
five [11] 110/21
134/12 134/14 135/6
174/2 201/5 231/8
231/9 231/9 240/23
250/14
fix [1] 85/10
fixed [2] 73/15 165/7
Flagler [2] 1/16
275/10
flames [1] 14/18
flat [1] 48/25
flexibility [1] 220/23
flip [1] 41/18
floor [20] 75/15
75/16 76/23 80/20
89/24 92/15 92/16
92/17 92/19 104/8
121/9 175/16 175/18
292/23 293/18 294/14
294/16 294/22 295/4
296/1
flooring [1] 26/23
FLORIDA [21] 1/1
1/5 1/13 1/17 1/19
1/22 2/4 23/20 39/23
40/1 46/20 71/17 93/1
119/17 193/10 198/2
202/25 206/4 206/10
253/12 304/14
flow [3] 215/11
216/14 221/14
flows [1] 215/17
fly [1] 13/22
flyers [1] 112/23
focus [3] 245/23
279/19 289/6
focused [3] 212/1
265/23 275/4
focuses [2] 140/23
141/3
follow [12] 8/13
11/3 188/6 243/6
243/9 244/18 261/22
261/24 274/18 278/13
278/20 278/20
follow-through [1]
278/20
followed [2] 9/6
244/15
following [7] 4/14
23/8 110/16 180/14
192/23 271/8 271/16
food [7] 64/9 148/24
149/9 149/11 191/5
191/5 198/3
foodstuffs [1]
181/21
foot [1] 14/22

footage [2] 131/2
183/13
footprint [1] 275/13
footprints [1]
245/10
force [1] 116/14
foreclosure [1]
116/17
foregoing [1] 304/9
foremost [3] 7/13
7/20 14/4
forget [3] 24/16
195/16 253/1
forgot [1] 22/3
form [12] 102/15
208/3 208/4 208/7
208/8 208/23 218/17
219/5 220/13 249/3
255/2 284/22
formally [1] 232/3
formation [1] 145/9
formed [1] 114/13
formulate [1] 117/1
FORT [3] 1/2 1/5
304/14
forth [6] 40/18 74/19
102/22 202/8 202/11
202/16
forward [13] 14/6
23/15 23/24 24/2
43/25 44/4 52/9 57/3
57/4 58/2 58/25
188/19 289/15
forwarded [6]
145/19 174/14 190/4
194/24 267/1 267/12
found [6] 31/16 58/1
70/11 201/8 201/8
201/12
foundation [20]
27/1 28/21 104/17
131/15 137/2 141/21
143/10 151/7 167/13
168/11 187/9 189/2
223/13 255/23 259/1
261/8 273/12 280/25
285/6 291/9
foundational [1]
207/20
four [9] 15/10 97/14
98/9 174/2 174/3
191/9 191/24 242/20
276/11
fourth [1] 80/6
FP [1] 151/10
framed [1] 47/23
Francis [2] 228/25
229/1
free [1] 289/17
frequent [5] 112/22
212/23 265/4 265/7
273/4

frequently [4] 240/6
248/11 265/3 265/12
Friday [2] 239/13
239/24
Fridays [1] 143/24
front [3] 59/5 65/4
65/9
frowned [1] 8/20
full [3] 8/18 60/12
174/24
FULLER [50] 1/4 4/5
38/6 63/17 77/22
106/1 111/20 111/25
112/16 112/17 112/21
113/21 113/23 122/20
123/2 124/3 125/21
126/2 126/7 126/24
127/7 136/7 136/15
136/23 137/7 141/16
143/23 143/25 155/9
158/17 167/3 185/25
187/14 188/11 233/8
250/4 276/18 276/25
277/11 277/15 277/15
286/4 288/6 288/8
288/19 289/20 289/23
290/15 293/25 294/11
Fuller's [4] 99/8
104/12 126/19 160/17
Fuller/Pinilla [1]
277/15
fully [1] 17/7
function [26] 90/10
207/23 208/13 211/15
214/12 215/5 216/25
217/22 219/11 219/23
221/9 225/10 226/2
236/10 236/14 240/7
241/3 251/17 259/21
259/25 261/6 273/24
278/13 278/23 280/18
298/9
functions [10]
208/12 211/7 213/23
214/8 214/17 216/11
235/20 242/1 245/5
283/16
funnel [1] 213/14
furniture [1] 199/9
further [5] 52/3
75/14 129/5 193/17
203/18
future [1] 201/2

**G**

gain [2] 272/22
279/14
gained [1] 229/5
gallery [1] 22/5
game [2] 24/16 97/3
gamut [2] 40/4
276/2

gap [2] 44/21 78/7
garage [2] 256/19
263/22
garages [1] 206/21
Gardner [1] 4/12
gathered [1] 263/1
gauge [1] 229/4
gave [5] 29/12 99/21
143/15 168/17 265/15
289/14
gears [1] 35/25
general [13] 75/12
125/16 126/2 126/12
135/9 189/20 220/20
222/25 224/21 244/8
266/12 275/11 279/21
generalized [1]
290/7
generally [10] 13/24
57/5 61/3 112/20
211/6 220/23 268/11
275/6 275/19 292/15
generated [5] 243/5
252/6 263/2 265/18
266/14
generation [1]
268/19
gentleman [6] 13/13
46/13 49/7 50/3
152/16 152/21
gentleman before
[1] 13/13
gentleman had [1]
46/13
gentleman living [1]
50/3
gentleman told [2]
152/16 152/21
gentleman who [1]
49/7
gentlemen [3] 24/15
116/24 298/23
geographic [2]
241/13 245/10
geographical [1]
245/14
geographically [1]
275/12
George [1] 135/9
get [51] 9/18 11/12
16/1 28/9 30/9 56/22
57/10 57/12 57/15
57/18 60/8 61/10 68/8
77/17 86/20 89/24
98/21 112/22 115/5
115/16 123/11 131/24
132/2 148/4 151/18
155/10 162/9 197/9
197/21 198/1 221/15
221/18 235/24 236/12
244/1 245/24 262/21
265/17 266/5 266/10

**G**

get... [11] 266/13
266/21 267/1 267/15
268/11 269/12 269/12
271/6 272/13 276/3
290/5
gets [5] 70/5 79/15
80/24 238/9 254/18
getting [8] 12/21
56/21 78/10 88/18
174/13 180/15 206/1
217/25
Gibbs [1] 159/23
give [17] 7/18 19/6
19/22 30/1 32/7 62/6
113/10 150/14 210/25
220/23 222/23 224/2
233/22 271/3 289/20
289/22 302/17
given [20] 15/12
21/9 25/14 31/9 53/16
54/5 59/22 82/7 91/21
91/24 92/2 128/7
219/10 221/10 223/6
223/9 224/6 227/21
242/18 268/3
gives [6] 29/24
80/11 85/21 102/20
102/23 116/8
giving [1] 301/19
go [111] 8/21 8/21
8/21 8/22 9/10 12/3
13/12 14/9 27/19 29/2
34/17 38/8 41/2 41/12
42/5 42/12 46/12
46/25 49/6 51/7 57/25
58/2 61/18 63/14
65/22 66/4 67/2 69/6
73/12 73/16 73/23
78/19 80/5 80/22
82/18 85/13 86/5 89/2
94/12 97/1 98/1 98/3
98/4 98/10 99/6 100/1
100/7 101/2 102/8
103/1 105/21 106/4
108/5 109/12 110/1
110/15 116/10 116/12
119/19 120/5 121/2
121/25 124/19 130/24
131/4 144/25 144/25
145/13 148/16 159/1
160/15 162/14 165/17
174/7 174/14 174/24
182/13 182/20 183/10
198/10 198/11 198/24
200/20 202/16 203/19
218/12 218/15 219/13
221/17 221/19 221/22
237/13 238/14 238/17
240/10 241/5 248/24
250/7 250/8 253/8

256/4 256/19 256/22
257/6 257/9 257/15
257/16 257/19 275/12
298/3 301/17
goal [3] 89/22
114/24 115/5
goes [11] 21/2 48/4
53/23 79/18 98/7
98/16 119/1 143/1
173/2 193/2 256/11
going [105] 7/19 8/9
8/25 9/2 11/13 11/13
13/3 13/8 15/2 15/3
15/12 18/1 18/11 19/8
20/19 23/25 24/21
26/25 44/25 45/6
49/22 51/9 51/11 64/9
65/23 66/14 67/3 67/3
68/24 69/25 70/2
73/18 73/19 73/20
80/5 85/10 97/1 97/6
98/3 98/4 102/3
113/21 114/21 116/20
118/8 120/5 154/18
159/23 162/10 168/23
172/1 179/7 180/5
180/13 188/19 194/15
194/18 195/14 198/21
201/4 202/11 212/9
214/23 217/4 218/7
219/14 219/19 219/21
221/17 221/22 224/14
225/1 227/2 227/22
231/25 236/3 238/10
251/9 254/23 257/22
262/12 262/21 269/1
269/5 269/12 270/10
270/18 270/22 270/22
271/5 277/17 285/5
286/6 298/23 300/23
300/25 301/7 301/14
302/11 302/15 302/19
303/12 303/13 303/16
303/19
Goldberg [2] 180/22
183/12
golden [2] 300/13
300/14
gone [2] 60/11 182/4
Gonzalez [2] 108/7
207/15
good [27] 4/8 4/10
4/11 4/14 5/2 17/17
17/18 18/24 24/5 24/7
24/14 24/15 24/18
25/4 52/13 83/1
118/22 118/23 118/24
129/13 129/14 175/10
178/11 178/11 188/14
205/8 211/5
got [11] 34/1 46/6
154/17 193/18 199/8

240/19 268/18 280/19
288/21 300/8 304/3
gotten [1] 11/7
govern [1] 217/17
governance [2]
207/22 218/21
governed [1] 250/20
governing [2] 209/5
218/12
government [11]
135/9 155/23 208/4
208/5 208/7 208/9
208/23 209/5 218/17
219/5 246/20
governmental [1]
206/20
governments [1]
208/4
Governor [1] 10/13
grade [2] 38/10
47/14
graduating [1]
206/4
Gralia [2] 183/4
189/12
granted [24] 33/16
33/21 80/2 83/21
85/22 100/15 105/2
107/16 119/6 137/22
146/3 147/12 148/14
154/6 159/5 161/4
162/20 163/21 175/3
178/25 179/3 181/4
186/16 191/19
granting [1] 33/22
grassy [3] 258/25
259/7 259/11
grateful [1] 21/24
gravity [2] 21/3
23/21
great [4] 17/19
47/13 209/14 228/22
greatly [1] 243/25
Greco [2] 135/13
135/14
Green [2] 135/12
135/14
Greetings [1] 83/20
ground [1] 292/23
grounds [56] 131/14
133/7 133/19 134/21
136/9 136/17 137/1
139/21 141/1 141/9
141/19 142/11 142/23
143/9 144/5 144/13
145/5 145/24 147/2
149/1 151/6 151/24
152/20 157/5 161/11
161/19 164/16 164/24
165/24 166/9 167/12
168/10 168/22 169/6
169/17 170/8 171/1

171/15 172/5 173/24
175/22 177/1 177/21
179/18 181/15 184/25
185/7 186/5 187/8
189/1 189/15 190/20
191/12 193/1 223/12
255/21
group [3] 1/10 263/2
287/3
groups [1] 87/3
guess [2] 43/20
197/25
guidance [2] 9/9
131/21
guidelines [8]
250/25 251/6 251/20
253/1 253/1 260/4
260/11 261/23
guides [1] 251/15
Gutchess [3] 1/11
4/9 269/13
gutted [2] 26/22
152/12
guy [2] 151/12 199/8
guys [3] 10/24 12/6
203/21

**H**

habitable [1] 199/11
had [138] 5/19 7/6
9/13 12/8 13/7 14/22
14/23 17/5 18/13
21/20 22/13 25/13
25/16 26/20 27/20
32/6 43/13 44/24 45/2
45/22 46/13 46/18
46/21 49/3 49/4 49/8
49/17 49/25 50/11
51/12 51/15 51/15
52/7 53/12 53/14 54/1
54/2 54/20 55/6 58/1
58/25 60/17 61/18
61/21 63/8 64/7 64/16
64/16 68/7 70/12
73/13 76/1 78/7 80/9
86/21 87/12 87/24
89/15 89/21 90/9
105/20 106/15 110/3
111/22 113/21 122/21
122/21 123/4 132/25
135/18 148/21 152/16
155/4 155/9 155/12
155/13 155/14 155/14
166/14 167/7 167/20
179/8 180/3 182/4
182/6 183/8 187/12
188/17 190/7 193/15
197/2 197/24 198/1
198/1 198/4 199/8
200/23 207/17 220/16
227/12 227/21 228/20
232/4 235/16 235/25

236/17 236/18 237/4
237/5 242/21 249/18
270/14 270/18 271/7
271/19 273/19 280/5
280/15 281/5 281/6
282/14 282/15 284/9
284/20 285/1 289/12
289/13 290/2 290/2
290/6 290/9 293/23
294/22 296/1 296/5
296/10 296/24 303/6
half [2] 206/13
269/20
halfway [1] 221/23
227/3
hand [3] 5/6 99/2
227/3
handle [4] 90/25
113/16 208/12 268/4
handled [3] 98/12
241/18 275/11
handles [1] 37/2
handling [3] 81/14
111/23 173/14
hands [1] 12/7
happen [2] 63/12
73/18
happened [34]
14/17 23/21 29/13
31/7 33/12 33/18
33/20 33/22 35/18
35/23 41/25 43/23
43/24 44/15 44/16
48/10 52/14 52/19
56/21 63/16 67/25
70/18 71/3 86/12 87/8
87/9 87/21 88/1 88/3
120/17 154/22 164/10
200/15 235/25
happening [2]
138/13 213/9
happens [8] 15/25
16/1 58/6 116/2 116/7
200/18 209/15 274/16
Happy [1] 299/10
has [89] 8/17 10/11
13/20 13/20 15/1
15/18 17/9 18/16
19/15 21/9 21/19
21/25 23/21 24/18
39/24 44/24 47/23
51/5 51/6 59/16 60/11
71/18 71/21 72/11
79/23 87/4 88/17
88/23 92/14 97/2 98/5
98/6 98/8 98/11
116/14 122/5 124/3
124/6 124/6 124/7
132/18 134/6 139/8
147/20 147/21 149/21
149/21 159/16 164/10
166/20 175/18 179/16
189/22 197/1 198/20

**H**

**has... [34]** 200/9
203/13 207/25 215/24
216/6 221/6 223/9
224/6 224/9 224/10
226/22 228/20 232/22
238/21 240/6 241/6
243/25 244/8 247/20
248/6 250/14 250/17
254/21 262/5 263/4
263/19 279/17 283/20
285/6 287/3 292/15
292/21 294/24 300/25
**hasn't [1]** 290/11
**hate [1]** 176/5
**Havana [16]** 96/5
96/8 98/8 100/13
143/21 235/7 241/15
254/15 268/9 268/13
268/18 274/24 275/3
275/6 277/9 277/21
**have [400]**
**haven't [4]** 11/7
112/25 271/15 301/15
**having [14]** 9/12
17/12 18/3 19/25 36/7
75/7 90/23 98/11
114/11 124/12 184/7
211/18 213/4 232/24
**hazard [1]** 147/22
**he [104]** 4/16 5/20
7/3 7/4 7/17 7/18
14/24 16/14 16/14
16/15 16/15 16/21
16/21 16/22 16/23
17/2 17/2 17/3 17/3
17/4 46/8 46/15 49/8
49/8 49/21 49/22
49/25 50/8 50/9 52/3
52/4 52/7 53/13 53/14
84/18 92/3 98/24
99/13 99/13 104/12
124/6 124/6 147/23
150/19 152/16 153/11
155/14 155/14 159/17
166/20 171/9 175/9
176/23 180/3 180/5
180/5 180/7 180/13
180/14 180/20 180/22
182/3 182/3 182/4
182/5 182/6 182/9
188/21 199/25 200/9
207/17 224/9 224/10
226/7 227/22 228/7
228/10 228/20 229/3
230/22 230/22 231/10
232/2 232/2 233/21
235/16 235/21 235/21
235/23 236/23 248/24
249/12 255/22 273/13
281/1 285/6 285/6

287/21 289/12 289/13
294/24 295/6 295/7
295/8
**he's [23]** 6/20 6/21
6/22 9/3 13/14 16/14
16/25 20/14 82/23
84/21 104/12 110/7
128/3 133/16 145/18
176/6 182/3 182/12
260/15 261/20 270/7
271/8 302/17
**head [10]** 12/15
43/18 146/19 176/19
177/11 183/14 225/5
225/10 225/20 226/2
**heads [9]** 211/15
217/6 223/22 226/19
226/22 226/24 227/1
278/15 291/4
**Headways [1]**
176/14
**health [3]** 18/17
296/13 297/13
**health/safety [1]**
297/13
**hear [10]** 8/23 8/24
21/7 27/14 27/15
121/15 154/20 193/21
204/7 299/23
**heard [9]** 20/6 72/10
72/11 86/25 142/21
143/5 192/18 192/19
214/1
**hearing [70]** 13/14
14/21 18/4 19/6 19/7
19/22 23/7 23/8 23/14
29/16 30/25 31/3 31/5
31/7 31/8 31/15 31/21
32/2 33/1 33/7 42/2
42/3 42/9 42/10 43/2
43/4 43/7 43/14 43/23
47/18 57/1 59/4 60/7
60/12 61/19 67/17
67/20 67/25 72/13
78/19 79/15 80/13
81/1 83/22 86/6 86/9
86/10 86/12 86/20
87/5 87/22 87/25 88/1
111/23 120/6 120/8
120/10 120/10 120/12
120/14 120/17 121/3
124/19 138/18 138/20
172/1 172/19 172/21
217/1 230/19
**hearings [17]** 45/2
45/4 51/5 61/25 62/16
62/17 68/6 81/10
82/16 86/24 86/24
87/3 111/23 115/18
116/13 138/19 172/12
**hearsay [17]** 31/17
37/5 45/24 46/11

48/14 152/21 164/17
171/2 171/7 236/24
280/25 281/8 286/7
286/16 287/14 294/23
295/6
**heart [1]** 17/13
**heartbroken [3]**
13/23 14/21 15/15
**heat [1]** 22/4
**heavily [1]** 240/3
**held [8]** 15/7 86/10
87/5 89/10 143/24
160/16 161/17 230/19
**help [4]** 130/22
131/22 294/3 298/8
**helpful [1]** 197/24
**Henning [2]** 6/13
6/16
**her [34]** 12/15 16/18
16/20 16/20 16/23
16/24 47/14 60/3
93/22 97/7 97/9 98/10
99/16 99/21 100/4
100/6 134/15 139/22
141/10 151/17 151/18
152/1 152/22 157/7
157/9 162/24 163/16
168/24 175/23 189/7
191/14 222/14 224/19
224/21
**here [75]** 4/24 10/3
10/5 10/22 10/25
11/10 12/4 12/5 12/7
12/8 12/22 13/2 13/23
13/25 14/12 14/15
14/25 15/1 15/14
15/15 15/25 16/1 16/1
16/2 16/4 16/6 16/14
16/23 17/8 19/19 21/9
23/3 23/6 23/21 23/24
60/2 83/25 88/13
90/25 91/4 95/24
101/4 101/13 103/15
106/6 106/20 114/12
118/11 122/4 122/10
128/12 132/6 132/16
132/20 133/3 133/11
138/8 138/21 144/25
148/3 157/7 166/3
180/3 181/22 194/4
194/7 199/8 199/8
203/13 204/15 218/16
243/22 250/2 290/23
300/7
**Here's [1]** 97/8
**hereby [1]** 304/9
**herein [1]** 219/6
**hey [2]** 115/13
176/10
**Hi [1]** 176/11
**high [4]** 14/19
213/13 216/15 244/13

**higher [1]** 111/5
**highlighted [4]**
203/5 203/8 222/5
279/18
**highlighting [1]**
222/4
**highrise [1]** 279/8
**him [49]** 4/20 6/18
7/5 21/8 45/17 49/22
49/25 50/10 52/9
52/13 53/12 53/15
97/20 99/3 127/2
132/10 170/24 172/25
178/7 179/23 179/25
180/5 188/21 207/16
226/8 226/8 232/4
233/22 235/5 235/23
236/23 248/13 268/23
270/24 271/7 271/15
276/20 276/22 276/22
277/6 288/13 289/2
289/7 289/14 289/22
289/24 292/2 292/5
295/8
**himself [1]** 150/19
**hire [1]** 215/7
**hired [2]** 70/3
216/23
**hiring [8]** 215/13
215/14 215/15 215/16
215/24 216/9 216/21
217/8
**his [55]** 6/14 7/17
13/14 16/13 20/10
20/10 47/22 49/8 69/9
83/19 83/24 105/25
112/17 112/21 127/8
136/23 137/7 138/25
152/17 153/7 155/13
171/12 171/12 176/23
180/18 182/12 194/18
195/9 199/8 222/14
229/4 229/7 229/24
235/13 235/15 249/3
249/7 262/13 268/22
268/22 270/16 275/23
275/23 275/24 284/3
286/4 288/9 288/19
289/7 289/13 289/13
289/17 289/20 290/15
299/22
**history [7]** 10/16
19/14 23/20 273/9
273/23 281/12 293/20
**hit [3]** 14/20 68/5
86/23
**hmm [2]** 216/4
231/15
**hold [5]** 19/3 21/5
167/1 187/25 206/1
**holders [1]** 260/2
**holds [1]** 19/8

**holes [1]** 198/21
**home [6]** 12/8 26/15
26/21 27/8 27/22
111/25
**honestly [2]** 11/11
168/3
**honesty [2]** 249/7
249/19
**honor [92]** 4/11 4/18
4/21 5/23 6/2 6/5 6/7
16/17 21/18 21/20
22/20 24/4 24/25
26/25 27/17 31/23
32/17 32/21 33/8 34/4
35/8 35/19 37/5 39/19
40/5 45/23 51/20
64/14 70/15 76/10
79/22 80/1 84/5 93/19
95/4 95/14 97/9 99/5
100/9 100/14 102/2
103/25 105/1 107/14
111/2 116/23 118/20
119/2 121/15 126/9
126/14 129/5 129/8
129/25 132/3 134/20
137/14 137/21 143/1
146/2 147/7 147/11
148/13 153/1 154/5
156/23 157/4 159/4
161/3 172/9 173/5
179/2 181/3 185/12
187/10 191/18 192/25
232/19 238/6 249/25
251/10 254/21 261/13
262/15 269/18 270/13
270/21 299/16 301/10
301/23 303/6 304/4
**Honor's [2]** 22/16
302/1
**HONORABLE [2]** 1/8
304/13
**hook [1]** 193/22
**hopeful [1]** 198/4
**hopefully [2]** 18/18
88/15
**horrible [1]** 152/13
**hot [1]** 199/1
**hotel [9]** 56/3 92/15
92/19 92/20 297/2
297/2 297/9 297/13
298/6
**HOTTE [2]** 1/15 6/22
**hour [33]** 55/23
117/2 236/1 236/9
236/17 236/19 237/3
238/2 238/7 238/15
238/19 239/10 239/15
240/14 240/17 241/17
241/18 241/21 241/22
241/25 242/8 242/9
242/12 242/16 242/22
243/2 243/9 243/12

**H**

**hour... [5]** 244/15
269/11 300/6 301/17
301/17
**hours [7]** 18/22
55/10 56/6 86/14
155/9 239/23 269/20
**house [33]** 16/19
48/19 49/1 50/3 50/9
53/9 53/10 56/4 92/16
121/8 150/15 150/22
151/3 151/11 151/21
152/3 152/5 152/6
152/12 152/17 154/10
154/11 154/16 154/24
155/6 155/10 198/20
198/23 199/19 232/5
232/11 232/24 233/4
**housing [4]** 11/22
11/23 206/9 206/9
**how [102]** 5/2 5/13
21/3 21/3 23/12 25/4
30/21 31/3 32/6 32/25
33/24 46/4 52/12
53/23 54/4 55/20 57/6
57/8 63/8 79/16 90/18
94/19 97/1 97/13
113/5 113/8 113/16
114/4 114/13 115/7
118/6 118/22 123/16
125/14 128/20 150/19
150/19 155/23 156/3
168/3 173/17 173/21
176/11 179/25 187/23
188/15 190/10 202/22
205/17 205/21 207/6
210/22 211/22 212/14
212/23 214/16 216/5
217/3 217/5 220/14
221/6 223/17 224/24
228/2 228/9 229/21
231/7 231/11 237/18
237/19 240/4 240/13
241/24 242/14 242/15
246/25 248/4 248/11
252/2 255/22 256/16
265/3 265/7 265/12
265/23 265/24 267/15
268/3 274/13 275/16
275/19 276/20 277/6
277/11 279/9 280/18
284/9 289/11 295/7
300/12 301/2 301/16
**How's [1]** 24/15
**HR [2]** 208/12 211/9
**human [3]** 48/1
215/5 226/15
**hundred [2]** 55/10
55/24
**hundreds [2]** 17/9
242/21

**hurricane [1]** 34/1
**hurt [2]** 9/23 9/25
**husband [1]** 16/24
**HUSS [1]** 1/15
**hypothetical [2]**
171/2 171/16

**I**

**I got [1]** 154/17
**I have [1]** 8/13
**I will [17]** 7/18
13/11 19/6 20/13
20/18 21/7 22/21 23/2
23/2 23/5 23/13 117/1
127/17 233/21 269/21
300/19 301/13
**I'd [9]** 20/11 20/15
98/12 107/12 108/5
125/2 188/3 266/10
266/13
**I'll [7]** 24/10 40/14
41/19 116/22 116/23
169/11 245/6
**I'm [111]** 4/24 5/14
5/22 7/19 8/23 8/25
9/2 9/8 9/22 9/25
11/11 11/12 11/13
12/7 13/10 13/23
14/21 15/2 15/3 15/11
15/15 15/16 15/17
15/23 17/12 17/14
18/1 18/11 19/8 19/16
19/22 19/23 20/13
20/14 20/16 20/16
20/19 20/19 21/11
21/24 23/5 25/5 26/25
43/17 58/25 62/6
66/14 68/12 68/24
69/25 80/5 80/23
94/11 97/6 97/9 98/7
99/11 100/3 102/2
132/10 132/10 132/17
139/4 143/18 149/20
152/11 157/9 168/4
177/24 180/5 180/14
188/19 193/20 201/4
202/19 204/10 211/2
214/23 216/16 217/4
218/7 219/20 221/17
221/22 222/4 224/14
225/1 227/2 231/21
231/25 236/3 238/9
243/22 251/9 254/23
256/17 262/12 262/21
263/4 269/16 274/6
277/17 278/14 285/5
286/6 292/6 300/1
300/14 301/7 301/18
301/20
**I've [14]** 7/16 9/16
9/23 15/12 15/16 21/1
49/20 49/22 63/19

89/3 124/20 151/11
256/17 277/7
**I-Build [6]** 51/7
51/13 51/18 62/25
63/3 98/15
**Ice [1]** 142/9
**idea [3]** 22/13 49/25
98/19
**identification [1]**
296/16
**identified [8]** 252/6
254/22 274/19 287/4
287/17 287/21 296/15
296/19
**identifies [1]** 257/25
**identify [14]** 66/18
67/4 74/11 105/5
105/17 120/7 263/22
273/17 273/18 274/10
278/19 287/25 288/2
296/12
**identifying [3]**
255/19 295/10 295/13
**if [184]** 7/15 8/11
11/2 12/3 12/25 13/5
13/22 14/9 15/19
15/23 17/24 18/25
19/2 19/5 19/8 19/21
20/2 20/3 20/14 21/8
23/7 23/13 27/11
28/23 29/22 30/3
30/15 36/10 40/1 44/1
44/1 44/3 45/8 51/22
56/4 56/5 57/3 57/4
57/4 57/10 57/12
57/15 58/16 60/8 62/2
69/2 71/18 79/2 80/5
80/22 82/7 83/13 84/3
84/22 84/23 90/20
94/8 97/2 97/5 97/6
97/6 99/4 99/15 100/1
101/24 104/18 106/16
106/24 109/2 109/6
109/12 111/13 112/24
116/2 116/7 116/16
122/18 123/10 123/13
125/4 125/5 125/7
139/2 140/5 140/7
140/8 141/14 141/22
143/11 146/9 147/23
148/6 149/14 149/14
150/21 158/18 158/20
158/21 158/23 159/23
159/24 160/4 162/25
163/11 165/1 168/12
168/23 170/23 174/7
174/23 177/2 177/4
177/6 177/18 178/2
180/12 180/20 181/17
181/20 181/25 182/4
182/24 183/9 183/22
185/9 187/1 188/5

189/3 189/4 189/4
189/17 191/5 196/11
196/12 197/22 198/10
203/4 203/16 207/20
207/22 209/1 216/25
218/2 218/7 221/11
224/10 232/17 232/22
233/17 233/19 238/11
241/11 242/18 242/21
243/5 243/23 252/13
257/3 258/5 258/8
258/9 259/11 260/25
261/20 261/21 265/14
269/11 269/12 269/13
271/5 271/21 273/13
274/14 275/6 281/1
285/6 287/2 291/22
299/8 300/18 300/24
301/2 301/4 301/20
**if you can [2]** 79/2
203/4
**Ignatius [2]** 226/5
226/6
**ignore [1]** 8/25
**Ihkewaba [1]**
226/15
**II [5]** 1/4 96/5 96/8
98/8 100/14
**illegal [9]** 36/7 38/20
38/21 39/2 54/3
187/24 188/16 193/15
213/11
**illegally [2]** 155/5
155/15
**image [5]** 5/19 6/6
6/8 9/18 198/11
**images [1]** 17/6
**immediate [1]** 198/5
**immediately [4]**
22/10 83/4 86/13
267/5
**imminent [1]** 47/20
**immune [1]** 242/8
**impact [2]** 244/21
295/22
**impacted [1]** 292/11
**impeachment [1]**
168/23
**impede [1]** 254/8
**imperative [1]** 213/8
**implement [1]**
244/14
**important [9]**
247/18 247/21 248/14
286/19 286/23 287/5
291/2 293/3 297/6
**impose [1]** 20/19
**imposes [1]** 19/11
**impressions [1]**
114/13
**improper [16]**
114/15 114/20 124/8

125/18 126/4 126/14
126/21 127/10 167/19
168/15 168/23 169/3
194/17 197/4 249/8
249/23
**improperly [1]** 35/4
**in [662]**
**inaccurate [2]** 158/2
158/6
**incarceration [2]**
19/11 21/12
**include [8]** 11/17
62/25 108/20 162/23
251/6 252/17 287/18
297/2
**included [9]** 145/21
153/12 162/25 163/7
163/10 165/2 194/11
273/24 275/11
**including [6]** 14/8
170/3 182/5 201/12
299/19 299/20
**inclusion [1]** 22/15
**inclusive [2]** 205/11
269/10
**incoming [1]** 237/22
**inconsistent [1]**
239/22
**inconspicuous [1]**
237/16
**incorrectly [1]** 22/9
**incorrigible [1]** 50/2
**incur [1]** 250/21
**indefensible [1]**
10/24
**independent [6]**
148/2 156/20 160/5
181/8 222/24 250/11
**INDEX [1]** 2/10
**indicated [2]** 141/6
166/24
**indication [1]** 40/8
**indirect [1]** 211/8
**individual [4]** 4/15
13/19 211/13 240/15
**individuals [6]** 22/24
22/25 49/4 52/16
211/20 240/16
**inevitable [1]**
280/14
**inform [3]** 148/20
213/8 295/19
**information [25]**
22/12 50/25 51/7
138/24 145/1 161/8
166/20 195/9 195/13
197/5 200/5 213/18
221/14 221/16 224/2
256/7 257/22 262/25
268/22 268/23 268/24
274/9 283/12 283/12
284/9

**I**

**informed [4]** 47/12
47/15 138/12 221/15
**Ingersoll [2]** 5/14
299/21
**ingress [2]** 242/4
254/11 279/12
**inherited [1]** 111/22
**initial [8]** 31/8 32/10
83/11 101/6 112/15
122/14 153/17 228/18
**initialed [1]** 146/8
**initiate [1]** 157/18
**initiatives [1]**
264/15
**injunction [1]** 44/9
**injunctions [2]**
116/14 130/20
**injunctive [1]**
157/18
**input [1]** 221/11
**inquired [1]** 5/18
**inquiry [2]** 222/3
222/18
**ins [1]** 21/21
**inside [12]** 41/17
45/22 46/14 47/22
47/24 50/11 63/6
66/25 152/6 152/12
153/8 199/19
**inspect [3]** 130/24
156/18 161/8
**inspected [2]** 242/16
242/24
**inspection [11]**
160/16 160/22 162/9
163/1 163/9 200/13
200/16 200/24 242/9
243/16 257/4
**inspections [9]** 70/3
70/4 161/13 162/7
165/11 165/16 236/1
242/12 243/12
**inspector [6]** 57/2
58/1 94/8 171/21
176/21 177/13
**inspector's [3]** 78/21
131/11 131/19
**inspectors [8]** 78/23
94/25 131/21 140/8
160/17 162/5 176/22
244/17
**instance [4]** 57/22
60/11 60/17 112/15
**instances [7]** 58/19
58/23 69/7 258/14
274/19 281/4 285/21
**instead [3]** 34/24
177/17 178/8
**instruct [2]** 9/17
11/1

**instructed [1]** 24/19
**instruction [2]** 299/5
299/18
**instructions [6]**
24/19 53/2 75/2
220/10 220/13 300/4
**insurance [2]** 256/19
256/20
**insuring [1]** 244/19
**integrity [4]** 10/6
12/9 249/19 279/19
**intend [4]** 97/25
98/2 269/25 270/2
**Intensity [1]** 175/12
**intent [1]** 22/13
**intentions [1]** 23/3
**interact [3]** 212/11
212/17 213/1
**interaction [9]**
207/16 208/24 209/8
209/14 220/11 220/18
235/19 264/16 280/22
**interchangeable [1]**
303/10
**interest [2]** 229/4
276/15
**interesting [1]**
184/10
**interests [4]** 14/12
18/18 23/17 23/18
**interfere [2]** 46/23
222/13
**interim [2]** 182/1
228/11
**interior [11]** 41/24
61/13 65/5 65/9 67/14
67/15 73/15 101/19
193/16 198/24 199/16
**Internet [1]** 299/3
**interpret [1]** 130/22
**interpreter [1]** 46/8
**interrelationship [1]**
218/22
**interrupt [1]** 99/19
**interrupted [1]**
206/23
**interstate [1]** 275/10
**interview [1]** 250/16
**interviews [1]** 229/6
**intimidated [3]**
292/2 292/5 292/8
**into [53]** 16/19 22/2
31/6 32/15 37/11
40/21 41/16 51/7 71/5
72/22 74/24 75/1 75/7
77/1 78/6 78/8 87/1
88/24 97/10 99/6
102/20 103/6 104/23
106/19 107/14 115/5
115/16 115/18 116/18
119/4 123/12 128/20
138/17 144/2 151/11

155/6 157/20 160/17
166/22 180/8 185/14
185/25 198/21 198/23
198/23 206/8 207/9
281/21 286/2 290/5
293/25 294/3 298/8
**intricate [1]** 21/22
**introduce [2]** 205/8
302/11
**introduced [2]** 99/4
103/6
**introductory [1]**
235/4
**invariably [2]** 213/7
213/13
**investigated [1]**
285/24
**investigation [1]**
278/20
**investment [1]**
206/5
**invite [2]** 161/20
163/6
**invited [2]** 63/16
64/6
**involve [6]** 111/13
114/12 218/20 275/8
295/10 298/18
**involved [39]** 26/6
27/4 28/9 57/10 57/12
57/16 57/17 57/18
57/23 58/23 61/10
78/3 78/23 87/16
93/17 94/5 94/17
102/13 125/7 143/25
192/18 202/19 236/13
242/1 243/8 258/14
268/8 268/11 268/18
277/14 278/7 279/24
280/1 280/3 282/22
285/1 289/11 295/12
296/13
**involvement [14]**
26/11 26/18 27/23
56/8 56/23 69/18 79/7
79/9 92/25 93/8 93/14
104/14 264/17 268/20
**involvements [1]**
26/20
**involves [1]** 208/14
**involving [11]** 27/4
111/9 254/17 264/2
278/16 280/8 290/15
295/22 297/13 297/20
298/18
**irrelevant [1]** 35/10
**is [576]**
**Is it [2]** 128/12
147/16
**isn't [3]** 57/4 85/21
85/21
**issuance [1]** 103/12

**issue [42]** 10/22
22/8 25/20 36/3 36/4
36/4 67/7 73/14 75/3
95/15 99/7 100/5
125/10 136/14 166/6
166/20 168/4 168/5
180/8 180/11 180/13
181/11 182/7 183/5
189/23 191/6 191/8
192/7 192/9 192/11
192/12 192/20 196/13
196/25 197/21 199/16
203/9 213/10 213/10
213/11 213/12 276/8
**issued [25]** 41/25
56/8 59/4 63/18 74/15
76/17 80/24 82/9 83/3
85/22 86/19 124/15
125/5 146/15 167/22
168/7 168/14 182/18
187/23 188/15 239/15
255/14 257/24 281/5
282/3
**issues [82]** 25/19
25/25 26/6 28/9 34/25
35/3 35/4 54/25 55/3
61/12 62/10 62/20
63/22 64/3 68/18 69/2
69/11 70/6 78/9 81/10
88/15 91/1 93/1 93/2
96/10 96/18 96/24
104/15 108/2 115/17
131/18 138/13 138/24
139/18 146/20 149/12
157/18 165/2 165/7
179/8 188/4 188/7
201/14 201/14 201/15
201/21 221/3 224/22
224/24 235/2 243/18
245/5 245/21 254/14
267/20 267/24 268/8
268/12 272/19 276/2
277/14 277/22 277/23
278/3 278/14 278/16
278/23 279/3 279/5
279/22 279/24 282/19
284/9 285/2 290/8
290/14 293/1 293/4
293/6 296/13 296/14
296/25
**issuing [2]** 146/20
196/12
**it [565]**
**it's [198]** 4/16 5/19
8/9 8/12 8/23 9/20
9/22 11/9 12/6 12/13
12/22 13/20 13/21
14/14 14/16 14/20
15/7 16/5 16/10 16/11
16/15 17/9 17/11
17/24 17/25 18/5 18/5
20/10 23/17 24/17

26/12 30/3 34/23
34/23 36/4 36/6 37/15
38/19 39/12 40/11
43/11 44/1 47/9 47/10
50/24 50/24 51/6 55/4
55/4 56/4 56/5 56/5
56/21 57/1 58/3 58/15
58/15 60/9 61/6 62/7
62/19 64/22 65/2 68/4
69/8 77/18 78/12
78/18 78/21 79/4 80/6
80/9 80/20 85/13
85/14 85/14 85/20
86/4 89/8 92/13 92/19
92/20 92/21 93/16
94/9 96/14 96/16
96/16 97/2 98/7 98/23
99/3 99/15 100/6
100/22 101/11 102/6
103/16 104/6 104/6
105/25 105/25 107/1
108/10 108/14 112/5
115/12 115/12 115/13
115/14 118/8 119/6
119/16 119/17 120/1
120/2 120/5 140/6
140/19 141/24 142/15
142/16 144/22 145/24
146/1 147/9 148/2
148/5 148/11 149/23
150/5 156/22 157/11
159/3 164/4 164/8
165/15 168/1 172/9
173/8 174/14 174/17
175/1 176/6 178/2
178/16 178/25 180/11
181/10 187/2 187/10
188/14 193/10 198/20
199/8 200/25 202/15
202/19 203/5 208/6
209/3 213/15 214/18
215/6 218/10 221/19
236/10 238/10 239/22
240/19 240/25 242/5
242/19 243/3 243/20
252/24 253/9 254/23
256/4 262/15 262/21
263/5 270/22 270/25
275/13 275/13 277/21
278/10 278/12 286/6
287/4 292/21 299/1
300/7 300/24 301/6
302/3 302/10
**Item [1]** 157/15
**items [5]** 65/19
103/11 243/9 267/17
274/19
**its [12]** 19/14 22/14
23/19 43/8 120/19
120/20 121/23 138/13
175/20 221/20 240/7
260/20

**I**

itself [18] 9/11 9/13
39/20 42/21 49/1
80/21 85/8 110/18
121/14 121/16 164/1
197/19 209/4 252/5
266/25 278/4 287/1
293/21

**J**

jail [2] 12/2 14/8
James [2] 107/24
138/17
January [10] 87/1
94/15 95/20 102/12
111/18 148/20 149/22
172/1 262/24 262/25
January 29th [2]
148/20 149/22
Jeff [1] 4/8
Jeffrey [1] 1/11
jerry [1] 151/10
jerry-rigged [1]
151/10
Jesse [8] 4/16 5/1
5/11 7/16 20/9 20/11
20/17 24/3
jewelry [1] 19/10
Joanna [1] 1/12
job [18] 8/19 37/21
73/16 79/13 82/3
112/22 113/8 131/11
131/18 206/11 214/16
221/9 223/24 248/8
278/12 283/22 284/21
296/6
JOE [14] 1/6 4/13
133/14 134/17 140/17
145/17 171/23 179/7
226/17 250/4 267/21
267/23 268/3 268/13
John [2] 135/13
135/14
joining [2] 129/21
129/22
joint [5] 160/15
160/22 163/1 163/9
200/12
Jorge [3] 227/14
227/15 227/21
Jose [6] 270/8 303/1
303/9 303/11 303/13
303/25
Joseph [1] 180/18
journey [1] 205/25
judge [35] 1/9 7/15
7/16 7/23 10/9 10/10
11/10 12/17 13/7
15/20 16/16 16/18
17/8 19/24 20/6 24/7
24/9 34/23 107/5
162/18 163/20 175/2

193/17 204/7 204/17
221/20 269/23 270/4
271/1 271/6 271/13
272/1 302/13 302/2
303/13
judge's [1] 17/8
judges [6] 9/13
15/19 16/22 17/2
34/21 35/1
judgment [1] 222/14
judicial [3] 34/19
68/15 68/18
July [2] 47/12 47/15
jump [1] 87/21
June [2] 186/9
186/25
June 17th [1] 186/9
June 3 [1] 186/25
junior [1] 22/10
jurors [5] 75/19 76/3
118/5 204/5 269/2
jury [60] 11/2 11/21
21/9 24/13 24/15
26/13 28/19 37/17
39/17 40/17 41/13
42/15 43/6 55/2 61/24
65/1 69/24 75/12
75/24 76/5 76/6 76/16
76/19 78/13 80/16
81/8 83/2 85/19 86/15
92/10 93/14 96/13
98/21 99/1 99/4 103/5
104/5 107/15 111/16
117/4 118/16 118/17
121/22 138/5 147/11
203/20 204/3 204/20
204/21 205/8 205/25
269/7 269/8 271/22
271/23 271/24 299/14
299/15 300/4 300/20
just [122] 4/21
10/22 10/25 11/7
12/11 13/13 16/1 16/5
17/10 17/14 17/18
17/25 20/6 20/11
20/16 21/4 21/11
22/23 23/5 24/10 25/7
34/23 38/2 38/25
39/12 40/14 43/20
44/17 44/18 51/5 56/5
58/4 58/19 61/18
63/24 65/6 65/20 74/2
74/19 76/19 77/1 77/6
78/14 78/20 79/24
80/16 80/16 82/15
84/9 93/22 93/24
98/16 98/22 99/5
99/24 113/4 113/7
115/21 121/22 130/16
137/17 139/3 139/7
139/9 140/7 145/23
146/14 149/5 150/2

150/3 152/11 153/12
154/16 158/24 159/15
160/8 162/15 172/13
176/21 178/8 178/13
180/25 183/7 183/17
184/18 186/12 187/12
189/6 192/6 193/20
193/22 201/7 203/7
206/15 207/8 208/17
211/4 214/1 214/18
215/12 218/7 218/10
218/11 218/15 224/18
235/15 235/25 238/9
238/14 239/14 241/2
241/15 244/16 245/21
251/13 254/23 255/19
256/1 257/7 289/15
301/18
justice [1] 11/2
Justin [2] 6/13 6/15

**K**

keep [17] 11/13
12/21 65/23 67/2 67/3
67/3 68/7 115/7
115/18 138/7 219/13
219/19 219/21 221/1
221/15 257/22 299/5
kept [4] 24/18 78/10
78/18 229/16
key [1] 247/20
Kinchens [1] 146/18
kind [5] 11/20 11/22
19/14 23/19 87/23
kinds [1] 154/18
King [1] 135/7
kiosks [14] 27/5
27/21 27/25 29/9
30/13 32/5 32/15
33/13 33/15 34/1
35/24 35/25 53/12
54/4
KISSANE [1] 2/2
kitchen [1] 192/3
knew [4] 16/6 152/9
200/25 288/5
know [164] 8/17
10/4 10/5 10/7 10/9
11/12 12/13 12/17
12/18 12/25 14/15
14/16 15/2 15/19 16/4
16/10 16/16 17/7 20/2
20/14 20/15 20/18
20/20 20/20 23/3 23/6
23/12 28/16 30/12
30/18 30/21 31/3
32/15 32/25 36/24
44/7 47/10 49/18 52/9
63/8 75/3 82/11 82/19
84/21 90/21 94/8
96/24 96/25 99/23
105/25 107/22 109/25

111/13 111/19 112/25
115/14 122/4 122/14
122/15 140/3 141/14
143/12 143/18 143/19
143/19 146/9 148/3
149/20 150/3 151/3
151/9 158/18 158/18
158/21 160/4 160/10
160/21 160/22 163/11
163/15 165/9 168/1
168/2 168/13 169/3
172/12 174/23 175/19
177/2 177/5 177/6
178/2 178/8 179/7
180/12 180/12 180/15
180/20 182/6 183/14
187/22 189/17 194/14
194/18 195/8 195/14
197/15 198/4 204/16
207/12 209/1 213/13
218/2 218/10 221/1
221/4 221/15 229/19
231/4 233/6 238/8
241/11 241/12 241/12
241/25 242/21 243/6
243/22 244/17 244/18
244/18 255/9 255/22
256/13 256/15 257/3
258/9 260/25 261/21
262/24 265/14 266/11
269/12 270/1 270/9
272/19 272/21 276/4
276/18 277/4 277/8
278/25 279/6 281/12
281/15 283/20 286/4
286/13 289/14 290/10
293/3 298/16 299/1
302/14
knowing [2] 12/1
183/5
knowledge [87]
28/22 29/6 31/20 32/9
33/3 33/6 34/8 36/9
36/18 37/6 39/4 40/22
41/5 45/6 45/11 45/14
45/16 45/21 45/24
46/4 46/17 51/21
59/16 61/3 62/10
72/21 79/23 81/24
82/5 82/11 86/11
95/15 98/11 99/11
99/16 99/21 99/24
100/1 101/14 101/22
101/23 102/3 103/14
103/17 103/23 104/9
106/7 106/10 106/13
106/23 107/7 114/25
122/22 122/23 123/22
124/7 124/11 124/14
124/22 125/6 125/16
125/17 126/7 126/12
126/19 127/8 143/10

152/1 164/25 167/13
168/11 168/14 189/2
190/17 203/15 241/20
260/18 272/23 273/11
280/17 281/3 285/6
286/8 286/15 291/10
294/25 296/12
knowledgeable [1]
170/21
known [13] 54/22
75/9 92/8 104/3
119/13 166/19 176/23
219/8 241/22 259/18
276/20 277/6 277/7
knows [30] 9/15
12/14 12/16 15/13
16/14 16/14 16/15
17/3 28/23 29/22
30/15 36/10 45/8
51/22 84/3 101/24
104/18 106/24 109/2
122/18 141/22 143/11
165/1 168/12 177/4
181/17 189/3 203/16
273/13 281/1
KRINZMAN [2] 1/15
6/22
KUEHNE [14] 1/18
1/18 4/12 4/23 15/10
18/15 234/14 237/13
248/25 262/17 269/10
271/25 298/3 301/21
Kunert [1] 99/12

**L**

labor [3] 215/18
215/19 217/11
lack [28] 8/12 28/21
28/21 29/5 33/2 36/9
37/5 45/11 45/16
45/23 51/20 81/24
82/5 95/14 101/14
101/23 102/3 106/7
106/23 114/25 122/22
141/20 164/25 187/9
203/15 291/9 291/9
293/18
Lacks [1] 273/12
ladies [3] 24/14
116/24 298/22
land [2] 129/18
195/3
language [3] 138/13
176/5 178/8
largely [1] 248/6
larger [11] 37/20
39/12 42/5 42/13 47/5
76/12 80/7 82/19
120/7 196/21 200/9
last [12] 6/14 22/18
111/7 159/18 166/18
188/2 218/25 219/3

**L**

**last... [4]** 219/4
240/8 289/4 289/10
**late [5]** 10/10 22/15
55/20 264/22 279/18
**later [14]** 14/2 18/1
64/15 69/22 78/6
81/16 87/20 94/10
153/15 153/17 153/20
179/12 191/9 191/24
**LAUDERDALE [3]**
1/2 1/5 304/14
**law [13]** 1/10 1/18
8/13 12/20 13/2 15/9
17/5 46/20 48/1 162/6
209/22 285/17 301/3
**lawn [2]** 258/25
259/11
**laws [4]** 90/21 97/1
184/22 257/22
**Lawsuit [1]** 44/10
**lawyer [4]** 15/14
16/19 20/9 60/1
**lawyer's [1]** 15/5
**lawyering [1]** 17/17
**lawyers [4]** 15/7
16/11 17/16 233/16
**layer [1]** 212/9
**lays [1]** 218/22
**leadership [2]** 224/3
294/2
**leading [66]** 26/8
28/13 30/14 33/9
36/13 38/12 42/20
52/23 53/4 53/17 54/6
55/15 56/10 60/20
63/1 66/12 68/20 73/2
77/13 85/2 88/19 90/4
90/15 91/6 91/12
91/18 91/19 92/4 93/3
95/4 95/9 108/25
109/9 109/17 109/18
111/10 112/12 113/18
124/17 124/25 125/8
125/9 127/3 128/9
128/13 172/21 194/19
195/10 195/19 195/21
195/22 196/6 197/6
199/3 201/3 201/4
202/13 233/12 234/9
234/13 234/18 237/8
237/12 264/5 268/14
280/24
**Leah [1]** 4/12
**learn [3]** 111/19
167/6 285/10
**learned [3]** 22/15
45/9 164/13
**least [7]** 18/19 19/17
213/1 265/8 276/21
277/11 288/6

**leave [4]** 52/12
225/15 226/6 301/11
**leaving [2]** 26/22
226/9
**lectures [1]** 15/12
**led [1]** 207/9
**left [10]** 8/21 25/6
38/5 38/16 52/17
118/6 180/18 180/20
190/1 269/10
**legal [59]** 9/9 18/2
25/17 25/25 28/3 29/5
29/15 31/12 31/17
32/11 34/4 34/11
36/20 38/22 50/13
50/24 57/3 59/24
61/15 64/18 66/13
72/17 84/10 89/17
98/23 98/25 103/19
106/22 107/2 107/9
121/12 122/7 127/15
127/25 130/18 131/18
156/3 156/6 159/24
169/7 169/18 173/14
175/23 190/13 190/21
191/13 195/17 195/25
197/7 198/15 199/12
199/18 201/16 201/22
210/9 210/16 258/10
259/3 260/22
**legalize [1]** 32/5
**legalized [1]** 252/24
**legally [2]** 89/25
89/25
**legislation [1]**
209/20
**legislative [7]** 208/1
208/16 209/18 214/7
221/13 250/21 264/15
**lengthy [2]** 187/12
187/19
**less [6]** 59/2 175/16
176/15 240/6 244/1
270/14
**let [43]** 10/24 20/2
20/11 20/20 23/3
23/12 23/22 45/17
52/9 96/21 139/9
151/17 159/12 182/6
206/15 207/20 208/17
210/24 214/1 215/12
216/15 218/10 222/4
227/23 228/4 228/12
230/11 233/4 238/1
244/6 246/2 247/9
250/7 250/8 259/24
262/19 267/17 268/7
272/3 287/10 292/14
293/13 302/13
**let's [54]** 21/13
21/14 26/3 28/8 31/2
31/4 35/25 39/7 43/20

54/21 56/3 56/7 64/21
67/2 78/13 82/18
83/23 104/21 104/22
110/14 132/20 147/5
160/15 181/19 194/4
203/3 206/2 218/15
219/13 219/20 221/18
222/1 238/5 238/14
238/17 240/10 241/5
253/8 254/14 254/20
256/4 256/19 256/22
257/6 257/9 257/15
257/15 257/19 259/15
262/5 264/22 265/20
289/6 298/22
**letter [16]** 14/10
46/21 47/4 47/7 47/8
47/11 48/3 48/9 49/9
153/12 153/16 160/11
162/6 262/10 262/13
262/14
**letters [2]** 45/15
50/19
**letting [2]** 23/6
84/21
**level [13]** 34/24
34/24 209/16 212/10
212/17 216/11 216/15
217/7 220/24 229/4
243/18 254/18 276/15
**liability [1]** 286/25
**liable [1]** 147/22
**license [4]** 13/4
149/10 167/20 191/7
**licenses [2]** 190/7
191/14
**lien [10]** 82/9 85/23
87/11 123/8 123/9
123/10 123/11 123/12
123/14 123/23
**liens [2]** 116/16
123/16
**lieutenant [2]**
235/22 240/23
**life [24]** 15/16 48/1
73/17 73/17 73/18
157/18 166/6 166/19
168/3 168/5 201/15
201/20 235/2 242/2
242/3 244/14 254/8
278/23 279/3 279/5
279/24 280/14 282/19
297/19
**lifetime [2]** 15/22
15/23
**light [1]** 183/3
**lights [2]** 165/5
201/13
**like [54]** 7/16 11/1
11/9 12/13 14/6 14/19
15/16 16/13 16/21
17/2 17/17 17/18

17/18 17/24 20/15
20/25 23/23 27/21
40/2 43/11 56/21 60/9
66/3 68/15 68/18
78/11 85/25 87/16
98/12 98/15 102/23
107/12 108/5 108/7
109/25 111/3 123/6
138/10 138/12 140/6
143/18 183/7 183/22
184/20 188/3 207/4
213/23 238/18 238/24
245/24 257/19 269/5
270/24 301/11
**likes [1]** 188/14
**Likewise [1]** 5/4
**limit [1]** 228/2
**limited [3]** 44/24
100/6 277/2
**Lina [3]** 144/25
153/4 158/25
**line [14]** 8/16 12/14
16/2 77/6 125/10
129/3 138/8 145/14
165/11 166/18 167/24
227/22 249/22 299/4
**lines [2]** 49/1 290/7
**lip [1]** 12/21
**list [4]** 45/4 185/17
240/19 270/19
**listed [1]** 65/19
**listen [2]** 20/13
20/17
**listened [1]** 10/25
**listening [3]** 24/20
99/22 100/3
**listing [1]** 240/24
**literally [1]** 14/23
**litigants [1]** 9/14
**litigation [15]** 12/9
17/19 35/10 78/7
79/17 90/6 93/18
97/12 108/4 135/12
157/25 158/1 185/16
298/18 298/19
**little [46]** 27/15
27/21 27/25 37/20
38/10 39/12 42/5
42/13 47/5 47/5 47/6
47/10 48/23 76/12
80/7 82/18 83/14
83/15 96/5 96/8 98/8
98/18 100/13 143/21
150/15 196/21 197/13
200/9 205/18 206/6
231/22 235/7 240/5
241/15 244/2 254/15
262/10 265/17 268/9
268/12 268/18 274/24
275/3 275/6 277/9
277/21
**livability [1]** 254/8

**lives [3]** 9/14 23/24
150/21
**living [8]** 46/15 50/3
112/1 150/22 150/23
199/8 205/9 244/13
**LLC [6]** 42/1 96/5
96/8 98/8 100/14
119/13
**load [4]** 165/19
170/23 171/5 278/2
**loaded [2]** 24/17
292/19
**loads [1]** 242/4
**lobbies [2]** 11/18
11/18
**lobby [2]** 11/21 17/1
**local [3]** 22/1 71/19
257/6
**located [4]** 96/4
96/14 175/17 277/21
**location [10]** 37/21
252/6 252/7 252/23
256/2 256/25 257/25
263/3 263/7 266/25
**locations [8]** 241/6
241/8 241/10 253/22
258/3 266/7 266/24
266/24
**logically [1]** 180/7
**long [15]** 15/11 68/6
91/2 115/20 198/22
205/17 207/6 229/21
276/20 277/6 277/7
284/9 299/1 300/5
302/10
**longer [4]** 166/19
198/5 228/2 284/15
**look [32]** 8/14 10/5
11/1 13/19 16/22 38/9
38/9 38/16 41/19
51/10 62/17 74/9
74/11 101/5 104/21
109/6 110/14 140/5
145/8 154/24 169/11
177/6 179/8 180/3
180/4 180/6 180/14
251/13 258/23 259/15
262/9 284/22
**looked [11]** 65/20
66/8 66/19 67/5 74/7
153/19 153/21 183/22
260/12 260/25 301/24
**looking [15]** 15/17
62/7 62/9 62/25 63/6
64/8 64/15 66/18
74/12 76/11 109/22
113/4 153/2 180/8
242/20
**looks [8]** 43/11
85/25 108/7 109/25
111/3 140/6 257/19
270/23

**L**

**looping [2]** 138/16
138/17
**Los [13]** 75/10
181/12 190/23 294/19
294/22 295/3 295/11
295/16 295/22 296/1
296/9 296/13 296/20
**lose [1]** 13/24
**lost [1]** 9/13
**lot [22]** 25/18 28/1
49/2 51/4 78/10 110/3
115/12 141/23 148/4
165/2 175/19 185/23
197/9 197/9 220/23
243/18 252/17 252/25
253/2 254/11 263/21
266/23
**lots [10]** 44/23 174/5
196/2 253/5 253/25
254/5 257/24 258/15
258/21 266/8
**loud [3]** 55/6 56/4
182/16
**loudly [1]** 27/15
**lounge [4]** 167/19
168/4 187/24 188/16
**LSR [6]** 50/24 50/25
195/18 195/24 196/3
196/10
**LUBETSKY [2]** 1/15
6/23
**lunch [1]** 116/23
**luncheon [1]** 117/5

**M**

**ma'am [2]** 133/1
174/11
**macro [1]** 209/16
**made [29]** 51/25
71/16 88/25 114/3
114/18 120/20 138/23
167/15 176/17 176/23
182/3 182/5 230/8
230/15 240/14 246/3
251/2 251/4 252/5
253/19 264/13 281/21
281/25 282/20 291/7
291/17 292/10 294/4
298/7
**magistrate [2]** 59/5
60/7
**main [1]** 134/4
**mainly [2]** 55/9
140/23
**maintain [5]** 40/19
104/25 260/5 260/19
272/18
**maintained [1]**
276/25
**maintenance [1]**
260/13

**major [2]** 70/11
73/14
**majority [2]** 158/16
231/14
**make [54]** 7/16 8/25
9/5 17/23 21/13 21/15
23/17 25/17 33/15
37/20 39/12 42/5
42/12 47/1 47/5 72/7
76/12 80/7 82/18
83/15 97/4 113/8
120/7 150/3 173/1
173/2 192/6 196/21
197/12 200/9 200/15
226/17 229/24 230/6
230/20 233/14 233/16
233/16 237/15 241/3
270/3 270/21 271/16
273/16 281/20 282/22
284/5 290/18 290/18
294/2 294/15 300/15
301/23 302/23
**makes [6]** 27/12
80/25 173/3 217/2
221/9 231/22
**making [9]** 19/23
50/25 136/2 148/24
186/21 246/7 267/7
290/22 291/3
**man [2]** 69/8 155/13
**manage [8]** 114/4
114/14 205/11 208/11
208/13 214/19 215/22
250/11
**managed [1]** 247/17
**management [8]**
210/4 214/15 218/23
272/6 273/20 273/24
274/4 296/17
**manager [121]**
159/13 159/14 159/15
174/19 177/15 187/13
187/14 188/6 189/20
190/5 191/22 204/24
205/10 205/14 205/17
206/1 207/4 207/11
207/12 207/19 207/25
208/3 208/6 208/8
208/8 208/9 208/10
208/20 209/8 210/13
210/17 210/25 211/6
211/9 213/17 213/21
216/23 218/4 218/12
219/9 220/7 221/6
221/18 222/12 222/13
222/14 222/21 222/24
223/25 224/5 224/11
225/9 226/1 226/15
227/3 227/13 227/15
227/20 228/23 231/2
236/7 236/15 238/25
242/14 243/1 243/8

243/11 244/7 244/20
244/23 245/12 245/16
247/3 247/5 247/8
248/8 249/18 264/23
267/18 268/9 272/10
273/16 273/23 275/2
275/16 277/14 277/22
278/10 278/22 278/25
279/4 280/7 281/11
281/20 283/13 283/15
284/5 284/13 284/24
284/25 285/9 286/11
286/12 286/19 288/18
290/13 290/13 291/18
293/3 293/14 295/3
295/18 295/23 296/8
296/13 296/24 297/6
297/12 297/17 298/7
298/14
**manager's [12]**
25/11 207/23 208/18
209/10 211/16 211/19
215/17 216/25 217/17
223/21 238/3 273/10
**managers [7]** 211/9
211/12 211/18 211/24
212/5 212/11 273/23
**managership [1]**
229/22
**manages [3]** 206/20
206/21 209/5
**managing [1]**
216/10
**mandate [1]** 221/13
**manner [5]** 10/2
10/11 191/23 221/16
222/13
**Manny [1]** 237/23
**Manolo [2]** 134/19
135/2
**many [20]** 30/21
31/3 32/25 33/24
44/25 57/24 97/13
113/9 125/14 126/24
141/16 173/17 173/21
195/12 214/16 231/7
231/11 242/15 242/15
266/1
**Marc [2]** 1/21 4/12
**March [16]** 41/5
41/10 41/23 74/21
83/3 85/25 86/1 86/7
86/10 87/5 161/17
162/3 164/2 180/18
201/1 262/5
**March 24th [1]** 87/5
**March 28 [1]** 83/3
**March 5 [3]** 161/17
164/2 201/1
**March 5th [1]** 162/3
**mark [2]** 140/11
303/17

**market [4]** 27/25
33/15 53/13 53/22
**marketplace [20]**
26/3 26/4 26/7 26/11
26/19 28/1 36/6 38/1
39/7 42/1 48/4 48/6
52/21 53/8 54/1 54/12
54/16 142/19 150/16
198/20
**Marlins [1]** 275/14
**Marrero [4]** 225/23
225/24 226/1 226/13
**marshals [2]** 8/20
13/4
**MARTIN [4]** 1/4
233/8 250/4 277/4
**masks [1]** 87/2
**Mason [4]** 1/16 4/11
7/1 7/2
**material [2]** 246/12
295/14
**materials [1]** 301/3
**math [1]** 242/19
**matter [20]** 10/7
11/3 11/5 15/22 23/2
23/15 24/21 44/11
54/12 58/14 78/11
81/10 90/25 91/5
97/23 132/17 168/25
224/10 285/13 304/10
**matters [19]** 89/3
90/6 90/13 90/19
114/11 127/2 170/12
170/16 170/18 248/13
248/20 268/4 268/19
278/6 297/9 297/19
298/18 298/20 302/14
**may [59]** 1/5 4/1 8/8
8/10 11/20 11/23
12/17 12/19 18/3
18/14 18/18 21/6
21/17 24/6 24/15
24/23 28/20 32/21
47/18 55/25 62/3
66/15 69/5 76/8 81/15
84/3 118/1 118/19
124/15 129/8 146/14
175/14 181/11 181/20
183/10 198/25 202/22
203/4 204/14 204/22
222/18 233/16 237/5
238/15 243/6 245/21
261/21 262/8 271/20
271/25 274/20 276/16
276/16 298/3 299/7
299/18 302/4 303/19
303/23
**may be [14]** 8/8
11/20 11/23 18/14
18/18 24/15 55/25
69/5 204/14 204/22
222/18 243/6 271/20

302/4
**maybe [10]** 9/10
14/1 118/8 125/15
174/2 174/3 188/21
197/25 276/2 303/8
**mayor [24]** 108/6
205/22 208/4 208/5
209/2 210/10 218/23
219/6 219/18 222/9
222/19 222/22 223/6
228/20 228/23 228/24
228/25 229/2 232/5
232/10 232/12 232/24
233/4 233/10
**mayor's [2]** 208/2
221/1
**mayors [2]** 228/21
228/22
**me [103]** 5/18 9/1
13/13 14/1 14/1 14/11
15/22 15/24 20/2 20/4
21/25 22/18 23/3
23/12 37/1 37/4 49/21
49/21 49/22 49/23
50/20 51/6 52/7 62/6
75/20 96/7 96/21
99/19 113/4 113/6
113/9 119/12 124/20
132/17 132/18 132/24
139/9 147/16 149/5
150/14 152/6 152/7
156/20 159/12 159/25
162/23 163/15 164/19
165/15 176/13 178/1
178/11 188/9 189/4
196/19 206/15 207/20
208/17 210/24 211/10
212/7 214/1 215/6
215/12 216/15 217/5
219/2 221/25 222/4
227/21 227/23 228/4
228/12 230/11 233/4
238/1 243/23 244/6
246/2 247/9 247/18
247/21 250/7 250/8
259/24 262/19 266/22
267/17 268/7 269/25
272/3 272/15 272/18
272/21 274/17 278/11
281/6 283/20 287/10
292/14 293/13 301/4
302/17
**mean [38]** 8/23 9/16
9/22 13/21 15/9 17/6
31/10 40/2 52/18 58/6
70/21 70/23 72/9 77/4
85/11 87/17 99/24
112/23 126/25 132/24
141/24 143/18 174/15
176/2 176/6 177/5
181/10 184/11 202/15
202/23 215/13 250/15

# M

**mean... [6]** 255/18
259/4 262/2 265/18
296/10 301/18
**meaning [3]** 139/23
141/11 210/20
**means [13]** 70/24
73/17 86/13 193/11
208/10 208/15 227/24
233/17 242/4 243/23
255/22 263/16 284/22
**meant [4]** 165/21
197/16 231/7 303/18
**meantime [1]**
150/15
**measurements [1]**
131/1
**mechanical [2]**
101/11 279/11
**mechanisms [2]**
115/10 116/3
**media [4]** 9/17 14/13
24/20 24/21
**meet [10]** 37/2
53/23 62/20 73/20
90/18 90/21 91/1
220/4 275/20 277/11
**meeting [51]** 53/13
53/16 53/20 53/21
54/5 62/22 90/13 91/3
157/14 159/18 160/16
160/22 161/7 161/13
161/17 161/20 161/21
162/2 162/4 162/6
162/10 162/24 163/5
163/11 163/12 164/4
164/10 164/13 166/14
171/9 187/12 187/19
188/6 188/11 199/25
200/4 200/23 232/1
232/5 232/8 232/10
232/24 233/3 233/10
234/2 234/17 246/18
246/20 247/1 247/7
275/21
**meetings [20]** 73/6
89/1 89/3 89/10 89/21
89/23 90/2 90/9 90/23
220/17 229/6 232/4
246/25 247/3 247/6
247/12 247/21 248/4
276/14 294/5
**member [3]** 22/10
250/14 250/16
**members [14]** 9/14
76/6 118/17 204/21
222/10 222/20 222/23
247/25 250/16 271/24
275/24 275/25 292/4
292/7
**memo [7]** 51/2 108/6

144/10 144/15 144/17
146/13 146/15
**memorandum [1]**
146/6
**Memorial [4]** 269/17
298/24 299/11 301/9
**memorialized [1]**
166/16
**memos [2]** 138/9
196/13
**Mendez [25]** 133/17
133/24 134/9 134/14
135/8 135/19 136/4
136/6 136/15 145/1
145/15 148/17 148/20
159/22 163/13 164/8
173/11 173/14 176/9
176/24 177/23 179/25
184/9 210/12 224/16
**mentioned [28]** 74/2
96/25 97/16 97/18
99/2 99/9 150/21
211/18 214/15 215/25
216/16 217/10 224/14
227/1 227/23 228/7
232/14 235/12 236/3
238/1 244/5 246/2
260/5 267/11 267/18
282/10 283/2 288/5
**merchandise [1]**
181/20
**merely [1]** 19/15
**message [7]** 6/18
10/21 176/9 179/5
196/16 196/18 197/2
**met [10]** 49/22
51/12 52/16 85/21
94/25 107/8 236/5
236/7 276/22 296/10
**metal [1]** 27/7
**meters [1]** 206/22
**Mexican [2]** 75/15
292/23
**Miami [62]** 1/13
1/17 1/19 1/22 2/4
12/12 39/24 54/19
71/6 71/21 92/14
108/13 108/24 114/10
127/23 129/17 129/21
129/22 130/3 131/24
133/12 134/12 155/24
156/6 156/17 157/12
173/15 182/5 196/1
205/10 206/5 206/11
206/17 206/18 206/19
220/14 225/17 228/4
234/17 239/7 244/7
247/10 250/9 250/10
250/24 252/2 253/12
255/4 255/6 258/18
259/25 261/18 263/11
264/13 272/7 273/9

279/4 279/18 293/8
295/15 296/17 298/19
**Miami-Dade [3]**
39/24 71/6 71/21
**micro [1]** 209/16
**microphone [1]**
14/14
**middle [3]** 63/18
182/14 219/16
**might [3]** 43/19
211/2 232/2
**mile [1]** 176/14
**million [1]** 155/14
**millions [3]** 46/13
47/22 153/8
**Min [3]** 135/13
135/14 145/17
**mincing [1]** 19/23
**mind [2]** 30/3 207/21
**mine [3]** 47/9 227/7
230/7
**mini [1]** 213/23
**mini-administrative**
**[1]** 213/23
**minimum [8]** 9/11
14/4 14/8 16/5 18/20
19/18 76/24 80/20
**minute [3]** 13/14
214/1 298/2
**minutes [26]** 18/11
20/11 20/17 21/8 74/7
75/20 75/25 87/15
114/22 118/9 154/22
176/15 189/25 193/18
193/20 201/5 203/22
203/22 203/25 269/2
269/3 269/4 269/10
300/6 301/17 301/18
**Miro [3]** 145/17
146/24 196/15
**miscarriage [1]** 11/2
**misconduct [2]**
14/22 15/6
**missed [2]** 149/6
303/8
**missing [2]** 164/21
201/13
**misstates [3]** 141/10
179/20 287/20
**misstating [1]** 290/3
**mistrials [1]** 17/22
**mitigated [1]** 123/17
**mitigation [3]** 123/8
123/14 123/23
**Mm [2]** 216/4 231/15
**Mm-hmm [2]** 216/4
231/15
**modified [3]** 240/25
241/2 244/2
**moment [14]** 22/4
22/17 25/7 41/20 47/3
61/18 62/6 66/8 66/20

78/14 139/9 220/21
236/4 302/17
**momentum [1]**
229/5
**money [1]** 10/18
**monikers [1]** 77/17
**monitor [1]** 263/20
**month [7]** 10/16
20/9 90/20 192/23
242/21 262/25 263/3
**months [8]** 45/2
81/15 179/12 229/23
240/9 248/22 249/2
284/14
**moral [1]** 18/24
**Morales [1]** 237/23
**more [36]** 13/18
14/5 43/9 48/23 55/10
55/24 59/3 65/3 70/24
110/3 110/3 115/21
118/6 138/12 138/23
139/1 139/8 158/21
165/19 181/19 187/15
214/11 240/5 247/17
269/4 279/20 286/1
288/6 289/2 289/4
289/15 289/18 290/7
293/18 298/11 300/7
**morning [10]** 4/1
4/8 4/10 4/11 4/14
5/2 24/5 24/7 24/14
25/4
**most [13]** 7/20 13/15
58/19 60/7 115/16
136/14 136/18 170/20
197/15 209/19 214/8
265/22 286/24
**mostly [4]** 75/16
169/12 241/16 243/20
**motel [3]** 92/20
121/8 123/5
**motel/rooming [1]**
121/8
**mother [2]** 99/9
104/12
**motivated [1]**
284/22
**movable [6]** 148/24
149/9 149/14 149/21
198/1 198/8
**move [42]** 23/15
23/23 24/2 26/3 43/20
43/25 44/4 54/21 57/3
57/4 77/19 77/19
79/20 93/19 95/12
102/5 104/23 112/4
137/21 147/11 148/13
149/8 149/16 149/18
154/5 159/4 159/21
161/3 162/18 163/20
173/4 174/22 175/2
178/20 179/2 181/3

183/6 186/15 191/18
250/1 289/15 300/22
**moved [8]** 44/19
49/8 58/25 61/12 67/9
158/11 206/5 207/3
**moving [3]** 14/6
45/3 52/9
**MPA [33]** 207/6
247/9 247/12 250/9
250/25 251/17 252/11
254/4 254/13 254/18
257/3 258/2 258/5
258/9 258/14 258/24
259/7 259/12 260/11
260/18 261/11 261/22
262/2 262/5 262/5 263/15
264/1 264/9 264/12
264/17 264/25 267/3
276/22 277/13
**Mr [106]** 4/23 5/2
5/5 5/7 5/20 6/13
6/15 9/1 9/2 11/4
14/25 15/10 15/13
16/6 16/13 16/15
18/14 18/15 18/15
20/4 20/25 21/17 23/1
45/19 49/13 49/16
49/20 51/12 51/25
64/13 66/15 76/8
77/22 77/23 83/24
84/13 84/19 97/19
99/8 99/12 111/20
111/25 112/16 112/17
113/21 113/23 113/23
118/11 118/19 122/20
124/3 125/21 125/21
126/2 126/3 126/7
126/7 126/19 126/24
127/7 136/7 136/7
136/14 136/23 136/23
137/7 137/7 141/16
141/17 143/23 143/25
150/24 154/25 155/9
155/9 158/17 158/17
159/13 159/14 159/15
160/17 167/3 172/21
174/21 175/6 177/18
179/15 183/2 185/25
185/25 196/15 204/6
208/8 234/14 237/13
248/25 262/17 269/13
271/25 277/11 288/6
288/8 289/23 290/19
299/23 303/11
**Mr. [20]** 4/25 8/5
16/7 18/15 24/24
63/17 93/23 104/12
109/19 112/21 118/13
123/2 136/15 150/20
160/18 178/17 269/10
298/3 299/20 301/21
**Mr. Carollo's [1]**

**M**

**Mr. Carollo's... [1]**
299/20
**Mr. Fuller [4]** 63/17
112/21 123/2 136/15
**Mr. Fuller's [1]**
104/12
**Mr. Kuehne [4]**
18/15 269/10 298/3
301/21
**Mr. Noriega [1]**
118/13
**Mr. Pertnoy [2]**
24/24 109/19
**Mr. Pinilla [1]**
150/20
**Mr. Pinilla's [1]**
160/18
**Mr. Rothman [1]**
16/7
**Mr. Ruiz [1]** 178/17
**Mr. Sarnoff [1]**
93/23
**Mr. Stolow [2]** 4/25
8/5
**Ms [8]** 25/4 46/12
73/12 147/14 166/14
177/11 183/4 199/19
**Ms. [77]** 8/1 10/4
12/14 18/15 24/1 24/1
24/5 24/11 24/24 27/9
39/15 40/15 43/16
47/14 52/24 54/8 60/5
62/3 76/9 76/14 78/16
84/4 94/3 97/22 99/11
107/20 111/1 116/11
118/22 119/10 128/15
129/7 129/13 136/4
136/6 136/15 137/25
139/13 145/1 146/7
148/17 148/20 149/5
149/19 151/17 155/18
159/8 159/22 161/24
162/22 163/24 164/8
166/24 167/18 169/3
173/11 173/14 176/2
176/9 176/24 177/23
179/5 179/25 181/7
182/21 184/1 184/4
184/9 185/14 186/19
189/25 190/11 190/15
191/17 193/7 194/4
301/12
**Ms. Arteaga [1]**
24/11
**Ms. Caprio [2]** 97/22
301/12
**Ms. Dawson [3]** 8/1
10/4 18/15
**Ms. Dooley [48]**
24/1 24/1 24/5 24/24

27/9 39/15 40/15
43/16 47/14 52/24
54/8 60/5 62/3 76/9
76/14 78/16 84/4 94/3
107/20 111/1 116/11
118/22 119/10 128/15
129/7 129/13 137/25
139/13 146/7 149/5
149/19 155/18 159/8
161/24 162/22 163/24
169/3 176/2 179/5
181/7 182/21 184/4
185/14 186/19 190/11
191/17 193/7 194/4
**Ms. Dooley's [1]**
99/11
**Ms. Mendez [15]**
136/4 136/6 136/15
145/1 148/17 148/20
159/22 164/8 173/11
173/14 176/9 176/24
177/23 179/25 184/9
**Ms. Rocky [1]** 12/14
**Ms. Suarez [4]**
151/17 184/1 189/25
190/15
**Ms. Valencia [2]**
166/24 167/18
**much [18]** 12/23
16/15 32/6 55/24 57/8
68/15 97/1 118/6
123/16 153/3 196/22
221/9 221/10 221/10
228/2 240/8 266/18
284/15
**multi [2]** 104/6
115/12
**multi-prong [1]**
115/12
**multi-use [1]** 104/6
**multiagency [1]**
239/17
**multidisciplinary [2]**
62/19 89/8
**multiple [17]** 31/5
124/11 125/10 162/4
195/21 201/8 201/12
242/11 242/23 247/25
265/8 285/21 285/22
287/3 287/17 289/7
300/23
**municipalities [1]**
8/15
**municipality [1]**
208/6
**murder [1]** 16/20
**Murdered [1]** 16/20
**music [6]** 55/6 55/13
55/21 55/23 56/1
140/6
**must [3]** 76/22 80/18
103/11

**my [97]** 4/15 5/11
5/16 6/22 7/1 9/6
9/25 10/16 12/6 12/11
12/14 12/19 13/16
15/4 15/12 15/16
15/18 17/13 17/23
17/24 18/2 19/12
19/16 20/21 21/18
22/1 22/7 22/11 22/16
23/6 24/18 27/23
33/25 43/18 48/18
49/21 50/20 58/20
81/2 83/4 98/12
102/16 104/25 112/22
116/22 133/1 136/1
138/13 138/1 144/1
144/6 145/6 146/8
150/12 151/14 172/6
181/16 181/25 183/14
193/22 202/18 205/10
205/22 208/15 211/3
211/9 211/11 213/21
214/6 215/6 215/11
215/11 217/5 217/9
220/24 221/5 221/9
238/6 238/17 243/18
244/14 262/22 264/14
264/15 269/16 272/18
273/20 275/23 275/24
275/24 278/10 278/12
284/1 285/15 285/25
297/14 299/5
**myself [3]** 100/1
232/12 295/12

**N**

**N-O-R-I-E-G-A [1]**
205/4
**name [24]** 4/16 5/9
5/11 6/14 6/25 7/1
7/25 8/4 8/4 10/16
38/5 38/6 49/21 58/20
96/5 104/11 113/4
113/6 113/7 205/22
229/7 238/21 256/2
262/13
**name's [1]** 138/1
**named [5]** 10/10
227/17 232/3 232/15
256/5
**names [3]** 113/9
113/10 113/15
**naming [1]** 227/4
**narrative [3]** 40/7
70/15 287/6
**narrow [3]** 114/6
170/10 288/24
**narrowly [1]** 55/25
**national [4]** 7/23
14/12 15/24 23/18
**nationwide [2]**
10/21 20/22

**nature [4]** 209/8
238/18 243/14 290/7
**near [2]** 298/25
298/25
**necessarily [5]**
245/5 245/18 273/18
274/6 284/1
**necessary [4]** 37/3
222/18 223/24 247/23
**need [38]** 4/23 20/20
30/2 40/19 51/2 62/17
74/24 74/25 80/13
84/23 101/18 115/21
134/14 167/9 175/20
181/19 183/6 184/10
188/4 188/5 203/20
203/21 203/22 208/20
210/4 219/1 220/22
221/11 240/8 269/2
269/4 269/11 271/4
271/10 276/5 278/25
281/12 283/20
**needed [10]** 34/2
68/2 73/15 101/13
167/16 188/18 198/2
250/21 273/19 282/19
**needing [2]** 89/13
197/23
**needs [3]** 65/7 256/9
285/24
**negotiating [1]**
218/2
**negotiations [1]** 8/8
**neighborhood [6]**
213/22 214/2 245/22
254/9 254/12 258/25
**neighborhoods [3]**
254/1 266/5 272/20
**neither [4]** 222/8
222/9 222/22 303/19
**Nemons [3]** 182/1
188/20 188/22
**Nemons' [1]** 183/2
**NET [5]** 146/19 214/4
214/5 214/7 214/10
**network [1]** 228/21
**never [19]** 9/23
10/12 11/10 12/10
12/13 12/24 15/16
18/10 22/21 49/20
49/22 53/12 149/17
149/17 152/6 172/7
182/3 199/19 287/21
**new [11]** 16/18
90/21 120/4 155/4
194/11 229/7 236/11
250/16 272/21 282/2
282/3
**newly [2]** 194/17
220/22
**news [1]** 299/3
**newspaper [1]**

299/3
**next [52]** 28/6 29/13
35/18 41/2 44/15
44/16 48/10 48/11
65/22 65/22 65/22
66/4 67/25 96/16
101/2 109/24 118/13
120/5 142/16 184/1
188/6 189/24 190/15
198/24 203/19 204/6
204/6 204/8 204/23
218/15 218/15 218/15
218/16 218/16 219/13
219/14 219/14 219/19
219/19 219/19 219/19
238/17 240/10 241/5
256/4 256/19 256/22
257/6 257/9 257/16
257/21 270/2
**Nice [1]** 5/3
**night [11]** 13/24
22/18 49/8 73/19
189/21 236/2 237/5
239/13 239/23 239/24
242/18
**nightclub [4]** 168/8
168/20 187/24 292/24
**nightclubs [2]**
139/18 140/2
**Niworowski [1]** 1/12
**NM [1]** 187/6
**no [192]** 1/2 6/5
7/10 8/3 9/4 10/17
11/19 11/22 12/22
13/21 13/22 14/14
14/14 14/17 14/20
17/7 17/21 19/11 20/5
22/13 22/13 27/14
37/16 43/18 46/19
47/23 49/25 50/11
51/23 52/25 54/9
54/14 55/23 55/25
57/11 58/15 60/22
66/24 68/6 68/12
72/12 72/14 72/25
77/14 78/1 79/23
83/14 87/17 88/21
91/1 91/8 91/14 91/23
92/1 92/6 97/3 100/16
101/25 101/25 106/24
107/11 107/13 109/20
110/10 111/15 113/9
122/25 128/3 128/23
129/5 129/19 129/21
130/25 131/6 131/8
131/10 132/17 135/14
136/20 137/20 138/1
139/9 141/24 147/7
147/8 148/10 150/3
151/3 151/16 151/21
151/22 152/3 152/5

**N**

**no... [96]** 152/19 153/11 153/13 154/1 154/4 154/4 155/11 157/16 159/1 161/2 162/16 162/17 163/19 166/6 166/19 166/20 173/7 174/25 178/9 178/22 180/5 181/2 181/8 181/18 183/25 183/25 185/23 186/2 186/13 188/12 193/17 193/20 194/16 194/21 195/12 196/4 196/19 197/9 200/4 200/19 202/19 203/14 203/17 203/18 217/22 219/2 223/8 226/3 226/18 226/21 226/25 231/17 231/21 233/13 234/4 234/7 234/23 234/25 236/16 237/17 237/20 237/21 241/23 242/10 245/15 254/3 258/4 264/11 267/8 267/10 267/22 267/25 268/2 268/6 269/17 273/11 275/5 283/6 284/15 289/9 289/25 290/17 290/21 290/24 291/21 291/25 292/3 292/9 292/13 294/13 295/24 296/22 297/24 302/6 303/6 303/13
**no-no [1]** 14/14
**Nobody [2]** 6/2 150/23
**nodding [1]** 12/15
**noise [21]** 54/24 55/3 55/9 55/12 56/7 56/9 56/14 56/17 56/24 57/18 57/23 58/22 58/23 59/11 60/12 60/17 60/18 60/24 61/12 63/17 154/20
**non [6]** 91/19 109/18 115/6 115/23 125/9 195/21
**non-leading [4]** 91/19 109/18 125/9 195/21
**Non-responsive [1]** 115/23
**non-violating [1]** 115/6
**noncompliance [2]** 85/20 85/22
**none [4]** 9/7 13/11 20/1 21/16
**nonetheless [2]**

60/3 168/7
**Nonresponsive [2]** 64/10 66/12
**Nope [1]** 131/3
**nor [6]** 222/9 222/9 222/10 222/22 222/22 222/23
**Noriega [11]** 118/11 118/13 174/17 174/18 177/15 204/6 204/8 204/25 205/3 205/6 299/23
**normal [5]** 69/4 87/2 239/6 294/7 298/9
**north [1]** 275/14
**northeast [1]** 92/14
**not [233]** 7/4 7/23 8/17 8/23 8/25 9/2 9/11 9/17 10/5 10/16 11/11 11/12 12/15 12/17 12/21 13/10 14/8 15/2 15/3 15/11 17/7 17/9 18/5 18/21 19/9 19/15 19/21 19/23 20/16 20/19 20/19 20/21 21/1 21/6 21/6 21/14 21/23 22/23 23/7 23/13 24/19 29/14 30/3 32/7 32/19 34/1 34/3 34/5 35/20 41/6 43/19 43/20 44/1 44/7 44/14 44/25 46/15 46/23 49/2 50/4 50/13 51/6 51/8 51/10 52/4 54/20 55/9 56/5 56/10 58/8 60/2 60/19 61/5 63/11 64/17 67/10 68/12 74/10 75/21 77/11 77/22 78/5 78/6 78/12 81/2 82/12 84/1 85/2 87/6 87/6 87/17 87/20 92/20 95/15 97/5 98/23 98/25 99/7 99/7 99/13 99/17 104/16 111/8 111/15 115/1 116/7 116/25 117/1 118/11 123/9 123/22 126/25 132/10 132/20 133/1 135/24 137/13 138/1 140/19 142/4 143/18 148/9 151/18 152/15 153/12 154/15 157/7 157/10 157/24 158/22 160/10 161/12 161/20 165/5 167/16 168/1 168/5 169/19 169/25 171/21 172/22 173/3 175/14 176/21 177/22 177/24 178/11 182/17 182/18 182/25 183/5 183/10 186/4

191/3 191/4 192/3 197/15 198/3 198/5 198/9 202/15 202/19 202/24 204/7 207/17 211/2 221/4 224/9 224/10 224/14 230/13 230/15 230/17 230/21 231/24 232/15 233/19 234/20 235/3 235/16 236/22 238/10 239/22 242/22 250/2 250/3 254/4 254/8 256/17 258/20 259/4 259/14 266/6 269/13 270/9 270/18 270/22 271/7 271/9 273/18 274/20 276/14 276/16 278/4 280/13 280/15 281/6 282/15 283/9 284/21 285/18 289/18 292/6 294/1 299/2 299/3 299/19 299/24 300/1 300/13 300/13 300/15 300/23 300/25 301/4 301/6 302/10 302/11 302/15 302/19 303/7 303/15 303/22
**notarized [1]** 106/2
**notary [1]** 256/5
**note [1]** 257/13
**noted [3]** 83/10 105/2 146/1
**notes [1]** 78/21 116/22 238/6
**nothing [5]** 11/2 11/7 16/1 43/24 50/9
**nothing's [1]** 73/18
**notice [37]** 29/2 29/19 29/20 29/23 29/24 30/1 30/8 40/18 41/25 47/3 62/7 65/19 65/25 66/7 66/19 67/5 67/14 67/18 74/7 76/17 76/20 76/21 83/8 83/10 93/1 94/5 95/19 101/21 104/14 106/5 119/11 119/15 119/23 120/6 120/8 122/14 240/19
**notices [4]** 50/20 116/8 138/9 139/1
**noticing [2]** 47/19 50/19
**notify [2]** 276/5 302/23
**notion [1]** 50/10
**notwithstanding [1]** 15/1
**now [64]** 4/24 8/7 8/19 11/14 11/17 12/1 13/5 13/8 13/12 15/10 19/5 19/22 20/2 35/25

41/25 48/9 52/21 57/14 58/6 63/6 67/16 68/17 69/9 75/4 83/6 83/23 84/25 85/13 86/17 87/8 89/5 98/7 112/15 115/10 119/24 130/3 149/10 156/2 169/22 174/3 182/4 188/14 194/9 194/23 196/14 197/25 200/22 203/1 206/1 206/6 218/7 224/13 226/15 236/3 238/1 240/6 244/2 248/8 267/17 270/1 270/6 284/8 284/24 294/14
**nowhere [1]** 262/13
**NP [1]** 187/12
**number [34]** 4/6 5/17 21/13 33/6 77/2 78/4 79/3 80/14 80/20 84/18 85/12 86/2 86/2 86/4 110/14 119/16 119/25 120/3 137/11 147/24 149/21 160/10 160/11 178/22 187/3 213/24 213/24 232/4 252/7 262/23 263/7 263/8 264/14 268/21
**numbers [3]** 77/17 77/19 240/20
**NW [2]** 1/13 119/13

**O**

**O-L-O-W [1]** 5/12
**oath [4]** 124/4 124/6 124/7 299/24
**object [10]** 26/25 71/2 93/24 102/3 145/24 160/10 233/22 262/12 285/5 286/6
**objecting [2]** 97/7 300/24
**objection [367]**
**objections [10]** 24/11 31/23 33/8 35/14 97/6 99/23 125/10 195/22 233/16 300/23
**obligated [1]** 261/22
**obligation [3]** 209/13 296/6 296/7
**observation [2]** 199/10 286/3
**observations [7]** 41/14 41/22 63/21 114/3 114/13 114/18 199/17
**observe [6]** 41/10 48/20 49/16 54/5 198/19 236/12
**observed [4]** 19/19

48/22 48/24 243/9
**observing [1]** 236/9
**obtain [10]** 28/2 40/19 46/4 53/22 71/1 75/1 76/22 80/19 161/8 252/3
**obtained [5]** 42/24 103/9 122/2 157/17 268/24
**obviously [22]** 7/20 18/19 54/3 116/13 202/24 208/24 209/11 209/18 215/5 215/8 215/16 215/17 243/5 244/15 245/21 262/21 262/24 266/3 279/10 279/17 279/17 289/13
**occasion [8]** 212/12 235/5 236/10 239/21 243/3 248/16 266/10 289/3
**occasions [4]** 55/8 58/1 248/19 289/7
**occupancy [8]** 70/14 71/22 165/18 170/23 171/5 242/4 278/2 279/20
**occupy [1]** 71/22
**occur [4]** 58/7 229/1 258/1 276/7
**occurred [11]** 15/6 39/10 43/6 53/20 67/20 86/11 120/14 224/10 229/14 290/6 290/9
**occurrence [1]** 243/5
**occurring [1]** 273/19
**occurs [3]** 258/5 258/15 274/7
**Ocho [33]** 26/3 26/4 26/7 26/11 26/18 28/1 36/6 38/1 39/7 42/1 48/4 48/6 52/21 53/8 54/1 54/12 54/16 139/17 140/10 140/17 140/23 141/6 141/16 142/19 150/16 254/15 268/9 268/12 268/18 274/24 275/3 275/7 277/9
**October [10]** 70/7 86/25 108/10 108/17 108/17 108/18 108/18 108/18 108/19 110/10
**odd [1]** 215/25
**off [14]** 25/6 43/18 46/17 46/20 48/17 49/17 63/20 70/7 114/2 183/14 200/22 262/10 262/21 262/22
**offender [1]** 243/6

# O

**offense [1]** 8/24
**offensive [1]** 266/11
**offer [1]** 263/6
**offhand [1]** 256/15
**office [68]** 25/11
28/12 48/12 50/21
91/16 102/16 108/2
108/3 111/17 112/17
130/16 133/23 136/23
137/6 137/7 138/7
138/12 138/20 138/21
145/20 146/25 147/19
162/7 173/22 187/13
194/10 194/25 202/9
208/2 210/19 210/19
210/24 210/25 211/3
211/5 211/5 211/16
211/19 212/21 213/1
213/4 214/19 215/9
215/11 215/11 215/17
220/25 221/5 222/12
223/22 224/18 224/21
232/2 233/10 238/3
243/1 243/14 243/15
245/13 245/17 266/20
268/22 273/10 275/23
275/23 276/17 276/17
279/8
**officer [13]** 13/3
41/7 50/14 58/9 61/6
67/11 184/20 207/7
219/8 220/15 221/7
221/8 224/15
**Officer's [1]** 8/19
**officers [3]** 222/15
240/24 249/12
**offices [5]** 212/17
212/24 214/7 214/8
267/12
**official [15]** 71/17
71/17 71/23 89/2 89/4
110/9 112/10 194/17
197/4 235/6 235/15
235/19 295/14 295/19
304/13
**official's [1]** 266/20
**officials [10]** 91/25
134/23 170/2 184/22
194/14 208/21 209/2
247/22 264/16 266/18
**offsite [1]** 80/21
**offstreet [2]** 76/25
251/14
**often [4]** 90/18
200/18 212/14 246/25
**Oh [2]** 125/15 174/17
**okay [85]** 27/13
28/24 43/17 68/2
75/17 76/19 78/3 81/3
86/2 88/3 92/23 108/5

119/25 123/8 123/9
127/20 129/13 135/23
135/25 136/2 137/18
139/11 139/18 144/19
148/6 152/11 153/14
154/2 156/24 158/20
160/24 166/21 168/7
168/17 170/3 170/20
174/7 176/7 178/10
178/19 181/24 183/12
183/22 185/21 187/1
188/13 192/12 192/20
206/23 211/15 222/7
223/1 229/1 232/14
232/18 233/19 235/4
235/14 235/16 236/3
236/14 241/20 245/20
246/2 247/24 254/17
256/4 257/9 262/9
264/1 274/3 274/8
276/25 277/4 277/8
277/22 278/22 279/22
282/24 284/5 289/6
293/16 294/2 294/21
298/18
**old [3]** 16/24 41/15
63/4
**Olga [1]** 138/17
**Omar [1]** 256/5
**on [299]** 4/9 4/13
5/19 7/25 8/4 9/1 9/8
12/4 13/3 14/14 14/22
15/4 15/5 16/1 19/12
19/19 21/7 21/12 23/8
23/11 24/21 26/3
26/17 27/25 28/9 29/9
30/2 30/12 36/18
37/21 38/5 38/17 39/4
43/14 43/21 44/16
44/18 44/25 45/4 45/6
45/24 46/22 47/18
49/3 49/5 51/5 51/9
51/11 51/17 54/20
54/21 55/8 57/25 58/2
58/5 58/20 59/2 59/4
61/22 62/10 63/6 64/9
64/15 65/2 65/17
66/25 67/7 69/4 70/8
73/6 73/19 74/4 75/14
75/15 75/16 76/11
76/21 76/23 78/16
78/23 79/16 80/17
80/19 81/3 81/9 82/2
83/3 83/12 84/1 85/25
86/1 86/10 86/11 87/5
87/11 87/13 87/24
89/9 89/11 91/1 92/15
92/16 92/19 94/10
94/12 98/14 99/2 99/9
99/13 100/5 100/25
101/7 101/22 104/7
105/9 105/18 105/22

107/7 108/22 110/1
111/24 114/11 115/7
116/12 116/16 119/10
119/25 121/4 121/8
124/6 125/10 125/16
126/18 126/25 127/7
127/23 132/12 135/17
135/19 135/21 137/16
138/1 138/3 138/7
138/9 139/13 140/2
140/8 140/23 141/3
141/6 141/16 142/4
142/5 143/24 145/24
146/8 148/20 148/24
149/8 149/14 149/15
149/17 149/22 150/15
150/16 152/12 154/12
154/18 156/3 156/17
157/23 159/17 160/2
160/10 160/24 161/17
164/2 167/1 170/12
170/15 171/16 172/1
173/11 173/12 174/8
175/6 177/2 177/3
181/22 182/2 183/6
185/8 185/21 186/9
187/25 188/2 188/7
189/12 189/20 190/17
191/13 192/17 194/15
194/18 195/3 195/14
196/11 198/1 198/13
198/25 199/10 201/1
206/9 206/10 206/22
209/16 212/11 213/6
213/17 214/9 214/11
214/13 217/9 218/8
218/13 218/15 221/12
221/19 221/22 223/18
224/2 224/19 226/11
228/2 229/16 236/10
237/11 237/15 239/12
239/13 239/21 242/18
243/3 243/9 245/13
245/21 245/23 248/13
250/1 250/2 253/5
254/8 255/15 256/8
257/16 257/22 260/18
262/13 262/22 262/25
265/8 265/17 265/23
266/7 266/10 266/24
267/4 267/6 267/6
269/14 269/21 270/13
272/22 274/7 274/9
274/16 274/20 275/4
275/25 276/13 276/15
278/13 279/19 281/3
281/18 282/24 283/19
285/25 289/2 289/6
289/6 292/23 292/24
293/18 294/16 295/18
299/7 300/21
**onboarding [4]**

215/10 215/12 217/8
265/24
**once [10]** 45/3 63/25
92/21 123/10 123/12
173/2 190/7 207/24
280/16 282/17
**one [98]** 6/10 7/20
8/3 10/1 11/8 13/25
15/15 15/17 18/23
21/13 22/4 26/14 29/2
33/19 33/20 36/5
47/19 49/13 51/6
53/24 54/2 55/12
55/13 55/17 59/1 59/2
59/4 61/18 62/6 65/19
71/21 76/22 79/4
79/15 89/3 97/21 98/1
98/5 98/6 98/7 98/17
99/2 101/7 104/12
105/9 105/20 106/15
109/24 111/7 119/24
119/25 137/18 139/7
140/3 146/14 150/12
150/14 152/15 153/3
158/19 160/10 168/6
174/25 177/7 178/1
178/2 179/7 181/19
182/17 183/10 188/18
189/8 193/16 212/1
212/3 213/1 213/3
213/21 225/2 227/1
238/10 240/9 240/23
241/6 241/14 241/15
244/16 245/8 247/17
252/2 271/11 271/16
289/3 297/9 298/2
300/13 301/10 303/19
**onerous [1]** 18/19
**ones [7]** 58/5 58/25
70/11 98/2 135/16
173/1 285/16
**ongoing [2]** 120/4
242/7
**online [1]** 87/4
**only [35]** 16/15
16/24 16/25 17/13
26/22 55/4 56/6 57/12
58/15 63/19 63/24
81/15 93/25 99/9
100/12 107/12 111/9
112/23 122/25 134/9
134/14 139/3 140/3
140/19 167/19 168/13
182/25 197/23 203/9
217/22 245/9 245/11
290/8 292/24 303/19
**onto [1]** 55/6
**open [16]** 8/1 24/1
53/25 54/2 54/3 55/6
56/4 73/4 73/4 74/10
100/11 108/20 120/4
191/6 203/17 221/2

**opened [5]** 55/6
74/4 78/18 83/6
228/10
**opening [1]** 229/4
**operate [8]** 54/18
54/19 89/25 190/8
197/22 198/2 198/6
220/14
**operates [1]** 155/24
**operating [8]** 55/5
122/16 168/8 169/15
169/19 190/18 223/18
285/17
**operation [35]** 8/18
206/21 208/12 214/14
224/5 236/9 236/12
238/15 238/19 239/6
239/10 239/13 239/15
240/6 240/14 241/11
241/17 241/18 241/20
241/22 241/24 242/7
242/8 242/9 242/16
243/2 243/9 243/12
247/6 252/1 257/7
263/20 263/21 278/12
289/17
**operational [4]** 17/7
208/14 272/13 273/20
**operations [5]**
205/11 212/3 250/12
272/14 294/16
**operator [6]** 252/5
253/19 256/1 261/23
263/9 263/23
**operators [6]** 251/4
260/5 265/10 265/23
266/1 266/6
**opine [1]** 166/10
**opinion [18]** 114/15
114/20 124/8 125/18
126/4 126/15 126/21
127/10 156/3 169/14
169/18 176/6 179/16
179/19 190/21 249/3
249/7 289/14
**opinions [1]** 117/1
**opportunities [1]**
30/9
**opportunity [10]**
7/19 19/7 29/12 63/13
71/25 102/20 113/22
272/16 289/21 289/22
**opposed [1]** 6/18
**opposing [8]** 158/24
162/13 172/14 174/21
178/13 180/25 185/4
186/12
**opposite [1]** 11/8
**Ops [1]** 238/15
**option [7]** 20/3
58/15 58/16 59/11
59/17 59/22 116/14

**O**

**options [2]** 57/5
228/20
**or [240]** 9/12 11/4
11/4 11/20 11/21 12/1
12/2 14/8 15/5 17/9
19/3 19/10 20/5 22/13
23/14 28/2 30/25 40/3
40/18 40/20 41/22
44/8 46/10 46/20
47/23 49/18 51/8 51/8
51/10 51/11 52/22
54/19 56/5 56/8 57/1
57/7 57/15 57/16 59/3
59/10 63/11 63/11
64/4 66/24 68/14 69/3
69/4 69/5 69/6 69/12
71/21 73/4 73/19
75/10 79/18 82/12
86/15 87/15 87/15
90/21 92/15 92/24
93/1 93/8 94/9 97/14
102/22 103/11 104/9
110/15 110/23 111/19
114/13 115/22 118/11
121/22 121/23 123/5
123/14 123/17 123/22
125/4 125/10 131/21
132/25 136/14 136/23
137/6 137/13 139/16
139/17 140/10 141/13
144/17 147/24 154/22
157/17 158/22 165/7
165/17 169/19 172/22
173/3 174/3 174/22
175/15 175/16 176/15
178/2 178/9 180/13
181/21 183/22 187/24
188/18 188/18 192/3
194/11 202/22 202/25
204/13 205/23 206/18
208/6 209/15 209/20
209/21 210/20 211/3
211/18 213/1 213/3
213/18 214/24 215/10
216/9 216/10 216/13
216/21 217/23 220/4
222/11 222/11 222/12
222/12 222/12 222/13
222/14 222/25 223/22
226/23 230/21 231/17
232/3 233/15 235/22
236/23 240/1 240/20
242/16 243/5 243/19
244/11 244/20 245/5
245/21 245/22 246/6
249/19 250/22 252/1
253/4 257/4 264/3
265/18 266/2 267/9
267/12 268/5 268/24
271/11 272/3 272/9

272/19 272/19 272/25
273/9 273/20 274/4
274/8 274/10 274/15
274/23 275/2 275/4
275/7 275/24 276/1
276/4 276/16 276/22
278/4 278/13 278/20
279/16 279/16 280/12
280/23 281/5 281/17
282/20 283/8 283/24
284/10 284/21 284/22
285/2 285/19 286/14
286/20 287/3 288/8
290/18 290/19 291/6
291/6 292/10 293/1
296/3 296/24 297/7
297/22 299/3 299/21
300/16 300/16 300/16
301/4 301/6 303/25
**order [53]** 4/4 9/7
11/15 11/24 13/11
18/6 20/21 22/16 23/9
23/11 42/17 42/18
43/2 44/1 47/17 47/25
50/1 53/22 62/15 79/7
80/24 81/4 81/12
81/17 81/18 81/23
82/4 82/13 83/8 83/12
86/18 86/21 86/21
86/21 87/8 87/10
91/11 91/16 92/3
94/19 94/23 118/4
121/3 121/10 121/14
121/16 122/4 122/15
125/5 221/1 221/4
241/13 273/20
**ordered [3]** 86/13
155/8 155/16
**Ordering [1]** 291/20
**orders [21]** 22/19
52/22 53/16 54/5
91/21 91/24 124/22
128/7 196/18 200/3
222/23 223/7 223/10
224/7 248/17 267/20
267/23 268/3 290/19
291/7 296/20
**ordinance [3]**
188/10 260/4 260/22
**ordinances [11]**
130/22 188/5 253/9
253/12 253/18 253/21
253/24 260/8 260/12
260/15 260/25
**ordinary [1]** 79/13
**organization [5]**
10/10 146/19 211/25
212/6 259/18
**organized [2]**
211/22 217/11
**original [1]** 120/2
**originally [1]** 232/1

**originated [1]**
265/21
**Orlando [1]** 204/10
**Ortiz [6]** 270/9 303/5
303/9 303/15 303/19
304/1
**other [72]** 6/3 7/8
8/2 9/19 14/22 15/19
16/3 19/17 19/24
20/15 21/5 22/24
25/20 35/10 39/7 58/5
58/22 58/25 59/10
61/1 61/4 66/3 68/4
74/23 74/24 87/25
88/15 90/25 91/4
93/23 98/5 98/6 99/15
105/10 105/20 113/10
113/10 113/15 113/16
127/2 134/22 134/23
158/19 165/2 179/8
182/10 193/4 195/12
212/1 212/3 228/20
252/9 258/3 258/15
263/4 263/5 265/24
266/17 266/17 267/16
271/4 271/11 276/11
284/22 284/23 285/1
285/11 292/14 294/8
294/12 296/23 297/25
**others [7]** 110/3
111/4 135/7 136/23
274/10 276/14 302/22
**otherwise [1]**
103/12
**our [22]** 23/24 73/16
83/12 89/4 98/17
99/12 143/1 187/15
188/5 188/9 208/23
213/15 215/18 221/14
226/15 226/15 232/12
246/1 247/22 255/15
272/20 282/17
**out [49]** 15/17 21/24
25/17 35/6 46/6 46/18
48/11 48/13 48/18
49/8 50/19 54/4 55/6
59/3 64/7 70/2 73/19
74/14 85/25 99/18
99/20 120/8 122/21
123/5 130/24 131/4
131/19 135/6 136/3
138/11 147/24 154/18
155/10 167/9 174/12
177/17 182/16 183/4
185/9 197/23 218/11
218/22 229/3 246/2
270/6 297/22 299/2
302/14 303/20
**outcome [3]** 31/15
37/9 95/19
**outcomes [1]** 61/24
**outdated [1]** 74/14

**outdoor [6]** 36/24
37/9 55/13 55/20
166/24 167/4
**outlined [1]** 83/7
**outs [2]** 21/21 245/3
**outside [32]** 26/22
36/8 36/15 36/16
41/16 44/10 56/5 59/6
59/18 60/13 63/7 63/8
65/18 66/3 67/21
69/14 71/7 71/12 72/2
88/9 120/15 120/23
122/6 122/11 123/18
123/24 127/3 149/9
149/18 191/14 247/17
287/6
**outstanding [1]**
53/24
**over [43]** 11/6 11/6
18/8 18/8 18/8 24/11
46/21 47/19 87/12
89/3 97/2 107/24
113/1 113/2 113/2
113/3 113/11 129/3
205/14 205/18 206/6
207/3 207/8 207/24
214/24 215/24 216/9
221/18 225/17 228/22
242/14 243/20 247/20
247/24 248/6 248/22
249/2 250/17 276/21
277/13 278/2 286/5
298/13
**overall [3]** 211/4
214/14 278/11
**overhang [5]** 65/4
65/8 66/1 74/5 74/6
**overhangs [1]** 38/19
**overlapping [1]**
204/15
**overrule [3]** 68/24
97/6 233/15
**overruled [126]**
27/2 27/18 28/23
29/22 30/15 30/24
32/18 34/6 34/13
36/10 36/14 38/13
39/21 42/22 43/16
45/8 46/12 49/11 50/6
51/22 52/6 52/24 54/7
55/16 59/13 60/4
60/21 63/2 64/12
64/12 66/23 69/21
70/16 72/4 73/3 73/11
77/15 77/25 79/25
84/3 85/9 88/20 90/5
91/7 91/13 92/5 92/12
93/11 95/10 101/17
101/24 104/18 106/25
107/10 109/2 109/10
110/25 115/2 120/18
123/3 124/18 125/1

125/24 128/2 128/14
128/22 131/16 132/15
132/23 134/1 134/24
136/19 141/12 141/22
143/11 144/7 144/16
145/7 146/1 151/8
152/2 152/23 154/14
156/14 160/4 160/20
164/18 165/1 166/2
167/14 168/10 168/12
171/8 171/17 172/10
174/1 176/4 177/4
180/10 181/17 187/11
189/3 189/17 190/22
193/9 194/20 195/11
197/8 197/20 202/14
203/16 223/14 230/3
233/14 233/17 234/14
234/19 255/24 259/2
261/3 262/16 262/16
273/13 281/1 290/4
295/8
**oversee [2]** 173/17
225/3
**oversight [2]** 208/15
247/20
**overtalk [1]** 151/18
**overview [2]** 207/19
208/18
**own [11]** 15/8 40/24
63/14 141/24 211/11
221/20 222/14 249/7
273/20 285/25 289/13
**owned [5]** 36/5
54/13 99/8 128/19
296/23
**owner [11]** 25/14
38/5 48/4 56/25 103/2
104/9 123/13 192/5
243/19 243/19 280/19
**owner's [2]** 96/5
256/10
**owners [26]** 44/3
48/6 57/5 96/7 104/9
111/25 115/5 115/6
116/7 116/15 203/10
244/4 266/17 275/4
285/1 285/10 285/19
285/19 285/22 286/4
286/13 287/3 287/10
287/19 294/9 297/25
**ownership [1]** 287/3
**owns [4]** 104/11
104/12 146/16 287/3

**P**

**P-R-O-C-E-E-D-I-N-
G-S [2]** 4/2 118/2
**p.m [4]** 56/1 164/6
269/6 304/6
**page [75]** 5/19 38/3
38/8 42/5 42/12 47/1

**P**

**page... [69]** 65/22 65/22 65/22 66/4 80/6 80/7 80/17 80/22 82/18 85/14 86/5 94/12 100/18 100/21 101/2 101/2 101/3 101/4 101/5 101/8 101/9 102/8 103/1 108/5 119/19 120/6 120/6 121/2 137/18 139/3 139/4 139/7 139/10 140/3 148/16 149/25 152/24 153/2 158/25 159/1 159/12 160/9 174/25 181/1 218/15 218/15 218/16 218/16 218/16 219/13 219/14 219/14 219/19 219/19 219/19 219/20 221/19 238/14 238/17 240/10 241/5 241/5 255/15 256/4 256/19 256/22 257/6 257/9 257/16

**pages [4]** 80/22 139/8 162/15 162/15

**paid [5]** 59/2 59/2 59/3 103/9 260/2

**painted [1]** 155/2

**pandemic [5]** 44/24 68/5 82/15 86/23 185/22

**panel [13]** 34/23 35/1 35/7 42/8 42/17 47/17 47/25 61/19 62/16 64/4 68/14 120/20 155/8

**paragraph [14]** 47/11 103/3 108/15 138/5 138/15 147/18 157/2 165/13 166/18 174/22 187/6 188/2 262/20 263/10

**parameters [3]** 215/18 215/21 244/20

**paren [2]** 255/16 255/16

**park [8]** 213/10 252/19 252/21 252/25 257/1 258/2 258/25 275/14

**parked [2]** 48/25 266/8

**parking [72]** 25/18 28/1 76/25 80/21 172/3 172/7 175/12 175/14 175/20 176/12 179/16 180/11 202/6 206/12 206/17 206/18 206/19 206/20 206/21

207/1 247/10 250/9 250/12 250/13 250/20 250/24 250/25 251/4 251/15 251/20 251/22 252/2 252/4 252/25 253/2 253/5 253/11 253/22 253/25 254/2 254/5 254/14 254/17 255/4 255/6 257/13 258/15 258/21 259/25 260/1 260/6 260/20 261/12 261/18 262/7 262/20 262/22 263/8 263/12 263/20 263/21 263/22 263/24 264/4 264/13 264/18 265/1 265/5 265/9 265/22 266/6 266/7

**Parks [1]** 212/4

**part [49]** 59/22 65/18 65/25 66/10 67/14 78/21 79/16 80/9 92/14 99/1 125/21 137/16 140/7 140/19 143/19 144/24 151/2 181/12 187/19 196/5 210/4 219/18 222/4 222/10 228/4 229/12 235/2 235/19 237/11 237/15 239/6 251/17 253/4 253/9 272/10 280/18 281/11 284/25 285/9 285/13 287/17 290/22 291/2 291/17 293/24 295/2 295/14 297/5 297/16

**participate [4]** 272/24 274/5 293/8 301/12

**participated [3]** 236/17 241/25 282/21

**participation [1]** 241/21

**particular [36]** 23/9 29/2 51/3 53/21 54/1 101/10 114/7 147/17 169/12 224/22 239/12 239/15 240/2 243/7 245/22 245/24 263/20 274/14 274/21 275/4 275/9 276/2 276/6 276/8 276/16 278/3 279/7 279/12 279/15 285/17 287/2 287/5 287/25 288/2 290/6 298/11

**particularity [1]** 48/23

**particularly [7]** 254/10 256/17 279/18 279/20 286/1 291/15 293/18

**parties [2]** 9/14 23/10

**partly [1]** 244/1

**partner [1]** 286/5

**parts [4]** 41/17 74/23 74/24 241/17

**party [1]** 71/18

**pass [2]** 5/20 17/5

**passed [4]** 156/18 157/23 221/18 284/6

**passing [1]** 197/5

**past [5]** 10/17 10/18 21/20 241/15 275/14

**patience [1]** 299/6

**patio [1]** 64/7

**Patricia [1]** 4/19

**patrons [3]** 242/6 279/6 286/25

**pattern [2]** 98/19 285/23

**pause [2]** 233/21 236/4

**paved [1]** 48/25

**pay [3]** 47/14 57/7 57/16

**paying [2]** 9/12 59/10

**payment [2]** 252/11 263/25

**pays [1]** 57/10

**penalties [1]** 12/1

**penalty [2]** 8/7 17/4

**pending [4]** 101/10 108/21 217/1 284/10

**people [41]** 9/17 9/19 17/6 49/2 49/3 49/12 59/23 60/7 62/24 73/16 73/18 73/19 87/3 102/16 112/1 112/23 113/1 115/13 115/16 115/21 115/21 131/9 148/4 154/17 163/1 163/8 170/20 197/22 200/23 211/7 214/16 216/1 216/5 217/6 231/7 232/14 240/19 240/20 279/10 279/13 287/11

**people's [2]** 99/15 150/21

**per [5]** 82/9 166/19 176/13 262/25 263/3

**percent [5]** 43/10 99/8 104/13 175/15 293/22

**percolating [1]** 284/10

**perfect [3]** 9/4 17/21 216/12

**perfectly [1]** 50/9

**perform [1]** 223/24

**performance [1]**

209/14

**performed [5]** 38/17 61/14 83/4 113/8 203/9

**performing [4]** 82/2 84/24 221/7 283/15

**perhaps [7]** 8/8 9/9 9/9 17/4 18/3 23/14 269/21

**period [14]** 12/20 55/14 206/7 220/23 228/1 240/25 247/11 254/23 262/6 284/9 284/12 284/14 284/15 298/13

**periods [1]** 270/5

**permission [1]** 25/14

**permit [50]** 37/21 38/4 40/3 40/20 40/21 61/14 65/3 65/8 66/11 66/24 67/15 76/22 76/23 80/19 83/4 83/7 84/21 84/23 84/25 84/25 85/11 85/12 101/18 103/12 105/11 138/8 149/7 150/9 182/11 187/16 194/11 203/10 252/1 252/3 252/4 252/13 254/22 255/14 256/23 257/7 257/24 258/6 258/8 259/5 260/2 260/19 266/24 293/20 293/23 294/4

**permits [32]** 26/21 26/23 28/2 36/19 37/12 42/24 50/12 51/8 51/11 51/18 63/11 68/1 69/3 75/1 83/8 84/6 88/14 97/25 99/6 101/12 101/22 101/25 103/9 119/18 121/25 122/2 138/9 146/20 252/1 266/9 281/5 293/19

**permitted [3]** 87/6 233/17 282/1

**permitting [7]** 29/3 63/4 70/8 94/25 251/23 252/22 259/8

**perpetuates [1]** 250/15

**person [12]** 10/7 37/2 47/21 78/9 87/4 145/18 153/6 153/7 209/23 222/11 225/10 270/7

**personal [76]** 28/22 29/6 31/20 32/9 33/3 33/6 34/8 36/9 36/18 37/6 39/4 40/22 41/5

41/13 41/22 45/6 45/11 45/16 45/23 51/17 51/20 61/3 62/10 63/21 72/21 79/23 81/22 81/24 82/5 82/11 86/11 95/14 98/11 99/11 99/16 99/21 99/24 99/25 101/14 101/23 102/3 106/7 106/10 106/13 106/23 107/7 114/18 114/25 122/22 122/23 123/16 123/22 124/7 124/11 124/14 124/22 125/6 125/16 126/19 127/8 143/10 164/25 167/13 168/11 168/14 189/2 199/10 203/15 272/22 273/11 281/3 285/6 286/8 291/10 294/24 296/12

**personally [3]** 9/23 15/4 281/1

**personnel [9]** 48/13 214/17 215/25 228/5 240/11 240/13 263/19 278/16 280/18

**persons [2]** 47/24 165/19

**perspective [4]** 243/4 272/22 279/11 279/13

**pertaining [2]** 293/9 295/16

**pertains [2]** 7/24 219/22

**Pertnoy [14]** 1/16 4/12 7/1 7/2 15/13 18/15 24/24 45/19 64/13 66/15 76/8 109/19 118/19 154/25

**Peter [2]** 226/5 226/6

**petitions [1]** 87/15

**phased [1]** 74/14

**phone [8]** 6/6 7/11 48/12 48/17 73/6 147/23 189/11 196/16

**phones [2]** 11/16 11/19

**photo [4]** 22/10 22/14 67/4 198/24

**photograph [10]** 5/18 5/24 8/2 9/18 11/22 22/4 22/25 23/1 131/4 151/10

**photographed [2]** 5/19 6/4

**photographing [1]** 11/17

**photographs [4]** 17/6 63/7 94/24 152/8

**P**

**photography [1]**
22/3

**photos [4]** 41/18
41/19 41/21 154/25

**phrase [1]** 224/18

**physical [1]** 234/16

**picture [13]** 5/21 6/1
6/9 7/3 7/11 22/23
41/2 151/11 198/13
198/19 257/10 257/16
257/21

**pictures [3]** 6/4 7/9
67/2

**pieces [2]** 17/14
285/22

**Piedra [10]** 97/21
98/4 99/8 104/3 104/5
104/10 104/15 104/19
105/6 105/22

**pineapple [1]** 64/8

**PINILLA [24]** 1/4
49/13 49/16 49/20
51/12 51/25 77/23
97/19 113/23 125/21
126/3 136/7 136/14
136/23 137/7 141/17
150/20 150/24 155/9
158/17 233/8 250/4
277/4 277/15

**Pinilla's [3]** 126/7
160/18 185/25

**pink [1]** 155/2

**place [16]** 9/11 21/7
25/15 54/2 101/12
114/5 162/4 195/2
195/3 195/9 242/5
244/12 252/19 252/21
257/13 258/3

**placed [5]** 21/25
27/24 32/5 54/20
198/20

**places [3]** 148/4
190/24 258/15

**placing [1]** 47/23

**plain [1]** 14/20

**plaintiff [8]** 8/10
9/19 13/5 14/23 15/3
15/5 122/20 122/24

**plaintiff's [3]** 78/11
183/15 196/15

**plaintiffs [48]** 1/5
1/10 4/9 11/4 26/22
29/19 30/12 30/21
31/8 32/3 32/6 32/10
32/19 32/25 33/7 34/9
36/5 43/13 44/7 44/8
46/22 48/8 49/13 70/1
71/25 72/22 75/5
82/12 82/23 84/19
87/18 88/8 88/23 96/9

103/17 103/23 123/23
124/16 125/12 126/13
128/20 132/21 233/6
233/11 234/3 288/5
296/23 300/16

**plaintiffs' [75]** 3/7
35/17 77/11 80/3
107/18 111/9 111/14
114/3 114/12 114/19
124/11 124/24 125/17
127/14 127/24 129/1
137/9 137/23 139/2
142/10 140/14 144/19
145/22 146/4 147/5
147/10 148/7 148/12
153/24 154/7 156/22
158/23 159/6 160/7
160/12 161/5 162/12
162/19 163/17 163/22
166/21 172/13 173/9
174/20 175/4 178/12
179/1 180/24 181/5
184/2 185/3 185/14
186/11 186/17 187/2
189/6 194/9 196/20
197/12 199/23 200/8
200/20 203/1 218/8
218/13 234/5 238/5
238/11 238/12 262/11
270/16 292/11 297/22
300/16 302/24

**plan [8]** 38/9 83/6
238/15 241/6 252/6
273/21 301/22 302/7

**planning [7]** 69/1
138/6 138/8 138/24
206/12 212/3 252/24

**plans [15]** 39/1
40/21 75/1 83/5
102/24 102/24 102/24
103/6 103/10 244/15
282/2 282/15 282/17
294/6 294/7

**Plasencia [3]** 165/18
170/23 171/5

**plate [1]** 199/1

**play [5]** 12/16 14/19
17/17 55/20 209/19

**played [1]** 154/8

**playing [1]** 55/23

**pleading [2]** 8/1 8/4

**pleadings [1]** 14/24

**please [89]** 4/6 4/24
5/5 5/9 37/14 37/17
37/20 38/8 38/16
38/25 39/17 41/1
41/13 41/18 42/6
42/15 42/15 43/6
45/18 47/6 47/10
61/24 64/22 65/1
65/12 65/22 67/2 67/3
67/4 75/12 76/3 76/10

76/12 76/16 78/13
80/7 81/8 82/18 82/19
83/1 83/2 83/19 83/20
94/1 94/1 96/13 99/19
100/19 103/5 104/21
104/23 105/17 106/13
108/15 109/18 118/5
118/18 118/25 121/21
121/25 138/7 138/19
147/23 151/17 159/1
162/14 165/10 166/18
175/9 178/3 178/5
178/19 179/6 182/9
182/16 184/9 187/25
191/22 195/21 197/16
200/9 200/10 201/11
203/7 204/23 299/2
299/5 300/3 302/17

**pled [2]** 31/8 31/10

**plethora [1]** 301/3

**plugging [1]** 198/23

**plumbing [2]** 101/11
152/5

**plus [2]** 187/13
247/24

**podium [1]** 4/19

**point [14]** 11/13
23/6 52/8 63/13 77/8
82/16 127/18 153/21
160/15 177/6 213/7
218/11 236/6 252/4

**pole [1]** 151/11

**police [28]** 46/24
205/12 211/10 216/12
216/13 216/16 216/19
216/22 216/23 217/3
227/2 227/3 227/4
227/8 227/12 237/22
238/21 239/5 239/16
240/23 248/9 248/17
248/19 249/3 249/11
249/12 272/15 276/9

**policies [6]** 187/15
215/20 244/21 244/23
273/17 273/18

**policy [1]** 11/15
221/12 245/1 276/6

**pool [1]** 228/18

**portal [1]** 101/6

**Portilla [1]** 135/4

**portion [3]** 39/7
301/13 301/13

**portions [2]** 302/2
302/3

**pose [1]** 157/18

**position [9]** 10/8
10/9 18/9 180/18
206/1 216/15 228/10
247/9 249/17

**positions [2]** 10/14
216/12

**possible [4]** 73/21

167/19 221/2 299/9

**possibly [2]** 121/8
204/13

**posted [3]** 46/22
47/19 48/9

**potential [5]** 20/20
240/1 243/23 263/22
293/1

**potentially [1]**
268/24

**power [11]** 46/19
47/23 133/14 151/3
151/10 151/15 151/16
151/21 151/22 152/3
198/23

**powers [3]** 46/24
219/6 219/18

**practice [5]** 18/21
98/19 129/18 129/20
228/5

**practices [4]** 114/19
273/17 273/18 279/9

**practicing [1]** 19/1

**pray [1]** 12/8

**precedent [1]** 15/25

**predecessor [2]**
207/12 247/6

**predecessors [1]**
273/17

**preferential [1]**
245/25

**prehearing [1]** 29/1

**premise [1]** 131/2

**premises [1]** 165/22

**preparation [5]**
62/19 81/9 102/13
239/6 241/11

**prepare [2]** 78/25
113/5

**prepared [5]** 7/16
17/13 79/12 103/6
239/5

**prepares [1]** 239/4

**preparing [1]** 83/5

**presence [2]** 236/14
237/6

**present [21]** 4/16
47/21 70/19 76/7
86/10 118/17 124/3
125/2 153/7 163/1
163/8 204/21 223/6
229/14 230/24 232/10
232/15 271/25 277/1
288/22 298/16

**presented [4]** 22/18
43/8 120/19 282/2

**preservation [1]**
73/17

**president [5]** 10/8
10/12 10/15 10/17
10/18

**press [1]** 7/7

**pressure [1]** 11/13

**Presuming [1]** 271/6

**pretended [1]** 16/19

**pretenses [1]** 157/17

**pretrial [1]** 270/19

**pretty [7]** 58/25
116/23 243/3 266/18
275/13 275/25 279/5

**prevails [3]** 11/4
11/4 207/24

**prevent [1]** 222/13

**prevented [1]** 72/13

**Prevention [2]** 89/16
202/25

**previous [7]** 80/22
86/5 134/22 168/24
226/11 284/20 284/20

**previously [4]** 214/9
246/9 254/21 291/13

**primarily [4]** 226/14
278/1 284/3 285/15

**print [3]** 38/5 38/6
74/13

**prior [14]** 22/1 51/12
63/4 101/21 112/9
129/17 129/21 129/22
232/4 235/15 237/5
247/5 247/7 270/15

**prioritize [2]** 245/18
286/20

**prioritized [2]**
245/13 245/16

**prison [9]** 8/7 8/10
9/10 13/6 13/8 13/15
14/10 16/4 18/4

**private [11]** 36/4
70/2 70/7 70/10
206/14 206/24 261/23
282/14 283/2 283/5
283/7

**privately [2]** 70/4
222/25

**probably [22]** 9/8
28/11 90/20 135/21
144/18 169/12 180/15
204/10 212/25 213/1
240/5 240/9 242/21
247/17 265/4 270/8
275/14 275/15 276/21
276/21 277/2 277/7

**problem [12]** 13/11
17/25 18/7 25/13
27/14 89/8 89/13 97/3
109/20 153/17 198/5
198/5

**problematic [1]**
266/3

**problems [3]** 290/2
295/10 295/13

**procedure [2]** 11/24
102/22

**proceed [7]** 23/12

**P**

**proceed... [6]** 47/20
62/15 129/8 173/3
248/4 301/2
**proceeded [7]** 51/16
52/17 52/18 54/15
70/11 95/2 128/20
**proceeding [1]**
304/6
**proceedings [3]**
68/15 157/19 304/10
**process [25]** 57/6
57/25 59/11 59/22
79/16 83/8 85/12
87/12 102/22 102/24
221/6 229/5 251/23
251/25 261/11 261/17
262/3 263/11 280/3
291/3 294/4 294/7
299/2 299/6 299/24
**processed [1]**
221/10
**processes [2]** 215/19
244/14
**processing [2]** 88/14
252/11
**procurement [1]**
212/1
**product [1]** 286/1
**productive [1]**
289/15
**professional [4]**
205/25 242/1 275/20
294/6
**professionals [1]**
89/2
**proffer [1]** 229/7
**proffered [2]** 205/22
216/24
**program [2]** 243/25
244/2
**programs [1]** 236/17
**progress [1]** 83/12
**prohibiting [2]**
11/16 11/17
**prohibits [1]** 22/3
**project [3]** 238/2
280/12 298/11
**projects [1]** 206/9
**promised [1]** 167/3
**promote [2]** 13/1
19/18
**promotion [1]**
130/15
**prong [2]** 56/20
115/12
**proper [5]** 60/19
190/7 192/2 193/11
261/20
**properly [5]** 34/2
34/3 40/19 278/13

285/24
**properties [75]**
26/12 26/13 36/5 40/1
44/23 53/10 77/11
77/19 90/14 97/9
97/13 97/15 97/25
98/9 98/10 99/6 100/5
111/9 111/14 112/18
112/21 113/23 114/3
114/4 114/12 114/14
116/16 123/23 124/12
124/15 124/24 127/13
127/14 127/22 127/24
128/6 128/18 129/1
141/16 141/23 157/13
157/17 157/19 157/19
158/17 160/2 163/14
185/9 185/10 185/15
186/1 234/5 234/16
234/16 263/6 275/4
277/15 277/15 287/3
287/25 288/2 288/9
288/19 289/8 289/20
290/1 290/15 292/11
292/14 294/11 294/12
296/23 297/7 297/22
298/8
**property [143]**
25/14 26/21 27/23
28/8 28/9 29/9 39/8
41/22 42/19 43/9
43/25 44/14 44/16
44/17 44/18 44/22
45/9 45/14 45/21 46/5
46/20 46/22 47/16
47/19 50/18 51/9
51/14 51/19 52/15
54/13 54/22 55/11
55/24 56/25 57/2
60/25 61/4 61/11
61/13 61/20 65/18
69/4 70/14 72/16
73/14 74/10 75/9
75/13 81/11 87/9
87/11 87/16 87/22
87/25 89/5 89/9 89/12
90/3 91/4 91/10 91/21
91/24 92/3 92/8 92/10
92/25 93/9 93/15
94/21 95/15 95/24
96/4 96/11 96/13
96/24 97/2 97/5 97/16
97/16 98/4 99/21
100/1 101/22 102/19
102/20 103/2 103/14
104/3 105/9 105/19
111/22 111/24 115/5
115/6 116/7 116/15
116/18 119/1 119/12
119/13 120/20 122/10
122/16 123/5 123/13
150/16 151/1 155/11

158/9 158/14 160/18
167/18 175/17 183/5
192/5 198/21 199/7
199/16 203/10 243/19
244/4 256/10 262/23
275/4 280/19 282/1
285/10 285/19 285/22
285/23 286/13 287/17
290/6 292/15 292/18
292/20 292/25 293/9
293/24 294/3 294/8
295/4 297/25
**property/structure**
**[1]** 47/16
**proposal [4]** 19/12
19/16 21/13 23/5
**proposed [4]** 13/1
18/16 162/2 301/5
**proposing [1]** 21/11
**prosecuted [1]** 8/15
**prosecutions [1]**
37/2
**prosecutor [2]** 12/12
78/6
**protect [6]** 17/1 17/5
18/16 19/12 242/5
244/12
**protection [1]** 10/22
**provide [8]** 62/3
76/24 80/20 83/12
131/21 188/6 214/12
224/3
**provided [9]** 29/19
102/16 103/12 165/10
165/15 219/7 220/10
222/19 248/16
**provider [5]** 70/2
70/7 282/14 283/2
283/5
**provider's [2]** 70/10
283/7
**provides [1]** 115/20
**providing [3]** 18/24
22/10 182/18
**provision [1]** 218/19
**provisions [3]**
253/24 278/23 285/18
**public [15]** 74/16
98/13 115/8 184/23
186/21 195/3 205/13
213/10 246/18 246/20
246/23 251/2 256/5
266/25 266/25
**publicly [1]** 222/25
**publish [27]** 37/17
40/17 74/19 80/1
80/16 81/8 93/25
100/13 107/14 119/5
137/21 146/2 147/11
148/13 154/5 159/4
161/3 162/18 163/20
173/4 174/23 175/2

178/20 179/2 181/3
186/15 191/18
**published [2]** 251/2
253/18
**publishing [1]**
221/24
**pull [38]** 37/14 68/1
76/22 80/19 84/23
101/18 107/12 137/9
139/2 140/12 144/19
145/22 148/6 149/25
150/14 152/24 156/22
158/20 158/23 160/7
162/12 163/17 166/21
178/3 178/12 180/24
183/15 184/2 185/3
186/11 187/1 238/1
238/5 238/11 251/9
254/20 254/23 259/15
**pull/obtain [2]**
76/22 80/19
**pulled [4]** 37/11
97/25 101/25 238/9
**pulling [3]** 84/6
84/21 174/20
**punish [2]** 8/25 9/2
**punishment [2]** 12/3
21/6
**purpose [14]** 29/20
213/3 213/20 222/3
222/18 232/24 237/2
239/9 239/11 247/14
272/12 273/2 278/18
278/19
**purposes [4]** 73/13
93/18 240/14 252/24
**pursuant [4]** 39/23
40/2 194/4 195/16
**purview [1]** 191/14
**pushback [4]** 11/7
244/1 244/5 289/24
**put [18]** 14/14 18/9
23/23 25/14 25/18
46/20 98/20 147/5
148/23 149/8 149/15
149/17 155/11 155/15
196/20 218/7 246/12
270/14
**PX [7]** 78/12 79/20
97/17 107/12 107/13
107/14 259/16
**PZAB [12]** 68/19
68/23 69/1 69/6 69/9
69/13 69/18 70/18
70/19 87/15 87/18
88/5

**Q**

**qualifications [1]**
37/12
**qualified [1]** 179/25
**qualifier [1]** 38/7

**qualifies [1]** 176/15
**qualify [2]** 176/11
254/8
**quality [5]** 73/17
73/17 235/2 242/3
244/14
**quarter [1]** 176/14
**quasi [3]** 68/15
68/18 206/20
**quasi-governmental**
**[1]** 206/20
**quasi-judicial [2]**
68/15 68/18
**que [1]** 265/24
**question [87]** 28/6
32/18 40/14 41/19
45/17 45/19 59/13
60/4 61/8 64/11 66/13
66/15 66/16 68/25
69/21 71/14 82/6 85/4
91/19 111/7 111/11
115/24 116/10 122/19
127/17 127/19 133/1
133/21 134/25 136/12
136/19 140/10 142/14
143/3 146/16 147/4
151/14 151/19 156/14
160/20 161/15 167/1
170/10 171/8 174/1
174/13 176/4 177/25
183/9 184/1 184/16
189/25 190/12 190/15
190/22 195/11 201/4
202/18 212/25 216/16
217/5 224/18 230/10
233/18 233/19 233/22
234/1 234/14 234/19
244/22 248/24 255/24
261/3 261/9 261/20
261/21 262/17 268/8
273/14 287/7 288/1
288/15 291/11 292/19
295/8 302/1 303/17
**questioned [1]**
179/16
**questioning [3]**
129/4 179/19 249/22
**questions [13]**
109/18 115/7 125/9
129/5 135/18 193/17
195/21 202/11 203/18
207/20 216/17 227/2
238/17
**queuing [1]** 266/2
**quick [4]** 116/23
149/23 183/17 251/13
**quickly [2]** 22/12
221/4
**quite [3]** 142/2
188/14 240/8

**R**

**radio [1]** 24/20
**raid [1]** 241/22
**raise [2]** 5/5 284/17
**raised [4]** 34/25 35/4
98/17 199/25
**range [2]** 266/12
276/1
**Rarely [1]** 137/8
**Rassie [2]** 304/12
304/12
**rate [1]** 27/19
**rates [2]** 250/20
250/20
**ratification [3]**
217/23 229/10 229/17
**ratified [3]** 205/23
207/10 229/8
**re [1]** 282/1
**re-permitted [1]**
282/1
**reach [4]** 8/9 23/7
229/3 302/14
**reaching [1]** 15/17
**read [58]** 9/3 22/1
22/19 38/6 38/25
47/10 65/6 76/19 77/1
83/1 83/2 83/19 103/5
108/15 121/18 121/21
121/22 121/25 138/5
138/15 139/15 140/7
140/7 145/13 147/18
149/5 149/19 153/6
157/2 157/9 159/12
165/10 166/18 167/1
167/24 174/8 174/14
174/22 175/9 176/9
176/16 179/5 182/16
182/23 183/2 184/9
187/6 188/2 191/21
201/11 203/7 218/25
222/5 262/19 262/19
270/5 299/2 301/5
**reading [1]** 221/24
**ready [3]** 49/6
271/21 271/21
**real [3]** 183/17 206/5
206/8
**really [52]** 9/20 9/22
9/22 9/22 9/25 11/9
12/7 13/4 13/21 13/23
13/24 14/21 16/11
16/14 17/11 17/14
17/16 38/6 49/20 52/4
92/20 112/23 143/12
157/24 183/6 202/23
208/10 215/17 221/14
228/18 236/9 236/10
240/1 240/2 240/6
240/7 242/2 242/5
242/5 244/9 245/11

245/23 254/8 256/1
265/23 271/1 272/14
275/9 278/19 280/16
289/11 289/18
**reapply [1]** 18/23
**rear [1]** 74/22
**reason [16]** 8/21
54/15 115/22 158/2
158/6 180/21 188/24
196/24 239/23 244/9
244/9 246/6 254/4
254/7 280/5 282/12
**reasonably [1]**
240/1
**reasons [3]** 93/17
246/6 246/13
**reasserting [1]**
99/12
**Rebuttal [1]** 301/14
**recall [23]** 32/6 32/7
34/17 34/25 35/7 39/8
43/13 67/17 120/22
163/16 185/14 187/20
187/21 194/12 196/16
200/1 232/17 237/4
237/19 256/18 262/8
268/7 284/11
**recap [2]** 239/11
239/14
**receipt [5]** 181/12
181/22 182/7 203/3
257/6
**Receipts [1]** 181/18
**receive [22]** 30/8
52/22 53/2 57/6 59/23
213/13 223/20 238/24
239/2 243/1 243/11
243/15 245/17 264/20
264/25 265/5 265/9
266/2 267/20 267/23
289/24 290/1
**received [38]** 3/7
3/16 30/18 30/22 33/1
33/7 45/15 46/6 48/12
48/17 80/3 100/17
105/3 107/18 119/8
123/23 137/23 138/22
146/4 146/24 147/10
148/12 150/6 154/7
159/6 161/5 162/19
163/22 172/2 173/9
175/4 179/1 181/5
186/17 189/11 256/18
260/19 265/14
**receiving [5]** 56/14
56/17 159/10 196/16
244/5
**recent [1]** 245/7
**recently [1]** 59/4
**receptacle [1]** 74/15
**recertification [1]**
105/10

**recess [16]** 18/11
18/13 22/5 23/2 75/25
76/1 114/21 116/20
116/25 117/5 203/21
203/25 204/4 269/2
271/19 298/23
**recognize [26]**
37/23 42/7 47/7 65/14
65/23 76/14 78/16
80/23 94/3 94/15
100/21 102/8 119/10
119/20 121/2 137/25
146/6 147/14 150/8
158/16 160/24 163/24
181/7 184/4 186/19
256/17
**recollection [14]**
33/25 81/2 138/2
148/3 156/21 157/22
160/6 172/18 181/8
181/25 183/20 189/7
232/8 235/9
**recommend [1]**
230/11
**recommendation [9]**
230/6 230/8 230/13
230/15 231/12 246/3
246/7 246/13 246/18
**recommending [1]**
229/24
**reconvene [1]**
269/13
**record [10]** 4/7 5/10
6/24 7/2 22/22 77/1
95/2 95/8 204/9 269/9
**recordation [1]**
85/23
**recorded [2]** 87/11
105/19
**recording [3]** 11/17
11/20 14/6
**recordkeeping [1]**
261/1
**records [19]** 50/17
50/23 51/17 62/23
63/20 74/14 82/2
94/20 94/25 98/13
98/14 98/14 150/25
184/23 186/21 260/6
260/13 260/20 295/15
**Recreation [1]** 212/4
**RECROSS [1]** 3/4
**recruit [1]** 215/6
**redirect [5]** 3/4
193/18 194/2 269/11
269/22
**reduced [1]** 175/14
**reduction [3]** 123/15
176/12 180/1
**refer [1]** 294/19
**reference [2]** 214/2
256/1

**referenced [3]** 84/18
103/24 285/16
**references [1]** 121/5
**referred [4]** 53/14
66/7 74/13 79/4
**referring [4]** 46/9
47/3 66/4 114/7
**reflect [1]** 41/22
**reflects [1]** 163/8
**refresh [4]** 157/22
172/18 183/20 189/7
**refuse [2]** 8/13 19/2
**refused [1]** 200/17
**regard [42]** 78/10
122/1 124/23 209/7
212/10 214/23 215/4
215/23 217/3 218/20
220/3 225/1 226/19
226/22 231/25 235/4
235/11 236/4 241/20
242/7 245/17 246/17
250/24 251/22 252/21
258/20 258/23 263/14
265/14 267/20 268/11
274/3 274/23 276/11
279/22 280/17 282/9
286/3 289/10 292/1
296/3 298/6
**regarding [43]**
11/25 25/8 45/21 46/4
53/8 90/3 90/18 94/20
100/13 124/11 124/14
157/15 162/7 162/8
184/7 193/3 197/16
200/12 202/5 217/20
229/24 244/5 244/21
244/23 245/1 246/12
264/13 264/25 265/5
265/9 267/21 267/23
277/14 277/23 279/23
283/4 292/11 294/16
294/22 296/1 296/20
297/7 300/15
**regards [12]** 43/2
67/18 91/21 91/24
92/3 119/1 165/25
209/15 213/11 265/22
280/4 293/17
**registered [1]** 48/5
**regular [15]** 86/24
100/25 100/25 126/25
136/6 212/11 217/4
217/5 223/18 223/20
224/19 248/9 274/7
275/25 276/13
**regularity [1]** 248/4
**regularly [4]** 136/10
210/23 240/6 276/9
**regulations [1]**
260/4
**reinforcement [1]**
242/3

**reinstated [1]**
230/23
**relate [1]** 279/9
**related [12]** 49/2
87/20 143/15 157/16
168/17 172/9 191/8
250/12 266/11 272/20
285/2 299/25
**relates [16]** 54/24
55/3 60/25 69/18
85/12 90/22 93/1
120/2 121/3 168/6
185/16 202/23 242/4
245/25 250/9 259/21
**relation [9]** 44/17
53/21 69/11 160/21
208/9 224/22 231/2
285/17 286/21
**relationship [9]**
66/19 67/4 210/16
217/17 223/1 275/17
276/12 291/13 292/1
**relationships [1]**
228/22
**relative [5]** 276/8
278/2 278/3 281/5
289/13
**relatively [1]** 236/11
**relayed [1]** 268/22
**release [1]** 303/13
**relevance [30]**
43/15 68/20 88/9
92/11 93/3 93/10
93/24 95/5 95/15
95/21 96/1 96/20
104/25 113/12 113/18
123/18 123/24 125/23
127/3 173/25 185/1
230/1 232/19 232/25
246/8 246/14 248/23
249/8 249/14 249/20
**relevant [2]** 98/24
298/10
**rely [7]** 170/5 170/12
170/15 213/17 282/24
295/18 300/21
**relying [1]** 9/8
**remainder [2]** 92/16
203/7
**remaining [2]** 201/5
250/16
**remains [2]** 193/7
203/9
**remarks [3]** 8/24
10/25 300/15
**remedy [2]** 14/3
16/3
**remember [17]**
33/24 33/24 43/17
43/18 144/18 147/17
149/20 163/25 164/1
169/12 181/11 183/14

**R**

**remember... [5]**
183/18 189/8 189/10
197/25 200/4

**Remind [2]** 110/6
111/16

**reminding [1]** 75/20

**remodeling [5]** 65/5
65/9 83/7 85/12
119/17

**remorse [1]** 7/17

**removal [1]** 222/11

**remove [4]** 155/12
167/3 193/15 279/15

**removed [6]** 26/23
34/2 35/24 147/21
166/25 197/1

**Rene [5]** 204/10
204/12 270/7 302/19
303/22

**rental [2]** 104/7
123/6

**rented [1]** 122/21

**renting [1]** 123/5

**reopen [3]** 191/9
191/23 191/24

**repair [5]** 40/18
40/20 43/10 121/22
121/23

**repairable [1]** 17/9

**repairs [1]** 103/11

**repeat [5]** 184/18
219/2 243/6 286/21
288/3

**repeatedly [1]** 98/18

**repetitive [1]** 286/14

**rephrase [17]** 61/7
66/15 85/4 111/11
127/17 127/18 133/21
136/12 147/4 161/14
211/2 230/11 234/1
260/16 261/9 288/15
291/11

**replace [1]** 250/17

**replaced [1]** 180/22

**replacement [2]**
228/15 228/17

**replied [1]** 182/20

**reply [1]** 99/3

**report [9]** 163/13
211/13 211/15 211/24
212/7 214/17 239/9
239/11 278/11

**reported [10]**
164/19 167/3 167/18
248/19 262/22 263/23
274/18 276/3 281/6
283/5

**Reporter [1]** 304/13

**reports [10]** 108/19
113/5 211/8 211/10

211/13 212/5 214/16
215/5 243/4 267/19

**reprehensible [2]**
7/21 10/12

**represent [2]** 8/15
16/11

**representative [2]**
238/10 238/18

**representatives [1]**
43/13

**represented [6]**
8/15 12/11 12/12
20/24 150/19 150/20

**reproach [1]** 23/22

**reprocess [1]** 267/2

**reputation [9]** 12/15
16/13 98/22 125/17
126/2 126/8 126/12
127/8 249/18

**reputations [1]**
98/20

**request [18]** 50/24
51/1 69/6 82/14 89/1
123/14 159/16 186/21
194/10 195/13 195/17
195/25 196/3 196/3
200/5 214/7 222/10
301/10

**requested [4]** 68/5
68/7 70/25 108/20

**requesting [4]** 68/7
69/3 75/19 83/11

**requests [1]** 88/25

**require [6]** 43/9
121/10 170/24 257/3
260/5 260/12

**required [29]** 32/2
36/8 40/21 43/12
46/19 70/13 75/1
89/13 101/13 105/10
119/18 121/11 165/21
167/7 167/9 182/25
231/12 252/14 256/8
256/19 257/13 260/1
260/19 261/24 278/21
280/16 286/12 295/18
296/5

**requirements [9]**
53/23 70/12 89/16
172/2 175/14 202/24
253/21 261/1 261/6

**requires [7]** 88/2
89/9 181/21 181/21
196/12 196/12 196/13

**requiring [2]** 22/16
47/17

**rerouted [1]** 266/22

**research [15]**
130/18 144/2 145/19
157/13 185/14 185/19
185/25 186/9 195/17
196/10 196/12 196/12

241/10 241/12 283/21

**researched [1]**
285/24

**reset [1]** 18/1

**resided [1]** 214/10

**residence [1]** 45/6

**resident [1]** 244/11

**residential [9]** 39/8
42/19 253/25 254/2
254/5 254/9 254/12
259/11 279/16

**residents [3]** 254/9
279/7 287/1

**resolution [8]** 13/1
23/13 156/18 157/3
157/12 157/22 243/23
289/12

**resolve [5]** 8/9 18/18
23/14 213/15 290/9

**resolved [1]** 203/13

**resources [5]** 44/24
214/11 215/5 226/16
245/25

**respect [80]** 9/5
10/21 11/1 12/18
12/19 13/1 13/18 15/2
17/23 19/18 29/9
30/13 33/6 33/12 34/9
37/9 42/18 44/21 48/9
50/17 51/13 51/19
52/14 52/21 54/12
54/16 55/12 56/9
56/23 57/14 57/22
58/13 60/4 60/12 61/4
61/11 61/19 62/6
62/11 62/17 63/22
64/4 70/18 72/1 72/15
75/13 78/3 80/14
83/23 87/9 87/14
87/19 87/22 89/5
89/21 91/3 91/10
93/14 94/5 95/3 95/8
96/19 97/16 100/4
102/18 109/24 110/21
111/7 113/15 114/4
114/18 121/5 127/13
127/22 128/6 128/25
161/13 175/20 271/4
301/2

**respected [1]** 10/7

**respective [5]** 170/6
170/21 171/13 182/10
283/22

**respond [1]** 50/8

**responding [3]** 7/3
178/7 180/7

**responds [1]** 175/6

**response [10]** 49/24
52/3 83/16 83/19
146/15 162/6 174/22
183/2 184/9 188/11

**responsibilities [24]**

205/11 207/25 208/18
208/21 209/6 209/7
211/20 214/9 215/23
223/16 272/10 281/11
283/22 285/10 285/14
286/13 287/18 291/3
291/18 295/2 295/20
295/23 297/5 297/16

**responsibility [11]**
44/4 130/17 210/4
217/8 217/22 221/18
278/10 283/19 284/1
284/2 285/15

**responsible [8]** 8/3
10/19 210/16 218/2
276/3 278/11 284/4
295/13

**responsive [2]**
115/23 245/19

**rest [1]** 19/7

**restate [5]** 66/16
230/10 244/22 273/14
288/1

**restaurant [26]**
26/17 27/23 36/1 55/4
55/5 62/11 63/18
64/17 73/20 74/21
75/15 92/15 121/8
167/20 169/15 169/19
181/20 182/19 183/23
190/18 191/4 191/7
277/21 278/4 292/22
292/23

**result [15]** 23/11
214/6 214/11 215/6
228/10 228/16 228/18
228/19 229/2 230/18
280/13 280/14 286/25
287/2 289/17

**resume [1]** 76/8

**retaining [1]** 184/22

**retire [2]** 227/22
228/10

**retirement [3]**
131/24 227/25 228/5

**revealed [1]** 192/2

**revenue [2]** 262/22
263/2

**review [36]** 34/22
39/17 50/17 50/22
51/17 56/25 57/1
57/25 62/23 62/24
63/11 63/20 73/5
78/25 79/9 81/3 81/9
81/11 81/18 82/2
94/20 99/25 100/24
101/16 116/22 198/13
247/5 282/15 293/19
293/22 294/7 295/14
295/18 295/25 297/15
297/23

**reviewed [14]** 51/13

51/15 51/15 70/10
80/9 82/24 83/14
94/24 124/20 142/2
150/25 151/14 152/9
283/8

**reviewing [6]** 63/3
63/3 94/10 99/14
99/15 99/25

**reviews [1]** 88/25

**revise [1]** 187/14

**revisions [1]** 88/15

**revocation [12]**
70/22 88/2 88/3 280/2
280/6 280/8 280/15
280/20 280/24 282/9
283/24 284/4

**revoked [2]** 70/14
282/19

**revoking [2]** 71/21
282/12

**revolving [1]** 54/4

**reworked [1]** 188/9

**reworking [1]**
188/12

**rewrite [1]** 58/17

**Reyes [2]** 134/19
135/2

**ride [15]** 239/21
272/3 272/9 272/25
273/4 273/9 273/24
274/3 274/8 274/15
274/17 274/21 274/23
275/2 275/7

**ride-along [4]**
274/15 274/17 274/21
275/7

**ride-alongs [11]**
239/21 272/3 272/9
272/25 273/4 273/9
273/24 274/3 274/8
274/23 275/2

**rigged [1]** 151/10

**right [234]** 4/14
4/24 5/6 5/9 5/13 6/3
7/8 7/13 8/7 8/21
13/5 13/8 13/11 13/16
15/23 16/7 19/22 20/2
21/3 23/2 23/16 24/14
41/8 42/12 45/25
46/23 54/18 59/20
60/6 61/7 62/2 63/10
66/14 69/8 71/18 74/9
75/21 76/2 76/6 83/1
83/13 83/15 93/20
95/6 95/17 98/7 100/4
100/6 106/4 107/16
116/24 118/5 118/10
118/14 121/17 128/10
129/15 129/23 130/3
130/7 130/10 130/18
130/22 131/5 131/19
131/25 132/7 132/21

**R**

right... **[166]** 133/12
133/15 134/4 134/7
134/15 135/6 135/10
135/17 135/20 136/4
136/7 138/3 138/25
139/19 140/2 140/9
140/19 140/21 141/17
142/16 142/21 142/25
143/5 143/15 143/21
143/24 143/25 144/11
146/16 147/9 149/13
149/16 149/17 149/22
150/11 150/16 150/18
150/22 151/1 151/4
151/19 152/10 152/12
152/14 152/17 153/12
153/15 153/16 153/22
154/12 154/20 154/25
155/7 155/24 156/19
160/2 160/13 161/14
162/8 162/11 163/5
163/9 164/11 164/14
164/22 165/22 166/7
166/12 166/16 167/7
168/8 169/10 169/15
169/24 170/3 170/6
170/18 170/21 170/24
171/6 171/13 171/21
171/24 172/3 172/10
172/23 173/11 173/11
173/15 174/5 175/20
176/17 176/21 176/24
177/9 177/19 178/6
178/7 179/13 179/16
179/23 180/1 180/8
180/19 182/17 183/23
184/7 184/23 185/19
185/22 186/1 187/24
189/13 189/21 190/5
190/8 190/18 192/7
192/10 192/11 192/21
193/14 198/21 203/21
203/22 203/23 204/18
205/1 210/11 212/8
217/10 222/1 228/7
228/14 228/16 229/8
238/22 241/2 243/20
244/8 246/3 251/11
257/15 263/10 264/24
266/3 269/1 269/14
269/22 270/1 270/6
271/14 271/18 271/24
272/9 274/23 286/1
289/16 290/10 291/15
293/14 298/22 301/7
302/8 302/12 302/21
**rise [13]** 18/12 24/12
75/23 76/4 117/3
118/15 203/24 204/19
243/18 269/7 271/22

299/14 304/5
**risk [1]** 150/21
**Rita [3]** 13/2 76/3
204/5
**river [1]** 275/15
**RMR [1]** 304/12
**RMR-CRR [1]** 304/12
**Robert [2]** 225/8
225/9
**Roberto [1]** 188/22
**Rocky [1]** 12/14
**RODNEY [2]** 1/8
304/13
**Rodriguez [1]** 12/14
**Rojas [1]** 256/5
**role [24]** 78/22
205/14 207/19 208/22
209/19 210/5 210/7
216/8 217/19 220/18
231/2 236/7 237/2
244/6 244/14 244/19
247/2 252/22 259/21
272/6 273/8 273/22
284/13 296/24
**roles [1]** 236/13
**roof [2]** 74/5 74/22
**roofs [1]** 27/25
**room [2]** 11/21
304/14
**rooming [3]** 92/16
92/20 121/8
**Rooney [1]** 5/1
**Rothman [7]** 5/1 5/2
16/6 16/7 16/13 16/15
20/25
**rough [1]** 227/21
**Roughly [1]** 229/23
**routed [1]** 252/9
**routine [4]** 228/4
236/1 240/24 241/1
**routinely [2]** 210/22
240/4
**rudeness [1]** 266/11
**Ruiz [7]** 171/23
172/21 175/6 177/18
178/17 179/7 180/18
**Ruiz's [3]** 174/21
177/3 179/15
**rule [7]** 22/3 22/17
22/19 48/1 220/20
249/25 249/25
**ruled [2]** 12/19 35/7
**rules [16]** 11/5 12/17
14/15 14/19 17/11
17/18 17/20 22/1
71/19 253/2 253/5
261/23 300/14 300/14
300/18 301/1
**ruling [5]** 15/4 68/16
80/25 120/20 120/22
**rulings [3]** 8/25 11/1
34/10

**run [3]** 123/11 191/4
276/10
**running [7]** 36/15
123/13 136/3 192/3
198/22 244/7 284/25
**runs [3]** 40/3 239/13
279/5

**S**

**S.E [1]** 1/19
**S.H [8]** 254/22 255/8
255/9 255/12 255/16
255/25 257/23 262/23
**s: [1]** 304/12
**Sabina [1]** 135/7
**sad [1]** 11/9
**saddened [2]** 9/22
13/21
**safe [4]** 73/21
279/10 279/13 279/20
**safety [28]** 7/22
18/17 19/13 19/18
23/18 157/18 166/6
166/20 168/4 168/5
201/15 201/20 205/13
213/10 242/2 244/10
256/23 278/23 279/3
279/5 279/6 279/24
280/14 282/19 296/14
297/7 297/13 297/19
**said [34]** 10/5 12/1
14/7 23/25 24/23 37/1
50/9 60/9 73/16 92/19
103/2 122/24 137/15
140/14 141/13 150/23
150/25 151/12 157/19
163/18 164/14 171/9
180/5 192/22 197/25
199/19 207/4 228/23
239/24 250/8 270/23
287/21 301/9 303/6
**salary [1]** 132/2
**Salas [1]** 16/16
**Salvatierra [1]**
177/13
**Salvatirra [1]** 83/17
**Sam [1]** 5/11
**same [56]** 31/23
32/17 33/8 35/14
56/19 56/20 59/1
59/12 68/16 69/20
71/4 79/4 80/15 80/17
86/2 86/4 103/25
107/9 110/24 116/9
125/21 126/9 128/3
138/18 154/24 163/12
164/4 178/16 180/8
188/24 189/21 191/2
191/3 191/3 191/4
195/13 209/3 209/3
209/12 216/5 235/25
248/6 248/7 257/16

257/21 260/21 261/2
261/19 261/23 262/2
263/6 273/2 285/22
297/25 299/12 303/21
**sanction [2]** 8/6
18/19
**Sanguich [12]** 25/6
25/8 25/17 25/19
146/25 147/25 148/21
148/23 149/12 150/11
197/22 198/8
**Santos [3]** 188/22
225/8 225/9
**Santos-Alborna [2]**
188/22 225/8
**Sarnoff [4]** 1/21
4/12 18/15 93/23
**sat [2]** 11/9 66/2
**Saturday [2]** 189/11
239/13
**Saturdays [1]**
239/24
**saw [10]** 12/8 12/24
13/13 16/14 41/14
46/8 46/9 100/1 152/6
152/7
**say [45]** 6/20 7/19
8/21 8/21 11/1 11/8
11/12 12/9 12/9 14/16
19/5 20/2 30/2 43/18
52/8 52/18 56/3 58/20
69/25 84/24 108/22
128/12 134/25 135/21
141/24 146/11 148/3
178/8 180/20 181/19
192/4 211/3 211/8
214/23 220/20 228/12
233/17 233/19 241/2
245/18 254/14 262/5
270/5 275/14 300/11
**say that [1]** 7/19
**saying [8]** 20/13
20/19 51/2 99/22
135/10 143/18 182/9
193/20
**says [59]** 11/15
11/24 15/15 38/25
40/19 47/12 47/15
58/20 66/1 67/15
74/21 80/18 83/1
83/15 83/20 103/1
103/6 121/21 121/22
121/23 122/1 134/16
138/6 140/10 146/13
146/15 149/15 157/2
158/9 159/13 161/24
165/13 166/3 167/24
168/14 175/9 176/10
176/11 179/7 180/5
182/8 182/24 184/10
187/6 188/3 191/21
191/22 196/25 201/7

201/8 218/17 221/23
222/8 238/15 241/6
253/11 255/16 256/10
263/14
**scale [2]** 209/16
209/17
**scene [3]** 6/19 99/19
99/20
**school [1]** 15/9
**scooters [2]** 245/8
245/8
**scope [34]** 59/6
59/18 60/13 61/6 62/1
62/3 67/21 69/15 71/7
71/12 72/2 79/13
88/10 89/11 89/14
120/15 120/23 122/6
122/11 123/19 123/25
127/4 131/15 142/24
146/6 145/25 156/2
157/6 166/1 172/6
181/16 191/14 193/2
287/7
**SCOTT [2]** 2/2 2/2
**scratch [3]** 10/23
12/4 14/7
**screen [8]** 74/13
76/11 119/10 160/24
218/8 218/13 224/13
262/22
**screenshot [2]** 83/20
100/22
**scroll [18]** 38/3 47/6
82/19 83/13 137/17
148/16 150/2 158/16
159/12 162/25 178/5
185/4 187/25 189/7
200/9 200/10 200/10
203/4
**scrolling [1]** 67/2
**seal [4]** 5/17 255/4
255/4 301/5
**search [4]** 228/15
228/16 228/18 299/3
**season [1]** 34/1
**seat [1]** 4/24
**seated [8]** 18/14
24/8 24/16 118/18
204/22 270/1 271/20
300/3
**seating [4]** 36/16
64/7 166/24 167/4
**seats [1]** 36/8
**second [32]** 27/3
33/22 38/8 56/20
75/16 76/23 76/24
80/19 86/21 89/24
92/17 92/19 100/18
101/2 105/18 105/21
106/5 106/19 110/14
139/15 150/14 158/25
159/12 174/8 203/3

**S**

**second... [7]** 265/20
293/18 294/14 294/16
295/4 296/1 302/1
**secondary [1]**
193/11
**secondhand [1]**
272/22
**secret [1]** 237/7
**section [28]** 39/24
58/2 58/3 58/21 201/7
212/2 218/11 218/16
218/17 218/25 219/5
219/7 219/7 219/16
219/20 219/21 219/22
219/22 220/3 220/10
221/17 221/19 221/22
221/23 222/2 222/19
224/14 263/14
**sections [3]** 55/22
209/3 209/4
**sector [2]** 206/14
206/24
**secure [2]** 34/5
40/19
**security [5]** 8/19
10/22 13/3 14/12
23/18
**see [91]** 5/3 9/9 9/18
12/14 12/15 12/23
13/2 15/14 16/5 16/13
17/19 27/21 29/1 32/8
37/20 38/4 39/13
41/16 43/11 47/6 60/8
63/14 75/20 77/18
79/2 81/13 83/16
83/20 96/21 101/6
103/2 105/22 106/2
107/20 108/6 108/8
109/23 112/22 113/1
117/1 139/13 140/17
144/24 144/25 148/17
152/15 158/9 159/8
161/24 162/22 162/25
164/2 168/25 172/16
174/7 175/6 178/16
181/9 182/13 182/20
183/17 183/22 189/4
191/23 192/3 196/21
198/21 218/13 218/16
219/16 221/19 221/23
238/14 238/14 240/10
240/21 241/5 243/23
251/13 253/11 255/4
255/15 255/18 256/4
256/10 257/9 257/15
257/16 269/5 271/21
299/7
**seeing [4]** 21/21
194/12 196/16 200/1
**seek [8]** 80/1 87/18

**100/13 104/23 107/13**
107/14 119/4 279/15
**seeking [1]** 84/25
**seemed [1]** 49/17
**seen [7]** 12/4 15/16
21/1 40/24 80/8 82/24
151/11
**segregate [1]**
297/22
**select [2]** 250/16
297/22
**selection [1]** 231/25
**selectively [1]**
127/23
**self [2]** 243/3 250/15
**self-perpetuates [1]**
250/15
**self-sustaining [1]**
243/3
**sell [1]** 181/20
**send [10]** 6/15 7/3
7/5 10/21 13/6 14/10
50/19 51/2 138/19
301/4
**sending [2]** 145/1
148/17
**sends [1]** 159/22
**senior [12]** 130/12
212/23 213/5 213/17
214/15 216/11 290/25
291/4 291/15 292/4
295/25 297/20
**sense [5]** 17/24
113/1 210/25 224/21
242/15
**sent [12]** 6/10 7/9
46/21 46/22 108/6
119/23 120/8 138/11
147/15 147/16 162/22
184/6
**sentence [12]** 19/3
19/11 139/15 149/19
159/15 168/6 174/8
182/23 218/25 219/3
219/4 221/24
**sentences [1]** 149/5
**sentencing [2]** 8/11
13/17
**separate [3]** 26/12
26/20 55/17
**separated [1]**
207/17
**separation [2]**
216/14 216/25
**September [4]** 70/7
94/7 94/9 105/6
**sequentially [2]**
77/6 77/20
**sergeant [2]** 235/22
240/23
**series [2]** 202/5
229/6

**serious [8]** 8/9 16/9
16/10 18/5 18/5 20/23
20/23 21/3
**serve [3]** 191/5
229/21 255/13
**served [6]** 10/9
10/12 10/14 221/6
249/2 249/13
**serves [1]** 211/7
**service [11]** 12/21
64/9 215/20 222/16
222/21 244/7 254/22
255/8 255/9 255/12
266/10
**services [9]** 50/24
195/25 239/19 251/7
255/16 257/23 262/23
263/2 263/6
**serving [4]** 191/5
209/23 226/1 247/25
**session [3]** 4/1 76/2
118/1
**set [21]** 19/6 19/21
23/7 23/13 40/18 42/2
49/17 57/1 72/8 74/19
79/10 79/15 102/22
201/11 220/18 244/3
244/20 244/23 270/18
282/2 287/2
**sets [1]** 15/25
**settled [2]** 182/6
202/21
**seven [1]** 242/18
**several [8]** 55/8
57/24 57/25 153/14
153/17 153/20 161/8
198/22
**shall [11]** 42/23 44/2
103/2 103/6 103/9
122/2 219/6 219/7
222/10 222/20 222/23
**shape [1]** 284/22
**share [1]** 221/16
**shared [1]** 51/4
**sharing [1]** 22/23
**she [65]** 8/2 12/14
12/16 13/3 28/23
29/22 30/15 30/15
32/18 36/10 45/8
47/13 51/22 59/13
63/24 64/13 66/23
69/21 73/11 82/6 84/3
85/9 98/11 99/18
99/20 99/20 99/22
99/23 101/24 104/18
106/24 107/23 107/23
109/1 109/2 116/10
122/18 134/6 141/22
142/12 142/14 143/11
146/19 151/25 160/4
165/1 167/3 167/6
167/24 168/12 173/17

**176/4 177/2 177/4**
177/22 177/25 181/17
184/10 189/3 190/22
199/19 203/16 210/9
225/16 301/13
**she's [22]** 12/15
41/6 47/13 50/13 58/8
60/1 60/2 61/5 63/24
84/1 99/14 99/14
115/1 134/4 146/22
157/7 157/10 160/10
166/10 168/1 168/2
301/14
**sheer [1]** 213/6
**sheet [2]** 76/21
78/16
**sheets [1]** 79/15
**shell [3]** 65/5 65/10
65/17
**shelter [2]** 279/14
279/15
**shipping [3]** 27/21
147/25 148/23
**shirts [2]** 49/3 49/4
**shoe [1]** 14/22
**shooting [1]** 276/9
**short [7]** 16/3 18/13
76/1 123/6 204/4
216/15 271/19
**Shortly [1]** 206/4
**shot [2]** 16/23 16/24
**should [28]** 12/9
14/3 16/21 46/15
46/19 58/4 120/6
147/21 149/6 150/23
151/22 152/3 163/10
168/25 185/9 196/25
199/2 202/22 218/11
229/18 231/21 245/24
250/1 266/8 284/21
300/12 300/12 301/8
**shoulders [1]** 217/9
**show [12]** 21/2
78/14 93/22 98/21
153/24 156/20 163/15
172/13 189/4 189/6
224/14 260/22
**showed [6]** 97/18
97/19 97/22 153/1
154/25 178/1
**showing [1]** 99/4
**shown [10]** 177/23
194/9 194/23 196/14
199/23 200/12 202/5
203/2 300/25 302/4
**shows [5]** 108/22
109/6 109/12 111/24
147/16
**shut [5]** 187/17
188/23 189/13 192/21
192/23
**SHUTTS [1]** 1/20

**shy [1]** 214/18
**side [18]** 25/9 38/5
49/17 55/7 66/3 79/17
206/9 209/9 209/9
209/9 209/10 212/18
220/5 220/12 224/8
241/16 256/1 300/24
**sidebar [5]** 96/22
119/1 185/8 193/3
300/19
**sides [1]** 301/24
**Sierra [6]** 204/13
270/8 271/7 302/25
303/21 303/23
**signature [4]** 47/7
105/25 256/10 256/14
**signed [5]** 38/4 70/7
85/25 105/22 256/4
**significant [4]**
232/23 254/10 279/19
286/25
**signing [1]** 103/8
**similar [7]** 60/9 68/4
92/24 244/19 263/6
276/12 302/22
**simple [3]** 17/24
115/13 276/4
**simply [1]** 200/5
**since [9]** 130/7 151/3
151/21 152/5 221/6
232/22 240/25 242/22
301/11
**single [7]** 8/4 26/14
26/15 26/21 27/7
27/22 98/1
**singled [1]** 35/6
**sir [22]** 4/19 4/24
7/9 16/8 16/16 20/14
20/18 20/22 20/25
21/17 27/14 45/19
76/9 118/19 127/19
233/14 233/20 261/21
262/17 269/21 298/3
298/4
**sit [10]** 21/20 88/13
95/24 103/15 106/20
114/12 122/4 122/10
148/3 203/13
**site [3]** 46/7 49/16
298/11
**sites [1]** 175/12
**sitting [2]** 12/16
13/2
**situation [4]** 22/18
97/8 183/3 295/22
**six [8]** 45/2 179/14
179/15 229/23 241/6
242/18 248/22 249/2
**size [3]** 210/25 211/3
211/4
**skin [1]** 8/24
**slap [1]** 16/1

**S**

**sleep [3]** 13/24 56/2
56/6
**slight [1]** 8/24
**slim [1]** 270/17
**slimmed [1]** 269/23
**slower [1]** 185/24
**small [1]** 209/16
**smaller [3]** 47/5
83/15 87/2
**SMITH [3]** 1/8 4/6
304/13
**Smith's [1]** 7/23
**smoke [2]** 164/21
201/12
**snapping [1]** 22/9
**snapshot [1]** 200/25
**snickering [1]** 8/23
**so [255]** 7/8 9/20
10/13 12/25 14/1 15/4
16/2 16/15 17/9 18/25
19/2 19/12 19/16 21/2
21/4 23/11 23/14
23/15 23/21 23/23
25/13 25/16 26/14
26/20 26/23 27/15
27/20 28/24 29/9
29/14 29/23 30/1 32/6
34/21 39/12 43/23
44/14 44/25 45/3
45/15 46/6 46/9 46/18
47/6 48/11 48/25 51/2
51/9 51/25 52/7 54/1
55/4 55/12 55/22 56/3
56/7 57/17 58/2 58/4
58/15 59/10 61/18
61/18 62/3 62/9 62/20
62/22 64/6 64/15
66/10 67/17 68/6 69/2
70/11 70/19 71/20
71/21 75/20 76/21
77/8 78/13 80/5 80/17
81/15 81/17 82/15
82/18 84/9 84/24
85/20 86/20 86/21
87/4 87/5 87/21 88/5
88/13 89/9 89/24 90/2
90/7 92/19 92/21
93/16 94/19 94/19
94/24 96/16 97/20
98/3 98/9 98/16 99/3
100/3 101/5 101/6
101/9 102/18 104/21
105/5 105/9 106/19
107/20 108/22 109/6
110/4 110/11 112/9
112/22 112/24 113/3
115/5 115/12 119/17
120/2 121/21 122/2
124/22 125/9 137/14
138/18 138/22 139/18

140/3 141/13 144/24
145/19 146/8 146/22
148/3 149/12 149/18
151/3 151/16 151/18
151/19 152/6 152/11
152/11 152/16 153/9
159/23 160/1 162/9
163/4 168/13 169/13
170/23 174/12 175/6
176/5 178/7 180/7
180/14 181/11 181/19
183/7 187/23 188/22
190/23 191/4 192/4
192/6 192/6 195/8
195/21 196/3 196/21
197/21 197/24 198/2
202/2 205/10 205/19
206/3 206/6 207/6
207/24 208/3 209/14
211/2 211/8 213/8
214/8 215/15 215/18
216/23 217/3 221/22
221/24 222/1 228/7
235/23 235/25 238/17
239/14 240/7 241/14
244/1 244/14 245/10
247/21 250/11 250/20
250/24 254/1 257/15
264/23 264/24 265/22
269/13 270/1 270/2
270/17 270/25 271/2
271/11 271/16 274/21
276/9 276/16 276/22
278/1 279/13 283/20
288/21 289/6 293/16
294/8 299/9 300/25
301/8 301/9 301/24
303/22
**social [1]** 24/21
**solely [2]** 111/13
222/21
**solid [6]** 74/18 115/8
212/4 213/12 244/18
272/15
**solution [1]** 165/14
**solved [1]** 198/4
**some [44]** 8/8 9/9
27/25 29/25 41/18
69/5 69/7 88/14 96/24
99/23 110/3 115/17
116/17 139/18 145/1
146/11 160/15 164/10
177/6 179/8 181/19
208/4 211/15 213/7
214/9 215/19 215/25
216/16 217/10 227/2
229/6 232/23 236/1
236/6 243/6 243/24
257/22 268/7 274/19
276/14 277/17 278/1
284/11 284/21
**somebody [11]**

25/14 57/10 57/12
68/7 70/3 116/2
139/23 155/1 155/15
166/11 225/20
**somebody's [1]** 56/2
**somehow [1]** 9/20
**someone [10]** 9/12
12/25 16/13 19/9
19/15 20/24 99/24
137/6 150/21 225/5
**something [33]** 9/13
10/20 15/16 18/2 20/4
20/22 20/24 21/14
22/6 25/15 40/2 40/3
90/20 90/21 92/24
94/17 100/24 123/6
144/14 144/18 171/18
180/6 180/12 200/18
202/21 229/1 236/3
246/20 254/17 260/1
262/24 278/25 297/19
**sometime [2]** 28/11
41/12
**sometimes [9]** 13/20
115/12 115/13 115/14
115/21 177/6 220/21
266/19 301/19
**somewhat [1]** 288/6
**son [3]** 16/20 16/24
16/25
**soon [4]** 88/15 236/5
236/19 299/9
**sorry [17]** 5/22
17/12 21/18 22/20
24/9 27/10 64/14
80/23 82/17 139/4
204/10 219/20 231/21
234/1 269/16 273/14
274/6
**sort [21]** 27/20
27/24 27/25 40/17
64/8 69/5 74/15 92/15
92/16 121/7 198/4
200/25 236/11 243/22
266/11 266/12 272/18
272/21 289/17 303/9
303/20
**sought [2]** 30/12
37/12
**soul [1]** 10/1
**sounding [1]** 209/20
**source [1]** 209/1
**sources [4]** 265/15
265/17 266/14 268/21
**south [3]** 2/3 206/4
275/15
**SOUTHERN [4]** 1/1
18/22 22/2 23/20
**space [2]** 279/12
280/13
**spaces [2]** 252/7
263/8

**sparing [1]** 18/3
**speak [10]** 4/23
21/17 24/3 27/12
27/15 53/14 99/13
147/19 236/19 299/9
**speakeasy [1]** 184/7
**speaking [3]** 7/6
17/13 46/8
**speaks [8]** 39/20
42/21 80/21 85/7
110/17 121/14 121/16
197/18
**special [4]** 138/9
145/18 146/20 276/7
**specialists [2]**
214/21 282/25
**specific [14]** 91/11
91/17 211/20 211/24
228/2 234/12 237/4
239/11 239/25 241/13
274/15 281/4 284/11
285/19
**specifically [17]**
32/7 65/4 65/6 92/2
211/3 221/11 236/23
237/19 241/12 242/3
243/4 244/12 250/13
274/20 278/14 289/4
294/1
**specifics [1]** 163/25
**speculate [2]** 139/22
141/11
**Speculating [1]**
141/2
**speculation [26]**
25/22 27/6 29/21 30/5
30/14 30/23 32/12
33/2 34/12 45/7 49/10
52/5 58/8 63/24 67/10
81/5 84/1 84/15
108/25 121/12 122/17
141/20 151/25 189/16
195/10 200/6
**speech [1]** 17/13
**speed [2]** 87/23
94/19
**speeding [3]** 56/21
60/9 266/6
**spend [4]** 10/18
15/12 21/12 188/3
**spent [2]** 15/9
235/21
**split [1]** 301/16
**spoke [1]** 191/22
**spoken [4]** 49/20
126/24 126/25 278/15
**spot [2]** 25/18
107/24
**spots [2]** 167/7
167/9
**spouses [1]** 232/12
**sprinkler [2]** 165/21

170/24
**spur [1]** 22/17
**square [3]** 131/1
175/16 175/18
**squarely [1]** 217/9
**stabilized [1]** 240/7
**staff [53]** 8/19 15/18
18/2 90/24 182/12
211/11 212/24 213/5
213/17 214/15 220/4
220/11 220/16 220/19
220/25 221/1 224/7
243/4 247/22 264/14
264/16 266/18 268/22
272/24 275/24 275/24
275/24 275/25 280/4
282/18 282/18 283/20
284/20 285/25 290/18
291/14 292/4 292/10
293/12 293/17 294/6
294/15 294/18 295/12
295/25 296/4 296/5
296/15 297/14 297/15
297/20 297/23 299/21
**staffers [2]** 282/24
291/15
**staffing [1]** 224/24
**staffs [1]** 274/5
**stage [4]** 64/8 65/5
65/9 280/20
**staircase [3]** 192/24
193/14 193/15
**stairways [1]** 201/14
**stake [1]** 98/20
**stand [2]** 24/2 24/6
**standard [4]** 18/20
42/8 244/13 299/18
**standards [1]**
251/15
**standing [3]** 275/20
276/6 276/14
**standpoint [1]** 176/7
**stands [1]** 77/5
**standstill [2]** 185/22
185/23
**start [16]** 21/13 28/8
31/2 40/20 87/12
104/22 161/24 206/2
206/2 219/2 221/24
221/25 222/1 222/8
235/15 299/8
**started [9]** 45/3
82/17 86/24 87/2
111/16 207/18 235/17
235/21 242/22
**starting [3]** 21/24
147/18 236/5
**starts [5]** 123/11
138/15 139/16 221/23
262/20
**state [13]** 4/7 5/9
6/24 11/10 12/23

**S**

**state... [8]** 14/13
34/24 42/18 44/9
71/17 239/19 239/20
239/21
**stated [4]** 25/10
149/22 180/14 196/24
**statement [3]** 7/17
51/25 52/1
**statements [1]** 50/8
**states [8]** 1/1 1/9
14/10 44/1 55/25 65/2
65/3 175/12
**stating [1]** 46/10
**status [24]** 36/24
41/4 41/10 44/22 46/4
72/15 75/3 88/13 90/3
94/20 95/24 103/14
106/20 122/10 145/9
159/17 199/24 281/12
288/9 288/19 289/7
294/16 295/3 298/16
**statute [1]** 58/13
**statutes [1]** 130/22
**stay [1]** 73/4
**stayed [2]** 45/9
228/3
**Steven [2]** 145/17
146/24
**still [19]** 6/6 7/11
15/23 24/21 57/15
57/17 87/6 87/11
103/16 147/21 198/21
203/17 239/2 270/13
270/15 282/6 295/6
299/24 302/22
**stipulated [1]** 98/14
**stole [1]** 202/18
**Stolow [11]** 4/16
4/25 5/5 5/7 5/11
5/20 8/5 18/14 20/4
21/17 23/1
**stop [18]** 41/21
65/23 67/3 176/14
191/5 206/15 208/17
214/1 215/12 219/20
222/4 222/6 223/1
227/23 228/12 269/1
293/13 298/22
**stoppage [1]** 45/2
**stops [1]** 123/12
**storage [3]** 252/8
257/25 266/2
**store [2]** 147/22
197/1
**story [2]** 74/21
292/21
**stove [1]** 199/9
**straightforward [1]**
289/11
**streamline [1]** 97/1

**streamlining [1]**
204/16
**street [19]** 1/16 1/19
75/14 80/21 81/11
96/5 96/19 102/19
140/9 141/24 141/25
142/4 142/5 158/10
206/22 213/11 214/13
257/15 266/7
**stretch [1]** 279/5
**stricken [7]** 28/6
40/11 46/2 93/20
102/6 107/4 112/5
**strictly [1]** 11/25
**strike [28]** 9/2 14/24
28/5 34/17 35/17
39/10 40/10 41/1
44/20 46/1 54/11 79/8
81/8 86/15 93/19
102/5 106/8 112/4
123/8 125/4 229/16
233/4 247/11 264/8
268/17 283/2 286/11
291/1
**stringent [1]** 187/15
**strong [5]** 208/3
208/4 208/6 208/8
228/21
**structural [2]** 279/11
279/19
**structurally [2]** 63/5
63/6
**structure [72]** 26/14
26/17 26/24 38/20
38/21 39/3 39/4 39/23
40/22 41/2 41/4 41/10
41/15 42/8 42/17
42/23 43/10 43/11
44/5 44/6 46/14 46/24
47/16 47/17 47/23
47/24 47/25 48/12
48/21 52/20 61/19
61/21 62/16 64/4 65/9
65/14 65/16 65/23
68/14 70/6 74/24
74/25 75/14 87/13
87/24 92/13 92/21
95/1 95/3 96/14 103/2
104/6 106/16 120/9
121/5 121/6 121/7
121/21 121/23 122/1
122/2 150/23 152/14
155/8 155/16 163/4
175/16 210/8 211/19
212/16 216/8 296/25
**structures [19]**
39/25 40/20 51/3
54/20 93/7 102/17
113/3 116/18 124/23
187/17 188/10 234/24
242/4 250/7 268/1
268/5 270/7 291/7

302/20
**studio [4]** 47/22
153/8 153/10 155/13
**studios [1]** 199/2
**stuff [2]** 49/8 154/18
**style [1]** 273/20
**Suarez [17]** 1/12 4/9
108/7 151/17 184/1
189/25 190/15 228/25
229/1 229/2 270/8
303/1 303/9 303/11
303/14 303/18 303/25
**Suarez's [5]** 232/5
232/10 232/24 233/4
233/10
**sub [1]** 101/8
**subject [14]** 54/21
106/17 175/17 234/22
234/24 235/1 235/1
241/10 242/11 250/7
251/18 262/2 262/6
286/5
**subjects [1]** 243/11
**submit [5]** 40/21
75/1 83/5 102/24
263/24
**submittal [1]** 227/25
**submitted [1]**
103/10
**submitting [1]** 10/19
**subordinate [2]**
224/7 292/7
**subordinates [9]**
210/20 212/10 222/12
222/24 223/21 223/21
283/10 291/1 291/4
**subpoena [1]** 194/5
**subsequent [6]**
81/10 112/15 232/12
235/13 282/15 282/18
**subsequently [10]**
112/16 205/22 216/25
228/15 230/17 230/19
252/10 252/23 282/1
293/21
**substantial [1]**
275/13
**Succeeds [1]** 103/5
**successful [1]** 35/13
**such [8]** 9/4 10/17
25/19 36/7 206/22
224/10 291/22 291/24
**sued [1]** 93/18
**sufficiency [1]** 57/3
**sufficient [4]** 9/11
19/16 21/7 300/7
**suggest [1]** 211/14
**suggested [1]** 229/3
**suggestion [2]** 21/4
21/15
**suggestions [1]**
19/17

**suicide [1]** 17/3
**Suite [5]** 1/13 1/16
1/19 1/21 2/3
**summarize [1]**
300/7
**summation [2]**
300/12 300/25
**summons [2]** 42/8
80/11
**SunBiz [2]** 111/24
113/5
**Sunshine [1]** 246/21
**supervising [1]**
22/11
**supervision [2]**
217/20 241/21
**supervisor [2]** 135/9
270/8
**supervisors [2]**
135/16 136/1
**supply [1]** 198/23
**supposed [2]** 44/2
55/5
**Supreme [1]** 9/3
**surcharge [7]**
259/25 260/1 261/12
261/18 262/2 262/7
263/24
**sure [25]** 13/10 20/8
32/9 32/22 58/25
61/10 62/4 97/4 114/8
119/3 146/12 149/24
150/3 166/19 192/6
193/23 201/6 208/10
211/2 256/17 262/8
270/3 271/16 300/14
301/23
**surface [3]** 10/23
12/4 14/7
**surprised [2]** 11/11
11/12
**surrendering [1]**
19/12
**surveying [1]** 263/5
**suspend [1]** 217/1
**suspending [1]**
71/21
**suspension [11]**
230/13 230/15 230/17
230/18 230/21 231/3
231/5 231/12 246/3
246/13 246/18
**sustain [4]** 66/14
127/18 201/5 233/15
**sustained [171]**
25/23 26/9 28/4 28/14
29/7 29/17 30/6 31/13
31/18 31/24 32/13
33/4 33/10 35/11
35/15 35/21 36/22
37/7 38/23 40/9 41/8
44/12 45/12 45/25

48/15 50/15 53/5
53/18 56/12 57/20
58/10 59/8 59/20
60/15 61/7 61/16 62/2
62/13 64/1 64/20
67/12 67/23 68/21
69/16 71/9 72/19
74/22 81/6 81/20
81/25 84/11 84/16
85/4 88/11 89/19
90/16 93/5 95/6 95/17
95/22 96/2 102/4
103/21 104/1 105/14
106/24 107/4 110/19
111/11 112/3 112/13
113/13 113/19 113/25
114/6 114/16 114/21
115/25 116/5 120/24
121/14 122/8 122/12
123/20 124/1 124/9
125/19 126/5 126/10
126/16 126/22 127/5
127/11 128/10 129/3
130/1 132/4 133/9
133/21 136/12 137/3
139/24 141/4 142/25
147/4 149/3 155/21
156/4 158/7 160/13
161/14 161/22 166/12
169/1 169/8 169/20
170/10 171/3 172/8
173/19 175/24 179/21
184/1 185/2 185/11
186/7 189/24 190/15
191/15 192/15 193/5
195/20 196/8 198/17
199/4 199/14 199/20
200/7 201/18 201/24
232/20 233/1 233/19
234/10 236/25 237/9
246/10 246/15 249/9
249/15 249/21 249/24
258/12 260/9 260/16
260/23 261/9 261/15
264/6 268/15 281/9
285/7 286/9 286/17
287/8 287/15 287/23
289/17 291/11 294/24
302/11
**sustaining [1]** 243/3
**SW [7]** 81/11 96/4
96/19 102/19 158/9
257/15 257/19
**swear [1]** 4/19
**switch [1]** 35/25
**sworn [2]** 5/7 205/2
**system [10]** 50/22
51/8 51/13 51/18
58/20 62/25 83/6
165/21 208/23 293/19

**T**

**T6 [1]** 175/12
**table [5]** 49/17
154/18 175/11 211/25
212/6
**tactic [1]** 9/20 18/9
**tail [1]** 206/25
**tailored [1]** 55/25
**take [48]** 5/20 5/25
13/16 13/17 15/4 17/8
17/8 24/2 24/6 38/9
41/19 65/11 67/16
68/18 74/11 78/13
79/17 87/18 91/11
91/17 111/7 115/19
128/25 131/1 131/4
139/9 184/15 193/19
195/2 197/11 197/23
199/21 200/3 202/3
222/10 223/17 224/13
226/23 236/3 242/18
251/13 257/13 258/18
259/15 262/9 264/2
264/9 281/17
**taken [7]** 5/18 11/23
23/1 39/5 117/5 204/4
258/8
**takes [2]** 101/7
195/3
**taking [7]** 8/23 9/18
24/11 73/9 101/11
195/9 281/17
**talk [13]** 31/4 56/7
83/23 136/1 170/5
170/12 170/15 170/18
229/3 264/22 288/8
289/2 289/7
**talking [12]** 7/7 7/7
14/11 15/19 49/7
49/25 98/7 168/4
177/24 187/14 228/24
260/15
**talks [2]** 55/13 97/24
**Tampa [1]** 206/4
**Taquerias [38]** 75/9
142/7 142/8 161/9
166/6 167/9 168/7
168/19 169/14 169/19
172/2 172/9 172/22
175/19 179/16 181/13
183/13 183/22 184/7
187/23 188/16 188/23
189/13 189/20 190/7
190/17 190/23 191/24
192/17 192/23 193/7
200/13 202/6 292/16
292/25 293/9 293/24
294/17
**Taquito [4]** 36/1
37/10 38/10 54/2
**target [1]** 127/14

**targeted [1]** 35/5
**tax [6]** 181/12
181/18 181/22 182/7
203/23 257/6
**team [2]** 22/11 214/3
**Teams [3]** 73/6 73/6
213/23
**technical [1]** 202/24
**technically [1]**
208/11
**tell [23]** 20/4 29/11
37/3 42/15 43/6 51/10
61/24 65/16 76/16
78/20 79/2 92/10 96/7
119/12 128/12 146/9
152/7 194/7 205/25
222/5 269/25 300/20
301/5
**telling [6]** 46/22
149/20 172/22 182/12
205/9 228/23
**tells [3]** 51/8 101/9
170/23
**temporary [3]** 149/7
150/8 165/13
**ten [17]** 13/14 18/22
57/7 57/16 155/14
176/14 189/25 203/21
203/22 203/25 269/2
269/3 269/5 269/5
276/21 288/6 300/8
**ten million [1]**
155/14
**tenant [9]** 46/8 49/7
122/21 123/4 123/5
150/18 153/11 155/11
155/11
**tenants [1]** 45/22
**tenure [13]** 15/22
15/23 114/2 114/10
207/6 213/21 214/6
225/1 226/22 238/25
241/17 276/12 293/13
**TEP [2]** 148/21 149/7
**term [6]** 32/5 123/6
195/17 198/5 215/12
246/4
**terminate [2]** 134/6
226/23
**terminated [1]**
134/9
**termination [12]**
215/10 215/16 216/5
216/13 216/22 217/8
229/25 230/12 230/14
230/16 230/17 230/21
**terms [23]** 14/18
43/24 50/1 87/17
94/10 98/24 99/11
106/16 204/15 209/13
214/11 214/13 218/3
220/14 240/7 252/6

263/23 263/24 272/4
278/20 286/1 298/12
300/4
**testified [15]** 63/24
79/22 104/12 122/20
124/3 124/6 132/25
133/11 142/2 142/12
150/15 150/18 151/25
153/14 185/21
**testify [12]** 60/3
99/12 132/16 132/17
132/20 132/24 133/4
142/15 157/7 303/12
303/19 303/20
**testifying [14]** 62/12
64/19 72/18 99/15
132/6 132/10 132/10
132/12 132/18 157/11
160/19 262/13 303/15
303/22
**testimony [24]** 24/1
63/23 66/21 99/18
99/20 114/15 123/2
127/14 134/22 150/13
151/19 155/18 168/17
168/24 204/15 232/23
269/11 269/13 269/24
286/7 287/20 299/22
302/3 302/10
**text [1]** 188/2
**than [22]** 43/9 47/5
55/10 59/10 90/25
91/4 110/3 165/2
165/19 181/19 192/11
258/3 258/15 269/4
270/14 284/15 288/6
289/2 289/18 294/12
298/11 300/7
**thank [54]** 22/22
24/3 24/5 24/23 24/25
25/5 37/18 39/13
40/14 41/21 65/11
67/16 75/19 75/22
76/3 76/10 80/23
83/13 83/14 83/16
84/5 100/9 107/5
107/17 111/2 115/4
117/2 118/14 118/20
118/23 118/24 119/7
129/6 129/7 162/4
176/10 176/11 196/22
197/11 202/3 203/19
204/1 211/5 224/13
231/19 233/23 255/25
272/1 299/10 299/13
300/2 300/20 304/3
304/4
**Thanks [1]** 32/23
**that [1012]**
**that's [148]** 10/4
10/24 11/6 11/15 14/5
14/7 14/8 14/8 14/13

15/4 16/5 17/16 19/5
20/3 20/3 20/15 21/8
21/14 24/22 26/16
38/1 38/8 38/17 40/3
40/17 42/8 46/19 47/4
47/14 48/22 52/7
55/12 56/20 59/22
63/19 65/17 65/17
66/1 66/2 66/7 67/3
67/6 70/22 70/24
74/19 79/14 80/24
90/21 97/6 98/25
99/14 100/2 105/5
107/4 108/6 108/11
113/5 115/20 116/22
118/10 119/11 120/8
123/9 123/10 123/10
129/24 130/1 130/15
131/11 133/1 134/16
135/6 141/14 144/1
146/9 147/24 149/20
150/19 150/24 151/11
153/12 154/15 154/16
155/18 155/19 158/2
158/6 163/6 164/19
165/25 166/3 166/3
168/3 169/14 171/9
171/21 174/13 175/19
177/22 179/12 180/20
181/22 182/8 182/12
182/17 182/24 183/9
186/4 188/9 189/18
191/6 193/14 193/21
195/1 203/8 209/4
215/22 217/3 217/4
218/5 218/10 219/18
219/20 227/23 227/25
238/6 239/22 240/2
240/16 251/10 254/21
255/19 257/7 257/21
259/16 262/11 263/4
266/12 271/5 271/13
274/9 274/21 278/21
282/10 292/19 299/8
301/20 303/18
**their [68]** 7/25 9/14
9/14 12/18 14/24 15/8
17/21 21/9 21/12
33/14 43/14 48/5 49/3
49/4 49/12 56/3 56/6
63/4 64/16 70/1 70/4
70/5 70/6 70/25 71/18
79/13 88/17 89/1 89/3
98/20 98/21 113/23
114/4 114/14 116/16
123/23 170/6 170/9
170/17 170/21 182/18
194/15 195/14 208/22
208/25 209/5 209/12
209/12 209/15 212/6
213/9 220/25 236/1
243/24 260/6 263/24

266/2 266/2 267/12
276/5 283/21 283/22
283/22 284/21 291/14
296/6 296/7 300/20
**them [94]** 13/6 14/6
14/15 22/7 27/25
29/11 29/11 29/12
30/1 31/16 46/23
48/18 51/4 52/9 53/24
56/5 56/17 57/24 58/2
58/19 62/24 63/11
70/3 70/4 70/8 72/13
73/1 73/4 73/5 88/24
89/8 89/24 91/1 98/1
98/4 98/11 98/13
102/20 102/23 102/23
109/25 111/3 115/15
115/17 124/20 130/19
155/16 165/10 165/15
170/14 183/4 185/12
185/17 198/5 201/1
205/9 211/14 211/25
212/11 213/9 213/14
213/24 213/24 214/25
215/24 217/4 221/1
221/15 239/2 239/4
240/4 240/5 242/19
242/23 244/12 245/18
264/20 267/1 267/2
267/4 267/6 271/17
274/18 274/21 276/5
276/13 277/8 277/25
291/6 291/19 291/20
300/20 300/21 303/20
**themselves [2]**
175/10 279/15
**then [115]** 9/18 9/19
19/6 26/16 27/3 27/22
29/13 30/2 31/4 39/5
39/17 39/25 41/19
42/10 43/20 43/24
44/3 44/24 49/12 51/7
54/3 59/3 61/12 63/8
63/11 66/2 68/5 70/5
70/9 70/20 71/5 77/6
86/25 87/1 88/5 94/17
95/2 99/15 100/7
102/24 102/24 109/6
109/12 109/15 110/22
113/2 113/3 120/5
121/25 123/11 123/13
139/2 145/22 147/23
148/6 149/25 150/14
157/25 159/21 173/2
176/9 178/12 180/3
180/18 182/4 182/13
182/13 182/20 183/2
187/1 188/15 188/19
188/21 188/21 191/5
191/6 192/4 192/13
192/20 193/16 194/24
204/13 205/22 206/13

**T**

**then... [31]** 206/24
206/25 207/3 208/1
211/12 212/3 212/6
215/20 216/24 217/1
229/8 230/22 238/21
241/5 252/7 252/9
252/10 252/11 256/10
256/11 256/11 257/22
265/21 267/1 271/12
274/21 279/17 287/4
299/7 302/9 302/13
**there [232]** 5/18 6/3
8/8 8/9 8/10 10/17
11/12 12/16 12/24
19/11 19/25 22/24
22/25 25/16 26/20
30/9 33/19 33/25 34/2
34/3 34/14 36/16
37/13 38/3 40/1 41/21
43/2 43/14 44/21
44/23 44/25 45/9
46/15 46/18 46/19
46/21 48/11 48/13
49/2 49/2 49/6 49/12
49/14 50/1 50/11 51/8
51/18 52/16 53/16
54/4 54/20 55/12
55/17 55/22 55/25
57/4 57/4 57/24 60/11
63/5 63/5 63/5 63/6
63/19 63/24 64/6 64/7
64/8 64/9 65/23 67/17
67/17 68/2 68/4 68/6
68/13 68/17 69/18
69/22 74/4 74/4 74/20
78/9 82/6 83/15 85/21
86/23 86/23 87/15
89/5 97/14 98/6 99/3
99/17 99/18 99/20
99/23 101/22 105/9
106/5 111/21 111/23
123/4 130/7 135/7
136/14 139/15 139/18
149/6 150/18 151/3
151/9 151/16 151/21
151/22 152/3 152/5
152/14 154/16 154/17
154/17 154/17 154/18
155/15 155/15 159/24
160/9 160/22 162/15
163/18 164/14 165/17
166/6 166/19 167/22
172/1 172/18 173/12
173/21 174/8 174/14
180/19 181/1 181/18
182/13 184/6 184/22
186/13 192/6 192/13
192/19 192/20 194/17
195/12 197/4 197/22
198/21 198/22 202/8

204/14 206/15 207/3
208/17 209/23 209/25
210/1 210/3 212/6
213/23 213/24 214/2
214/6 216/11 216/11
216/25 217/10 223/1
225/9 226/4 229/5
230/18 231/22 231/24
232/13 232/22 233/4
233/10 233/25 234/2
234/5 234/8 236/7
236/14 237/11 237/15
239/23 242/5 243/6
245/2 245/4 245/12
247/14 247/18 247/19
247/25 248/19 251/22
251/24 252/25 253/1
253/1 254/14 258/17
258/20 269/1 274/19
278/1 279/13 279/17
280/1 280/13 281/4
282/18 282/19 285/21
285/25 290/8 293/20
296/10 297/12 298/22
300/21
**there's [55]** 7/15
8/16 9/4 11/12 13/18
14/16 14/20 17/7
17/21 23/13 27/11
40/6 48/25 50/9 51/4
51/11 55/17 57/3
59/10 65/4 66/3 66/24
76/21 77/8 84/5 86/18
96/24 96/25 101/25
113/9 134/12 141/23
154/16 156/9 158/21
158/25 174/5 174/23
190/23 196/25 199/9
209/14 215/21 228/2
240/10 243/5 243/23
244/3 250/15 257/22
262/23 269/17 276/4
287/5 301/2
**therefore [1]** 230/17
**thereof [3]** 222/10
222/20 222/23
**Thereupon [11]**
24/13 75/24 76/5
117/4 118/16 204/3
204/20 269/8 271/23
299/15 304/6
**these [32]** 16/22
19/20 27/24 41/18
41/19 41/21 68/18
77/11 79/12 79/15
79/23 89/21 89/22
90/9 99/6 102/15
109/3 111/8 111/8
111/13 135/16 158/16
165/7 177/5 188/4
188/7 236/17 239/23
240/7 278/6 290/2

290/2
**they [263]** 7/22 7/25
9/1 9/5 10/18 11/3
11/5 13/8 13/8 14/10
14/13 15/20 15/20
15/22 17/1 17/5 17/5
17/11 17/20 25/18
27/20 27/20 27/24
29/10 29/14 30/2
30/18 31/10 31/11
32/4 32/19 33/14 34/5
35/4 35/5 35/5 35/13
36/15 37/3 37/11
37/11 38/19 44/3
45/22 46/23 49/17
49/19 50/1 50/11 51/2
51/16 52/9 52/17 54/4
54/17 54/17 54/18
54/20 55/6 55/8 57/5
57/7 57/7 57/15 57/24
57/25 58/2 58/3 58/3
58/4 58/16 58/16
58/17 58/17 58/17
58/19 58/25 59/1 59/2
59/3 60/6 60/8 60/8
61/21 64/7 64/16
64/16 68/1 68/4 70/2
70/3 70/19 70/19
70/20 70/24 70/24
71/1 71/5 71/5 71/20
72/7 72/8 72/8 72/10
78/25 80/12 80/12
82/7 82/8 82/8 82/14
84/24 85/11 86/13
86/21 86/24 87/6 87/6
87/11 87/17 87/20
87/24 88/5 88/14
88/14 89/1 89/1 93/18
97/5 97/6 97/25 98/19
98/25 98/25 99/9
101/18 101/19 106/16
106/17 109/25 111/3
111/15 114/4 114/14
115/7 115/16 115/17
115/18 115/18 115/19
115/22 115/22 116/16
116/16 120/4 122/21
122/21 123/4 123/15
128/19 139/16 139/17
140/10 141/6 141/13
141/14 141/24 143/12
143/17 143/19 149/6
149/10 149/15 149/17
153/1 155/11 155/15
163/10 165/10 165/15
167/7 168/14 170/5
170/12 170/15 170/18
173/2 173/3 174/12
176/22 182/24 183/8
183/9 183/10 185/12
185/24 188/17 188/18
191/3 191/5 191/5

191/5 191/8 193/15
195/13 196/1 198/1
200/17 201/8 201/12
208/24 209/3 209/11
211/21 212/17 212/19
213/13 213/14 214/9
214/11 214/12 217/13
217/22 217/23 220/22
221/4 221/12 221/13
230/19 231/3 233/16
236/1 240/15 241/9
241/13 243/22 245/9
248/4 251/21 252/7
255/14 259/21 261/4
263/24 265/3 265/7
265/21 265/24 266/7
267/14 271/20 272/6
272/14 274/1 275/12
276/10 279/9 279/14
284/21 293/7 296/5
297/25 299/7
**they'll [2]** 51/2 88/15
**they're [31]** 56/3
56/19 73/20 84/6 84/9
84/21 84/25 85/10
88/14 97/5 98/13
98/13 99/7 99/7
124/20 140/7 142/16
146/8 170/20 173/1
176/6 177/18 191/2
191/3 191/4 196/11
271/21 272/17 283/21
285/20 298/9
**they've [4]** 84/7
97/10 97/24 98/20
**thick [1]** 8/24
**thing [14]** 9/4 10/17
11/8 13/17 15/24
23/16 44/16 56/19
56/20 71/4 92/16
192/1 301/7 303/21
**things [19]** 9/2
12/23 17/2 51/6 63/12
69/4 78/11 98/24 99/2
101/7 135/22 177/6
185/23 196/13 202/20
202/21 213/9 241/3
301/22
**think [70]** 4/16 9/7
10/1 12/25 13/1 16/3
16/21 18/2 19/18 21/7
21/11 23/22 47/15
53/22 62/7 71/4 76/11
85/13 85/14 93/22
97/14 97/18 98/7
98/21 99/9 115/22
116/23 118/8 120/5
142/12 143/24 150/12
158/18 160/11 165/13
168/5 169/13 171/25
176/6 176/12 176/15
181/22 183/6 183/9

192/4 192/11 194/9
196/14 198/4 200/9
202/21 203/5 204/14
204/14 214/16 216/21
221/19 235/21 240/8
244/1 246/1 249/22
263/4 270/9 270/22
271/2 271/9 300/23
301/22 303/10
**thinking [1]** 22/9
**thinks [1]** 300/13
**third [4]** 85/14 108/5
179/15 180/15
**this [470]**
**this habitable [1]**
199/11
**Thomas [2]** 2/2 5/12
**thorough [1]** 283/20
**thoroughly [2]**
51/15 284/21
**those [95]** 10/14
30/18 34/21 35/3 56/6
58/4 58/22 61/22
61/25 63/12 68/17
69/2 72/24 73/1 89/10
93/17 98/9 100/4
100/5 101/7 109/13
113/3 124/14 142/4
160/2 161/13 163/8
197/9 200/3 201/2
201/15 201/20 209/12
211/12 211/19 212/4
212/16 213/16 214/7
214/8 216/5 216/9
217/11 217/16 217/23
220/16 232/14 240/15
241/8 241/10 242/6
242/23 243/18 243/25
245/11 245/19 247/24
248/4 248/6 250/18
251/2 251/4 251/6
251/20 253/4 254/10
260/5 266/14 266/15
266/19 267/15 268/11
268/12 272/4 272/17
274/16 275/2 275/11
276/1 276/3 276/9
277/17 278/12 278/16
282/20 286/2 286/3
286/5 287/11 293/3
293/6 296/3 297/3
297/15 298/19
**though [3]** 120/2
135/8 167/24
**thought [4]** 6/17
39/2 269/15 303/6
**thoughts [2]** 166/11
171/12
**thousand [1]** 242/22
**thousands [1]** 17/10
**three [19]** 15/9
20/11 20/17 21/8

**T**

**three... [15]** 34/23
97/14 98/9 100/5
134/14 135/6 138/13
149/5 174/3 205/18
205/19 212/5 231/13
231/14 240/9
**thresholds [1]** 107/7
**through [43]** 18/5
29/2 41/18 46/7 57/25
67/2 70/25 77/6 82/16
83/6 98/1 98/4 98/10
98/13 108/17 108/18
108/19 113/22 130/16
150/2 176/13 183/10
209/21 209/21 211/24
212/9 215/11 215/11
215/17 221/24 222/21
242/17 254/10 256/11
264/24 266/6 266/20
266/21 274/18 277/1
278/20 294/4 294/15
**throughout [10]**
7/24 8/12 24/19 97/11
236/10 245/9 285/20
299/2 299/6 300/10
**thwart [2]** 72/24
88/17
**ticket [9]** 56/21
56/22 58/16 58/17
59/5 60/7 60/8 60/9
182/18
**tickets [5]** 56/8
56/14 56/19 59/2
63/17
**tied [2]** 12/6 36/4
**tier [1]** 212/17
**till [1]** 222/5
**time [152]** 8/8 9/8
9/23 10/13 11/6 11/6
13/16 13/25 14/8
15/11 15/12 16/4 18/4
19/3 21/9 21/12 22/7
26/2 29/25 30/13
30/19 30/21 31/5 31/9
32/6 32/20 32/25
33/14 33/16 33/18
33/23 33/25 41/12
44/8 44/25 55/4 55/10
55/14 56/22 59/1 61/6
62/1 62/3 63/13 63/19
68/5 68/6 70/8 70/11
70/24 71/1 71/4 74/10
78/7 82/7 82/14 83/9
85/20 85/21 86/9
86/20 86/24 86/25
87/21 91/1 94/8 94/9
94/9 107/7 107/23
108/3 111/19 114/5
114/7 114/7 115/20
115/21 117/1 118/6

123/11 130/16 138/22
155/12 159/24 161/24
161/25 179/15 187/21
188/20 198/3 199/7
202/20 202/21 204/6
206/7 207/18 210/13
220/21 221/3 223/5
223/6 224/6 227/22
228/1 232/15 232/17
233/16 233/16 236/11
237/6 239/22 239/25
240/8 240/25 242/14
243/17 245/12 247/11
250/21 254/13 255/9
258/24 264/1 264/23
269/19 270/12 270/14
270/18 271/4 271/8
277/13 278/2 280/1
282/7 284/9 284/11
284/14 284/15 286/5
288/18 288/22 289/4
289/6 289/8 290/13
298/14 298/16 299/6
299/10 300/20 301/16
301/20
**timeframe [23]**
32/10 32/16 33/12
45/5 55/20 82/8 108/1
137/2 147/3 148/2
148/5 161/13 211/1
223/5 235/11 264/22
264/24 265/15 288/14
288/16 288/21 288/23
288/24
**timeframes [1]** 68/2
**timeliness [1]**
243/21
**times [15]** 8/13 31/3
57/24 73/5 90/20
115/20 126/24 130/23
136/14 136/18 172/25
243/18 265/8 266/1
266/23
**timing [2]** 30/8
271/7
**title [2]** 130/9 130/12
**titles [1]** 283/23
**TOD [1]** 175/14
**today [23]** 18/10
47/20 72/16 88/13
95/25 103/15 106/21
114/11 114/12 122/4
122/10 127/13 127/22
128/6 128/12 130/12
132/6 133/3 133/11
137/5 193/7 203/13
277/2
**today's [1]** 122/3
**together [4]** 14/2
113/4 232/17 246/12
**toilet [1]** 152/14
**toilets [1]** 199/2

**told [19]** 12/11
49/22 49/25 50/10
52/13 58/2 122/25
150/24 152/16 152/21
162/9 163/13 168/13
171/5 189/18 231/21
236/23 236/23 298/23
**tomorrow [1]** 188/3
**tons [1]** 73/6
**too [2]** 17/16 27/16
**took [16]** 5/23 6/9
8/2 9/11 10/8 21/7
22/4 28/12 107/23
113/3 128/25 162/4
169/10 214/9 214/11
232/2
**top [28]** 43/18 77/2
79/2 83/14 101/5
103/1 138/15 139/15
140/7 145/13 145/14
148/18 158/9 159/8
159/21 162/14 162/23
174/16 176/10 177/9
178/14 178/19 179/5
183/14 240/19 251/14
253/12 292/14
**topic [1]** 272/3
**topics [1]** 276/10
**torn [1]** 17/14
**total [2]** 22/25
108/16
**totally [1]** 99/17
**totals [1]** 108/12
**touch [1]** 213/7
**tough [2]** 14/1 14/1
**tourists [1]** 73/19
**toward [2]** 80/5
300/22
**Tower [5]** 297/2
297/2 297/9 297/13
298/6
**town [1]** 73/19
**trades [1]** 296/11
**traffic [1]** 254/10
**training [1]** 18/23
**traits [1]** 249/19
**transcript [2]** 302/2
302/3
**transcription [1]**
304/10
**transcripts [1]** 270/6
**Transect [1]** 175/13
**Transit [3]** 175/15
175/17 176/13
**transition [6]** 207/16
207/17 215/7 226/11
227/16 228/9
**transitioned [2]**
206/8 206/11
**transitions [1]**
213/21
**transparent [1]**

221/2
**transpired [1]**
290/11
**trap [1]** 73/14
**treasurers [1]** 10/15
**treat [2]** 294/11
294/12
**treated [4]** 35/5
128/3 267/15 297/25
**treatment [2]**
245/25 289/13
**trial [19]** 1/8 8/12
9/3 9/4 14/25 17/17
21/22 21/24 23/8
24/19 59/5 59/11
59/17 59/22 250/2
270/15 299/1 300/10
302/3
**trials [3]** 17/21 17/21
17/22
**tried [2]** 8/20 17/1
**triggers [1]** 85/23
**trip [1]** 157/25
**trouble [3]** 16/12
16/12 21/19
**troubling [1]** 243/5
**truck [3]** 148/24
149/9 198/3
**true [3]** 52/1 185/24
186/4
**trust [3]** 21/24 23/16
301/7
**truth [2]** 128/12
194/7
**truthful [2]** 256/8
256/9
**truthfulness [3]**
126/20 127/9 249/7
**try [5]** 9/25 10/25
230/11 231/21 270/17
**trying [7]** 16/20
25/16 43/17 88/23
97/1 197/21 303/20
**Tuesday [1]** 299/7
**turn [3]** 9/18 39/7
100/18
**turned [1]** 17/2
**Turns [2]** 59/3 167/9
**twice [1]** 242/19
**two [30]** 18/22 26/12
26/20 36/5 55/22
74/21 76/21 80/20
80/22 105/9 114/21
135/7 160/11 162/15
162/15 165/7 165/17
179/12 188/18 190/23
190/24 206/13 211/23
213/2 213/3 269/19
271/17 277/8 292/21
301/22
**two-story [2]** 74/21
292/21

**type [10]** 18/9 21/5
47/13 50/25 98/19
239/9 265/18 265/20
266/12 301/1
**typed [1]** 105/25
**typical [1]** 196/5
**typically [6]** 135/19
213/14 239/25 274/16
275/12 276/3

**U**

**U.S [1]** 228/21
**UC [2]** 184/10 184/11
**ultimate [12]** 7/21
133/17 133/20 133/23
135/8 215/24 216/6
216/13 266/23 282/22
283/19 295/15
**ultimately [14]** 17/4
194/24 198/8 213/15
214/17 217/1 229/5
230/8 230/20 252/12
267/19 283/19 289/12
290/9
**unacceptable [1]**
12/22
**unanimous [4]**
229/20 231/6 231/7
231/7
**unaware [1]** 22/14
**uncertain [2]** 167/25
168/2
**uncommon [3]**
196/3 202/15 202/18
**under [28]** 5/17
15/14 19/19 46/19
53/23 54/19 63/4 69/5
73/21 76/17 83/7
124/4 124/6 124/7
157/17 159/14 208/15
217/20 219/5 220/3
220/10 223/3 229/21
282/4 294/2 295/15
299/24 301/5
**undercover [3]**
184/12 184/19 184/20
**undergo [1]** 18/22
**undergraduate [1]**
15/10
**understand [41]**
7/18 8/14 14/18 27/11
48/6 60/2 62/10 63/21
72/16 89/11 89/13
108/12 147/25 176/2
184/11 188/8 192/6
207/22 210/15 211/3
214/24 215/4 217/19
218/19 223/2 231/1
231/11 250/3 252/14
254/4 256/25 269/23
277/20 280/18 287/22
291/3 291/6 292/18

**U**

**understand... [3]**
296/7 297/6 300/2
**understanding [38]**
67/8 81/22 82/3 83/24
84/13 85/6 97/4 144/1
199/6 201/20 208/20
208/22 210/5 210/7
227/16 227/19 240/13
247/2 256/7 257/12
257/23 259/12 263/11
263/15 272/16 273/8
273/19 279/24 280/7
280/11 280/22 281/24
284/24 285/4 290/8
294/21 298/7 298/19
**understood [6]** 41/5
121/19 140/5 146/15
190/2 198/25
**undivided [1]** 21/9
**unfair [1]** 15/1
**unfairly [1]** 35/5
**unfathomable [2]**
11/14 16/5
**unfortunate [1]** 12/6
**unfortunately [4]**
13/19 22/9 290/11
300/10
**ungated [1]** 175/13
**uniform [1]** 237/24
**union [1]** 217/21
**unions [1]** 215/19
**unique [1]** 19/20
**UNITED [3]** 1/1 1/9
14/10
**University [1]** 206/3
**unknown [3]** 47/21
153/6 153/7
**unless [8]** 16/10
16/11 103/12 116/20
171/18 191/4 294/24
295/6
**unpermitted [1]**
65/21
**unsafe [47]** 26/24
39/23 39/25 40/1 42/8
42/17 47/17 47/24
47/25 48/12 48/20
50/3 51/3 61/19 61/21
62/16 64/3 68/13 70/6
70/6 87/12 87/24 93/7
95/1 95/3 102/17
113/3 116/17 120/8
121/23 124/23 150/23
155/8 155/16 163/4
187/16 188/9 234/24
242/4 250/7 266/4
268/1 268/5 270/7
280/16 291/7 302/20
**unseen [1]** 144/14
**unthinkable [1]**

11/14
**until [7]** 22/15 27/12
116/25 157/19 165/16
233/14 298/23
**untruthful [1]** 124/7
**unusual [3]** 194/14
195/8 236/15
**up [124]** 4/14 5/20
8/21 12/25 13/21
22/14 25/6 27/4 27/15
37/14 39/11 45/4 49/1
49/17 64/21 65/12
73/23 75/17 77/19
78/12 78/19 79/16
82/14 82/17 87/23
90/20 92/16 94/1
94/19 99/10 100/12
104/22 105/15 107/12
110/1 110/15 110/23
111/3 111/5 115/17
118/25 135/22 137/9
139/2 140/12 144/19
145/13 145/13 145/22
147/5 148/6 148/16
150/12 150/14 152/24
156/22 158/9 158/20
158/23 159/18 159/21
159/21 160/7 162/12
163/17 166/21 169/11
171/18 172/21 174/7
174/14 174/20 176/9
178/3 178/12 180/14
180/24 182/13 182/20
183/15 184/2 185/3
186/11 187/1 187/25
188/6 192/1 193/22
196/20 197/12 198/1
200/8 201/7 202/22
203/1 203/3 218/8
228/11 234/22 234/24
236/5 238/1 238/5
238/9 238/11 240/19
243/6 243/9 251/9
251/13 253/11 254/20
254/23 259/15 264/23
265/19 278/13 278/20
280/24 284/6 299/9
301/16 302/1 302/3
**update [5]** 83/12
159/17 187/15 188/5
188/7
**updates [2]** 160/1
164/10
**upheld [1]** 231/3
**uphold [5]** 230/20
230/22 231/4 231/12
246/17
**upon [14]** 8/20
47/20 48/18 49/9
64/15 70/12 86/9 88/1
102/1 102/2 104/20
179/8 285/5 286/15

**upper [2]** 241/16
294/22
**upstairs [7]** 123/5
167/19 168/4 188/17
203/11 293/21 296/9
**Uriarte [7]** 204/13
270/20 270/23 271/9
302/16 303/21 303/23
**Uriarte/Sierra [1]**
303/21
**us [19]** 17/5 23/23
25/14 51/8 65/16
78/20 79/2 87/23
110/6 120/7 188/3
206/18 210/25 213/8
214/12 228/23 267/2
268/22 301/23
**use [34]** 11/16 25/16
50/22 64/16 64/17
70/14 88/2 88/4 92/21
98/2 104/6 115/11
129/18 157/16 157/16
167/19 168/15 170/17
176/22 182/7 199/6
231/22 238/10 245/6
256/22 274/6 280/2
280/5 280/8 282/10
282/12 301/18 301/19
303/21
**used [12]** 11/20 58/3
58/4 75/16 77/17
93/23 97/23 97/24
214/2 215/12 239/21
263/4
**useful [1]** 302/4
**uses [1]** 116/3
**using [2]** 70/1 70/1
**usually [3]** 57/8
58/19 146/8
**utilize [3]** 239/19
252/7 272/9
**utilized [3]** 240/3
263/8 274/1
**utmost [2]** 11/7 12/7

**V**

**vacancy [2]** 250/15
250/17
**vague [8]** 61/6 114/5
124/17 136/10 136/18
170/9 260/7 288/14
**Valencia [8]** 107/22
166/24 167/18 174/17
177/11 225/14 225/15
225/15
**valet [43]** 206/22
251/6 251/23 251/23
252/1 252/3 252/13
252/22 253/11 253/19
254/2 254/5 254/14
254/17 254/22 255/8
255/9 255/12 255/13

255/16 255/25 257/23
257/24 258/2 258/15
259/4 259/5 260/2
260/5 260/13 260/18
260/19 261/12 262/6
262/23 263/21 264/3
265/5 265/9 265/22
266/1 266/6 266/24
**valets [1]** 253/16
**valid [3]** 182/24
183/3 284/6
**variance [1]** 69/5
**variances [1]** 138/10
**varies [1]** 276/16
**variety [2]** 266/19
276/10
**various [12]** 182/5
200/23 202/11 209/4
242/2 265/23 272/13
272/20 275/24 294/5
296/11 298/10
**varying [1]** 274/2
**vehicles [5]** 254/11
257/25 265/24 265/25
266/2
**vendors [1]** 213/12
**verbally [1]** 220/16
**verified [1]** 180/6
**verify [3]** 74/23
74/25 179/9
**version [2]** 55/25
146/11
**versus [8]** 4/5
188/17 193/3 197/17
207/25 250/4 263/24
272/22
**very [35]** 9/23 20/6
22/20 34/14 41/15
47/13 49/21 52/4 65/6
85/14 97/19 100/3
196/22 197/24 198/4
211/24 213/13 228/2
228/20 242/1 242/1
244/3 244/13 245/7
245/19 247/20 266/3
266/4 266/19 275/20
276/13 277/2 281/4
283/20 289/11
**vice [1]** 10/15
**Vicente [1]** 145/18
**Victoria [10]** 133/17
133/24 134/9 134/14
135/8 135/19 145/15
163/12 210/12 224/16
**video [4]** 154/8
154/20 192/1 192/2
**Viernes [13]** 142/21
143/5 143/13 143/17
143/20 143/25 144/2
143/10 145/1 145/9
146/16 194/23 195/2
**view [6]** 74/14

100/22 101/4 101/16
169/11 302/1
**vigilant [1]** 283/21
**Villas [10]** 97/21
98/5 99/8 104/3 104/5
104/10 104/15 104/19
105/7 105/22
**VIN [2]** 149/21 198/2
**violate [1]** 300/13
**violating [5]** 20/21
50/2 55/8 115/5 115/6
**violation [70]** 12/2
13/12 14/3 16/9 23/11
29/2 29/24 31/9 31/10
31/11 31/16 47/24
53/25 54/2 54/17 57/8
58/6 62/8 65/2 65/3
65/20 65/25 66/8
66/19 67/5 67/14
67/18 74/4 74/7 76/17
76/20 76/24 77/17
77/19 80/11 80/18
83/8 83/9 83/11 84/6
84/7 84/9 84/14 84/18
84/22 85/1 85/10
86/17 87/24 89/11
94/6 95/3 95/19
101/21 103/16 104/14
105/11 105/13 112/24
119/11 119/15 119/17
119/23 120/20 122/15
172/2 177/17 182/25
193/10 301/1
**violations [49]**
29/11 30/1 32/4 56/15
56/18 57/18 57/23
61/1 61/4 61/10 70/9
74/15 76/21 80/12
84/22 89/15 93/1
93/16 101/5 101/6
101/9 101/10 105/9
120/4 124/15 131/7
131/9 157/16 157/18
159/17 164/14 165/16
182/10 194/11 199/25
201/9 201/12 234/22
239/14 240/1 278/2
285/10 285/11 285/22
286/14 286/24 287/17
288/3 294/9
**violator [2]** 57/1
287/4
**violators [1]** 286/21
**visited [2]** 239/12
242/22
**visitor [1]** 244/11
**void [1]** 58/19
**voided [1]** 108/21
**volume [2]** 213/6
213/13
**voluntarily [1]** 18/21
**VonCarol [1]** 146/18

**V**

**vote [4]** 134/15
229/16 229/19 231/4
**voted [1]** 231/7

**W**

**wait [18]** 27/9 27/11
30/6 40/6 40/13 68/24
73/11 145/5 151/17
183/25 190/11 193/22
195/20 223/12 231/17
233/14 237/13 255/21
**waiting [2]** 21/9
167/6
**waived [1]** 123/17
**waiver [1]** 300/21
**waivers [1]** 138/9
**walk [14]** 14/13
176/13 272/3 272/9
272/25 273/4 273/9
273/24 274/3 274/9
274/15 274/24 275/3
275/7
**walk-along [1]**
274/15
**walk-alongs [10]**
272/3 272/9 272/25
273/4 273/9 273/24
274/3 274/9 274/24
275/3
**walking [2]** 49/1
49/2
**walls [1]** 26/23
**want [53]** 6/24 8/10
9/1 9/25 10/18 11/3
12/17 13/5 13/16
15/23 16/2 17/18 19/5
20/3 20/4 20/14 20/18
21/8 23/4 25/7 43/18
58/18 60/8 70/24
72/10 96/25 97/4 97/7
98/16 115/22 144/24
152/7 192/6 193/19
194/14 195/14 211/2
218/11 219/2 221/25
262/9 271/1 271/21
274/15 299/1 299/10
300/3 300/9 300/11
301/4 301/17 301/20
301/23
**wanted [9]** 15/3
58/16 98/9 138/23
139/1 147/19 160/1
236/11 302/13
**wanting [2]** 194/18
195/8
**wants [3]** 13/5 21/11
187/14
**warn [1]** 183/4
**warned [1]** 18/8
**warnings [1]** 115/13
**warrant [2]** 36/8

162/9
**warrants [2]** 64/16
138/10
**was [518]**
**wasn't [13]** 25/15
145/21 151/14 152/11
165/21 171/5 185/23
192/4 192/18 296/5
**waste [6]** 74/18
115/8 212/4 213/12
244/18 272/15
**watch [3]** 24/16
183/12 299/3
**watching [2]** 24/20
154/21
**way [30]** 6/17 9/24
17/24 22/8 25/17
26/16 26/17 49/2
82/16 98/12 115/14
138/20 145/13 145/14
159/21 177/5 191/4
210/25 217/6 266/3
270/22 275/10 275/14
275/15 275/15 284/22
284/23 289/15 289/16
290/8
**we [286]** 7/6 8/8
9/13 13/21 14/2 14/9
14/15 14/16 15/9
15/10 17/6 17/18
19/24 20/6 23/7 23/15
23/23 24/2 25/6 25/6
25/16 25/16 27/15
28/24 29/1 29/1 37/17
38/1 38/8 38/11 39/11
41/2 41/21 42/5 42/12
44/24 45/2 46/14
46/18 46/20 46/25
47/6 50/19 50/19
53/10 57/4 57/4 59/1
63/18 64/6 64/6 64/9
64/21 65/12 65/20
66/8 66/19 67/5 69/11
73/5 73/5 73/23 74/7
75/17 76/11 78/12
78/14 79/4 80/5 80/22
82/15 83/6 83/8 83/9
83/11 85/13 86/5 87/3
87/14 87/21 88/13
90/6 93/22 93/25
95/24 97/3 97/4 98/17
98/18 99/6 99/9
100/12 100/18 101/21
102/8 103/1 103/15
105/15 105/21 106/20
109/6 109/12 119/2
120/5 121/2 121/7
122/4 122/10 125/9
135/21 137/9 139/2
140/12 140/15 144/19
144/25 145/22 146/2

148/4 148/6 148/16
149/25 150/14 151/15
152/24 153/3 153/24
156/22 158/20 158/23
159/21 159/23 160/7
162/9 162/9 162/12
162/25 165/10 166/21
166/22 170/14 172/6
172/13 174/6 174/7
174/21 178/3 178/12
178/19 180/24 182/13
182/20 183/3 183/6
183/15 184/2 184/6
184/10 185/3 185/4
185/8 185/8 186/11
187/1 187/23 188/4
188/5 188/9 188/9
188/12 188/12 188/15
189/6 191/17 191/23
192/3 192/4 192/7
195/21 196/12 196/13
196/20 197/9 197/23
198/4 198/10 198/10
200/20 200/25 202/16
202/20 202/21 203/13
203/19 204/15 208/3
209/19 213/1 213/6
213/19 213/22 214/20
215/18 215/20 215/20
218/7 218/12 221/3
221/11 221/17 223/1
224/13 228/11 228/12
234/20 236/2 236/6
237/4 237/5 238/8
238/11 241/15 243/17
244/8 244/13 245/18
245/23 245/24 250/8
262/4 262/8 266/5
269/9 269/13 269/23
270/4 270/6 270/9
270/9 270/10 270/10
270/14 270/18 270/21
270/23 270/24 271/2
271/6 271/7 271/9
271/9 271/9 271/15
271/16 275/20 275/20
275/21 276/5 276/6
287/2 288/24 289/22
290/5 294/4 294/7
298/2 299/5 299/7
299/9 299/18 301/11
301/15 301/22 301/24
302/2 302/7 302/14
302/14 302/15 302/19
303/6 303/7 303/16
303/18 303/19 303/21
**we'll [14]** 43/20
75/20 75/25 116/24
203/21 203/25 211/8
212/2 259/15 265/21
269/2 269/5 302/23
302/23

**we're [26]** 23/25
42/19 62/9 66/18
74/12 80/17 97/1
114/21 116/20 174/6
204/16 245/18 261/22
269/1 270/13 270/15
270/22 298/23 298/25
298/25 300/23 300/25
302/15 302/22 303/13
303/20
**we've [18]** 86/3
97/11 98/14 126/25
127/13 127/22 128/6
129/3 150/12 193/2
214/1 220/16 239/21
242/21 244/2 275/11
294/11 303/10
**Wearing [1]** 237/24
**WEDNESDAY [2]** 4/1
117/8
**week [7]** 47/19
188/6 239/25 242/19
242/20 271/8 271/16
**weekend [4]** 235/21
235/22 235/25 241/15
**weekly [4]** 135/21
265/8 265/13 275/20
**weeks [3]** 21/20
179/14 179/15
**welcome [1]** 100/10
**well [83]** 6/3 7/8
7/25 10/5 10/7 10/10
14/16 16/18 16/23
19/13 19/20 22/25
23/11 23/24 31/2 37/1
37/11 46/7 46/19
46/22 48/4 49/14
52/16 55/4 73/14
77/16 87/13 87/24
93/17 94/25 99/17
100/4 105/19 106/17
109/25 125/2 135/4
138/17 144/25 146/22
151/9 152/9 162/9
162/23 168/1 169/25
174/2 179/14 180/11
185/18 188/5 193/15
195/13 205/12 209/19
211/12 211/14 215/3
215/21 220/25 232/13
241/21 244/10 245/2
250/23 252/23 263/6
264/16 265/20 274/14
276/9 276/14 276/21
279/6 279/12 289/6
294/4 296/11 299/6
299/11 300/2 301/7
302/7
**well-being [2]**
244/10 279/6
**went [24]** 12/7
29/16 34/19 48/18

48/19 59/4 63/18
70/20 71/4 81/14
83/22 85/25 87/25
99/18 99/20 110/22
111/3 111/4 111/5
125/4 181/22 199/19
206/13 206/24
**were [220]** 15/19
22/24 25/6 25/16 26/6
27/20 28/19 29/10
31/9 32/4 32/15 32/19
33/25 34/1 34/5 34/25
35/3 35/4 35/4 35/5
35/5 35/13 35/24
36/15 38/2 38/11
44/25 47/3 47/15 49/2
49/12 49/19 50/1
51/18 52/9 52/16
53/16 54/4 54/17
54/19 54/20 55/8 56/8
57/23 57/24 58/4
58/23 61/24 62/11
62/23 63/16 63/18
64/3 64/3 64/6 64/7
64/9 68/2 68/4 68/6
69/12 70/1 70/10
76/11 77/1 77/11 78/3
78/8 78/9 79/12 82/7
82/15 84/24 85/11
86/13 88/25 89/5
89/10 90/23 91/21
91/24 92/2 94/5 94/17
95/8 98/24 101/22
102/13 108/1 112/1
125/7 128/7 128/18
128/19 135/9 135/12
135/14 136/6 136/15
136/22 138/23 139/16
139/17 140/8 140/10
141/6 141/14 144/2
150/21 151/2 159/23
160/1 160/17 162/9
162/9 163/1 163/8
165/7 165/16 168/14
168/19 171/12 179/7
181/18 185/8 185/24
185/24 187/19 188/12
191/8 192/1 194/9
194/23 196/14 196/15
199/23 200/3 200/12
200/17 202/2 202/5
202/11 203/2 205/19
213/23 213/24 229/14
230/24 231/11 231/22
231/24 232/13 232/14
232/15 236/1 236/8
237/6 237/18 237/22
239/12 239/14 245/9
246/6 246/23 248/13
248/19 250/8 250/8
250/25 251/2 251/4
251/17 254/13 254/14

**W**

were... **[46]** 255/14
258/24 264/1 264/3
265/3 265/7 265/15
265/18 265/19 265/23
265/23 265/24 266/8
266/14 268/3 268/8
270/10 274/1 279/24
280/12 280/14 281/4
281/25 281/25 282/2
282/19 282/20 284/10
284/22 285/25 286/5
286/12 287/10 288/2
290/8 290/13 293/6
293/7 296/23 297/12
297/16 297/25 298/14
303/7 303/9 303/16
**weren't [3]** 86/23
86/23 245/8
**west [3]** 206/10
275/9 275/12
**what [371]**
**what's [27]** 71/19
116/2 145/5 150/3
156/1 159/19 168/10
175/22 179/10 184/14
186/24 194/14 194/18
213/3 243/14 255/21
257/23 258/8 259/12
263/23 272/12 278/18
280/11 280/22 281/24
292/20 294/21
**whatever [9]** 50/11
51/2 58/17 98/10
123/13 180/12 188/18
196/13 274/15
**whatsoever [7]** 9/7
13/11 20/1 21/16
233/11 234/3 234/6
**wheels [4]** 149/14
149/17 197/17 198/1
**when [120]** 8/21
8/21 8/25 10/5 11/1
13/3 13/17 14/9 15/14
16/13 22/15 25/6
25/19 27/24 28/8
28/10 28/24 29/10
29/19 30/2 30/8 39/23
44/24 48/20 51/25
52/18 53/21 56/8
56/25 57/5 57/18 58/6
58/12 61/10 64/6 69/7
72/8 73/16 78/8 80/12
80/12 82/14 85/20
86/23 87/1 87/24
93/18 99/12 101/6
110/11 111/16 111/19
111/22 113/2 113/5
115/6 115/16 115/19
123/10 124/3 124/6
135/9 135/12 135/18

136/14 138/22 154/17
154/24 162/23 167/19
170/5 170/12 170/18
180/20 185/8 187/15
188/17 200/15 202/19
205/19 211/3 213/9
223/5 225/9 226/1
227/3 227/12 227/22
228/12 229/14 233/16
235/12 236/7 238/9
239/25 240/2 241/2
247/23 248/19 250/15
250/25 257/24 266/7
267/3 267/17 268/7
268/18 270/4 272/17
273/16 275/11 280/1
284/8 285/11 285/21
286/19 287/17 288/21
298/18 300/9
**whenever [1]** 89/1
**where [59]** 11/15
13/3 13/14 16/2 18/8
18/9 25/15 49/1 57/23
59/1 60/11 60/18 64/7
66/1 66/2 66/25 78/7
83/15 86/18 101/6
112/1 121/21 121/21
138/5 141/14 157/2
159/12 160/16 161/24
165/12 174/7 174/15
182/20 192/20 194/24
195/2 196/15 201/8
202/11 207/23 215/2
215/2 216/12 219/2
221/23 222/5 222/8
245/3 245/4 248/16
250/8 257/13 257/25
258/14 265/18 265/21
281/4 282/2 285/21
**wherein [1]** 291/18
**whether [67]** 11/3
28/16 30/12 30/18
32/9 32/15 34/8 43/13
51/8 51/10 63/11
72/21 72/22 82/12
101/22 110/22 115/8
118/11 122/4 122/14
122/15 123/22 167/6
169/19 170/15 172/22
173/3 180/3 188/18
192/3 213/9 213/10
213/11 221/12 221/12
223/9 223/21 224/6
230/20 237/4 239/14
244/24 249/18 252/24
254/14 256/7 257/12
259/12 260/11 263/21
263/21 263/22 272/14
272/20 273/23 278/4
279/20 279/24 281/20
284/6 285/1 285/25
290/25 296/13 297/12

298/7 301/6
**which [79]** 6/20 6/21
22/2 22/6 26/15 26/17
27/23 34/1 37/14 39/8
39/11 40/2 49/17 51/8
55/9 55/25 71/22
73/24 74/14 75/17
76/22 80/21 80/22
83/22 86/5 86/13
89/15 97/5 97/21 98/2
98/5 98/7 98/17 101/2
111/4 111/24 111/24
116/12 121/7 138/10
144/18 146/19 149/7
165/16 175/12 175/13
178/1 181/12 182/19
185/9 195/6 199/23
199/24 206/4 206/13
207/25 208/1 208/5
211/8 212/2 212/3
213/23 215/21 215/21
224/2 225/18 228/1
230/21 245/8 249/12
250/14 260/7 260/14
262/13 263/6 266/3
269/25 278/7 298/24
**while [6]** 22/1 22/5
62/9 64/9 264/1 299/2
**who [75]** 5/25 6/12
12/14 16/19 16/24
20/24 21/9 21/11
34/17 37/2 38/4 48/3
48/6 49/7 49/7 52/16
54/12 57/2 59/23
73/19 78/9 82/9
82/22 88/7 96/7 96/7
104/9 105/22 105/24
107/22 111/24 112/23
113/1 115/21 123/5
132/17 146/16 146/18
155/13 163/6 169/24
174/14 188/19 195/13
197/2 200/23 207/12
207/14 214/21 215/24
216/5 217/6 218/2
225/7 225/13 225/22
226/4 226/11 227/10
227/12 229/10 232/10
233/6 237/22 239/4
266/16 267/7 267/9
270/2 270/10 282/14
294/9 295/12 303/11
303/22
**who's [7]** 49/13
99/24 145/14 174/18
210/11 226/14 228/23
**whoever [2]** 37/3
163/6
**whole [6]** 140/21
154/15 154/16 176/19
249/22 300/8
**whom [4]** 123/1

145/11 204/6 230/11
**whose [4]** 8/4 195/6
227/6 230/6
**why [25]** 6/15 7/5
14/13 16/6 25/12
44/20 44/21 73/9
86/15 86/17 87/21
89/10 98/24 99/3
106/4 106/13 115/20
120/19 128/25 222/5
278/9 283/18 285/13
286/23 290/1
**wide [10]** 209/16
239/13 243/16 244/21
244/24 245/3 245/6
245/23 251/20 266/19
**will [66]** 7/18 8/5
11/2 11/17 11/24 13/1
13/10 13/11 13/22
18/19 18/25 19/3 19/6
19/11 19/24 20/13
20/18 21/7 22/21 23/2
23/2 23/5 23/7 23/13
23/16 23/22 30/2
58/20 106/18 117/1
127/17 149/9 182/19
204/6 233/21 243/18
257/25 269/10 269/13
269/16 269/21 270/9
270/9 270/10 270/14
271/9 271/11 276/3
291/17 298/2 299/7
300/5 300/5 300/19
300/19 300/21 301/13
301/13 302/25 303/5
303/9 303/11 303/15
303/15 303/25 304/1
**willful [1]** 12/2
**WILLIAM [6]** 1/4
38/6 106/1 233/8
250/4 289/20
**willing [4]** 13/14
19/16 20/14 20/14
**win [2]** 11/4 12/18
**windows [4]** 65/4
65/9 155/4 198/20
**wings [1]** 15/14
**Winter [1]** 140/6
**wise [1]** 271/7
**wish [2]** 23/12 252/7
**withdrawn [4]**
270/20 270/25 302/18
303/8
**within [55]** 18/23
19/1 32/10 32/16
42/24 47/18 55/24
57/7 82/8 103/7 103/9
103/11 121/23 122/2
140/17 175/13 175/14
175/15 175/17 176/14
208/14 208/23 208/23
209/4 209/12 209/15

209/23 211/11 211/13
212/5 212/16 213/7
213/24 214/8 214/17
215/7 215/18 216/8
228/21 235/20 235/23
245/22 247/18 252/10
254/9 254/12 258/17
268/4 272/19 274/4
276/5 279/7 279/11
280/12 288/23
**without [26]** 8/9
22/11 26/23 29/3 36/8
40/3 61/14 65/3 65/8
66/10 67/15 76/22
83/4 84/25 101/12
105/11 119/18 136/3
182/10 187/16 203/9
212/9 217/16 228/23
260/22 293/23
**witness [37]** 76/12
78/14 79/22 79/23
93/25 107/13 118/13
132/8 137/10 139/3
145/23 157/7 158/24
160/8 162/13 168/25
172/14 174/21 178/13
180/25 185/4 186/12
187/9 189/7 203/20
204/6 204/8 204/23
205/2 260/22 262/12
269/20 270/16 270/19
286/7 287/21 299/19
**witnessed [1]** 22/6
**witnesses [5]** 3/3
269/25 270/2 271/4
302/4
**womanizer [1]**
16/22
**women [4]** 16/21
16/21 16/22 16/23
**won't [5]** 8/11 13/9
15/20 15/20 19/25
**wood [2]** 26/22
47/23
**wooden [2]** 26/14
41/15
**word [3]** 214/16
217/4 274/6
**words [3]** 19/23
231/22 265/24
**work [66]** 16/19
29/3 36/7 38/17 40/2
51/4 54/3 57/6 61/13
65/3 65/7 65/8 66/10
66/18 67/15 70/1
70/10 70/12 73/7 75/5
76/22 76/23 78/22
79/16 80/19 83/3 83/7
84/24 87/6 87/7 87/25
98/12 98/20 99/15
100/25 102/25 105/11
115/19 130/3 136/3

## W

**work... [26]** 155/1 155/6 156/6 174/5 182/10 187/16 197/22 203/9 203/11 206/5 210/19 213/6 221/7 224/18 224/21 241/3 281/5 282/2 282/17 283/4 283/7 284/25 286/1 286/19 293/23 296/10
**worked [2]** 130/7 185/18
**workers [1]** 279/8
**working [12]** 33/15 88/23 93/7 114/11 129/17 133/11 165/5 203/10 210/16 263/7 270/13 275/17
**works [6]** 74/16 115/8 156/3 169/24 266/25 267/1
**worn [1]** 183/12
**worth [4]** 13/4 13/4 46/14 155/14
**would [97]** 6/13 7/16 8/6 9/1 10/1 11/10 11/11 13/7 14/22 22/6 22/11 22/14 23/23 27/21 28/10 28/11 32/5 32/8 34/19 34/21 34/21 42/2 43/25 44/3 77/16 82/8 83/16 89/24 89/25 89/25 92/14 94/7 110/11 111/15 112/8 118/13 124/23 125/4 132/17 132/25 135/16 135/21 138/12 141/23 146/22 151/3 159/24 166/24 171/12 171/18 180/7 192/5 197/24 198/2 198/23 205/8 206/6 208/24 212/4 216/14 218/25 224/11 226/14 230/22 230/22 241/14 241/23 245/11 246/1 247/19 250/22 255/25 259/7 259/14 264/24 266/1 266/5 266/16 266/20 267/1 267/2 269/17 269/18 270/23 275/7 275/14 275/16 275/19 284/2 288/21 289/16 291/22 294/7 294/12 298/10 301/11 301/23
**wouldn't [11]** 12/16 13/8 14/24 19/24 57/17 135/19 220/20 245/5 245/18 284/1

303/21
**wrap [1]** 299/9
**wrist [1]** 16/1
**write [4]** 48/3 109/1 174/8 177/18
**writing [2]** 9/12 149/9
**written [5]** 53/14 168/1 172/16 197/15 246/12
**wrong [13]** 10/24 14/20 15/7 16/16 17/25 22/20 50/10 58/1 58/3 58/12 58/21 217/4 219/20
**wrote [3]** 47/11 83/24 172/25
**Wysong [1]** 135/10

## Y

**Yacmany [3]** 83/2 83/17 177/13
**yard [1]** 27/22
**yeah [35]** 84/5 120/6 130/16 133/16 135/18 138/4 140/3 145/9 145/21 146/12 147/16 151/2 154/17 154/21 155/3 155/14 155/15 159/25 162/23 163/10 165/15 169/12 169/25 176/5 181/10 182/3 184/21 188/22 193/15 197/13 200/25 202/15 206/16 207/10 262/21
**year [16]** 17/9 18/23 19/1 21/21 77/5 77/7 77/18 108/22 108/23 109/24 110/1 110/16 112/7 207/1 289/5 289/10
**years [28]** 11/9 13/13 13/15 15/9 15/10 16/24 18/22 109/6 109/13 111/3 112/16 113/11 137/5 153/15 153/17 153/20 205/18 205/19 206/6 206/13 207/3 207/8 247/13 247/24 248/6 276/21 288/6 290/2
**yelling [1]** 52/7
**Yep [3]** 164/3 170/19 177/14
**yes [475]**
**yesterday [9]** 4/15 8/2 22/15 28/25 29/24 73/16 98/18 183/16 197/25
**yet [3]** 136/6 232/16 301/15
**York [1]** 16/18

**you [1330]**
**you were [36]** 47/3 47/15 57/23 78/3 90/23 94/17 95/8 125/7 128/18 135/12 136/6 136/15 136/22 138/23 144/2 160/1 168/19 179/7 192/1 194/9 194/23 196/14 196/15 199/23 200/12 202/2 202/5 203/2 205/19 229/14 232/15 250/8 250/25 258/24 264/1 290/13
**you'd [1]** 125/6
**you'll [3]** 77/18 156/20 163/15
**you're [49]** 10/7 12/21 14/9 14/11 16/6 56/5 66/4 69/2 69/3 78/23 86/17 97/1 100/10 114/7 128/12 129/15 132/6 132/12 132/20 133/3 138/3 139/13 140/2 148/17 152/6 156/9 156/11 160/15 168/23 171/21 177/9 178/7 180/7 182/25 186/21 188/23 194/4 194/7 228/24 238/1 242/20 269/12 271/3 271/5 275/6 299/2 299/23 300/14 302/11
**you've [26]** 12/6 20/24 60/11 127/2 130/7 142/2 142/2 142/21 143/5 150/25 193/18 210/13 218/20 219/10 219/25 221/6 223/1 227/1 242/14 245/12 275/3 290/14 290/22 291/13 296/19 300/8
**young [3]** 10/4 13/16 15/14
**your [395]**
**yourself [12]** 10/2 10/11 16/3 144/25 145/1 148/17 159/8 181/9 205/8 237/7 237/15 295/10

## Z

**zealous [1]** 8/14
**zealously [1]** 12/11
**Zerry [1]** 226/15
**Zone [1]** 175/13
**zoned [1]** 26/15
**zoning [26]** 25/10 37/3 37/12 69/1 69/8 129/20 138/6 138/8

138/13 138/24 149/10 167/6 167/15 170/15 170/15 171/23 172/2 175/11 176/5 176/17 176/22 182/6 202/8 212/3 252/24 284/3
**Zoning's [1]** 197/24
**zoom [10]** 140/15 153/3 165/10 166/22 174/21 178/13 178/19 184/6 188/1 191/17