UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-24190

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF FILING
REGARDING COURT'S ORDER DE 585**

In accordance with this Court's Order dated November 22, 2023 (DE 585), Plaintiffs William O. Fuller and Martin Pinilla, II, give notice of filing Amended Form 1.907(b) and Notice to Defendant pursuant to Florida Statutes § 77.041 attached hereto as Exhibit A and B.

    **AXS LAW GROUP, PLLC**
    2121 NW 2nd Avenue, Suite 201
    Miami, FL 33127
    Tel:  305.297.1878

    By: */s/ Jeffrey W. Gutchess*
    Jeffrey W. Gutchess
    Florida Bar No. 702641
    jeff@axslawgroup.com
    Rossana Arteaga-Gomez, Esq.
    Florida Bar No. 0014932
    rossana@axslawgroup.com
    Joshua A. Shore, Esq.
    Florida Bar No. 031894
    josh@axslawgroup.com

    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF on counsel of record in this action on this 22nd day of November, 2023.

*/s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess