UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## DEFENDANT, JOE CAROLLO'S REQUEST FOR HEARING ON DEFENDANT'S CLAIM OF EXEMPTION

Defendant, Joe Carollo, by and through his undersigned counsel, pursuant to Fla. Stat. § 77.041(3), and in accordance with the Court's Order (ECF 585), hereby files his Request for Hearing on Defendant's Claim of Exemption.

On July 12, 2023, Defendant filed his Claim of Exemption and Request for Hearing (ECF 518), which is attached hereto as Exhibit 1.

On November 22, 2023, the Court entered an Order instructing Plaintiffs to file an amended Form 1.907(b) with required Notice, and stating that once the Continuing Writ of Garnishment is issued, the Court will set an evidentiary hearing on Defendant's Claim of Exemption by separate order. The Order (ECF 585) is attached hereto as Exhibit 2.

On November 28, 2023, the Clerk issued the Continuing Writ of Garnishment Against Salary or Wages of Joseph X. Carollo (ECF 587).

Accordingly, Defendant requests that the Court set an evidentiary hearing on Defendant's Claim of Exemption.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2023, I electronically filed the foregoing

1

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case.

                Respectfully submitted,

                KRINZMAN HUSS LUBETSKY
                   FELDMAN & HOTTE
                Co-Counsel for Defendant, Joe Carollo
                Alfred I. duPont Building
                169 E. Flagler Street, Suite 500
                Miami, Florida 33131
                Telephone: (305) 854-9700
                Primary email: map@khllaw.com
                Primary email: mschneider@khllaw.com
                Secondary: eservicemia@khllaw.com

                By: */s/ Mason A. Pertnoy*
                      Mason A. Pertnoy, Esq.
                      Florida Bar No. 18334
                And

                SHUTTS & BOWEN
                Co-Counsel for Defendant, Joe Carollo
                200 S. Biscayne Boulevard, Suite 4100
                Miami, FL 33131
                Telephone: (305) 415-9072
                Email: msarnoff@shutts.com

                By: */s/ Marc D. Sarnoff*
                Marc D. Sarnoff, Esq.
                Florida Bar No. 607924

                And

                KUEHNE DAVIS LAW, P.A.
                Co-Counsel for Defendant, Joe Carollo
                100 S.E. 2nd Street, Suite 3105
                Miami, FL 33131-2154
                Telephone: (305)789-5989
                Email: ben.kuehne@kuehnelaw.com;
                mdavis@kuehnelaw.com
                efiling@kuehnelaw.com

                By: */s/ Benedict P. Kuehne*
                Benedict P. Kuehne, Esq.
                Florida Bar No. 233293