**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.

_____/

### DEFENDANT, JOE CAROLLO'S NOTICE OF FILING DEFENDANT'S CLAIM OF EXEMPTION AND REQUEST FOR HEARING

Defendant, Joe Carollo, by and through his counsel, hereby files Defendant's Claim of Exemption and Request for Hearing.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case.

    Respectfully submitted,

KRINZMAN HUSS LUBETSKY
  FELDMAN & HOTTE
Co-Counsel for Defendant, Joe Carollo
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email: map@khllaw.com
Primary email: mschneider@khllaw.com
Secondary: eservicemia@khllaw.com

By: */s/ Mason A. Pertnoy*
    Mason A. Pertnoy, Esq.
    Florida Bar No. 18334
And

SHUTTS & BOWEN
Co-Counsel for Defendant, Joe Carollo

1

200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

By: */s/ Marc D. Sarnoff*
Marc D. Sarnoff, Esq.
Florida Bar No. 607924

And

KUEHNE DAVIS LAW, P.A.
Co-Counsel for Defendant, Joe Carollo
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By: /s/ *Benedict P. Kuehne*
Benedict P. Kuehne, Esq.
Florida Bar No. 233293

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-24190-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## DEFENDANT'S CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

- [x] 1. Head of family wages. (Check either a. or b. below, if applicable.)
  - [ ] a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
  - [x] b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
- [ ] 2. Social Security benefits.
- [ ] 3. Supplemental Security Income benefits.
- [ ] 4. Public assistance (welfare).
- [ ] 5. Workers' Compensation.
- [ ] 6. Reemployment assistance or unemployment compensation.
- [ ] 7. Veterans' benefits.
- [ ] 8. Retirement or profit-sharing benefits or pension money.
- [ ] 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
- [ ] 10. Disability income benefits.
- [ ] 11. Prepaid College Trust Fund or Medical Savings Account.
- [ ] 12. Other exemptions as provided by law. _____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Case No. 1:18-cv-24190-SMITH

Address: c/o Benedict P. Kuehne, Esq., KUEHNE DAVIS LAW, P.A., 100 S.E. 2nd Street, Suite 3105, Miami, FL 33131-2154, Email: ben.kuehne@kuehnelaw.com mdavis@kuehnelaw.com efiling@kuehnelaw.com.

Telephone number: (305) 789-5989

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by United States mail, email, and service by CM/ECF on July 12, 2023 to:

Jeffrey W. Gutchess, Esq., AXS LAW GROUP PLLC, 2121 N.W. 2nd Avenue, Miami, FL 33127, Email: Jeff@axslawgroup.com Brandon@axslawgroup.com

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

_____
JOE CAROLLO

7/12/2023
Date

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this July 12, 2023 by JOE CAROLLO, who is personally known to me or who has produced _____ as identification.

_____
NOTARY PUBLIC, State of Florida
Print Name: Benedict P. Kuehne
Serial Number, if any:
My commission expires:

BENEDICT P. KUEHNE
MY COMMISSION # HH 175311
EXPIRES: September 13, 2025
Bonded Thru Notary Public Underwriters

-2-