UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-cv-24190

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

       Plaintiffs,

vs.

JOE CAROLLO,

       Defendant.

and

CITY OF MIAMI,

       Garnishee.
_____/

## GARNISHEE CITY OF MIAMI'S ANSWER TO CONTINUING WRIT OF GARNISHMENT AGAINST SALARY OR WAGES

COMES NOW the Garnishee, the **CITY OF MIAMI,** (hereinafter "CITY"), by and through its undersigned counsel, answers the Continuing Writ of Garnishment Against Salary or Wages, served upon it on December 6, 2023 as follows:

1. At the time of the service of the Writ of Garnishment, the net amount of the CITY'S indebtedness to the Defendant, JOSEPH X. CAROLLO a/k/a JOE CAROLLO (hereinafter "CAROLLO") was $7,787.27.

2. The CITY has no knowledge of any other indebtedness to CAROLLO. Defendant, CAROLLO, is a permanent employee and is paid on a monthly basis at a rate of $7,787.27, inclusive of monthly earnings and monthly allowances.

Case 1:18-cv-24190-RS   Document 594   Entered on FLSD Docket 12/14/2023   Page 2 of 4

**GARNISHEEE CITY OF MIAMI'S ANSWER TO CONTINUING
WRIT OF GARNISHMENT AGAINST SALARY OR WAGES
CASE NO. 21-CV-22719/DPG/TORRES**

3. The CITY has no knowledge of any other person indebted to the Defendant, or of any personal property, deposits, accounts, tangibles or intangibles belonging to or owed to CAROLLO or of any other person in possession or control of said items.

4. Having fully answered the Continuing Writ of Garnishment Against Salary or Wages served upon it, the CITY prays that the sums deposited into the registry of the Court to secure this Writ be paid to Garnishee, the CITY OF MIAMI, as reimbursement for costs expended in responding to this Continuing Writ of Garnishment against Salary or Wages.

**WHEREFORE**, the Garnishee, the **CITY OF MIAMI**, prays this Court enter its judgment determining proper disposition of any funds held pursuant to the Continuing Writ of Garnishment Against Salary or Wages and hereby demands payment of statutory garnishment fees as reimbursable costs to Garnishee.

VICTORIA MÉNDEZ, City Attorney
KEVIN R. JONES,
Deputy City Attorney
Attorneys for **City of Miami**
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email:  krjones@miamigov.com
Secondary Email:  tmickens@miamigov.com

By:   */s/* **Kevin R. Jones**
       Kevin R. Jones, Deputy City Attorney
       Florida Bar No. 11906

**GARNISHEEE CITY OF MIAMI'S ANSWER TO CONTINUING**
**WRIT OF GARNISHMENT AGAINST SALARY OR WAGES**
**CASE NO. 21-CV-22719/DPG/TORRES**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                By: __*/s/* **Kevin R. Jones**_____
                                                      Kevin R. Jones, Deputy City Attorney
                                                      Florida Bar No. 11906

**GARNISHEEE CITY OF MIAMI'S ANSWER TO CONTINUING WRIT OF GARNISHMENT AGAINST SALARY OR WAGES**
**CASE NO. 21-CV-22719/DPG/TORRES**

## SERVICE LIST

**Jeffrey W. Gutchess, Esq.**
**Brandon P. Rose, Esq.**
**Rossana Arteaga-Gomez, Esq.**
**Joshua Shore, Esq.**
**Alice Ferot, Esq.**
**Courtney Anne Caprio, Esq.**
**Joanna Niworowski, Esq.**
AXS Law Group, PLLC
2121 NW 2nd Avenue
Miami, Florida 33127
Jeff@axslawgroup.com
Brandon@axslawgroup.com
josh@axslawgoup.com
rossana@axslawgroup.com
jniworowski@gmail.com
alice@axslawgroup.com

**Benedict P. Kuehne, Esq.**
Kuehne Davis Law, P.A.
Miami Tower, Suite 3550
100 S.E. 2nd Street
Miami, Florida 33131
Ben.kuehne@kuehnelaw.com

**Thomas E. Scott, Esq.**
**Amber C. Dawson, Esq.**
Cole, Scott & Kissane P.A.
Cole, Scott & Kissane Building, Suite 1400
9150 South Dadeland Blvd.
Miami, Florida 33156
Thomas.scott@csklegal.com

**Elliot Burt Kula, Esq.**
**William Aaron Daniel, Esq.**
Kula & Associates, P.A.
11900 Biscayne Blvd., Suite 310
Miami, Fl 33181
Email: elliot@kulalegal.com

**Marc David Sarnoff, Esq.**
Marc David Sarnoff, P.A.
200 S. Biscayne Blvd.,
Ste 4100
Miami, Fl 33131
Email: msarnoff@shutts.com

**Mason Andrew Pertnoy, Esq.**
Krinzman, Huss, Lubetsky, Feldman &Hotte
169 E. Flagler Street
Ste 500
Miami, FL 33131
Email: map@khllaw.com

**Raquel A. Rodriguez, Esq.**
**Miranda Lundeen Soto, Esq.**
**Jesse Stolow, Esq.**
Buchanan Ingersoll & Rooney PC
One Biscayne Tower
Two South Biscayne Blvd.
Ste 1500
Miami, Fl 33131
Emails: raquel.rodriguez@bipc.com
Miranda.soto@bipc.com
Jesse.stolow@bipc.com