DC 11 (Rev. 11/2002) Writ of Execution

18-24190-CIV-Smith

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |

**TO THE MARSHAL OF:** United States District Court for the Southern District of Florida

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Joe Carollo

Filed
REC'D BY ___JC___ D.C.
JAN 09 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $34,300,000.00 | and | $29,200,000.00 |

in the United States District Court for the **Southern** District of **Florida**, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Joe Carollo
USDC for the Southern District of Florida Case no.1:18-cv-24190

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | U.S. Marshal's Office | DISTRICT | Southern District of Florida |
| CITY | Miami, Florida | DATE | |

Witness the Honorable _____
(United States Judge)

| DATE | CLERK OF COURT |
| 1/9/2024 | Angela E. Noble |
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |