UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24190-CIV-SMITH

WILLIAM O. FULLER, *et al.*,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.

_____/

## ORDER OF REFERENCE

It is ORDERED that all motions related to the Writ of Execution issued on January 9, 2024, including Defendant's Motion to Quash, or in the Alternative for Partial Stay of, Writ of Execution [DE 600], Non-Parties', Joe and Marjorie Carollo, a Married Couple as Tenants by the Entirety, and Marjorie Carollo, Individually, Motion for Protective Order [DE 601], Defendant's Joe Carollo, Non-Party, Joe and Marjorie Carollo, a Married Couple as Tenants by the Entirety, and Non-Party, Marjorie Carollo, Individually, Expedited Motion to Quash, to Stay, and/or for Protective Order [DE 602], and Plaintiffs' Motion to Compel Defendant's Production of Documents in Aid of Execution [DE 603], and all related motions are **REFERRED** to Magistrate Judge Louis for a ruling on all non-dispositive matters and for a Report and Recommendation on any dispositive matters.

DONE and ORDERED in Fort Lauderdale, Florida, this 31st day of January, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record