UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24190-CIV-SMITH

WILLIAM O. FULLER, *et al.*,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.

_____/

**ORDER DENYING MOTIONS TO SEAL**

    This matter is before the Court on Defendant, Joe Carollo's Request to File Under Seal Trial Transcripts Dated April 10, 2023 through June 1, 2023 [DE 495], Defendant Joe Carollo's Request to File Under Seal Defendant's Motion for New Trial and Renewed Motion for Judgment as a Matter of Law, and Alternative Motion for Remittitur [DE 496], and Plaintiffs' Opposition to Defendant's Motions to Seal [DE 497]. As Plaintiffs point out in their opposition to the two motions to seal, Defendant's motions fail to comply with Local Rule 5.4, requiring the motions to set "forth the factual and legal basis for departing from the policy that Court filings are public and that describes the information or documents to be sealed (the 'proposed sealed material') with as much particularity as possible, but without attaching or revealing the content of the proposed sealed material." Moreover, the purpose of sealing materials in this case—preserving and protecting the jury process—is no longer an issue, as the jury has rendered its verdict and been discharged. Accordingly, it is

    ORDERED that:

1. Defendant, Joe Carollo's Request to File Under Seal Trial Transcripts Dated April 10, 2023 through June 1, 2023 [DE 495] is **DENIED.**

2. Defendant Joe Carollo's Request to File Under Seal Defendant's Motion for New Trial and Renewed Motion for Judgment as a Matter of Law, and Alternative Motion for Remittitur [DE 496] is **DENIED.** The Clerk is **directed to unseal** Defendant's Sealed Motion for New Trial and Renewed Motion for Judgment as a Matter of Law [DE 498] and Defendant, Joe Carollo's Sealed Alternative Motion for Remittitur [DE 499].

DONE and ORDERED in Fort Lauderdale, Florida, this 1st day of February, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record