UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-24190-RS

WILLIAM O. FULLER and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## ORDER SETTING HEARING

**THIS CAUSE** has been referred to the undersigned United States Magistrate Judge by the Honorable Rodney Smith, United States District Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, for a ruling on all non-dispositive matters and for a Report and Recommendation on any dispositive matters for all motions related to the Writ of Execution issued on January 9, 2024. (ECF No. 614). Therefore, it is **ORDERED** that:

    1.    An Evidentiary Hearing on the Motion for Stay and Alternatively for Temporary Injunctive Relief from Advertised Pending Sale of Homestead Property on March 19, 2024 (ECF No. 628) is now set before the undersigned United States Magistrate Judge on **Friday, March 1, 2024, at 9:00 A.M.**, at the C. Clyde Atkins United States Courthouse, 11th Floor, 301 North Miami Avenue, Miami, Florida 33128.[1]

    2.    By no later than 12:00 P.M. on **Thursday, February 29, 2024**, any Party who

---

[1] Accordingly, Plaintiffs' Motion for Evidentiary Hearing (ECF Nos. 632, 633) is **DENIED, as moot**.

intends to present live testimony must file a witness list identifying the witness(es) that the Party intends to call at the Evidentiary Hearing.

3. All exhibits shall be pre-marked for the hearing and served (**not filed**) on opposing counsel by no later than 5:00 P.M. on **Thursday, February 29, 2024**. The Parties shall confer prior to the Evidentiary Hearing regarding their exhibits to identify which exhibits they will stipulate to entry into evidence at the hearing and to narrow their anticipated objections.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of February, 2024.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Rodney Smith
Counsel of Record