UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-24190

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.

_____/

## PLAINTIFFS' WITNESS AND EXHIBIT LIST

Plaintiffs William O. Fuller and Martin Pinilla, by and through undersigned counsel and pursuant to the Order entered by this Court on February 27, 2024 [D.E. 639], hereby file Witness List in connection with the evidentiary hearing currently set for March 1, 2024 at 9:00 A.M.

Plaintiffs further reserve the right to call any fact or expert witness identified by Defendant.

## WITNESS LIST

1. **Joe Carollo**
   c/o Mason A. Pertnoy, Esq.,
   KRINZMAN HUSS LUBETSKY FELDMAN & HOTTE
   169 E. Flagler Street, Suite 500
   Miami, Florida 33131

2. **Marjorie Carollo**
   c/o James Miller, Esq.,
   James Miller, P.A.
   19 West Flagler Street, Suite 416
   Miami, FL 33130

3. **Miguel A. De Grandy**
   Holland & Knight, 701 Brickell Ave
   Suite 3300
   Miami, FL 33131

4. **Ken Russell**
   3500 Pan American Dr,
   Miami, FL 33133

5. **Martin Pinilla**
   c/o AXS LAW GROUP, PLLC
   2121 NW 2nd Avenue, Suite 201
   Miami, FL 33127

        Respectfully submitted,

        AXS Law Group
        2121 NW 2nd Avenue, Suite 201
        Miami, Florida 33127
        (305) 297-1878
        Email: jeff@axslawgroup.com

        By: /s/ *Jeffrey Gutchess*
        Jeffrey W. Gutchess
        Florida Bar No. 702601

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF on counsel of record in this action on this 29th day of February, 2024.

*/s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess