UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

**DEFENDANT, JOE CAROLLO'S, WITNESS LIST
FOR EVIDENTIARY HEARING SET ON MARCH 1, 2024**

Defendant, Joe Carollo, by and through his undersigned counsel, and pursuant to this Court's Order Setting Hearing on March 1, 2024 [DE 639] regarding Defendant's Motion for Stay and Alternative Motion for Temporary Injunctive Relief from Advertised Pending Sale of Homestead Property [DE 628], hereby files his Witness List, as follows:

**WITNESS LIST**

1. Joseph X. Carollo

2. Marjorie T. Carollo

3. Marc Sarnoff

4. Expert Witness, Roniel Rodriguez

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of February 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case.

Respectfully submitted,

KRINZMAN HUSS LUBETSKY
  FELDMAN & HOTTE
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email:  map@khllaw.com
Primary email:  mschneider@khllaw.com
Secondary:  eservicemia@khllaw.com

By: */s/ Mason A. Pertnoy*
       Mason A. Pertnoy, Esq.
       Florida Bar No. 18334

And

SHUTTS & BOWEN
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

By: */s/ Marc D. Sarnoff*
Marc D. Sarnoff, Esq.
Florida Bar No. 607924

And

KUEHNE DAVIS LAW, P.A.
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By:  */s/ Benedict P. Kuehne*
Benedict P. Kuehne, Esq.
Florida Bar No. 233293