UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

**DEFENDANT, JOE CAROLLO'S NOTICE OF FILING (I) TRANSCRIPT OF THE EVIDENTIARY HEARING ON MAY 17, 2024 ON PLAINTIFFS' OBJECTION (DE 658) TO DEFENDANT'S CLAIM OF HOMESTEAD EXEMPTION AND REQUEST FOR HEARING (DE 518), AND (II) DEEFENDANT'S EXHIBITS INTRODUCED INTO EVIDENCE AT THE EVIDENTIARY HEARING**

    Defendant, Joe Carollo, by and through his counsel, hereby files (I) the Transcript of the May 17, 2024 Evidentiary Hearing, and (II) Defendant's Exhibits Introduced Into Evidence at the Evidentiary Hearing on May 17, 2024 on Plaintiffs' Objection (DE 658) to Defendant's Claim of Homestead Exemption and Request for Hearing (DE 518), and the attached redacted Exhibits described as follows:

| Exhibit No. | Description |
|---|---|
| Def. Ex. 3 | 4/2/2023 Joe Carollo Florida Driver License with the Homestead Property address |
| Def. Ex. 5 | 4/5/2023 Joe Carollo Miami-Dade County Voter Registration Card with the Homestead Property address |
| Def. Ex. 7 | 2022 Tax Return of Joe Carollo and Marjorie Carollo with the Homestead Property address (JC-DIAOE000744-751) |
| Def. Ex. 8 | 2023 Tax Return of Joe Carollo and Marjorie Carollo with W-2 of Joe Carollo from the City of Miami with the Homestead Property address (JC-DIAOE000752-760) |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case.

>
> Respectfully submitted,
> KRINZMAN HUSS LUBETSKY
>     FELDMAN & HOTTE
> Co-Counsel for Defendant, Joe Carollo
> Alfred I. duPont Building
> 169 E. Flagler Street, Suite 500
> Miami, Florida 33131
> Telephone: (305) 854-9700
> Primary email: map@khllaw.com
> Primary email: mschneider@khllaw.com
> Secondary: eservicemia@khllaw.com
>
> By: /s/ *Mason A. Pertnoy*
>         Mason A. Pertnoy, Esq.
>         Florida Bar No. 18334
> And
>
> SHUTTS & BOWEN
> Co-Counsel for Defendant, Joe Carollo
> 200 S. Biscayne Boulevard, Suite 4100
> Miami, FL 33131
> Telephone: (305) 415-9072
> Email: msarnoff@shutts.com
>
> By: /s/ *Marc D. Sarnoff*
> Marc D. Sarnoff, Esq.
> Florida Bar No. 607924
>
> And
>
> KUEHNE DAVIS LAW, P.A.
> Co-Counsel for Defendant, Joe Carollo
> 100 S.E. 2nd Street, Suite 3105
> Miami, FL 33131-2154
> Telephone: (305)789-5989
> Email: ben.kuehne@kuehnelaw.com;
> mdavis@kuehnelaw.com
> efiling@kuehnelaw.com
>
> By: /s/ *Benedict P. Kuehne*
> Benedict P. Kuehne, Esq.
> Florida Bar No. 233293