| Form **1040** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2022** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

| Your first name and middle initial | | Last name | |
|---|---|---|---|
| JOSEPH | X | CAROLLO | |
| If joint return, spouse's first name and middle initial | | Last name | |
| MARJORIE | T | CAROLLO | |

| Home address (number and street). If you have a P.O. box, see instructions. | | | Apt. no. |
|---|---|---|---|
| 3230 MORRIS LANE | | | |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| Coconut Grove | FL | 33133 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

HTA

Form **1040** (2022)

DEFENDANT'S EXHIBIT
**7**

JC-DIAOE000744



JC-DIAOE000745



JC-DIAOE000746



JC-DIAOE000747



JC-DIAOE000748



JC-DIAOE000749



JC-DIAOE000750

