| Form **1040** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** | **2023** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____, 20 _____

| Your first name and middle initial | | Last name | | | |
|---|---|---|---|---|---|
| JOSEPH | X | CAROLLO | | | |
| If joint return, spouse's first name and middle initial | | Last name | | | |
| MARJORIE | T | CAROLLO | | | |
| Home address (number and street). If you have a P.O. box, see instructions. | | | | | Apt. no. |
| 3230 MORRIS LANE | | | | | |
| City, town, or post office. If you have a foreign address, also complete spaces below. | | | State | ZIP code | |
| Coconut Grove | | | FL | 33133 | |
| Foreign country name | | Foreign province/state/county | | Foreign postal code | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

HTA

**DEFENDANT'S EXHIBIT 8**

Form **1040** (2023)

JC-DIAOE000752



JC-DIAOE000753



JC-DIAOE000754



JC-DIAOE000755

JC-DIAOE000756

JC-DIAOE000757





Form W-2 Wage and Tax Statement 2023 — OMB No. 1545-0008 — Department of the Treasury - Internal Revenue Service

Control number: [redacted]

Employer's name, address and zip code
City of Miami
444 SW 2nd Avenue
6th Floor Finance-Payroll Section
Miami FL 33130

Employee's first name and init: Joe
Last Name: Carollo
Suffix:

3230 Morris Lane
Miami FL 33133

Employee's address and ZIP code

---

Form W-2 Wage and Tax Statement 2023 — OMB No. 1545-0008 — Department of the Treasury - Internal Revenue Service

Control number: [redacted]

Employer's name, address and zip code
City of Miami
444 SW 2nd Avenue
6th Floor Finance-Payroll Section
Miami FL 33130

Employee's first name and init: Joe
Last Name: Carollo
Suffix:

3230 Morris Lane
Miami FL 33133

Employee's address and ZIP code

---

Form W-2 Wage and Tax Statement 2023 — OMB No. 1545-0008 — Department of the Treasury - Internal Revenue Service

Control number: [redacted]

Employer's name, address and zip code
City of Miami
444 SW 2nd Avenue
6th Floor Finance-Payroll Section
Miami FL 33130

Employee's first name and init: Joe
Last Name: Carollo
Suffix:

3230 Morris Lane
Miami FL 33133

Employee's address and ZIP code

---

Form W-2 Wage and Tax Statement 2023 — OMB No. 1545-0008 — Department of the Treasury - Internal Revenue Service

Control number: [redacted]

Employer's name, address and zip code
City of Miami
444 SW 2nd Avenue
6th Floor Finance-Payroll Section
Miami FL 33130

Employee's first name and init: Joe
Last Name: Carollo
Suffix:

3230 Morris Lane
Miami FL 33133

Employee's address and ZIP code