UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-24190

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF FILING EXHIBITS

Plaintiffs William O. Fuller and Martin Pinilla, II, hereby give notice of the filing of Plaintiffs' Exhibits Introduced Into Evidence at the Evidentiary Hearing on May 17, 2024 on Plaintiffs' Objection (DE 658) to Defendant's Claim of Homestead Exemption and Request for Hearing (DE 518).

| EX. NO. | DESCRIPTION |
|---|---|
| P-11 | Mar 11, 2022 City Commission - Special Meeting – Transcript Excerpts (Carollo) |
| P-16 | Mar 11, 2022 City Commission - Special Meeting – Transcript Excerpts (Russell) |
| P-23 | Map 1 - February 7, 2022 Preliminary Map Proposal |
| P-24 | Map 2 - Map of City Commission Districts in 2022 Enacted Plan |

    **AXS LAW GROUP, PLLC**
    2121 NW 2nd Avenue, Suite 201
    Miami, FL 33127
    Tel:  305.297.1878

    By: */s/ Jeffrey W. Gutchess*
    Jeffrey W. Gutchess
    Florida Bar No. 702641
    jeff@axslawgroup.com
    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via CM/ECF on counsel of record in this action on this 18th day of June 2024.

*/s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess