UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-24190-RS

WILLIAM O. FULLER and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

## ORDER SETTING EVIDENTIARY HEARING

**THIS CAUSE** is before the Court on Defendant's Motion for a Hearing (ECF No. 589) on his claim of exemption as the head of family. This matter has been referred to the undersigned United States Magistrate Judge by the Honorable Rodney Smith, United States District Judge, pursuant to 28 U.S.C. § 636(b) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, for all non-dispositive matters and for a Report and Recommendation on any dispositive matters regarding Plaintiffs' Motion for Issuance of Continuing Writ of Garnishment. (ECF No. 514). Defendant's Motion for a Hearing (ECF No. 589) is **GRANTED**. Therefore, it is **ORDERED** that:

    1.    An Evidentiary Hearing on Defendant's Claim of Exemption (ECF Nos. 518, 518-1) and Motion to Dissolve Continuing Writ of Garnishment Against Salary or Wages of Defendant (ECF No. 598) is now set before the undersigned United States Magistrate Judge on **Friday, July 26, 2024, at 9:30 A.M.**, at the C. Clyde Atkins United States Courthouse, 11th Floor, 301 North Miami Avenue, Miami, Florida 33128.

2. By no later than**, July 22, 2024**, any Party who intends to present live testimony must file a witness list identifying the witness(es) that the Party intends to call at the Evidentiary Hearing.

3. All exhibits shall be pre-marked for the hearing and served (**not filed**) on opposing counsel by no later than 5:00 P.M. on **Monday, July 22, 2024**. The Parties shall confer prior to the Evidentiary Hearing regarding their exhibits to identify which exhibits they will stipulate to entry into evidence at the hearing and to narrow their anticipated objections.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of July, 2024.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Rodney Smith
Counsel of Record