UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-24190-CIV-SMITH

WILLIAM O. FULLER, and
MARTIN PINILLA, II,

    Plaintiffs,

v.

JOE CAROLLO,

    Defendant.
_____/

### DEFENDANT, JOE CAROLLO'S, WITNESS LIST FOR EVIDENTIARY HEARING SET ON JULY 26, 2024

Defendant, Joe Carollo, by and through his undersigned counsel, and pursuant to this Court's Order Setting Evidentiary Hearing [DE 695] regarding Defendant's Claim of Exemption [DE 518] and Motion to Dissolve Continuing Writ of Garnishment Against Salary or Wages of Defendant [DE 598], hereby files his Witness List, as follows:

### WITNESS LIST

1. Joseph X. Carollo
2. Marjorie T. Carollo
3. Accounting Expert Witness, Dana Kaufman

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case.

    Respectfully submitted,

    KRINZMAN HUSS LUBETSKY
      FELDMAN & HOTTE
    Alfred I. duPont Building

169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email:  map@khllaw.com
Primary email:  mschneider@khllaw.com
Secondary:  eservicemia@khllaw.com

By: */s/ Mason A. Pertnoy*
     Mason A. Pertnoy, Esq.
     Florida Bar No. 18334
And

SHUTTS & BOWEN
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

By: */s/ Marc D. Sarnoff*
Marc D. Sarnoff, Esq.
Florida Bar No. 607924

And

KUEHNE DAVIS LAW, P.A.
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By:  */s/ Benedict P. Kuehne*
Benedict P. Kuehne, Esq.
Florida Bar No. 233293