UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-cv-24190-Smith/Louis

William O. Fuller, and
Martin Pinilla, II,

    *Plaintiffs*,

v.

Joe Carollo,

    *Defendant*.

_____/

## PLAINTIFFS' WITNESS LIST FOR EVIDENTIARY HEARING ON JULY 26, 2024

Plaintiffs, William O. Fuller and Martin Pinilla, II, by and through their undersigned counsel, and pursuant to this Court's Order Setting Evidentiary Hearing [DE 695] regarding Defendant's Claim of the Head of the Household Exemption to Garnishment. Plaintiffs' Witnesses are as follows:

## WITNESS LIST

1. Joseph X. Carollo
2. Marjorie T. Carollo

Dated: July 22, 2024

    Respectfully Submitted,

    **AXS LAW GROUP, PLLC**
    2121 NW 2nd Ave, Suite 201
    Wynwood, Florida 33127
    Telephone: (305) 297-1878

    By: */s/ Samuel J. Etkin Kramer*
    Jeffrey W. Gutchess (FBN 702641)
    jeff@axslawgroup.com
    eservice@axslawgroup.com

Samuel J. Etkin Kramer (FBN 1049581)
Sam@axslawgroup.com

*Counsel for Bill O. Fuller and Martin Pinilla, II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2024, a true and correct copy of the foregoing was served on all counsel of records via the CM-ECF.

By: */s/ Samuel J. Etkin Kramer*
Samuel J. Etkin Kramer