# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 07, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810



Appeal Number: 24-13702-AA
Case Style: William Fuller, et al v. Joe Carollo
District Court Docket No: 1:18-cv-24190-RS

The referenced appeal was dismissed.

Appellant's motion to reinstate this appeal has been granted by the clerk.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers
General Information:    404-335-6100     Attorney Admissions:            404-335-6122
Case Administration:    404-335-6135     Capital Cases:                  404-335-6200
CM/ECF Help Desk:       404-335-6125     Cases Set for Oral Argument:    404-335-6141

Enclosure(s)

REINST-2 Clerk Reinst_Mot Granted

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-13702-AA

_____

WILLIAM O. FULLER,
MARTIN A. PINILLA, II,

                 Plaintiffs - Appellants,

versus

JOE CAROLLO,

                 Defendant - Appellee,

John Does 1-10, et al.,

                 Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: The motion to reinstate appeal is GRANTED. The appeal is reinstated by the clerk, effective March 07, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                 FOR THE COURT - BY DIRECTION