**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 18-24190-CIV-SMITH**

WILLIAM O. FULLER and
MARTIN PINILLA, II

       Plaintiffs/Judgment Creditors,

v.

JOE CAROLLO,

       Defendant/Judgment Debtor,

and

CITY OF MIAMI, a municipal corporation,

       Defendant in Proceedings Supplementary.

_____/

## AFFIDAVIT IN SUPPORT OF MOTION TO INITIATE PROCEEDINGS SUPPLEMENTARY

Before me, the undersigned authority, personally appeared Jeffrey Gutchess, who, being first duly sworn, deposes and says:

1. I am counsel for the Judgment Creditors in the above-styled action and have personal knowledge of the facts stated herein, except where stated on information and belief, and as to those matters, I believe them to be true.

2. **Judgment Creditors**: The Judgment Creditors are William O. Fuller and Martin Pinilla, II.

3. **The Judgment**: On June 1, 2023, this Court entered a Final Judgment in favor of Judgment Creditors and against Defendant Joe Carollo in the amount of $63,500,000.00, plus post-judgment interest accruing pursuant to 28 U.S.C. § 1961 and taxable costs (the "Judgment") (ECF No. [479]).

b. Public records reflecting that the Miami City Commission held a closed-door shade meeting in May 2026 to discuss the Pension Lawsuit, consistent with settlement negotiations; and

c. Publicly available City Commission agendas and/or meeting records.

10. **Non-exempt character of the funds**: On information and belief, the Settlement proceeds will be paid from the City's general fund or other non-pension municipal revenues, and do not represent a distribution from any pension trust, retirement fund, or qualified retirement plan. The payment is a litigation settlement resolving a disputed legal claim about legislative changes to pension benefit calculations, not a pension benefit itself.

11. **Risk of dissipation**: If the Settlement proceeds are disbursed to Judgment Debtor before this Court enters appropriate relief, there is a substantial risk that Judgment Debtor will convert those funds into exempt assets or otherwise place them beyond the reach of Judgment Creditors. Judgment Debtor has demonstrated a pattern of maintaining his assets in exempt form, and the practical effect of permitting disbursement without court oversight would be to permanently deprive Judgment Creditors of one of the few available sources of non-exempt funds.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
[Affiant Name]

Sworn to and subscribed before me this 27 day of _____, 2026.

_____
Notary Public, State of Florida
My Commission Expires: 11/5/29



ADAM A. OLIVERO
Notary Public
State of Florida
Comm# HH738282
Expires 11/5/2029